# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT, | ) ) ) ) | Civil Action No. 1:16-CV-10724-FDS |
| Plaintiff, | ) |  |
| v. | ) ) |  |
| MR. AND MRS. W., | ) ) |  |
| Defendants | ) |  |
| WALLIS and MR. and MRS. W., | ) ) ) |  |
| Plaintiffs-in-Counterclaim | ) |  |
| v. | ) ) |  |
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT and | ) ) ) |  |
| BUREAU OF SPECIAL EDUCATION APPEALS, | ) ) |  |
| Defendants-in-Counterclaim. | ) ) |  |

**TABLES OF SUPPLEMENTAL EVIDENCE, DOCUMENTS FILED WITH BUT MISSING FROM THE ADMINISTRATIVE RECORD, AND CORRECTIONS TO THE TABLE OF CONTENTS OF THE ADMINISTRATIVE RECORD FILED IN SUPPORT OF DEFENDANTS'/PLAINTIFFS' IN COUNTERCLAIM MOTION TO SUPPLEMENT AND CORRECT THE ADMINISTRATIVE RECORD**

**TABLE OF SUPPLEMENTAL EVIDENCE REQUESTED TO BE CONSIDERED BY DEFENDANTS AND PLAINTIFFS-IN-COUNTERCLAIM**

Note: Exhibits identified below by capital letters are submitted herewith. Exhibits identified below by lower case letters were documents submitted by parents as part of the exhibits submitted with their closing argument but are missing from the Administrative Record filed by the BSEA and are, therefore, submitted herewith. Exhibits identified by P-1, P-2 and etcetera were submitted by parents as exhibits to their closing argument and are contained in the Administrative Record but were not considered by the hearing officer in reaching the Decision.

| Identifier | Title or Description of Document | Beginning page number in administrative record if applicable | Comments |
|---|---|---|---|
| Exhibit A | AFFIDAVIT OF MICHAEL ALAN BEASLEY, M.D. | NA | |
| Ex. B | AFFIDAVIT OF KRISTA COLLINS | NA | |
| Ex. C | Affidavit of Wallis | NA | |
| Ex. D | Affidavit of Mrs. W. | NA | |
| Ex. E | 11/20/12 JK Park email teachers | NA | |
| Ex. F | 11/26/12 email string Parents, Park, Teachers | NA | |
| Ex. G | 5/22/13 email string Parents, Crawford | NA | |
| Ex. H | 10/16/13 email string Parents, Ramos | NA | |
| Ex. I | Transcription of Audio Recording of Meeting of Mr. and Mrs. W. with LS Staff on 5-24-2013 | NA | |
| Ex. J | Transcription of Audio Recording of Phone Call between Mr. and Mrs. W. and Brandon Dorey on 6-7-2013 | NA | |
| Ex. K | Transcription of Audio Recording of Meeting of Wallis with Sandy Crawford and Brandon Dorey on 6-5-2013 | NA | |
| | | | |
| Ex. a | Quarter 1 (2012) Progress Report in Intensive Math | Should have followed p. 2074 | Submitted by parents with closing argument as part of exhibit P-18 but missing from Administrative Record |
| | | | |
| P-1 | Head Injuries and Concussions in Extra Curricular Athletic Activities, 105 CMR 201 | 1866 | |
| P-2 | Letter to Bella Wong from Ms. Pavlos regarding District's non-compliance with 105 CMR 201 | 1877 | |
| P-3 | District's Head Injury Protocol-Revised 1/25/14 | 1879 | |
| P-6 | Email from Kramer to Crawford regarding Wallis | 1949 | |

| Identifier | Title or Description of Document | Beginning page number in administrative record if applicable | Comments |
|---|---|---|---|
| P-8 | Concussion Fact Sheets, U.S. Dept. of Health and Human Services Centers for Disease Control and Prevention | 1975 | |
| P-9 | Mass. Dept. Public Health Guidance on 504 or IEP Plans for Students Returning to Academic Work | 2016 | |
| P-10 | Email from Park to Teachers regarding Wallis | 2019 | |
| P-11 | Spanish Awards, Grades, Comments | 2022 | |
| P-12 | Emails; grades from Lawrence Academy | 2030 | |
| P-13 | 2013 List of students needing extra time for MCAS and results | 2040 | |
| P-14 | District's Program of Studies and Policy Handbook | 2046 | |
| P-15 | Emails from Crawford and Taft-Farrell; 6/14/13 Letter from Gaughan, MD | 2049 | |
| P-16 | District's Head Injury Protocol | 2056 | |
| P-18 | Grades, District's 2012-2013 calendar; sophomore year progress reports | 2072 | |
| P-19 | 2010-11 awards/accolades for Wallis; 2012-13 grades; enrollment information; Lawrence Academy report card, 2013-14, 2014-15; misc. documents from Lawrence Academy, Stanford University; GW University notice of superb academic performance and grades, 1/16; emails re: math placement | 2078 | |
| P-20 | Emails; 9/13 504 Accommodation Plan | 2109 | |
| P-21 | Michael Beasley, MD Letter and attachment | 2115-16 | Part of P-21 |
| P-22 | Email from V. Blake 9/24/13 | 2167 | |
| P-23 | Email from Katalina 1/4/13 | 2169 | |

# TABLE OF DOCUMENTS FILED WITH THE BSEA BUT MISSING FROM THE ADMINISTRATIVE RECORD

Note: the following table is not necessarily an exhaustive list of documents that were filed with the BSEA but are missing from the Administrative Record. The BSEA document number in the first column indicates where in the record the document should fall, e.g. BSEA 30.5 should fall between BSEA-30 and BSEA-31.

| BSEA-## | Title or Description of Missing Document | Beginning Page Number in Original Administrative Record | Comments |
|---|---|---|---|
| BSEA-30.5 | Parents' Response to LS' Opposition /Reply to Parents' Motion to Oppose LS' Motion to Dismiss/For Summary Decision dated 1/12/2015 | Volume 1, to follow page 448 | Missing document provided to correct the administrative record. |
| BSEA-51.5 | Letter to Hearing Officer Rosa Figueroa from Mrs. W., Request for Subpoenas dated 2/22/2015 | Volume 1, to follow page 628 | Missing document provided to correct the administrative record. |
| BSEA-78.5 | Letter and Request for Postponement faxed to Hearing Officer Lindsay Byrne from Mrs. W. dated 4/6/2015 | Volume 2, to follow page 976 | Missing document provided to correct the administrative record. |
| P-18 | Quarter 1 (2012) Progress Report in Intensive Math | Volume 4, to follow page 2074 | Missing the Quarter 1 Progress Report in Intensive Math. (Quarters 2, 3 and 4 are included.) |

# TABLE OF CORRECTIONS TO THE TABLE OF CONTENTS OF THE ADMINISTRATIVE RECORD

Note: the following table is not necessarily and exhaustive list of errors and corrections to the table of contents contained in the Administrative Record.

| BSEA-## | Title or Description of Document | Beginning Page Number in Original Administrative Record | Comments |
|---|---|---|---|
| BSEA-45.5 | Letter to Hearing Officer Rosa Figueroa from Doris MacKenzie Ehrens dated 2/10/2015 | Volume 1, page 602 | Document is not included in the Table of Contents |
| BSEA-61.5 | Letter to Hearing Officer Rosa Figueroa from Doris MacKenzie Ehrens dated 3/12/2015 | Volume 2, page 732 | Document is not included in the Table of Contents. BSEA-62 begins on page 739 and not on page 732 |
| BSEA-69 | Lincoln-Sudbury Regional School District's Opposition to Parents' Motion for Recusal of Hearing Officer, faxed to Hearing Officer Rosa Figueroa from Doris MacKenzie Ehrens dated 3/25/2015 | Volume 2, page 943 | This document is incorrectly titled in the Table of Contents. It is the District's opposition to Parents' Request for Postponement |
| BSEA-70 | Lincoln-Sudbury Regional School District's Opposition to Parents' Request for Postponement faxed to Hearing Officer Rosa Figueroa from Doris MacKenzie Ehrens dated 3/25/2015 | Volume 2, page 948 | This document is incorrectly titled in the Table of Contents. It is the District's opposition to Parents' Motion for Recusal of Hearing Officer |
| S-18 | Parents' 9/3/2013 letter to Bella Wong | Volume 3, page 1559 | This document is incorrectly titled in the Table of Contents as it has an incorrect date. The document is dated 9/24/13 and is parents' letter to withdraw Wallis from LS. |
| | | | |

| BSEA-## | Title or Description of Document | Beginning Page Number in Original Administrative Record | Comments |
|---|---|---|---|
| Not labeled in Table of Contents and Document Incorrectly included with School's exhibits | Parents' Exhibit 1, P-1 - July 6, 2011 Procedures & Practices Regarding Head Injuries Lincoln-Sudbury Regional High School Athletic Program | Volume 3, page 1764 | This was accepted into evidence by HO Byrne as Parents' Exhibit 1 at the hearing on January 7, 2016. Labeled P-1 by HO Byrne. See Transcript Volume V, pages 5-49 to 5-50 and Volume VI, page 6-4, lines 13-20. |
| Not labeled in Table of Contents and Document Incorrectly included with School's exhibits | Parents' Exhibit 2, P-2 – June 3, 2013 email communication from Mrs. W. to Scott Carpenter with three attachments: 1. Parents' 5-24-13 Math Meeting Summary and Action Items, 2. Proposed Math Plan email dated 5-17-13 and 3. Parents' email response to Sandy Crawford email on 6-3-13 | Volume 3, page 1768 | This was accepted into evidence by HO Byrne as Parents' Exhibit 2 at the hearing on January 7, 2016. Labeled P-2 by HO Byrne. See Transcript Volume VI, page 6-103. |
| Not labeled in Table of Contents and Document Incorrectly included with School's exhibits | Parents' Exhibit 3, P-3 – June 5, 2013 email communication from Scott Carpenter to Mrs. W. with subject Urgent Attention and Action Needed | Volume 3, page 1785 | This was accepted into evidence by HO Byrne as Parents' Exhibit 3 at the hearing on January 7, 2016. Labeled P-3 by HO Byrne. See Transcript Volume VI, page 6-103. |

Dated: December 30, 2016                    Respectfully submitted,
                                            Defendants and
                                            Plaintiffs-in-Counterclaim,
                                            By their attorney,

                                            /s/ John N. Morrissey
                                            John N. Morrissey
                                            1 Mary's Way
                                            Lincoln, MA 01773
                                            BBO No. 664579
                                            (508) 358-2027
                                            johnmrrssy@yahoo.com


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 30, 2016.


                                            /s/ John N. Morrissey
                                            John N. Morrissey