# EXHIBIT
# A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINCOLN-SUDBURY REGIONAL ) | |
| SCHOOL DISTRICT, ) | Civil Action |
| ) | No. 1:16-CV-10724-FDS |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MR. AND MRS. W., ) | |
| ) | |
| Defendants ) | |
| WALLIS and ) | |
| MR. and MRS. W., ) | |
| ) | |
| Plaintiffs-in-Counterclaim ) | |
| v. ) | |
| ) | |
| LINCOLN-SUDBURY REGIONAL ) | |
| SCHOOL DISTRICT and ) | |
| ) | |
| BUREAU OF SPECIAL EDUCATION ) | |
| APPEALS, ) | |
| Defendants-in-Counterclaim. ) | |

## AFFIDAVIT OF MICHAEL ALAN BEASLEY, M.D.

Now comes Michael Alan Beasley, M.D., who under the pains and penalties of perjury states as follows:

1. I received a Bachelor of Science degree in Biotechnology from the University of Nebraska-Omaha in 2003, and my medical degree from the University of Iowa Roy J. and Lucille A. Carver College of Medicine in 2007.

2. I completed a General Pediatrics residency at Phoenix Children's Hospital/Maricopa Medical Center in Phoenix, Arizona in 2010, with an additional Chief Residency/Junior Faculty year ending in 2011.

3. I completed a Primary Care Sports Medicine fellowship at Boston Children's Hospital/Harvard Medical School in 2012, including extensive training in concussion diagnosis and management.

4. I have since remained a physician at Boston Children's Hospital Division of Sports Medicine and an instructor of orthopedics at Harvard Medical School.

5. Additionally, I am a team physician at Northeastern University and the University of Massachusetts-Boston, where I am responsible for the care of student-athletes at the Division 1 and Division 3 levels, respectively. This includes care on site at sporting events, as well as clinical visits at Boston Children's Hospital.

6. I have written the following medical chapters on concussion diagnosis and management:

**Chapters:**

**Michael A. Beasley**, Cynthia J. Stein, William P. Meehan III. Concussion. In Neinstein LS, Katzman DK, Callahan ST, Gordon CM, Joffe A, and Rickert V (eds): Neinstein's Adolescent and Young Adult Health Care: A Practical Guide. Philadelphia: Lippincott William & Wilkins, 2016

**Michael A. Beasley** and Michael J. O'Brien. Concussions in Adolescents. In LaPrade RF and Kocher MS (eds): Let's Discuss: Adolescent Sports Injuries. Rosemont, IL: American Academy of Orthopedic Surgeons, 2016

**Articles:**

Howell DR, O'Brien MJ, **Beasley MA**, Mannix RC, Meehan WP 3rd. Initial somatic symptoms are associated with prolonged symptom duration following concussion in adolescents. *Acta Paediatr*. 2016 May [Epub ahead of print]

Howell DR, **Beasley MA**, Vopat L, Meehan III WP. The effect of prior concussion history on dual-task gait following a concussion. *Journal of Neurotrauma*. E-pub ahead of print: September 14, 2016

7. I am frequently an invited speaker locally and nationally on the topic of concussion to both academic and medical audiences. As follows are some of my recent speaking engagements:

**Recent Talks:**

2012    Pediatric Concussion Evaluation and Care, Pediatric Physicians' Organization at Children's Hospital (PPOC)

| | |
|---|---|
| 2013 | Advanced Pediatric Concussion Management, Pediatric Physicians' Organization at Children's Hospital (PPOC) |
| 2013 | Sideline Evaluation of Concussion, Micheli Lecture, Boston Children's Hospital |
| 2013 | Advanced Concussion Management<br>Pediatric Health Care Summit, Beverly Hospital, Beverly, MA |
| 2013 | Advanced Concussion Management<br>Jordan Hospital Grand Rounds, Plymouth, MA |
| 2014 | Cervical and Lumbar Injuries in the Youth Athlete<br>New England Athletic Trainers' Conference/New Hampshire AT Association |
| 2015 | Advanced Concussion Management in Pediatrics<br>Southcoast Health Grand Rounds, New Bedford, MA |
| 2016 | Pediatric Concussion Diagnosis and Management<br>Parkland Medical Center, Derry, NH |

8. I saw Wallis in my clinic on July 8, 2013 in regards to the concussion she suffered on September 30, 2012. Previous to that visit, she had been diagnosed, managed, and cleared by other physicians. As such, I am able to comment on the clinical pathway of Wallis only via reporting by the patient and her family, as she was resolved of her symptoms by the time she came under my care.

9. Wallis suffered a concussion. Traumatic Brain Injury (TBI) includes but is not limited to mild Traumatic Brain Injury (mTBI) and concussion.

10. Concussion is defined as a complex pathophysiological process affecting the brain, induced by traumatic biomechanical forces. Traumatic Brain Injury (TBI) is a disruption of the normal function of the brain caused by an external force. This force may be a direct injury to the head, or an injury elsewhere to the body with an impulsive force to the head or neck causing dysfunction of the brain. The severity of TBI can be classified as mild, moderate, or severe on the basis of clinical presentation of a patient's neurologic signs and symptoms. Concussion is considered a type of mild TBI (mTBI), though medical literature may separate mTBI from sport-related concussion (SRC) for the sake of injury mechanism and injury constructs. Though a majority of concussions resolve in under 4 weeks, a minority of

patients may suffer chronic symptoms lasting several months or longer, often referred to as Post-Concussion Syndrome. These symptoms include but are not limited to headaches, balance dysfunction, cognitive impairments, mood disturbances, and sleep difficulties.

11. Symptom severity and length of symptoms are not necessarily proportional to the severity of the injury, or related to any loss of consciousness. Lower level mechanism of injury may cause severe symptoms with chronic courses, without outward evidence of swelling, bruising, or visible consequences.

12. Students suffering from a concussion with cognitive difficulties often require academic accommodations to return to academics. Accommodations must be individualized to the patient's symptom profiles and severity, but should include a progressive return to academic work only as tolerated. This often includes extended timelines for assignments, reduction of make-up work/keep-up work, delayed standardized or high stakes testing, and testing in quiet environments.

13. A student-athlete's ability to tolerate academics after a concussion varies. Returning to academics without sufficient rest and ongoing appropriate accommodations has potential to exacerbate symptoms of a concussion. Continued academic work that is worsening symptoms also has potential to prolong recovery and return to normal academic tolerance and performance.

14. Cognitive effects of concussion can vary in severity across school subjects and activities; that is, the student may be able to function at a near baseline level within one subject while struggling significantly in another. Cumulative subjects like math and foreign language, or screen/technology-based subjects often cause greater academic difficulty and may be more likely to worsen symptoms.

15. The foregoing is based upon my education training and experience and within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12|4|16

Michael Alan Beasley, M.D.

# EXHIBIT
# B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT, | Civil Action No. 1:16-CV-10724-FDS |
| Plaintiff, | |
| v. | |
| MR. AND MRS. W., | |
| Defendants | |
| WALLIS and MR. and MRS. W., | |
| Plaintiffs-in-Counterclaim | |
| v. | |
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT and | |
| BUREAU OF SPECIAL EDUCATION APPEALS, | |
| Defendants-in-Counterclaim. | |

## AFFIDAVIT OF KRISTA COLLINS

Now comes Krista Collins who, under the pains and penalties of perjury, states as follows:

1. I am the Chair of the Mathematics Department and Math Teacher at Lawrence Academy, Groton MA. I have been employed by Lawrence Academy since September 1992.

2. Lawrence Academy is a private college preparatory school located in Groton, Massachusetts. Founded in 1793, Lawrence Academy enrolls 400 students from 18 states and 22 countries. Lawrence Academy employs 85 faculty members,

65% of whom hold advanced degrees. Lawrence Academy offers 39 advanced and honors courses. Over 93% of seniors are accepted into one of their top three college choices.

3. One of my responsibilities as Mathematics Department Chair is placing students new to Lawrence Academy into the appropriate class for the upcoming academic year. I was responsible for evaluating Wallis' mathematics placement test. After reviewing her placement test and her academic file I placed her into Math 3Honors for the 2013-2014 academic year with great confidence. Each year approximately 100-120 new students are placed into math classes, with only 1-3 students being placed into Math 3Honors each year.

4. Courses at Lawrence Academy are designated by a numeral followed by subject. The numeral designation is the equivalent of the high school year a student would be in who attended public high school. Thus, a typical Math 3Honors student would be in her or his third year, 11th grade, of public high school.

5. During the academic year 2013-2014 I taught Math 2: Integrated Algebra & Geometry II, Math 5: Calculus, and Math 3Honors: Functions & Trigonometry. Wallis was a student in my Math 3Honors class.

6. During the academic year 2014-2015 I taught Math 1: Integrated Algebra & Geometry I, Math 5: Calculus, and Math 4Honors: Advanced Pre-Calculus. Wallis was a student in my Math 4Honors class.

7. 18 students began the 2013-2014 academic year in Math 3Honors but 3 students dropped down to a regular level Math 3 course. Wallis' placement in Honors math was never at question as during the fall term Wallis did strong mathematical

work. Wallis received quiz grades of 85, 91, and 100. Her test scores were 93, 86, 100, 88 and 95. Wallis scored an 89 on the term final exam and received an A- for the fall term grade. Wallis' average was the 3rd highest of the 18 students in the course.

8. 15 students began the winter term of Math 3Honors. Again Wallis was a top student. Wallis received high quiz and test grades: 89, 97, 95, 95, 96, 80. Wallis scored an A- on the term final exam and received an A- for the winter term. Wallis' average was the 2nd highest of the 15 students in the course.

9. 15 students began the spring term of Math 3Honors. Wallis continued to be at the top of the class. Wallis's quiz and test scores: 95, 99, 100, 86, 93, 100, 83, 90, 91, 95. Wallis scored an A- on the term final exam and received an A for the spring term. Wallis' average was again the 3rd highest of the 15 students in the course.

10. Over the course of the 2013-2014 academic year Wallis emerged as a leader in mathematical discussions. By the midterm of the fall term other students in the class began to turn to Wallis for clarification and explanations about solutions to challenging problems. Wallis was constantly sought out as a homework partner at the start of each class as students compared homework solutions. Many students in the course wanted to work with Wallis because she consistently had the correct answers but more importantly because she could clearly explain how a solution worked as well as why different mathematical theorems and algorithms were used in the solutions.

11. Only 11 of the 15 students who completed Math 3Honors were recommended to continue into Math 4Honors for the 2014-2015 academic year. Wallis was highly recommended to continue to Math 4Honors.

12. During the fall term of Math 4Honors Wallis continued to receive high marks on quizzes and tests: 100, 100, 85, 90, 98, 100, 84, 90, 87. Wallis scored an A- on the fall term exam and an A- for the fall term.

13. 10 students began the winter term of Math 4Honors. Wallis grades for the winter term were: 99, 88, 84, 80, 90, 100 with a B+ on the exam and an A- for the term.

14. 10 students began the spring term of Math 4Honors. Wallis grades for the spring term were: 75, 92, 100, 96 and 80. Wallis did not take the spring term exam as she was a senior and was thus exempt from the exam. Her spring term grade was a B+.

15. Honors Math courses at Lawrence Academy require a great deal of independent work. Wallis was able to complete assignments and projects without the need for math teacher direction. Wallis' questions in class were insightful and probing, looking to make connections between current and previous material. Wallis' questions also revealed that she was looking forward, wondering how current material would lead into new topics. She always met assigned deadlines.

16. Over the two years that I taught Wallis in Honors math courses I found her to be a talented and conscientious student. Wallis cared very deeply about her studies. She was one of those students who is not motivated by the grade but rather by a sincere interest in learning and understanding the "whys" behind the algorithms and procedures of the mathematics. Wallis was an active and constant contributor

to class discussions, bringing an intelligent and mature voice to conversations about high-level high school mathematics. Wallis accepted critique of her work well and was always eager to rework the mathematics until she understood the correct solutions. Wallis was also very persistent in her work. She would not give up on a problem until she had worked through all the steps and details to the best of her ability

17. The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11|28|2016

Krista Collins

Krista Collins

# EXHIBIT
# C

_____

)
LINCOLN-SUDBURY REGIONAL )   Civil Action
SCHOOL DISTRICT,     )   No. 1:16-CV-10724-FDS
          )
      Plaintiff, )
v.         )
          )
MR. AND MRS. W.,    )
          )
      Defendants )
WALLIS and      )
MR. and MRS. W.,    )
          )
    Plaintiffs-in-Counterclaim )
v.         )
          )
LINCOLN-SUDBURY REGIONAL )
SCHOOL DISTRICT and   )
          )
BUREAU OF SPECIAL EDUCATION )
APPEALS,       )
    Defendants-in-Counterclaim. )
_____)

### AFFIDAVIT OF WALLIS

Now comes Wallis who, under the pains and penalties of perjury, states as follows:

1. When I was initially hit by ML on that Sunday practice I remember being very dazed, confused, in shock, and having incredibly slow processing speed of what was happening around me. I know that this was obvious to the people around me because after the event my teammates said that they remember playing field hockey and then they stopped playing because I had fallen to the ground, did not move, and then proceeded to cry.

2. I have no memory between when I was hit and when my tooth fell out. I vividly remember ML hitting me in the face with her stick and then the next moment I was on my

1

knees with my tooth and mouth guard in my hand. I remember exclaiming multiple times that my tooth was knocked out. I also remember exclaiming "omg" a lot throughout the entire ordeal. It was as if I had to constantly repeat those phrases out loud because it wasn't processing in my brain fully. I did not know what to do or where to go, only that "omg, my tooth is knocked out!" At this point nothing was especially clear visually.

3.      I am not sure where I was looking or what my attention was on. I could hear voices but I was not able to focus on anyone clearly. I eventually ended up at the side of the field, near the entrance. Coach Caburian was not there and I am not sure when she left. I know that she was on the field when the hit occurred because she was monitoring and overseeing the drill.

4.      I was not in a state where I could care for myself or a state where I had a lot of self-awareness. It was at this point I sat back down on my knees because I continued to be in shock and did not want to faint. People started to crowd around me in a circle. I remember that because someone told them to make the circle bigger so that they could give me more space. I stayed on my knees in this position for what seemed like a really long time and I continued to not see people. No one came up to help me and everyone continued to watch in a circle.

5.      EL, a teammate, eventually asked me where my phone was so that she could call my parents. I then remember proceeding to cry because I was beginning to process the information and was beginning to realize the implications of the hit. I was constantly pushing my tongue against my teeth to see if my tooth was there but it wasn't. I was crying because I thought I would never be able to smile again because I believed that there was no way to correct a missing tooth.

6.      I was exclaiming all of these thoughts and emotions out loud because it was at this point that the guest alumni coach Bridget Griffin told me that they can put teeth back in. She then proceeded to explain and then show her own mouth with teeth of hers that had been knocked out and put back in. I also remember my teammates laughing when I said I would never smile again. I stopped crying because I had felt more relieved that they could put my tooth back in.

7.      Then, Caburian came running out of the athletic department building. She was yelling something and running towards us. Once she finally arrived, Caburian asked for the tooth so that she could put it in ice. At some point a teammate took the one tooth that had completely fallen out from me because she (NL) handed Caburian my tooth. At another point, someone had taken my mouth guard and goggles that I was wearing when I was hit and put them in my bag.

8.      Caburian then wrapped the tooth in gauze that she just got from inside and then put the tooth in ice. At this point I was off of the turf field and no longer in a circle. It was just Caburian, NL, and me standing at the entrance.

9.      Caburian then examined my mouth, which in addition to the missing tooth had one tooth pushed way back (which I could feel with my tongue) and another tooth dangling. Caburian then gave me gauze and told me to put it on my teeth to stop the bleeding.

10.      I immediately became frustrated because the gauze was getting caught in my braces. I also remember being hesitant about putting gauze in my mouth because I didn't want to ruin the socket. I was afraid that clogging the blood would make it harder for the tooth to be reimplanted.

11.     As I began to process more through time, I started to cry again because I had three tests that week and I knew I was going to miss them. I remember exclaiming this out loud.

12.     Caburian then decided to take my bags and me to the top of the parking lot to wait for my Dad. While we were waiting Caburian had asked me who hit me. I told her it was ML. I had stopped crying at this point and I remember Caburian did most of the talking while we waited for my Dad. She kept on repeating that this was something that she had never seen before in all of her time coaching and how she was so surprised.

13.     Eventually my Dad showed up in the car. He had brought a glass of milk to put the tooth in. Caburian was confused that he brought it and my Dad explained that was something he heard you were supposed to do if a tooth gets knocked out and asked her if he should do that. Caburian had never heard of that before. My Dad put the tooth in the milk and then Caburian left. Caburian did not say anything to my Dad about the hit or what to do. My Dad and I drove away from LS.

14.     We drove home. My parents had to look for a dentist to take me to as it was Sunday and I needed emergency dental work. My Dad found one who would meet us at their office and we went there.

15.     Later that night, Caburian called me on my cell phone to check in on my condition. I told her that they were able to put my tooth back in. Caburian was very happy over the phone and she told me a story about how after I left a rainbow came out. I told Caburian that I was tired and she told me to rest up.

16.     Following the hit Caburian did not evaluate me for a concussion. At no point ever, including during that phone call, did Caburian tell me that I should be evaluated for a concussion despite the severity of the hit and my very apparent emotional response,

confusion, and slow processing. I say slow processing because I did not ask for help at any point following the hit because I was so dazed.

17. Over the next few days, my concussion symptoms became apparent. I was sleeping a lot and I could no longer look at my phone or read without it bothering me. My parents and I became concerned that I probably had a concussion.

18. I then went to my doctor, where I was diagnosed with a severe concussion and was supposed to miss school until symptoms subsided. I remember my pediatrician telling me that an ambulance should have been called and that I should have gone to the hospital immediately given the severity of the hit.

19. I checked in with my doctor two more times over two weeks to monitor my progress. My symptoms did not subside for me to return to school until after two weeks. After these two weeks, I was definitely not able to do school work full time or concentrate for any length of time.

20. My first day of school was a field trip for my US history class. It was a good day to go back because the field trip required minimal writing, focus, or academic thinking.

21. The next two weeks proved to be incredibly challenging for me. At that point I had missed a whole unit in every single one of my classes and was going to miss a second unit because they were in the middle of the new unit and I did not feel healthy enough to study for the second one.

22. It was hard for me to focus not only because of my concussion symptoms, but also because I did not have any background on what was being lectured. I remember not being able to look at the board or at my notes for more than a couple of minutes, feeling

tired, and less engaged with the material. As a student who used to participate in class discussions a lot, I was noticeably not talking at all.

23.     I was immediately stressed at all of the work I had missed and the fact that I had to coordinate with all seven of my teachers individually to make a plan for the make-up work. All of my teachers told me not to worry about the missed assignments. However, at the same time they expected me to work on their courses first and learn the material quickly. I was overwhelmed and this did not make sense.

24.     Upon my return to class, neither my guidance counselor nor any of my teachers had anything prepared for me. On my first day back in class, I asked each of my teachers for a list of the assignments I had to make up. I then asked each of my teachers for lecture notes so that I could do the missed assignments. Some of my teachers told me that the material/notes/missed assignments were on the class website, and if the notes were not on the website, my teachers told me that I then needed to ask a friend for their notes.

25.     Although my doctor's instructions said that I was not supposed to do homework or do anything that would increase symptoms, my doctor's note was ignored by my teachers. I took Spanish tests even though my doctor's note said I should not take any quizzes or tests. I also was supposed to be allowed to not do homework if symptoms returned, however, my teachers expected me to do my homework or my grade would suffer, especially in Spanish class. After the first two weeks, my doctor advised me to play it by my symptoms, if I felt like I could not do work I should not do work. I tried to follow her advice but my teachers ignored my requests and they showed no understanding or sympathy.

26.     Unfortunately, my grandmother unexpectedly died on November 3, 2012, about two weeks after I returned to school. I traveled to Kentucky for the funeral during the weekend and was unable to do work for about five days.

27.     I felt that I needed a more concrete plan and that I had failed to create one by individually reaching out to my teachers so I decided to meet with my guidance counselor, JK Park (JK). I was frustrated because I was not sure what to prioritize, what make-up work to do first and how to keep up with the current assignments in addition to my make-up work. I felt like I was enrolled in a double amount of my classes because I had twice the amount of work to do.

28.     During my meeting with my guidance counselor I explained my frustrations. I told him I was still tired and could not do a lot of work. I told him that all of my teachers were expecting me to do their work first and I did not know how to catch up. I told him that I did not know how to keep up with the current assignments. I told him that I needed to develop a plan because my mind was not at full capacity.

29.     My guidance counselor decided that we should email all of my teachers. I had to help my guidance counselor write an email that he sent to all of the teachers explaining that I was having trouble (Record Volume 4, P-10, pages 2019-2020).

30.     Not one of the teachers answered his email, which made me even more frustrated. I continued to try my best to make up work, but I also continued to not be able to complete my assignments. I still was sleeping when I was not in school and I was not able to read or think critically for a long time. My mind continued to feel slowed down and out of place.

31.     At no point was I directed to check in with the school nurse or athletic trainer and it never occurred to me that I should. In fact, I do not recall who the school nurses were -

what they look like or their names. This was a major problem because they never cleared me like they should have nor did they monitor my symptoms. Instead, I was going directly to my teachers and guidance counselor with my continued concussion symptoms and problems. The school culture and student handbook was that a student should go to their guidance counselor with any problems which is exactly what I did. No one ever suggested that I see the nurses or athletic trainer to assess my symptoms.

32.     Even though I was not completing my assignments, my teachers, except for my English Language Arts (ELA) teacher, Ms. Kramer, did not ask me how I was doing and did not offer me any help.

33.     It was around this time when I was trying to make up the work on my own without a plan and no response to my previous emails that I had a notably bad and upsetting interaction with my Spanish teacher. Making up Spanish proved to one of the most challenging and exhausting on my brain. My Spanish teacher wanted me to get caught up right away. In order to make up my Spanish tests, I had to come in early before school. I was very tired since it was before school. A unit in Spanish class typically took at least a week for her to teach, and she was expecting me to learn it in about ten minutes before taking the test. I also had to wait for other students who were coming in for extra help and it was not individualized.

34.     The bad incident happened when I came in with questions before school to ask about a Spanish unit. My teacher was expecting me to take the test that morning before school. When I told her that I was not ready to take it yet and that I had more questions she scolded me and told me that I should just take the quizzes and not care if I get A's like I used to. She told me to accept lower grades to catch up quickly. I was very upset. She did not

teach me the unit and I did not take the test. I emailed my parents because I was so upset and I discussed the meeting with them that night.

35. She told me that sometimes I needed to expect not always getting A's on her tests. She said this despite the fact that it was standard for me to do well in Spanish and that I had placed in the 94 percentile in the national Spanish exam the year before.

36. She then complained that I was not prioritizing her class enough and that I should have never gone on the field trip about two weeks prior. My Spanish teacher told me I should have gone to class instead because I was so far behind. This annoyed me because I did not feel ready enough to dive fully into my classes that day like she had expected. It was also contrary to what was outlined in my last doctor's note. As a student, it was incredibly hard to explain and get through to her that I was not supposed to do homework.

37. I was very frustrated because Spanish was the class I was making up first which she was well aware of. I explained to her that I was trying my best and that I did not feel ready.

38. It was also at this time that my Spanish teacher told me to get a Spanish tutor. I asked her if she could provide me one, to which she said no, Lincoln Sudbury did not have a tutoring service to offer me, and that I would need to get a tutor on my own .

39. After that point on, it became very challenging to ask for more accommodations from my Spanish teacher. It was very clear that she was impatient with me and did not want to help me despite the fact that it was clear that I needed help because of my concussion.

40. I missed taking the PSAT despite the fact that I signed up for it. I knew I was not able to take a long standardized test and I continued to not feel well. (Consequentially weeks later when it came time for me to take SAT subject tests, I chose not to take the SAT subject

tests in biology because I was not taught and did not learn much of the material that it tested and that was taught in class to the other students.)

41.     Since my teachers were complaining that I was not doing their work even though I was working as hard as I could and I continued to fall further behind, I decided to reach out to my guidance counselor again. It was sometime in mid-November after it was clear that my teachers were not going to respond to his email. My work load was only piling up as we started to begin the third unit in my classes. I went back to my guidance counselor because I needed help, because I continued to not be able to get through to or successfully communicate with my teachers, and I still suffered from symptoms.

42.     I was really angry that my Spanish teacher had said that I was not working hard enough and that I should have missed a field trip. This was now about one month after my hit. At this point I was really overwhelmed and feeling really defeated. I did not think it was possible for me to make up any of my work, I was concerned about my grades, and even how they would affect my college applications. In this second meeting with my guidance counselor, I explained that I still was not able to make up my work in a timely manner, that teachers were beginning to pressure me to get caught up, that I was concerned about my grades, and that I needed to have a meeting with all of my teachers present because they were not receptive to me individually. I told him that I desperately needed coordination and prioritization amongst my teachers. I told him that I still continued to not feel 100% myself and that I was still very tired and not able to always focus completely. I told him that I definitely was not as efficient as I used to be with my school work. I remember vocalizing this to my parents too and I know that they sent an email to my guidance counselor to make sure that my teachers responded to this second email and would come to a meeting.

43.	In the meeting that happened at the end of November 2012 after JK sent his second email to all of my teachers . I remember feeling very frustrated. I was annoyed that JK made me in charge of the meeting and that I had to come up with the discussion points. I did not like that my history teacher did not show up for the meeting. JK and the teachers let me struggle and put me in a place where I had to ask for everything. I struggled to not cry during the meeting and I remember starting off the meeting saying that I was trying really hard but still not fully up speed. I also expressed that I did not want to only be excused from assignments and that I wanted to learn all of the missing material.  I was worried about the future implications especially in AP US history and math should I not learn all of the missing material. Unfortunately, these concerns were not met.

44.	My math teacher stated at this meeting that my all of my grades (Q1, Q2, and Semester 1) would be based off of the final exam in January. I was very upset with this proposal and told the group that I did not like that all of my grades would be based off of one test. I felt like there was too much pressure and that I would not do well, especially since I would not have practice or feedback from the classroom tests and homework I would not be taking. In response, Dorey told me that I should not be worried about the grade and that he would be flexible.

45.	After the meeting, it appeared that my teachers were going to be more coordinated about what other work I had to do. (As it turned out, they still did not coordinate and my guidance counselor did not coordinate with my history or ceramics teachers who were not at the meeting.) I still felt like I was put in a position to fail. I was especially frustrated with what my math teacher Mr. Dorey who said because he wanted me to teach myself the units I had missed, that my grade would be mostly dependent on my mid-term, and that I should go

to Café Mathematica. When I said that I did not want my grade to be based only on the mid-term Mr. Dorey said that I should not be worried and that he would be flexible with my grades (for Q1 and Q2 as well as the Semester 1 grade that includes the mid-term test).

46.    I cried after the meeting in front of only my parents because I knew there was no way I was going to do well in my classes, especially math, and that I had to accept working constantly to get bad grades. I felt that I was in a position where my teachers were not going to offer concrete help even if I asked for it. It was at this point where I had verbalized my desire for individual help and instruction with my teachers so many times that I felt that I had to accept that this was never going to be a possibility.

47.    Most teachers were not able to see me except for the short lunch blocks, where I should have been resting. My science teacher was an ice hockey coach who could not meet before or after school and my history teacher had young children to take care of and also would not meet with me before or after school.

48.    After this meeting, I still felt that the process of making-up my work was the status quo before the meeting. I felt like I could not learn what I needed to learn on my own and I was frustrated that my teachers kept telling me to self-study and that they did not want to give me their time and attention to help me which was what I felt I needed because I could not learn everything on my own. I also was upset that some of the assignments they let me miss were important to the curriculum and would penalize me later if I did not learn them. I remember saying this at the meeting but my teachers and guidance counselor did not address this. I also left that meeting still without a clear understanding of what I needed to prioritize. I knew that I needed to make-up Spanish first, and that the remaining subjects, especially math, were at my discretion.

49.     I started observing field hockey practices/games and Caburian pressured me to not miss any. I did not play in any games or practices because I was not feeling well. Caburian never mentioned medical clearance or that any evaluation or form was needed to return to play.

50.     It was also around this time that I had a meeting with Caburian, which was called a re-entry meeting. Looking back, re-entry was an incredibly inappropriate name because there was no way I was healthy enough to return to playing field hockey. I explained to Caburian how I did not feel safe on the field and that I wanted Caburian to look into safer protocols. Caburian said she would but she never followed up.

51.     Caburian asked me again who hit me as if she did not know and as if I had not told her. This upset me a lot.

52.     Caburian also accused me of possibly retaliating against ML, the player that hit me. I got really upset that she would see me as someone like that when I had been severely injured and did absolutely nothing wrong.

53.     I also remember Caburian chiding me for not going to practice to watch or telling my teammates when I decided to not go to practice. I explained that after the school day I was too tired to even watch practice, that when I immediately got home I would sleep and wake up and eat dinner and then feel so tired I would still need to sleep through the whole night.

54.     Caburian asked me during that meeting if I had made up all of my work yet. I explained to her that I had not been able to even begin my make-up work.

55.     I cried in front of Caburian the whole entire meeting. She did not even offer any sympathy or reassurance during the meeting. I remember wiping my snot on my sleeve

because there weren't any tissues in her office. At no point did she provide any form of concrete help.

56.     After the November meeting, I accepted that I had to work constantly all of December and through January to prepare for finals. I worked constantly to teach myself, did no extracurricular activities, and had no social life. I felt that I had no choice as that was the outcome of the meeting and the only option that was offered to me by my teachers, guidance counselor and house coordinator. I had reached a point where I had asked so many times for help and accommodations that I knew they were not going to offer me anything other than what was in front of me.

57.     By the time that it was blatantly obvious to me that studying on my own was not going to work it was way too late to change anything because I was too far deep into not knowing basic fundamentals in my subjects. After asking so many times this system was the only one I was going to get, there were very clear problems in the return to school transition system for me to fully access the curriculum while also not provoking concussion symptoms.

58.     The process I was left with demanded that I teach myself full units on my own. This was problematic because while my peers were given instructions from a teacher with time to ask questions if they were confused in the initial learning phase, I had none of that. For another, I was not able to periodically check to see if I understood what I was learning because no one was checking in with me, not one of my teachers and not even my guidance counselor. This process was unusually hard and difficult for me, as I was unable to focus and think clearly.

59.     I assumed that what I had taught myself was correct when it was clearly wrong. I was forced to teach myself and I clearly failed. I had no idea what I was doing, and I needed

someone to correct me. When I brought these concerns to my teachers, they told me not to worry.

60.    I was very worried about my grades because I was not given enough time to possibly understand the material. When I brought this and other concerns to my teachers, especially my math teacher, I was told not to worry.

61.    As a part of my "accommodations" from the November meeting I was supposed to go to the free math tutoring that was offered during lunch, called Café Mathematica. I was very frustrated and felt sick that I was missing my lunch because it was the one break I had during the day and I was missing out on valuable socializing and mental rest.

62.    Getting math help at Café Mathematica during lunch proved to be the worst idea ever. For one, it was not a special accommodation and was something that was offered to all students as a normal service for everyone.

63.    The line proved to be incredibly long during lunch. With a typical lunch block lasting only thirty minutes by the time it was my turn to ask a question there was not enough time for me to learn anything or have it be productive use of my time.

64.    Additionally, there were times where I would ask teachers to teach me a math concept. They would respond back saying that this service was not for teaching units but rather asking how to solve homework problems. They told me to get notes from friends which I had already done but found I still did not understand the material. With no base understanding on how to solve math problems, learning by having teachers show me the answer to math problems was an utter failure.

65.    While most of my teachers demanded that I study on my own and then go to them if I had any questions, my math teacher gave me additional barriers to reaching him. He

made me initially teach myself a math unit and do the problems. He did not give me any teaching notes and told me to read the book (even though he did not follow the book in class) and to watch the videos he posted on the class website. I looked at the videos and they showed how to do challenge problems but did not explain the fundamental concepts so I did not find them helpful.  I had to self-correct the problems I did, circling what I did wrong and go to Café Mathematica before going to him with specific questions. I described above how I found going to Café Mathematica ineffective and not a good use of my time. I found that I could not work through this process and from December through the end of the year my math teacher and then the math department head and my guidance counselor just kept telling me again to do it.

66.     One time in the middle of winter I was trying to study for a math test at home. I had all of my problem set packets laid out in front of me and I spent a good deal of time reviewing the math problems that I was confused about in my packets.

67.     Frustrated, confused, and defeated I remember crying while studying on the floor of my living room because I did not know how to do a lot of the problems I got wrong and there was not enough time.

68.     I remember exclaiming it isn't fair to my mom throughout that night. It wasn't fair that the other people were going to do well because they had a solid foundation of the other math concepts. It wasn't fair that I did not have enough time to study the material because of the other course work I needed to do. It wasn't fair that I could not get my math teacher or anyone in the math department to meet with me individually once to teach me the math I had missed and could not possibly understand on my own. I was frustrated because I felt like I was set up to fail and that I was stupid.

69.     English/ELA class was also a major challenge for me because it required higher thinking with analyzing texts and I could not focus long enough to read full chapters. This was evident to my ELA teacher, Ms. Kramer, and I remember her saying this in the meeting we had with my teachers (on November 27, 2012) to discuss a make-up plan.

70.     At one point in late fall/early winter English proved to be so challenging especially during the noisy class discussion that I walked out of the classroom without asking for permission. I decided to spend 15 or so minutes in the darker, quieter stairwell before returning to class. This type of behavior was unheard of for me. I have never left the classroom ever for anything other than the bathroom, which is something I try to avoid during class time.

71.     I took my final exams in January with all my class mates. I took them without any accommodations or modifications of the exams. I knew I did terrible for me and felt awful. I knew that I had done terrible on the math exam as I had been unable to learn virtually all the Q1 and Q2 math curriculum. I was very upset about feeling like I failed in math after working so hard and doing much worse on the exams in my other classes.

72.     I was surprised that I received a C- grade on the math final in January. I was surprised for two reasons. For one, I thought I had done a lot worse on the final and thought that I had failed it. Additionally, I was surprised because it was the worst grade I had ever received on a midterm or final. I had not taken the Q1 and Q2 math tests and Mr. Dorey gave a C- grade as my Q1 and Q2 grades instead of giving me Incompletes or requiring me to take the math tests. I never received a copy of my final to see what I got wrong or my actual score. He did not tell me that I had done poorly until later in spring (April) when he

recommended me for a lower level math class. When I asked Mr. Dorey for a copy of my January Final he said that had destroyed it.

73.     I did not learn the math and my math teacher definitely knew that by January. He knew this when he inflated my January final grade (and therefore my Q1, Q2 and Semester 1 grades). He also inflated my Q3 math grade and the A that he gave me for Q4 was totally bogus. My math teacher told me and my parents on different occasions that he inflated my test grades and my quarter grades. If my math teacher did not scale up my test grades, I would have failed my math class. I actually failed my math class.

74.     My math teacher further recognized that I had not accessed class material when he decided to change his math recommendation for my junior math class from advanced to a lower level. He told me this in April. This was when I became the most frustrated with how my math teacher had treated me. The advanced levels were something that I had always succeeded at and were something I enjoyed. At a healthy and normal state I am able to learn the curriculum effectively and get good grades.

75.     My math teacher told me I could not continue with the advanced level because of how poorly I did in the class and that my grades were not good enough. I explained to him again that I was not taught the material, that I had concussion symptoms that persisted, and that he should not punish or judge me based off of the work I did following my concussion. I was very angry because all along he had told me to not worry about my grades.

76.     In May, my parents asked my guidance counselor to have me evaluated for a disability. They met with him, the house coordinator, my math teacher and others (on May 24, 2013) to discuss everyone's concerns that I was doing badly in math. I was really upset and angry over what the LS people said at the meeting. I could not believe they said that I

made bad choices by working on my AP US History essays through Q3 to clear my Q2 incomplete and that they did not know I was working constantly because of my concussion. I could not believe that they thought I did not need any accommodations after January, that all accommodations were discontinued after January and that I had been cleared of my concussion. This clearly was not true as I still had two incompletes. I was angry that they thought I had not prioritized math enough and thought I was not working hard enough.  I could not believe that they said I made a bad choice by not dropping ceramics when no one ever suggested that and I had been working hard to finish my projects even though the studio time was so limited. (I had an arts requirement so if I dropped ceramics I would have had to make up the requirement later. It took me a long time to do my ceramics make-up projects because the teacher would not let me come before or after school or on weekends to do the studio work and I usually had to go at lunch. I made up ceramics last because I had to use my lunch period for my other classes and my ceramics teacher seemed fine with that. Even though I was working on ceramics through Q3 I still had problems clearing the incomplete because someone stole my final project right before it was done and my ceramics teacher wanted me to redo it to get a grade. I had to convince her to give a grade without it and this was also stressful.) I was angry as it was clear to me that no one had coordinated on anything after the November meeting.

77.     My math teacher blatantly ignored my comments, continued to not provide instruction to me for what I missed learning, and stayed with his recommendation for me for the lower level math class.

78.     At some point in the spring time, I came into English class crying. My English teacher at the time was aware that I had been crying and asked me if I needed time outside to

cool off. I did, so I went into the bathroom to clean myself up. At no point did Mr. Jason ask me why I was crying or provided any help. I had been crying because I was stressed about my upcoming math tests and felt like I was not going to be able to take them or do well on them.

79.     In the spring I had a meeting with Mr. Dorey and the head of the math department, Ms. Weiss, where I became incredibly frustrated and angry. The meeting was about Mr. Dorey changing his next year's math recommendation for me to a lower level class. They said that I needed to get better grades for him to change his recommendation. If he did not change his recommendation, they said I should just put in a math override.

80.     They thought I was making excuses about my concussion, that I was not a very good math student and that I should just accept the teacher recommendation. What they said made me angry as Dorey had told me that because of my concussion my grades did not matter and he never questioned my grades or performance before changing his recommendation. I knew that not getting a teacher recommendation was a problem and I did not think it was fair that I should have to do an override.

81.     My anger and frustration were so apparent that the head of the math department told me I looked stressed and that I should be meeting with my guidance counselor. I told her that yes I am stressed and I am frustrated. I told her that I had been communicating with my guidance counselor since the beginning of my concussion and that I was frustrated that no one was helping me especially my math teacher. I told them that I had not learned math since the concussion despite the fact that I was smart and working as hard as I could and that I felt like I was being punished for failing because of my concussion and despite the fact I had tried my best.

82.     The head of the math department did not offer any help and did not tell my math teacher to do anything different. She portrayed me as a poor student and saw that I was in distress emotionally and academically. This became clear when I told her that if she had had my concussion symptoms that she would feel the exact way I did and that she was not listening to me. After making this comment, the meeting ended and nothing changed.

83.     At that point it was blatantly clear to the head of the math department and Mr. Dorey that I was frustrated and that I had not learned any math and needed accommodations and instruction, yet they still denied me help or any form of support.

84.     Around this time (May 2013), I met with my guidance counselor to express my frustrations again with the math placement and to further explain to him that I had not been taught any of the material I had missed during my concussion and that I was not able to understand what was going on in class because I was not taught the basic fundamentals and still was not learning efficiently (this was in the spring time).

85.     I was completely side-lined and felt that my guidance counselor was trying to bait me in this meeting. I no longer felt like my guidance counselor was a person I could go to after this meeting.

86.     He continued to ask me if I understood what the math department head had said in the meeting I had with Ms. Weiss and Dorey. I told him I heard what she said but that I did not agree with it and that she was not listening to me.

87.     In spring I again was told by Dorey and the math department head that I had to go to Café Mathematica before going to Mr. Dorey for help even though I told everyone that this was not a good use of my time. Despite many requests from me and attempts at scheduling some individual tutoring, at no point during the year did I have a teacher meet

with me and teach me the units I had missed during my concussion (with the exception of one tutoring session with Mr. Dorey in late spring). This had negative consequences on my entire math learning and grades because a lot of the math we were doing was accumulative.

88.     In May and June I had multiple meetings with my math teacher and guidance counselor regarding the recommendation, developing a plan (even though it was too late especially since I could not devote time to math without having bad effects in my other classes) and getting times where I could meet one-on-one with my math teacher. These meetings were time-consuming, distracting and very stressful for me. I would come home angry and unable to work and wasted time planning for them. We never even developed a plan and I was only able to schedule one meeting with Mr. Dorey to teach me one-on-one lasting about 45 minutes. It was for a probability test in Q4 and that was the only test I did well at, surely proving that I needed individual instruction. Probability had no accumulative elements to it. It was the only topic where I met with my math teacher after school and was the only math test that I got an A on after my concussion. I know that I became so stressed that I was unable to study for the sequence and series test and did not go to class for a few days. My teacher, guidance counselor and the house coordinator knew that I was so anxious but they only ordered me to return to class and take the test.

89.     At one point in the spring time the west house administrator, Ms. Crawford, came into the lunch room and told me I needed to leave with her. I was shocked and stressed especially since it was unexpected and it was in front of my friends. I remember my heart beating very quickly. She told me that my mom wanted me to come with her. I knew that she had lied to me because my mother would have let me know but since I was in no place to challenge her authority I left the lunch room with her.

90.     She brought me to have a meeting with her and Mr. Dorey about when I should take some math tests including one I had not yet taken. I explained to her and Mr. Dorey that I did not know when I should take the tests because I had not learned the material. They proposed some dates to which I was completely unsure if I could do. They kept pressuring me to agree to take the tests.

91.     It was here where I emphasized again for yet another time that I needed school help or tutoring. I confirmed that Crawford had lied to me because after this meeting I walked out into the school parking lot and called my mom crying. She and I talked for a long time over what happened and to calm me down.

92.     I recorded the meeting with Dorey's and Crawford's permission.

93.     There is no doubt in my mind that I did not access the full AP US history curriculum. My US history teacher did not attend any of the meetings. He did not coordinate with my other teachers on my make-up work or see me fighting back tears during the November meeting.

94.     My plan with him in history was to write a fraction of the document based essays I would have written had I done all of the curriculum like others in the class. He did not have me make up any of the class tests that I missed.

95.     There were multiple problems to this plan especially as it related to my access to the curriculum. For one, essays typically covered one topic from one unit. Therefore, I only studied two topics from two separate units in the two or so essays that I wrote. My history teacher never provided me with instruction on these missed units. When I asked him for notes, he said that he didn't have any. That meant that like the rest of my classes I had to

study on my own and I failed to access the full curriculum and fully understand the information. This was a problem for all of my classes, especially history and math.

96.     An accommodation I needed but was never granted, despite me asking for it, was to have current assignments pushed back so that I could have time to understand the older units. This gap in understanding and not accessing the curriculum fully in history was evident in two separate, independent tests. The first was the AP US history final exam in January. I did significantly better on the writing sections than on the multiple choice part of the exam. The writing topic was a unit where I learned some of it in class. In contrast, I did much worse on the multiple choice section of the exam because only half of the information was information that I had been taught in class or had learned on my own. I was unable to fully comprehend everything in class and on my own before this final.

97.     My B- grade on the final reflects the fact that I did poorly on the multiple choice questions. I was disappointed with this grade as I always had done better.

98.     This same scenario happened exactly on the standardized/National AP US history test. My essays were stronger than my multiple choice answers. When I took the test I thought that I did poorly on my multiple choice answers not only because I never accessed the curriculum/whole units in history class but also because my make-up work did not require me to take any missed history tests. While my other classmates were familiarizing themselves with the AP US history test and developing better test taking skills, I never had that opportunity.

99.     I was disappointed with both my National AP US History test results and SAT history subject test results. They were in the low range as compared with my classmates and I knew LS students each year typically did better.

100.    It took me until right before Q3 to write the essays I needed to get caught up in history class. My teacher never questioned why it was taking so long and did not offer me any help or guidance.

101.    In the spring, I became especially frustrated because for a time my US history teacher missed classes for weeks due to his mental illness. He announced to the class that he he had been absent for an extended period due to his anxiety and the need to adjust his medication. When he returned my teacher had more accommodations than they ever even offered me and did not provide to me. Every subsequent test was immediately pushed back. The curriculum was changed so that he could cover the material in less time without the class missing important terms and information. This type of plan was what I needed based upon my individualized needs. I needed to cover the material on a schedule that fitted my needs based off of my disability, one that would cover the information I missed. The administration did exactly that for my teacher but failed to do so for me.

102.    I did quite poorly in math Q3 and my math teacher inflated my grade. It was crazy that he gave me an A grade for Q4 when I had done so badly on the tests except for the probability test. I had not taken the sequence and series test so I should have gotten an Incomplete for Q4. I was told to take the sequence and series test over the summer but he gave me a Q4 grade anyway, something that was against everything I was told.

103.    By the end of the year, I still had not learned all of the material of my math class and I did not feel ready to take the math final or to move on to the next level. I knew that I had not learned in class and had failed to self-teach myself. My math teacher did not let me know what I got wrong on homework and tests and did not teach me to correct what I got wrong. The problem with the whole approach to requiring me to self-teach was made

apparent when I went to Lawrence Academy and repeated Algebra II. There I was taught the concepts from Algebra II that I missed learning at LS following my concussion. I remember having a eureka moment when I was taught synthetic division at LA.  I then realized that I had been doing it wrong my entire sophomore year. Yet, no one in Café Mathematica nor my math teacher had told me I was doing something wrong. Since I was not given my tests back by my LS math teacher and he did not correct my homework or make-up work there was no way for me to know what I was doing wrong.

104.    The problem with math was not only did my teacher not teach me but he changed my grades. The fact that he fudged and inflated my grades was extremely unacceptable not only because it covered the fact that I did not learn the material, but also because I was the only student for whom he did this. I was the only student that was graded differently than my peers. I was graded in way that did not represent the actual knowledge and curriculum I did not learn. This was obviously true in not only math but also AP US History. In both classes I was graded without doing or learning a lot of the curriculum. Because math was cumulative in learning concepts the effect was particularly bad in that subject.

105.    My math teacher further recognized that I had not accessed the material of the class when he offered to give me tutoring over the summer. He recognized that I had done so poorly in the class he told me that he would teach me the materials I had missed over the summer. Despite this recognition, he later said he would not work with me over the summer to teach me the materials I had missed. He and the math department disregarded the fact I had not learned the curriculum of my math class and was not prepared for next year's math class and offered nothing but me learning on my own again.

106.     I was extremely frustrated throughout the year that I was unable to do my extra-curricular activities. The results of the November meeting were that I had to use all of my spare time studying. I desperately wanted to do winter track, but was barred from doing so by the Massachusetts athletic association (MIAA) because I had too many incompletes.

107.     By spring track season, I went to practice and meets but I still should not have been allowed to go. The MIAA rule still barred me from competing because of the amount of incompletes I had but LS let me compete anyway. I also was never cleared to return to athletics by a health professional. I was never told to submit a medical clearance form and I never did, but I did compete in Spring Track and I went to some Winter track practices.

108.     No one from the athletic department, including my field hockey and the track coaches, told me that I needed medical clearance after my concussion before participating in sports again. I was not aware of my dangerous situation until after the school year.

109.     From the time of my return to classes after my concussion through the end of the year, I constantly was feeling pressure from LS faculty and staff that I was not working hard enough despite the fact that I was working as hard as I could. In reality, I should have been working a lot less and putting in less effort because of my concussion symptoms and inability to focus when the material was being taught.

110.     I never had a plan that allowed me to access the curriculum fully nor time to catch up in a healthy manner that allowed for my concussion symptoms to recovery fully. Instead at times my concussion symptoms felt worse when in school because I was overworking when I should not have been. I have never cried more in school or in public than when I had my concussion sophomore year. I felt like I could never catch a break.

111.    When I was waking up early to study Spanish, missing lunch to study math, and was completely lost in my classes I never felt more exhausted or confused in my entire life.

112.    My concussion experience was incredibly isolating. I missed most social gatherings since I was either too tired or too busy making up work. I dropped or had very limited participation in most of my after school activities except for some participation in Model UN.

113.    I felt better symptom wise at the end of the summer. I spent all summer relaxing and was not stressed by taking all of my classes and having stressful time pressures to submit assignments and take tests. I worked with a math tutor one-on-one which was not stressful. I did not do any physical activities. This three-month hiatus from doing work finally gave my brain the rest it needed to recover.

114.    My math tutor and I agreed that we were not able to cover enough math material and that I was not ready to take the math final. Therefore I did not take the math final.

115.    Despite finally reaching a point by the end of the summer where I felt that I could finally do school work at my normal levels, I felt that I had to leave LS.

116.    I felt that I had to leave LS because I had a serious problem in math and I could not go to the math department to resolve it. My Incomplete in math was supposed to be converted to an F because I had not taken the final. While this was supposed to happen it didn't. I did not take the sequences and series test over the summer like I was told to do but I was given a Q4 grade without taking the test (which made no sense at all). No one in the math department reached out to me and I felt that I could not go to the math department head again after what happened the prior spring.

117.     When I returned to math at the beginning of junior year, I did not understand what was going on because I had not learned the math curriculum fully sophomore year and did not have the basic math understandings.  I fully realized that I had not accessed the curriculum from sophomore year and I was not ready to move on to the next class until I had learned this material. Per school policies, I should not have moved on to this math class and I needed to repeat sophomore year math.

118.     I also found the environment to be incredibly hostile with the school administration and especially my guidance counselor. My guidance counselor dropped me along with the west hall administrator. I was only one of two rising juniors that he dropped from his caseload to add to the new house that LS was creating. I took this as a negative signal about how he and the school administration felt about me.

119.     JK my guidance counselor was also the staff leader of the Model UN Club, the only club I managed to stay involved with after my concussion. I had been selected by club members to be Vice President of the club but I felt very uncomfortable with JK.

120.     I did not feel safe playing sports at LS. I knew that I could not be safe playing field hockey there but I knew I was at risk playing other sports there like track. Given that the LS athletic department allowed me to play without medical clearance was dangerous. I felt I could not trust them and I really wanted to participate in sports again.

121.     After all of the bad interactions with my teachers at the end of sophomore year, I did not feel like I was in a position where the school teachers and administration would support me in my academic and extra-curricular endeavors. I really felt they had worked against me and would continue to do so. I felt that my interactions with the science and math departments damaged my reputation, confidence and ability to achieve my potential. The

way LS handled my concussion tainted my reputation in the other school departments. I did not believe that the damage was recoverable. I was really concerned about looking bad for colleges as LS did not believe that I had been negatively impacted by my concussion and would not support me.

122.     Towards the end of August I was completely afraid of having a terrible junior year at LS. I was really worried about math and the toxic environment that I experienced sophomore year and that it would continue into junior year and even worsen. I discussed with my parents leaving LS but we did not have any hope it would be possible.

123.     I was also concerned about how I would explain my lower than typical grades sophomore year and my lack of extracurricular activities and community engagement on college applications, especially since LS was not supportive of me.

124.     I reluctantly started LS at the end of August and my fears were confirmed. No one talked to me about my summer, how I felt or even that I had not taken the math final. Neither my old guidance counselor nor my new one even talked to me.

125.     After the first week of school, I told my parents that I really wanted to go to a different school because of how bad the environment was at LS and that I would not be able achieve my potential because of how poorly I was treated.

126.     My feelings about LS were confirmed at Lawrence Academy (LA). LA was the perfect place for me to recover from my horrific year at LS and to thrive for the rest of high school and be able to apply to colleges in a much better position.

127.     LA assessed my math skills and they had me take a sophomore level class, essentially having me repeat the math class I took at LS. I moved into the honors section soon after attending classes in a lower section and I received A's in the class.

128.     At LA, I was welcomed and encouraged by staff and administrators in academics and extracurricular activities.

129.      My LS experience and then what I learned about concussions over the summer made me recognize the dangers of concussions and the harm of not having proper accommodations at school. I knew that having one concussion put me a risk for having another concussion. I felt safe with LA's concussion protocols and the strict implementation of them. I had to take and LA gave me a baseline ImPACT test before allowing me to play sports.

130.     The first day at Lawrence Academy, one of the staff members asked me if I was still feeling concussion symptoms and if I would need accommodations. It was at this point where I had firmly said that I felt that I was back to my normal self. I was also surprised when he asked me this question because it was something that no LS teacher or anyone else there ever asked me in the year following my concussion.

131.     Although I thought I was better I was not sure so we decided that I should not take the honors level classes. However after about the first week at LA I felt that I should move up to the honors classes in math and science and LA supported the transfer. I got A's in both the honors math and science/chemistry classes.

132.     The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 28, 2016                          /s/ Wallis
                                                   Wallis

# EXHIBIT
## D

_____
                                 )
LINCOLN-SUDBURY REGIONAL    )
SCHOOL DISTRICT,                   )         Civil Action
                                 )         No.  1:16-CV-10724-FDS
                    Plaintiff,   )
v.                               )
                                 )
MR. AND MRS. W.,            )
                                 )
                  Defendants )
WALLIS and                 )
MR. and MRS. W.,            )
                                 )
       Plaintiffs-in-Counterclaim   )
v.                               )
                                 )
LINCOLN-SUDBURY REGIONAL    )
SCHOOL DISTRICT and          )
                                 )
BUREAU OF SPECIAL EDUCATION   )
APPEALS,                     )
       Defendants-in-Counterclaim. )
_____)

## AFFIDAVIT OF MRS. W.

Now comes Mrs. W. who, under the pains and penalties of perjury, states as follows:

**Relevant Background and Statements Regarding the Intentions of Mr. and Mrs. W.**

1.      At no time did I and Mr. W. (we) pursue the BSEA hearing for frivolous or bad intentions. Given the complex nature of our issues, lack of precedent, and uncertain if not low probability of success (per BSEA statistics), we could not justify the high expenses of legal representation. Ten years prior, we had retained legal representation for a BSEA hearing and so we were aware of the expenses, stress and hardships involved. We decided to pursue a BSEA hearing *pro se*, in part, for a well-intended goal of establishing a sound precedent for properly identifying and evaluating students post-concussion for eligibility for accommodations and services under Section 504 and/or IDEA. We did not think that

the remedies we might obtain from a winning decision would offset the considerable personal sacrifice, expenses and time we would have to expend.

2.     At no time did we pursue any other complaints or requests for frivolous or bad intentions. We pursued complaints where we thought accountability was lacking and regulations were violated.

3.     During the summer of 2013, Aida Ramos, the new head of special education (student services), and Bella Wong, the new Superintendent, gave us no indication that there were any avenues to constructively address the past or on-going issues of Wallis' concussion, a traumatic brain injury. In the fall of 2013, Ramos sent us two emails where she strongly recommended that we file for a BSEA hearing. We wrote back that that we would consider her recommendation but we filed only after carefully doing research and deciding that we had legitimate issues for the BSEA to consider.

4.     Mr. W. and I did not know about Massachusetts' concussion regulation, 105 CMR 201.000, and the need for public high schools to define and implement policies and procedures to implement it until the summer of 2013. This was more than nine months after Wallis' head injury/concussion and after attempting to work with LS to deal with her symptoms and the aftermath of her concussion for almost the entire 2012/2013 school year. At no time did any LS staff point us to the existing school concussion policy even though we asked multiple times for relevant school policies including those for concussion.

5.     During the summer of 2013, we found the LS concussion policy for 105 CMR 201.000. It was a "Procedures and Practices" document that we found on our own on the LS website. (This document is Parents' Exhibit 1, Record Volume 3, page 1764).

6.     Through public records requests, we learned that the LS School Committee had approved a school concussion policy and that LS attested to compliance with 105 CMR 201.000.

7.     We read Massachusetts' concussion regulation and realized that LS had failed to define and implement an appropriate policy as was required by the regulation. Professionally, I have experience developing, implementing and assessing compliance of policies and procedures related to federal and state regulations including those for health plans, environmental regulations as well as pharmaceutical good manufacturing practices.

8.      It disturbed us that LS had not implemented critical components of the regulation especially the requirements to provide written graduated re-entry plans for all concussed students, that school nurses and athletic trainers monitor students when they return to school and participate in re-entry planning and that students obtain medical clearance to determine they are symptom-free before participating in sports again

9.      Later LS concussion policies including one developed by Ramos in September 2013 specifically recognized that concussions may result in disability under Section 504 and IDEA and required that students, like Wallis, who were absent for more than six days be evaluated for a disability and be given a written graduated re-entry plan (Record Volume 4, P-16 page 2056).

10.     Prior to filing a hearing request within the two year deadline, we thoughtfully researched whether we had a legitimate case for the BSEA as well as other avenues to address our belief that LS treated Wallis inappropriately following her concussion and violated laws and regulations in doing so. We were particularly concerned that LS' systemic failures would harm other students and that without appropriate accountabilities at LS, they would remain uncorrected.

11.     Our experience, research and belief was that LS had not complied with Section 504 and/or IDEA requirements, especially Child Find and performing evaluations under Section 504. Our experience and the information that we had indicated that LS did not have policies, procedures or processes for identifying potentially disabled students or those for performing evaluations under Section 504. Although we asked multiple times for a Section 504 evaluation in May 2013, we did not receive a consent form and it appeared that LS did not have one. Sandy Crawford's emails to us indicated that LS would only determine eligibility if medical information were given to them (Record Volume 3, S-38, page 1617). The only information we received from LS regarding Section 504 was received during Discovery and was called a "Section 504 –Overview" that was labeled "Revised 9/2014".

12.     In doing our research during the summer and fall of 2013, we learned facts and obtained records that informed our BSEA hearing and discovery requests. The records, including internal school emails, indicated that LS staff knew and/or should have known that Wallis was disabled due to her concussion and had failed in obligations to identify

her and evaluate the nature and extent of the disability. These included teacher observations of her performance and behaviors that indicated that she was suffering from concussion symptoms through the entire 2012/2013 school year (Record Volume 4, P-6, page 1949).

13.     During the mandatory Resolution Meeting following our hearing request in October 2015, Ramos indicated that she thought we would lose and that LS would not negotiate with us or discuss our issues. She told us that we would have to pursue them at a BSEA hearing. At no point in the hearing process has LS indicated any possibility of negotiating a settlement. The BSEA does not offer mediation for *pro se* parents so our only choices were to continue with the hearing or walk away from it.

14.     We made good faith efforts to argue our case throughout the hearing process despite the extraordinary time and stress toll it took on us. It became apparent to us that our odds of prevailing were diminishing as the issues of the hearing were narrowed down by Hearing Officer Rosa Figueroa and her refusal to consider school policies including those for concussion and/or disability and almost the mention of concussion.

15.     Prior to the hearing we diligently responded to LS submissions to the hearing officers to correct information and to respond to the legal positions that we did not agree with and that would influence the hearing officer against truth and the valid legal issues. We felt that mud sticks and had to be cleaned away as best we could to preserve our case. We questioned why we had to spend so much of our time before the hearing doing so and thought that Attorney Ehrens' tactics of repeatedly making the same points was done to wear us down and/or add to her legal billings and we wrote such comments in our submissions to the hearing officer.

16.     The positioning of the hearing officers made it impossible for us to submit any documents as evidence including those we had in our possession. We became discouraged by the long and contentious Discovery process that to us did not follow BSEA Rules. Hearing Officers Rosa Figueroa and Lindsay Byrne did not rule on our Motions to Compel Production of documents. We were put into an impossible situation when we were not given Wallis' student records and other documents during Discovery and then were prohibited by the hearing officers from submitting as evidence in exhibits the student records that we had in our possession through requests made prior to

Discovery. Hearing Officer Figueroa's positioning in her instructions and ORDER that we could not submit documents as evidence that had not been exchanged during Discovery by itself prevented us from submitting very relevant documents as evidence. These included internal school emails describing Wallis with post-concussion symptoms. We also had school concussion policies and procedures and protocols and other relevant documents that we obtained outside of Discovery and that had not been exchanged with LS and therefore were prohibited by Hearing Officer Figueroa and then Hearing Officer Byrne from being submitted as evidence in our exhibits. We repeatedly raised such issues to the hearing officers (especially in our March 3rd and 10th 2015 letters to Hearing Office Figueroa) as they also impacted LS ability to submit documents as evidence. The hearing officers did not address these critical issues. We then were explicitly not allowed to submit evidence as exhibits per the April 7, 2015 ORDER of Hearing Officer Lindsay Byrnes, including during the more than seven month period between hearing dates (between April 2015 and November 2015). However, we decided to forge ahead at the November 2015 hearing dates. We were hopeful that we would be able to submit relevant evidence during the hearing as Hearing Officer William Crane had accepted documents as evidence throughout the BSEA hearing we attended ten years prior and that we would make progress with our questioning. (Contrary to the stated instructions and BSEA Rules, Hearing Officer Lindsay Byrne accepted into evidence all of LS exhibits on April 7, 2015 including student records that had not been exchanged with us during Discovery as well as those that had been altered.)

17.     During the hearing conducted in November 2015, we realized that we were going to lose on all issues as the Hearing Officer appeared to be not only unreceptive to our positions but hostile. She did not allow us to submit any documents as evidence, even those that were relevant and refuted the testimony of LS staff. As this made our position and testimony untenable during the evening of November 18, 2015, following the second day of our questioning, we wrote up a withdrawal letter dated November 19, 2015 that we thought we give to LS and the hearing officer the next day. As described in paragraph 20, we ultimately decided not to submit our withdrawal letter.

18.     During the hearing, Hearing Officer Byrne stated incorrect legal positions that made it impossible for us to prevail. These included her statement that the legal standard

for Wallis was failing grades (the standard is individual educational potential) and that the standard for reimbursement of expenses for the outplacement school is that the student has to attend the public school during the ten day notice period. (As described in our closing arguments the well-known BSEA Pentucket decision makes it clear attendance during the ten day notice period may prorate the reimbursement, not eliminate it in total). We tried to considerately address the significant factual and issues in our closing arguments as Hearing Byrne did not allow us to successfully make them at the hearing.

19.     During the hearing, Hearing Officer Byrne restated my questions to LS staff/former which altered the meaning of the question in a way that was prejudicial to the case I was making. For example, although written graduated re-entry plans were required of all students post-concussion to address both academics and return-to-play (sports), Hearing Officer Byrnes rephrasing of my questioning about such plans to focus them only on sports (and not also academics) did not allow witnesses such as the school nurses to address planning needed for returning to a full academic workload. Hearing Officer Byrnes also answered some questions which precluded the witness from providing an answer. For example, interrupted and answered the question that I posed to Ramos as to what the standard was for Wallis that she used to determine that Wallis' grades were good and therefore indicated that she was not disabled. Hearing Officer Byrne interrupted Ramos and answered that the legal standard was passing grades (Transcript Volume 2, pages 2-176 and 2-177). We attempted to educate the hearing officer and address such significant issues in our closing arguments.

20.     There were two primary reasons that caused us to continue. One was the statements of Hearing Officer Byrne that we should make a list of the issues and adverse decisions for an appeal and so we thought we might want to preserve our right to an appeal. The other was that we filed a negligence/tort complaint in state court and the LS response to that was we had to exhaust all administrative remedies including the BSEA. In consulting our lawyer in the state court matter, we thought it would be prudent to suffer an adverse, even embarrassing BSEA decision, so as to preserve our right to appeal and other potential claims. Therefore in the face of grim prospects we made a good faith effort to continue to argue our position.

21.     We did not anticipate that LS would sue us to recover their legal fees. In Massachusetts there are no precedents for districts making such recoveries from a BSEA hearing involving *pro se* parents. Throughout the entire hearing process, we thought that Attorney Ehrens/LS was aggressively obfuscating and confusing information and issues resulting in excessive time for us and overly high amounts of legal time and billings for her. Our writings indicate our concerns over having to ask multiple times for documents and having to spend so much time writing/responding Attorney Ehrens repeated statements that we felt compelled to dispute or explain again.

22.     We felt that without being able to submit documents as evidence, our testimony and that of our experts or Wallis, would not successfully counter the testimony of school staff. Even though we had documents and recordings that filled in for the memory lapses of school staff, disputed the testimony of school staff on important issues and showed what actually happened during the 2012/201 year, we were not able to submit them. We did not think that Hearing Officer Byrnes would consider the testimony of the Lawrence Academy staff on our witness list as throughout the hearing she would not allow me to ask questions for the 2013/2014 school year as she considered that period irrelevant. Therefore, we decided to continue the hearing and continued calling school staff to testify to see if we could get any breaks. Since we were unable to achieve any breaks, we decided not to testify or have Wallis, Lawrence Academy staff or Dr. Beasley testify. Upon information and belief, including review of BSEA hearing decisions, we believed that Hearing Officer Byrnes would find the LS witnesses credible and that she would not find our and our witnesses credible.

23.     Although we were concerned over damaging our reputation with an adverse decision, we decided to finish the hearing and diligently and thoughtfully wrote our Closing Arguments to state our positions, the relevant facts and the needed legal rationale along with supporting documentation in exhibits. (The Hearing Officer eliminated these exhibits in response to a motion by LS to strike them from the record.) We felt this was the only way to get into the record relevant information that could persuade Hearing Officer Byrne and that would be needed for an appeal.

24.     We did not think that we would want to appeal the BSEA decision even though we felt there were grounds for doing so, however, when we received LS complaint for

attorney's fees we felt compelled to file a counterclaim and truly believe that the BSEA did not properly consider, document or decide the issues.

25.  Attorney Ehrens/LS did not call Mr. and Mrs. W. to testify although we were on the LS witness list. Neither Attorney Ehrens nor Hearing Officer Byrne asked us any questions about our motivations and intentions. Only in the LS Closing Arguments did Attorney Ehrens/LS ask Hearing Officer Byrne to make a finding that our actions in pursuing the hearing were frivolous or for bad intentions. We did not have the opportunity to respond to these issues and in our mind Hearing Officer Byrne did not address them and so she did not know whether what we did, or why we did it, was frivolous or for bad intentions. Her statements to that effect were unfounded, untrue and reflected her hostile attitude and bias.

**Statements Regarding the Actions of Mr. and Mrs. W. Following Wallis' Concussion**

26.  I will not write here about the actual hit that injured Wallis as I understand that it is out-of-scope of the BSEA. However, some concerns and questions were raised early by the LS handling of the matter. In the fall of 2012, we definitely noted and were concerned by the following: 1. The Field Hockey Coach, Vicky Caburian, did not call us the day of the head injury and did not speak with us at any time about it.  2. Caburian never told us anything about how the injury occurred and never suggested that we have Wallis evaluated for a concussion.  3.  There was no medical kit on the field at the time of the injury and Wallis was left unattended while Caburian went into the school building to look for one.  4.  There was no school investigation into the injury whatsoever and when Wallis met with Caburian for her return-to-play meeting Caburian asked Wallis who hit her. 5.  Wallis was very upset as a result of the return-to-play meeting she had with Caburian and Wallis' descriptions of it disturbed us.  6.  Following that meeting, we reached out to Caburian to speak about team and Wallis' safety but Caburian resisted meeting with us and we never met with her.  3. Neither Caburian or JK Park, Wallis' guidance counselor, provided the school's report of Head Injury or responded to our questions regarding a medical clearance form although I asked for them.

27.  Following the emergency dental work on Sunday September 30, 2012, Wallis had visible cuts on her face and lips, a severe gash on her gums and she was very swollen so

she looked awful. She was on antibiotics, pain medication and medication for the mouth cuts. She also was wearing a tooth cast, a plastic device over her teeth to keep them in place. This made it difficult for her to swallow and so she made slurping noises to swallow and it was difficult for her to talk.

28.     Within a few days we realized that Wallis was displaying concussion symptoms and we immediately took her to her pediatrician who diagnosed her with a concussion. I communicated the diagnosis of concussion and the doctor's instructions that she needed a plan for a gradual return to academics and sports in emails to Park, Caburian and each of Wallis' teachers.

29.     It was very concerning to us that Wallis was not cleared by her doctor to go to school in her next visit to her doctor a few days later. I communicated with Park, Caburian and each of her teachers that Wallis could not return to school.

30.     My knowledge and experience was that effectively all student issues are communicated to the guidance counselor. Therefore, we directed our communications to him initially and throughout.

31.     About two weeks later, on the third doctor's visit, Wallis' pediatrician said that she could return to school. Again, I wrote Park, Caburian and each teacher.

32.     It struck us as odd that except for Wallis' English Language Arts (ELA) teacher, we did not receive responses from Wallis' teachers to our three communications over two weeks, not even polite well wishes for Wallis' recovery.

33.     We sent Park an email asking if LS had everything we needed from us. Our emails to him and all of Wallis' teachers on October 14, 2012, the day before Wallis was going to return to school stated that Wallis' pediatrician was available to consult with them regarding the treatment of traumatic brain injury and concussion. We did not get a response from anyone and therefore we assumed that LS was all set for Wallis' return.

34.     When Wallis returned to school two weeks after the hit, she looked pale and with the swelling and facial cuts apparent looked hurt and fragile. Wallis did not return to LS looking and acting like her energetic and former self.

35.     We were concerned about infection and whether the re-implantation of the two teeth would be successful. Wallis needed two root canals in early December because of infection. She returned to school immediately after the two root canals.

36.     When Wallis returned to classes she told us that she reached out individually to her teachers to find out what she needed to do. We later learned that there was no plan for her, no coordination whatsoever by her guidance counselor, teachers or the school nurses. Wallis told us that her teachers told her to go to the class website to see the assignments she missed and to self-study to learn and make-up the missed homework and tests as soon as she could.

37.     In the first few weeks following her return to school Wallis was extremely tired. She would come home from school exhausted and go to her room to sleep. She did not participate in any afterschool or social activities like usual. Wallis' fatigue and paleness were obvious.

38.     Although it was well known that students returning to school needed a gradual resumption of academic activities depending on their symptoms and we had provided instructions from Wallis' doctor that said she should not do homework or take tests for two weeks, Wallis complained to us that she immediately felt pressured to not only do current homework but to make up missed assignments. Wallis complained to us that her Spanish teacher, Kim Schultz, was especially impatient with her and thought she was not catching up soon enough.

39.     Wallis' beloved grandmother died on November 3, 2012, about two weeks after Wallis returned to school. We left for Kentucky for the funeral there. This caused Wallis additional stress and prevented her from doing any work for about five days. When Wallis' returned to school, Wallis told us that her Spanish teacher complained to Wallis that she went on a Model UN internal field trip her first day back instead of coming to classes. (Wallis told us that she was too tired from the return plane trip to go to classes but felt up to going to the Model UN internal field trip. Her brother also did this.)

40.     I observed that Wallis quickly became overwhelmed and frustrated. By early November 2012 (about two weeks after return to school/one month after her concussion), Wallis told us that her teachers were pressuring her to do current work while also making up missed assignments. She told us that she was exhausted and was not as efficient in being able to do her work and that she was falling further behind. She also told us that she was frustrated because her teachers were not helping her and had offered only their regular help periods. We saw that Wallis was upset and she complained to us thatthere

was no coordination and she needed help in prioritizing the make-up work. She appeared to me to be stressed and anxious about her grades and not only being unable to catch up but falling further behind.

41.     Wallis therefore met with her guidance counselor JK Park to discuss her problems and to tell him that she was still feeling tired and not able to work as efficiently as she had been able to do before her concussion.

42.     Wallis came back from her meeting with Park and told me that Park's response to Wallis was that they should jointly write an email to all of her teachers to solicit their inputs and help. This email was sent by Park on November 9, 2012 (see Record Volume , page  ) In this email Park wrote….

43.     Our interactions with LS staff before Wallis' head injury on September 30, 2012 made us reluctant to be assertive regarding our concerns about Wallis. We had prior interactions with Scott Carpenter (Superintendent), Nancy O'Neil (Athletic Director), Sandy Crawford (West Housemaster) and JK Park (West House Guidance Counselor) related to our son that did not go well so we were very cautious to not press any LS staff buttons.

44.     We also had questionable, if not problematic interactions related to Wallis' math and science placements freshman year so we were very, if not overly deferential, with JK Park (Guidance Counselor for both Wallis and her brother) and Crawford. Crawford and Park had made it clear to us that they did not like parents to intervene.

45.     We awaited the response of Wallis' teachers to the 11-9-12 email that Park sent. We became more concerned as none of the teachers responded and I observed that Wallis was becoming increasingly stressed and frustrated.

46.     Because the guidance counselor was the point of contact for parents to communicate concerns, we described our concerns to Park that Wallis was struggling and was having problems with her teachers in multiple emails throughout the month of November 2012 (more than one month going on two months since Wallis' concussion).

47.     Park deflected and delayed addressing our concerns and wrote that we should wait to address our concerns until he obtained teacher inputs. His response to us was to emphasize patience and that he would organize a meeting with Wallis' teachers to address to discuss everyone's concerns.

48.     At some point in November, Wallis told us that she had a very upsetting meeting with her Spanish teacher. She sent us an email and when she came home she discussed the meeting with us.

49.     We sent Park an email politely describing Wallis' meeting with her Spanish teacher without naming the class/teacher and emphasized the urgency of addressing Wallis' troubles. He wrote that we needed to wait for the meeting with teachers. The meeting he arranged was for November 27, 2012. We were very concerned that it took so long and that it was now two months that Wallis had struggled at school without getting help from her teachers. Also, it was clear that she would need Incompletes in six out of seven of her classes.

50.     Wallis told us that she was frustrated that Park was going to make her lead the 11-27-12 meeting. We saw that she was stressed preparing for and leading a group meeting that included all of her teachers as well as Park.

51.     Sandy Crawford, West Housemaster, attended the 11-27-12 meeting that we and Wallis had with Park and all of Wallis teachers except for her AP US History teacher and Ceramics teacher. We felt that having her there was a sign of higher administrative level concern because as housemaster she was effectively in charge of most student decisions. The school nurses did not attend the meeting, nor did Rhonda Taft-Farrell, the head of special education (student services).

52.     I saw that Wallis was teary and struggled to not cry throughout the 11-27-12 meeting. At the meeting Wallis read from her notes and described that she still was not as efficient at her work and needed teacher inputs to prioritize the work she had to do..

53.     Wallis' visible distress was not addressed by Park, Crawford or anyone. We did not address it with Wallis until after the meeting so as not to embarrass her or stress her more in front of everyone at the meeting.

54.     At the meeting, Wallis stated the many assignments in each subject that she had not been able to do. There was general discussion with each teacher. As the Spanish teacher, Kim Schultz was the most assertive that Wallis get caught up in Spanish, it was clear that Wallis needed to prioritize that work first. The teachers, Park and Crawford did not provide specific answers to Wallis' questions or the direction that she asked for to prioritize her work.

55.     During the meeting, Wallis was not offered specific accommodations like extended time on tests (where she could take more time to do the test), testing in a quiet place, or delaying tests. She was only offered the general help periods (free blocks) of some of the teachers. Generally, the teacher free blocks did not align with Wallis' free blocks so it seemed to us that any teacher help would mostly have to come during her lunch period.

56.     Math was discussed near the end of the meeting and Wallis became visibly upset when her math teacher told her that she did not need to do the math tests or homework that she missed and that he would base her grade on her performance on the final exam in January as she had not taken the makeup tests. He told her to use the general math resources like going to Café Mathematica, watching his math problem videos and coming to him with questions on problems she got wrong during his free periods.

57.     There were no suggestions at the meeting by anyone that Wallis drop a level(s) in any of her intensive/accelerated subjects or that she drop any course including ceramics. The discussion recognized that Wallis would stop her participation on the Speech and Debate Team and could not be on the winter track team but that she would continue with the Model United Nations Club.

58.     We expressed our concern that the AP US History teacher and Ceramics teacher were not present. Park said that he would follow-up with them.

59.     At the meeting it was decided that Wallis should get six Incompletes but really Park had decided before the meeting because classes were already well into Q2.

60.     During the meeting, Mr. W. held up a calendar and said Wallis needs a written schedule with all of Wallis work on it so that everyone knows what Wallis is working on and how far behind she is. He said that all of Wallis' teachers, need to coordinate to stage the work so that it is manageable for Wallis and everyone is aware of what Wallis is doing.

61.     At the end of the meeting, I specifically asked Park and Crawford if they had experience and knowledge of concussions. Both Park and Crawford gave me a definite yes and assured me that LS had handled many students with concussion, it was routine for them and that we should not worry about their capabilities.

62.     As soon as the LS staff left the conference room, Wallis burst into tears and she was clearly angry and upse. She told us that she thought that the meeting had accomplished nothing and that she was left with the status quo that had not worked over the past two months. We told Wallis that although we felt uncomfortable with the results of the meeting, we were obliged to try what LS offered. We told Wallis our hope and expectation was that Park would now be on top of things and would make sure that the teachers would coordinate and support her. We discussed that Crawford probably would also provide needed oversight. We thought that at a minimum everyone present understood that when she was catching up in one subject she would not be working as hard in her other subjects and might not be able to do all their work. We did not learn until May 2013 that Park did not follow-up with anyone after the meeting and did not provide the guidance, coordination and oversight we expected as a result of the meeting and we did not know until then that neither Park nor Crawford checked in with Wallis at any time following the meeting.

63.     We waited until Wallis calmed down enough to return to classes before leaving.

64.     We did not receive any documentation from LS following the meeting. Therefore, we had no documentation indicating any accommodations and curriculum modifications that Wallis' would receive by each of her teachers or generally by all of her teachers.

65.     Following the 11-27-12 Wallis seemed unhappily resigned to working through December including Christmas break to get caught up and prepare for finals. She continued to complain to us about lack of coordination and support for all of her teachers except Ann Kramer (English Language Arts).

66.     As a family we were hunkered down to support her and to minimize her stress, especially over Christmas break. We observed that Wallis was tired, sad and frustrated. We saw that she struggled to study and do her assignments. Wallis told us that she felt slowed down and took rest and sleeping breaks often between working. She was short tempered and angry at missing social activities and with her difficulties with school work. Wallis complained to us  about not exercising as she was used to working out and being a three season athlete.

67.     We only got a Q2 Warning for Wallis in Ceramics. We did not get any of the formal Warning notices that is the standard practice of LS teachers to notify parents

before the quarter closes that a student is missing assignments or their grade is at risk. These Warnings prompt parent/teacher/student conversations. For example, we got a Warning for our son, emailed the teacher who said an assignment was missing. We spoke to our son who turned it in and the teacher then let us know that he was all set. Our son received an A grade in that class. When we spoke with Wallis about Ceramics, she complained about the lack of studio time and that she was squeezing in ceramics at lunch and prioritizing it last and that the ceramics teacher was okay with this. Because we did not get Warnings from Wallis math and/or AP US History teacher we had no reason to believe that Wallis was performing poorly in math and that she still had missing assignments in AP US History that would result in a Q2 Incomplete. We did not know until May 2013 that Wallis ended up with two Incompletes for Q2 (in Ceramics and AP US History). There was no meeting with parents as was LS' practice for Incompletes.

68.     In the spring of 2013, Wallis participated in spring track although we did not provide a Medical Clearance Form. Although we did not know it at that time, a Medical Clearance Form was required by both 105 CMR 201.000 and LS own concussion policy. Medical clearance required evaluation that Wallis was symptom-free of her concussion before participating in sports. We did not learn until Discovery that Wallis had an active concussion alert in both LS' academic record system (iPass) and the athletics department records system the entire school year. Although the trainer and/or coaches were supposed to check for a concussion alert before allowing an athlete to participate in sports, this was not done for Wallis.

69.     Through the end of Q3 (April 2013) Wallis was still plugging away to clear her incompletes in Ceramics and AP US History

70.     Not until April 2013 did it come to our attention that Wallis had not been doing well in math. The trigger was that her math teacher changed his recommendation for her next year's math class, lowering it a level. This was extremely upsetting to Wallis and she had a very angry and emotional reaction.

71.     In April and early May 2013, Wallis had multiple meetings with her math teacher Brandon Dorey and with Park. After these meetings she came home extremely upset. She literally fell apart emotionally, something totally unlike Wallis. She would prepare for the meetings before and then discuss them with us crying so they took up a lot of her time

and mental energy. She told us that she felt that she was being punished for bad grades and was upset that Dorey did not think she had adequate skills for intensive math and that her having to do an override was not fair and would be viewed unfavorably. (It turned out that Wallis was right about the override as testimony by Blake at the hearing indicated that overrides were indicative of weak math skills for the placement. This was contrary to her position she had when Wallis and I met with her for Wallis' freshman year math placement.) Wallis told us that she felt that Dorey and Park did not understand her suffering since the concussion and that she had worked as hard as she could and she felt really bad about not being able to learn math and getting bad grades since the concussion. Wallis had never before gotten bad grades or had learning difficulties.

72.     On May 8, 2013, Wallis had a meeting with Dorey as well as the head of the math department Lisa Weiss. She was very upset and anxious telling us about it. She did not think that the meeting went well.As Wallis told us that Weiss told her she needed to do an override because of the school's Concussion Policy and that her teachers had been following a Nurses Directive, we asked Park for these documents in an email dated May 8, 2013. We did not receive these documents.

73.     Our conversations with Wallis and the information we were learning about Wallis' performance in math and her other classes made us extremely concerned and worried that Wallis had been disabled since her concussion and that LS had not provided the accommodations and services that she needed. We learned that Wallis had done very poorly in math and that Dorey had inflated her grades which concealed how poorly she had been doing. We learned that Wallis grades in her other classes were below her typical grades and that she had been given an Incomplete in AP US History for Q2 without the teacher or Park letting us know. We observed that Wallis had low energy.

74.     As we did in November 2012, we reached out to Park in early May 2013. Our initial emails to him were about Wallis' falling apart in math and what could be done to support her in math and to address Dorey's concerns about her doing well enough for him to recommend her for intensive math recognizing that we saw that Wallis was distressed about Dorey's recommendation.

75.     We had a phone conversation with Park in mid-May where we discussed a plan to address these issues. However, when Park ran it by the math department, they changed

the approach. Park sent this revised plan to Wallis in an email. We saw that Wallis became upset and angry over this email as told us it was effectively telling her to do everything that she had been doing but with some grade requirements that did not seem possible. I read the email and itdid not include specific instruction from Dorey or any other math teacher, only going in to his general extra help sessions that Wallis said she did find helpful to learn past material. The plan in the email still required Wallis to self-learn, self–assess and have specific questions for Mr. Dorey.

76.     Wallis was so upset and angry about math that she was unable to study for a sequences and series math test and missed taking it. At that point we wrote Park that we thought she should stop going to math class and stop meeting with Dorey as she was so upset and anxious doing so and because their conversations were not productive. We felt that given Wallis' high anxiety and stress, she should not go to math class until the issues were addressed and appropriate supports put in place. She missed a few classes. Wallis returned to class as Park and/or Crawford said she must do so even though there still was not a plan to support her. As she missed a math test (sequences and series) she now had to make up that that test.

77.     We first communicated our concern that Wallis might still be disabled and had needed a 503 (sic) (504 Plan) in our May 8, 2013 email to Park. The Program of Studies and Policy Handbook was our only reference and it said that parents should contact the student's guidance counselor regarding disability concerns. The Handbook did not mention Section 504 at all but only mentioned evaluations and eligibility for an IEP (under IDEA). We were not told by Park, Crawford or any other school staff to voice or write our concerns and/or request a disability evaluation to any other LS staff.

78.     Sometime in May 2013, Crawford started responding to our emails so we wrote to both her and Park.

79.     We became increasingly concerned about Wallis and our emails to Park and Crawford became increasingly urgent and emotional. On or around May 17, 2013 we wrote to Crawford (copying Park) and specifically asked to have Wallis evaluated for a 504 plan and that she send us all relevant information on the process. We wrote that we thought she was cognitively disabled due to her brain injury and had been disabled since her concussion. We wrote that we thought Wallis should have been on a 504 plan long

ago and that we were disheartened learning so late that LS had not provided an appropriate plan with supports for Wallis and had not supported Wallis as we expected following the November 2012 meeting (Record Volume IV, page   ) We wrote that a plan must address Wallis' emotional well-being as we were now seeing Wallis so stressed and agitated that she could not do her work. We asked for a constructive, collaborative and respectful meeting for what we thought was a crisis situation.

80.     We wrote Crawford, copying Park, again on May 19, 2013 and asked for an emergency meeting to put Wallis on a 504 Plan. We wrote that LS should properly evaluate Wallis and perform testing to identify any cognitive issues due to her concussion (Record Volume 3, pages 1602-1603). We were concerned that there were only a few weeks left of school. By then we were very concerned that Wallis was unable to function in Dorey's math class and having conversations and meetings with him so we also wrote in agitated statements that Wallis should be removed from his class and be given an incomplete.

81.     We did not receive any consent forms as could have been expected to test Wallis for memory, attention, processing speed, emotional and other factors arising from the concussion that were affecting Wallis ability to learn. As consent forms include specific narrative for the student, they are not general forms like field trip permission forms. After making our requests for a disability evaluation we did not receive any notices from LS or information on our procedural rights (as was required). Instead of sending a consent form or other formal documentation, Crawford sent us the email dated May 20, 2013 (Record Volume 3, page 1604). We were surprised to read that she wrote that after speaking with us on the phone, Park had the impression that Wallis was symptom free as that is not an impression we thought we left with him. Although we had written that we wanted LS to do cognitive testing of Wallis, Crawford asked us if we wanted cognitive testing which seemed to delay the evaluation process.

82.     Crawford and Park responded to our concerns and request for a disability evaluation including cognitive testing by scheduling a meeting with us (without Wallis) for May 24, 2013. We were getting increasing worried that precious time was going by without evaluation of Wallis and properly addressing her needs and that there was just a few weeks before finals. The agenda for the meeting was developed by Crawford and it

shows our concerns that Wallis had a disability requiring ongoing accommodations. (Record Volume 3, page 1610).

83.     We learned that in internal emails that we obtained through our student records requests in June through November 2013, Crawford was consulting the head of special education (student services), Rhonda Taft-Farrell. Crawford was also copying the three school nurses on her internal emails. Crawford told Taft-Farrell not to come to the May 24, 2013 meeting although the meeting was to address Wallis' potential disability and our request for an evaluation. We did not hear from Rhonda Taft-Farrell or the three school nurses at any time and no LS staff ever told us to contact them. Although Taft-Farrell knew we were requesting an evaluation of Wallis for cognitive issues due to her concussion/traumatic brain injury,she never sent us a consent for evaluation form or otherwise contacted us.

84.     We recorded the May 24, 2013 meeting and wrote up our notes and distributed them immediately following the meeting to document the discussion there. Our notes are in Parents Exhibit 2, Record Volume 3, pages 1770-1778. Crawford led the meeting discussion. The discussion was contentious and the statements of LS staff were shocking to us. We tried to keep our emotions in check while expressing our concerns and trying to resolve our disagreements with the ultimate goal of getting Wallis what she needed.

85.     At the May 24, 2013 meeting Crawford represented that all accommodations ended in January. Dorey maintained that Wallis had been "cleared" so no excuse for poor work and performance. There were troubling descriptions of Wallis's anxiety by Park and Weiss and Dorey during their meetings with Wallis and Park recommended that Wallis have therapeutic counseling.

86.     The May 24, 2013 meeting was shocking to us as it revealed extremely disturbing disconnects and misrepresentations. We heard from Crawford that LS had stopped all accommodations by January because they thought Wallis was completely recovered and they did so without informing Wallis or us or ever before discussing any such deadline. Furthermore this statement was contrary to the fact that we knew that Wallis had two Q2 Incompletes after January and that we knew of various exceptions and modifications that Dorey was making in math for Wallis. Dorey repeatedly maintained that Wallis had been "cleared" and that she did not need any accommodations. Both Crawford's and Dorey's

assertions were hypocritical as Dorey and other LS teachers (like her AP US History teacher) were extending accommodations throughout Q3 and even Q4. Crawford and Dorey maintained that Wallis had made bad choices by continuing to do AP US History work and using that as an excuse once for not turning in math homework. Crawford had maintained that Wallis did not have an Incomplete in AP US History when she did. At one point during the meeting Crawford looked up Wallis' student record in iPass. We did not learn until Discovery and the hearing testimony that she would have seen that Wallis still had an active concussion alert and had not been cleared. We were disturbed to hear from Dorey, Park and Weiss descriptions of Wallis' stress and anxiety and that Wallis visibly trembled when meeting with them. Park recommended that we get therapeutic counseling for Wallis to help her manage her stress and anxiety. Crawford accused Wallis of making a bad choice by not following their recommendation to drop Ceramics. We confirmed with Wallis that no one made this recommendation and we certainly never heard it. (The Ceramics teacher was not at the November 27, 2012 meeting and so Ceramics was not really discussed.) At one point Crawford asked us if we thought Wallis had "post-concussion syndrome". At the time I did not know what that was as I had not heard that term, however, I said no and we discussed that Wallis might have brain damage (See Crawford's 5/24/13 meeting notes, Record Volume 3, page 1613).

87.     There was a lot of discussion about obtaining math tutoring for Wallis. Crawford said she would not allow Wallis to get an Incomplete in math and that she had to finish all the work and take the final. We were clear that we disagreed with this plan and that it did not appropriately address Wallis needs and stress, however, we had no choice but to have Wallis attempt to do it.

88.     Crawford stated that she did not think that Wallis was now disabled and that a 504 Plan was not possible because her disability was in the past. We stated unequivocally that we thought that Wallis was disabled by her concussion and requested that LS evaluate her for a disability, cognitive impairments likely due to her concussion. We again asked for all of the relevant documents and that LS adhere to regulatory timeframes and requirements. (Record Volume 3, page 1773).

89.    Overall, we were surprised and saddened that instead of rallying to help Wallis, LS staff, especially Crawford, denied that Wallis suffered from her concussion and were instead accusing her of bad choices.

90.    Soon following the 5-24-13 meeting, Park informed us that he was leaving LS for an extended absence through the summer because he was getting married. We then communicated with Crawford but continued to copy him.

91.    Following the meeting I wrote Crawford to ask for the accommodations that Wallis had received since her concussion and for relevant school policies including those for concussions and incompletes. I also asked for grading information as we learned that Wallis had been graded differently than her classmates. We received only an informal email about incompletes from Crawford and she sent us an email about accommodations, however Wallis disagreed that the email reflected them. For example Wallis did not get from any teacher extended test time (more time to take tests) but was only allowed to take later a test that she missed during her absence.

92.    During June 2013 we exchanged many emails with LS staff, especially Crawford. The exchanges with Crawford became contentious especially when Crawford wrote incorrect information.

93.    Many of the emails related to scheduling some math tutoring for Wallis. Despite all of the writing only one time was offered to Wallis that fit in to her schedule where she was able to receive one-on-one instruction from Mr. Dorey on probability.

94.    Crawford wanted Wallis to take the math test she missed as well as another math test and the final. To us, Wallis' schedule and stress and the fact that there were so few days left of school made this impossible. On June 5, 2013 Crawford removed Wallis from the cafeteria to have a surprise meeting with Dorey. Wallis called me in tears after it. Wallis told me that she was pressured by Crawford to agree to take the math tests.. Wallis recorded the meeting with permission and when we listened to the recording we were horrified over Crawford's intimidating approach during the meeting and hearing Wallis give polite responses but with a shaking voice. We were disturbed when Crawford's follow-up emails with us misrepresented what Wallis said and portrayed her badly and incorrectly. For example Crawford wrote that Wallis refused all tutoring anytime when Wallis said that she was not able to be tutored that very lunch period. Wallis told us that

she had not prepared for tutoring that day as she not have her math materials with her and had to work on a group project during the time that was offered.

95.     On June 7, 2013, Brandon Dorey contacted us to speak with him over the phone. We recorded with permission our phone call with him and our follow-up email to him documented the discussion. During this phone call we learned that Wallis had done extremely poorly during all of Q1 and Q2 and that she had received a D- grade on the final in January. He inflated her grade to C- and therefore she received a C- for Q1, Q2 and Semester 1. She had not made up the tests and homework she missed. Furthermore, he described that she continued to do poorly through Q3. He gave her a C- grade when she should have received a D. He definitely did not see her as a strong math student, capable of being in an intensive math class. Dorey agreed to tutor Wallis over the summer to prepare her for the Q4 test she missed and to teach her the Q1 and Q2 material she obviously did not learn. We were skeptical that LS administration would allow him to do such tutoring and we were not surprised when he soon retracted his offer and wrote that he was unavailable over the summer and would only see Wallis the two days before school.

96.     We took Wallis to her pediatrician on June 14, 2013 to address the stress and concussion and to secure a note from her doctor so she would not have to take the final and could get an incomplete in math. Although Crawford had told us we needed a doctor's note for Wallis to get an incomplete, she then wrote back that the doctor's note we provided was inadequate and she denied the incomplete. In an email, Crawford wrote that  we could appeal getting the incomplete by going to Superintendent Scott Carpenter.

97.     At the pediatrician visit on June 14, 2013, Wallis reported to her doctor that she was not as efficient with her work as before and that she had concentration difficulties related to stress. (Record Volume 3, page 1510). The doctor recommended that we see a concussion expert and we made an appointment at Children's Hospital Concussion Clinic (for July 7, 2013).

98.     We learned that in internal emails that we obtained through our student records requests in June through November 2013, Crawford again consulted with Taft-Farrell about the June 14, 2013 doctor's note and that she copied many other people including

the three nurses and Nancy O'Neil the Athletic Director. Although Taft-Farrell recommended that Crawford consult the nurses Crawford did not do so.

99.    As we escalated our issues to the Superintendent Scott Carpenter, as late as June 5, 2013, he wrote that the house office was forwarding Wallis for a 504/IEP prereferral. We therefore expected to receive forms or other documentation or to be invited to another meeting. We had not received any information on what a 504/IEP prereferral was although we had asked for documentation when we requested that Wallis be evaluated. We never received any follow-up from Crawford, Park or anyone else related to such a "prereferral".

100.    Upon sending Carpenter the June 14, 2013, physician's note, Carpenter approved Wallis for an incomplete in math and so she did not take the final.

101.    Wallis complained to me that she did not like of having to do math work and tests over the summer.

102.    We and Wallis were shocked when Dorey gave Wallis an A grade for Q4 which was contrary to his representations of her poor test performance and that she was supposed to make up the sequences and series test over the summer before getting a Q4 grade.

103.    Given LS refusal to provide any math tutoring or even consultation over the summer Mr. W. and I scrambled to download Dorey's website materials as he would not keep his website available over the summer and to find an appropriate math tutor for Wallis.

104.    We hired a math teacher from Landmark High School, a school for students with learning disabilities. The tutor told me that she was shocked at the amount of work Wallis had to do to prepare for that final and that Wallis' math teacher would not coordinate with her. The math tutor told me that they would not be able to do all the material needed for the final. Over the summer she and Wallis worked diligently and constructively on important skills Wallis had not learned in the intensive math curriculum. We all concluded that Wallis was not ready to take the math final exam at the end of the summer.

105.    Although Wallis did not take the make-up math test and final over the summer we did not hear from anyone at LS and the math incomplete remained on Wallis' transcript

contrary to the school policy that Carpenter wrote. It was evident to Wallis and us that she would need to repeat the class, a painful thought and we all feared any interactions with the math department.

106.     At the end of June 2013, we initiated student and public records requests to learn about Wallis's performance for 2012/2013. LS did not provide the records and it took about three additional records requests between June and November 2013 for us to obtain email records. We never received Wallis' health record or information on LS concussion policy and implementation of 105 CMR 201.000 although we requested such documents.

107.     We learned disturbing information from the internal email records that we were able to obtain. These included clear descriptions of Wallis displaying concussion and post-concussion syndrome symptoms through the very end of school. Wallis teachers clearly described Wallis' compromised demeanor, behaviors and academic performance, especially an email from Kramer and in the teacher responses to Park's 5-14-13 email soliciting information from Wallis teachers before the May 24th meeting. We also learned how poorly Wallis had done in math with specific evidence that Dorey had altered her grades to inflate them. We also saw that Crawford proposed that Wallis be given an easier math test than her classmates without Wallis or us knowing. We learned that the Athletic Department did not actually use Medical Clearance Forms but only annual physical forms to allow students to participate in sports following a concussion. We learned that Wallis took extended time on spring MCAS testing and that she was on a short list of students, needing extra time. As LS did not redact the record we recognized that most of the other students on the list were on 504 plans or IEPs. We believe that Wallis's performance throughout her sophomore year was compromised by not having extended test time which is a typical accommodation for a student following a concussion.

108.     During the summer and fall of 2013 we learned of 105 CMR 201.000 and found LS concussion policy among other relevant information.

109.     We were informed that Wallis was reassigned to a different guidance counselors which disturbed us given the outstanding issues. We later learned that Wallis was only one of two rising juniors that he removed from his caseload.

110.    During the summer of 2013 we reached out to Bella Wong the new Superintendent, both regarding our records requests and to meet with her to address Wallis' issues. Wong rebuffed us and so we felt that we had no prospects of working constructively with LS.

111.    When Wallis saw Dr. Beasley a concussion expert on July 7, 2013 she still described herself as being slowed down (Record Volume 3, page 1515). Given the history and long period since the concussion and that we did not have any baseline or formal testing, we decided to have Wallis rest over the summer and we considered have neuropsychological testing done at some point especially if we felt Wallis would need accommodations and/or specialized instruction her junior year.

112.    By the end of the summer Wallis told us that she feared returning to LS for junior year. We concluded that LS was not a safe place for Wallis because of the lack of policies and lack of implementation or adherence to policies including but not limited to those for concussion. Wallis told us she wanted to participate in sports again. We thought it was too dangerous for her to do so at LS. We thought the altered grading that LS teachers did for Wallis, especially the math teacher that was done without our knowledge or by guidelines made LS inappropriate. We were concerned about LS references for Wallis and an overall uphill battle with no indication of agreement or support as LS unwilling to acknowledge that Wallis suffered any downside to the concussion. We were troubled by how harshly Wallis had been treated and how badly we as parents were treated and how LS closed ranks instead of helping our daughter.

113.    Not until the end of August did we look for alternative schools for Wallis. By then, we and Wallis felt despondent and anxious about her returning to LS for junior year as we had no hope of any prospects for constructively working with administrators and guidance there to return her to a trajectory commensurate with her abilities and ambitions. We did not really think it possible that she could go anywhere else as she had not taken any of the private school tests needed for admission and had missed the regular deadlines and we did not think any school would have openings for a junior or would be inclined to accept one with Wallis's mixed performance and concussion issues.

114.    Wallis started LS for her junior year on August 28, 2013, the first day of school. At that time we did not have any alternative schools for Wallis.

115.    Despite thinking alternatives were unlikely, Mr. W. and I developed a list of private and charter high schools and called them to inquire. We went full disclosure and stated up front that Wallis was a high performing student but had a difficult sophomore year with lower grades and an incomplete in math because of a severe concussion. The calls mostly ended with no possibilities for junior year. In our very last call to Lawrence Academy (LA), the admissions person reacted quite favorably to our description of Wallis and said that their staff had just had a seminar with Dr. Michael Beasley regarding caring for concussed students returning to school and that LA consulted with him in developing their return-to-learning protocols. (This was the concussion doctor that Wallis had seen in July.)

116.    The LA admission person asked us to send him Wallis' grades and to interview her. We toured the school and he interviewed her in early September 2013. She was accepted without taking the required entrance exams or even sending in recommendations from her teachers. We were told the following: LA had detailed concussion protocols and would be able to monitor Wallis for symptoms should she suffer another concussion; LA takes baseline ImPACT (Immediate Post-Concussion Assessment and Cognitive Test) tests for its athletes so as to know when an athlete has recovered from a concussion and can be cleared for academic and sports activities; LA enforces a gradual return to academic activities and only when students are symptom-free are students allowed to participate in sports;following a concussion, LA students must report to the health office each morning where they are assessed by a school nurse for symptoms and given a "red sheet" listing their accommodations that must be signed by each teacher. We felt very reassured that LA was an appropriate placement for Wallis given her concussion recovery and the possibility of another one.

117.    Wallis continued attending classes at LS until September 9, 2013, the first day of classes at LA. She then started LA classes and we called her in absent to LS having given LS a notice on September 3, 2013 of our intent to enroll Wallis at LA and hold the district financially responsible. No one at LS contacted us about Wallis' two week absence before we sent Wong a letter on September 24, 2013 instructing LS to disenroll Wallis.

118.     By September 2013, Wallis told us that she felt that she had probably recovered. Rest and a less stressful summer really seemed to help her. She was noticeably less anxious but wary. We discussed whether she should do the neuropsychological testing and whether she should ask for/justify receiving accommodations. Wallis told us that she was well enough to try school without testing but we decided that should she feel slowed down or unable to pay attention, we would schedule the testing.

119.     We had constructive discussions with LA staff regarding Wallis' classes. Given her situation in math and that she had missed learning much of the curriculum, we decided that she should repeat her sophomore year math class. Therefore Wallis was placed in a class of sophomores rather than juniors and to be cautious it was not an honors level math class. However, Wallis soon realized that she no longer had learning problems and requested being placed in the honors level class. We observed that she quickly made up the work from the first week or so and did fabulously the entire year, receiving A grades. Her math teacher descriptions on her first semester report card showed an engaged and attentive student who diligently did all homework, participated in class and did well on quizzes and tests. These descriptions were in sharp contrast to Dorey's descriptions of Wallis following her concussion from October 2012 through June 2013. To us the contrast in performance and descriptions of the math teachers showed that Wallis was cognitively disabled due to her concussion her sophomore year.

120.     Similarly, Wallis chose to move up to honors level chemistry and was a class leader in the highest level science class.

121.     At LA, Wallis again demonstrated she was an A level student in all of her subjects and an active class leader in academic and extracurricular activities including sports.

122.     Wallis applied to competitive colleges. We saw that she had to write supplemental essays to explain her transfer and sophomore year performance including the incomplete in math on her LS transcript. She accepted the Honors Program in International Affairs at The George Washington University (GWU).

123.     At both LA and at GWU, Wallis has demonstrated that she is an A student in Spanish and not a B- student. The difference is significant for a student like Wallis and greatly impacts her potential opportunities. Prior to her concussion, she received 94 percentile in her freshman year National Spanish exam. Her drop to a 78 percentile score

sophomore year, post-concussion, was represented by LS as good, however, it was not a good score for Wallis. Because LS never gave us Wallis's student records in response to our student records requests before or during discovery, we only discovered this fact when we were lucky enough to find her freshman score at home.

124.     We realized that LS failed in its obligations to define and implement a concussion policy compliant with Massachusetts concussion regulation as well as its obligations to evaluate Wallis for a concussion-related disability under Child Find,and per the requirements of Section 504 and IDEA  when we specifically requested a disability evaluation in May 2013, we explored how to hold LS accountable and more importantly how to assure that no other concussed student would suffer as Wallis had.

125.     In the fall of 2013, we pursued actions like working with the Massachusetts Department of Public Health to review and correct LS' inadequate concussion policy, practices, procedures and protocols. As LS was resistant and the DPH did not then have a precedent for doing such a corrective action, I invested significant time in pursuing this work and did so without any possibility of benefit. Through a public records request, I obtained the DPH letter of findings confirming that LS did not have an acceptable concussion policies. (LS submitted two improved policies for the DPH to review, i.e., better than the July 6. 2011 policy that was in effect 2012/2013). DPH found these policies to be inadequate. LS has made multiple updates to its concussion policy and posted them on its website. Although LS has had such policies, LS did not provide them to me in response to my Open Meeting Law, public records and Discovery requests. In fact, LS maintained that it could not find any policies and after doing a "dragnet" to locate them found only the July 5, 2011 policy in Parents Exhibit 1, (Record, Volume 3, page 1764).

126.     We learned in filing a complaint against the Athletic Trainer and learned that Aida Ramos, head of special education (student services) became responsible for concussion policy at LS and in the fall of 2013 revised LS concussion policy in response to our complaint. The revised LS policy did not have responsibilities for the Athletic Trainer, unlike the July 6, 2011 policy and so the office of licensure only scolded the trainer for not monitoring Wallis and not participating in re-entry planning for her that was required by 105 CMR 201.00. The letter indicated, however, that he was

responsible for making sure that LS had appropriate policies for him to carry-out his professional obligations and that in future he should do so.

127. Before filing a hearing request as Ramos recommended, we researched the evidence and experience of Wallis at LS and whether we had legitimate Section 504 and/or special education issues to pursue at a BSEA. I consulted with special education attorneys and advocates and I had an in-person discussion with Dan Ahearn, Esq., who was a former BSEA Director (Reece Ehrlichman is current BSEA Director). He thought that there were legitimate issues for the BSEA to consider and decide. His comments helped us frame the issues of our hearing request and to focus on those that had merit within the scope of the BSEA as well as formulate our request for remedies in the hearing request.

128. In developing our hearing request and in all of subsequent work related to the BSEA hearing we diligently researched and attempted to follow relevant BSEA rules and guidelines. We also sought advice from experienced special lawyers, advocates and parents and researched relevant BSEA decisions and publications. This also included MCLE special education training materials and example/model documents that were provided by an attorney. Such information informed our actions and writings and our positioning, rightly or wrongly, throughout the hearing process. For example BSEA guidance documents specifically recommended that pro se parents request that the BSEA issue subpoenas to school staff and that they should not rely upon district representations that school staff will appear to testify at the hearing. Also, our positioning regarding LS' assertion that Ramos must participate at the hearing at all times and that the hearing be conducted before her scheduled surgery was based upon informed advice. Rightly or wrongly we attempted to follow BSEA. Whether our positions and writings were right or wrong, as *pro se* parents we made every effort to develop and argue a sound case.

129. Although it may be a distraction and not relevant, I am responding to Blake's recollection of Wallis's math placement and her interactions with me as my memories are different and there are emails from that time that support my views. (These emails were not provided to me during Discovery for this hearing or in responses to my student records requests prior to the hearing. Wallis was a straight A student in math and all other subjects for all three years of middle school. Placement in the 9th grade intensive

geometry section was not based on any testing and only on teacher recommendation. Wallis's math teacher did not recommend her for the intensive section and she was both surprised and disappointed. She was told that she would have to do an over-ride and that she and a parent would have to meet with Blake to discuss the over-ride. Therefore in the spring of eighth grade (2010), Wallis and I met with Blake. I do not recall saying much. I recall that Blake told Wallis that success in intensive math was based not on the results of a test but upon a student's dedication to putting in extra time in math. Blake also explained that a student should realize that they might get a lower grade than had they been in a lower level class. Wallis expressed her strong interest in math and said she wanted to do the over-ride for the higher level class. She also expressed her concern that by having to do an over-ride she was considered less capable than other students. Given the testimony and representations made at the hearing on this this was a justified concern. I was told that a parent had to sign the override form and I agreed to do so. I recall no harsh words or complaints between me and Blake at this meeting which was the only one I had with her before May 24, 2013. The following day I went to Ms. Blake's office to hand her the signed over-ride form as Wallis wanted to be sure she got it and as places in the class were limited. As Blake testified, I waited outside until she was available. Blake was showed that she was angry when she saw me and told me not come without an appointment. I apologized and handed her the form. I then received an email from Crawford saying that I needed to make an appointment and I said that I was told that LS staff had an open door policy but in the future I would make an appointment.

**130.   Statements Regarding Questioning at the Hearing**

131.    Written graduated re-entry plans were required of all students post-concussion. They needed to address academics and return to play (sports). HO Byrnes rephrasing of my questioning about such plans to focus them on only return to play and not academics did not allow witnesses such as the nurses to address the planning needed for returning to a full academic workload.

132.    Similarly, HO Byrnes misrepresented the doctor's notes as applying to only to return to play when they applied to both academic and physical activities.

133.    HO Byrne was wrong to state that the nurses did not have responsibilities or expertise related to academic planning for post-concussion students and to not allow me

to ask them questions on this topic. HO Byrne inappropriately limited my questioning and rephrasing my questioning to address only return to play in sports which therefore excluded academics. Per Cavallo, the school nurses participate in a re-entry meeting if a student has missed more than five days of school due to a concussion. There was no such meeting for Wallis (2-146)

134.     Similarly, HO Byrne instead of the witness to whom I was addressing a question interjected an answer, HO Byrne said that it was an athletic director decision to allow students to return to sports 2-126.

135.     HO Byrne interrupted and answered the question that I posed to Ramos as to what the standard was for Wallis that she used to determine that Wallis's grades were good and therefore indicated she was not disabled. HO Byrne answered that the legal standard was passing grades, pages 2-176 and 2-177. Not only were the interruptions by the HO disturbing to me, she gave an incorrect standard as the standard is the individual educational potential of the student and grades are not the sole indicator.

136.     The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto.

     I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 29, 2016                    /s/ Mrs. W.                    
                                            Mrs. W.

# EXHIBIT
# E

From:    JK Park

November 20, 2012 2:16:09 PM

Subject:    A.S. (W10) – Parent/Teacher/Student Meeting

To:    jk_park@lsrhs.net,Internet

Cc:    Sandy Crawford    Peter Elenbaas    Ann Kramer    Joshua Gilman
     Sara Fine-Wilson    Brandon Dorey    Kim Schultz

Dear Teachers,

In hopes to streamline our efforts with ███████ and helping her complete his missing assignments, I'd like to propose a parent/teacher/student meeting on Tuesday, November 27th at 7:20 in Conference Room A. My hope is to have all of us on the same page and collaborate on a timeline for Ali. If Ali doesn't have missing assignments in your class, you don't need to attend the meeting. Otherwise, your presence is much appreciated.

Please confirm your attendance with me.

Thanks,

JK

jk_park@lsrhs.net writes:
Dear Teachers,

   you know, within the past month or so, ███████ missed 11+ days of school due to a concussion, a death in the family, field trips, and dentist appointments. She and I met today and we decided to send an email to you so we can all be on the same page.

First of all, thank you for being flexible and understanding during this rather hectic time for ███. You have been gracious in your support and patient in helping ███ come up with a plan to tackle her outstanding coursework. Secondly, we are wondering if you could provide responses to the following items:

1) Are you able to prioritize which assignments are most important for ███ to hand in sooner than later, especially as she tries to stay up-to-date with her current coursework?

2) ███ has developed a list of assignments and assessments she needs to make up. Are you able to provide her with a l! ist of what is due so she can compare it with her list? If this is easily accessible via iPass, please let us know.

3) Is ███ able to meet with you intermittently as she is finishing her missing assignments so she can receive helpful feedback during this process?

4) Can we confirm with you that receiving an "incomplete" for Q1 is recommended?

# EXHIBIT
# F

**Subject:** Re: A.S. (W10) - Checking in

**From:** jennifer█████@verizon.net (████████████n.net)

**To:** JK_Park@lsrhs.net; johnstahr@verizon.net;

**Cc:** █████████@verizon████████████████net;

**Date:** Monday, November 26, 2012 10:14 AM

Good morning

Again, thank you for your efforts on this. We understand that █ will be seeing you today to develop an agenda for the meeting. What time is it on Wednesday and where?

As we understand the situation, █'s AP History teacher is important for the catch up plan. Also, we believe that Ms. Kramer, ELA, has been coordinating and communicating well and █ may be in good shape on this subject (but the work impacts progress in the other areas). The group you have assembled is well worth conducting the meeting, however, we will need to work out how to handle the teachers/subjects that are not present.

Sincerely,

Jennifer █████

**From:** JK Park <JK_Park@lsrhs.net>
**To:** john█████@verizon.net
**Cc:** jennifer█████@verizon.net; ████████████net
**Sent:** Monday, November 26, 2012 9:42 AM
**Subject:** Re: A.S. (W10) - Checking in

John,

I hear your concerns, and I encourage you to share them at our scheduled meeting on Wednesday. Let's see how we can move forward in helping █ compete the necessary assignments to get back to a manageable place.

So far, we have her math, science, English, and Spanish teacher who will be in attendance at the meeting.

Thanks,

JK

**John████████████████████writes:**
Hi again,
Forgot to mention the following. This is one bad example of what █ has experienced:
One of █ teachers last Friday questioned █'s commitment to trying to catch up last Friday at a session that █ had arranged with the teacher to do exactly that. That session should have been focused entirely on getting █ caught up. She questioned █'s desire to do well on the tests rather than to get them quickly completed. █ is trying to learn all the material well as she is motivated to and wants to learn it well. Of course as she should do just that. That Tuesday, █ was back at school at 10:30 after undergoing two root canals earlier that morning. No teacher should be questioning her commitment to catch up and her desire to do well.

On Nov 21, 2012, at 12:47 PM, John S████████████████████ wrote:

Hi JK,

First of all, thank you for your efforts at helping ●. Except for Ms. Kramer and the wellness teacher, the other teachers have been uncommunicative and beyond that appear to us to be unacceptably uncooperative. This is despite ● and us being quite polite and patient.

I'd just like to emphasize we really want to promote no further delays in getting ● back on track. We have to assume you got only that one teacher response from your prior email? I personally find that very strange as do others with whom I've discussed this situation.

I am certainly not up on all the details because I have been very busy. I'll be getting filled in by ● over this vacation weekend. I do know that Ali still has significant catch up, that her recovery period was long, she followed medical advice, and that she has been working to her capacity at catching up. Attending a field trip is not an issue. That is part of her academic experience at LS. Furthermore, it is the kind of activity that eases her back into the academic work slowly which is what the doctor recommended. All teachers during parent night were effusive about how they support students outside of classroom hours. ●has gotten extremely little of this even though she has asked.

I also do know that the teacher response has been varied. I have a strong sense that some need to do much more than what I am aware they have done. I'm surprised by this. We certainly experienced none of this after ●●●● concussion except for one teacher. With that one teacher, Sandy Crawford got involved right up front and that was quickly corrected. Do you think that is a factor that may make a difference? We are genuinely interested in your suggestions on how to move this along constructively given where it is.

● last night said she is not able to sign up for winter track because she has in-completes. I understand this for academic laxness as a general rule, but that clearly does not apply in this case. We want her to be able to participate in winter track as she catches up. We do not want her to miss winter sports enrichment experiences after missing the last half of the same this fall due to her brain injury.

We have been very patient for a very long time. If we can't get ● the solutions she requires and is entitled to we do need to escalate this quickly.


Please advise. Thanks,
Jophn

On Nov 20, 2012, at 2:28 PM, Jennifer ●●●●●●●●●●●●●●●●●●●ote:


JK,


Again we are concerned with any further delay. Because of their lack of responsiveness, please consider giving them a deadline of tomorrow at noon if you do not hear back from them today.
They all would be checking their email regularly.

Jennifer


On Nov 20, 2012, at 2:18 PM, "JK Park" <JK_Park@lsrhs.net> wrote:

Jennifer,

I'll confirm the date and time of the meeting with you as soon as I hear back from her teachers.

Thanks.

JK

jennifer ███████████████████

JK,

John and I understand that you and ⬤ decided yesterday to convene a meeting with her teachers the morning of Tuesday, November 27th. We think this is a wise thing to do as appropriate communications, guidance and supports having been lacking from most of her teachers. We were hopeful that the nice email that you and ⬤ crafted to her teachers would get a better response. Please confirm the time of the meeting so that John and I can arrange our professional schedules to attend. This meeting should happen as soon as possible as we are all concerned about any further delay. Ali should be well-positioned for mid-terms and doing catch up work over Christmas break, if needed.

We really appreciate your time and efforts on this.

Thank you and best wishes for Thanksgiving!

Jennifer ⬤

**From:** "jk_park@lsrhs.net" <jk_park@lsrhs.net>
**To:** ██████████████████; jennifer█████████████net; johns████████████; sandy_crawford@lsrhs.net; jk_park@lsrhs.net; peter_elenbaas@lsrhs.net; ann_kramer@lsrhs.net; joshua_gilman@lsrhs.net; sara_fine-wilson@lsrhs.net; marci_stoda@lsrhs.net; brandon_dorey@lsrhs.net; kim_schultz@lsrhs.net
**Sent:** Friday, November 9, 2012 10:02 AM
**Subject:** A.S. (W10) - Checking in

Dear Teachers,

As you know, within the past month or so, ⬤ Stahr missed 11+ days of school due to a concussion, a death in the family, field trips, and dentist appointments. She and I met today and we decided to send an email to you so we can all be on the same page.

First of all, thank you for being flexible and understanding during this rather hectic time for ⬤. You have been gracious in your support and patient in helping ⬤ come up with a plan to tackle her outstanding coursework. Secondly, we are wondering if you could provide responses to the following items:

1) Are you able to prioritize which assignments are most important for ⬤ to hand in sooner than later, especially as she tries to stay up-to-date with her current coursework?

2) ⬛ has developed a list of assignments and assessments she needs to make up. Are you able to provide her with a l! ist of what is due so she can compare it with her list? If this is easily accessible via iPass, please let us know.

3) Is ⬛ able to meet with you intermittently as she is finishing her missing assignments so she can receive helpful feedback during this process?

4) Can we confirm with you that receiving an "incomplete" for Q1 is recommended?

5) Is there any more information you would like to provide as we develop a course of action?

⬛ wanted to remind you that she has frees during blocks 6 and 7, and that she is also able to meet with you before or after school if you are able. Even though it's been about a month since ⬛ concussion, please know that she still experiences fatigue when engaged in academic work. She does not feel as though she is back to her baseline level of mental output. I've tried to encourage her to get most of her work done b! y the end of the month; however, it's possible that she may be finishi ng some of the assessments up until the winter holiday break. Just so you are aware, Ali will be out for a part of the day in the next week or so to get a root canal.

Please be advised that both ⬛ and her parents are cc'ed on this email. Can you make sure that you reply to both ⬛ and me when you reply?

Thanks and have a great 3-day weekend.

JK

# EXHIBIT
# G

**Subject:** Re: scheduling a meeting

**From:** jennifer█████@verizon.net ██████████████████

**To:** sandy_crawford@lsrhs.net; johnstahr@verizon.net; jk_park@lsrhs.net;

**Cc:** █████████@verizon.net;

**Date:** Wednesday, May 22, 2013 10:04 PM

Ms. Crawford,
John will be returning late Thursday night from a business trip but we expect he will come home and be able to attend this meeting. We would like to move forward to have it Friday morning. This is the right group of people.

We would like to have a constructive and respectful discussion with on this very emotional topic given all that has transpired. The goal of the meeting is a rigorous, well-defined and sound plan for Ali. We will record the meeting as we do not want any misunderstandings in what was discussed and what the plan is; there appears to be misunderstandings now about the November 2012 plan that you did not document and then the recent plan that we developed with JK in our phone call with him. We do not want our words, or yours to be forgotten, misrepresented or misinterpreted. It is our practice to record such meetings and over the past ten years we have found it useful for both parties to have a recording.

We think that the team in November 2012 did not develop a sound plan, did not properly document the plan and then did not include oversight to correct the deficiencies of the original plan. Since then ██ has suffered and addressing and correcting this very unfortunate situation must be the goal of our meeting. We can only move forward but we will demand a high level of rigor that includes legitimate, rigorous identification of weaknesses and gaps and competent identification of needed supports and remediation. We will not tolerate vague, unsubstantiated representations of Ali's performance or vague commitments of teacher /instructional supports.

Furthermore the academic plan will have to consider her emotional well-being, particularly given the history of lack of teacher encouragement and support. The November plan did not even allow a debilitated student a break to eat lunch. The only teacher at that meeting who said positive things about Ali and recognized her strengths was Ms. Kramer.

We look forward to collaborating with this team. Please make sure that everyone involved has cleared their minds of any antagonism and is prepared to have a positive meeting to assure positive outcomes for Ali.

Thank you for your attention and assistance,

█████████████

**From:** "sandy_crawford@lsrhs.net" <sandy_crawford@lsrhs.net>
**To:** jennifer█████@verizon.net; johnstahr@verizon.net; jk_park@lsrhs.net
**Sent:** Wednesday, May 22, 2013 12:19 PM
**Subject:** scheduling a meeting

Dear Jennifer and John,

Are you available to meet to discuss a plan for  in Math this Friday at 10 am in West House?

JK Park, Brandon Dorey, Lisa Weiss, Ginny Blake and I are all available to meet at this time.

Best,
Sandy

# EXHIBIT
# H

Subject: Re: Response to your October 10, 2013 letter

From: jennifer████@█████████(████████@████████)

To: Aida_Ramos@lsrhs.net;

Cc: Bella_Wong@lsrhs.net; lsschoolcomm@town.sudbury.ma.us; john████████████t;
jenniferstahr@verizon.net;

Date: Wednesday, October 16, 2013 11:04 PM

Ms. Ramos,

We are not going to let you distort our communications in your attempt to create an invalid record. In our reply to you we did not say that we would file for a hearing. We wrote that we would consider your strong recommendation that we should file for a BSEA hearing and noted that you included five pages of instructions from the BSEA website as well as a Hearing Request Form. We also noted that you did not offer us any other approach to resolving our issues. We recognize from your reply that you are eager for us to file for a BSEA hearing.

As you write that you stand by all of your prior letters/emails to us, we note that you stand by your false statements without correction or explanation. How can you stand by your fabrication that you spoke with our attorney's assistant as an excuse to not provide the records that we requested? We confirmed with our attorney that he did not speak with you. Also, he does not have an assistant. How do you rationalize your stated excuse?

We will continue our discussions with the school district about full reimbursements and the other issues that have not been addressed. At this point, communications with the "district" (sic) attorney are premature.

Sincerely,

Jennifer and John ████

From: Aida Ramos <Aida_Ramos@lsrhs.net>
To: jennifer████@█████████
Cc: Bella_Wong@lsrhs.net; lsschoolcomm@town.sudbury.ma.us; jenniferstahr@verizon.net; johns█████@████████net
Sent: Wednesday, October 16, 2013 9:30 AM
Subject: Re: Response to your October 10, 2013 letter

Dear Mr. and Mrs. ████,

Please be advised that I have received the letter responding to my communication. Thank you for letting us know that you will be filing for a hearing. I reiterate all the responses that I have sent you in multiple letters/emails. As soon as we get a copy of your hearing request, the district attorney will be contacting you for further action.

Thank you.

Aida

jennife███████████████████

Ms. Ramos,

Our response to your letter to us dated October 10, 2013 that we received yesterday, October 15th, is in the attached file.

Please feel free to contact us if you have any questions.

Sincerely,

Jennifer and John ██████

Ms. Ramos,

Yesterday we received your letter dated October 10, 2013. It says that you sent us an email on October 7, 2013 that addressed our requests for student records and reimbursements. We did not receive an email from you on October 7th. This is clearly evident from the fact that the copy of email that you attached to your letter does not have any "To:" recipients. We note that in our email to Ms. Wong dated October 6th and that you reference in your letter, we requested not just student records but other records in addition to student records. Please review the request in its entirety so as to provide a response and records that completely address our requests.

We have replied to Mr. Fratto to review the entire set of records that have been assembled to comply with our records requests. We again state that we and our attorney have requested student records as well as the other records that are stated in our email to Ms. Wong dated October 6, 2013 and Attorney Morrissey's letter to her dated August 19, 2013. We intend to review the more than 2000 pages this week and will pay any reasonable fees that are required.

We remind you again that we gave the school the required notification of our intention to place our daughter, ████████████████, at Lawrence Academy. We disenrolled her from Lincoln-Sudbury well after our ten day notice and after the school showed no indication it would work with us to address the issues at hand.

We notified Lincoln-Sudbury Regional High School in June 2013 of our intent to seek math tutoring for ██ and reimbursement for such services and as soon as Mr. Brandon Dorey, Ali's math teacher, retracted his offer in the very last days of school to provide math instruction and guidance over the summer.

We will consider that you strongly recommend that we file for a hearing at the BSEA. We note that you included with your letter website instructions for filing due process hearings, a Hearing Request Form and another Parent's Notice of Procedural Safeguards.

In this email and below, we also respond to your email dated October 7, 2013 that you reference in your October 10th letter and that was not sent to us on October 7th. In reviewing your copy of the email, we see that you sent it to no one and copied Bella Wong and Sandy Crawford.

We again state that we requested not just student records but other records in prior requests to Ms. Bella Wong, Superintendent.

The school has not provided us the records that we requested in our June 2013 letter as well as subsequent requests. Because the school has not complied with our requests, we sent yet another request to Ms. Wong dated October 6, 2013.

Do not write false information in an attempt to waste our time and/or attempt to establish an invalid record with the school committee and other audiences. We have confirmed with our attorney that neither he nor an assistant of his spoke with you regarding the records he requested in his letter dated August 19, 2013. And so we ask you to explain your written statement that you spoke with an assistant of Attorney Morrissey that you wrote clarified his written records request to limit it to only staff mentioned in the August 19th letter.

Furthermore, we state here that Attorney Morrissey's August 19th letter attached and incorporated the prior records requests from us that listed the names of staff for whom we requested records and that our requests were not limited to the named staff. Your statement that our October 6, 2013 student records request is for an additional 20 staff is simply untrue. Only a few additional names were included in the request we made on October 6th as we thought it would be helpful to provide more detail, e.g., the names of the Nurses in addition to the Health Office.

Did you not read the various requests in their entirety? The school certainly has not provided the student records that we requested in June 2013, and since, within the required timeframe. Until we review the more than 2000 pages that Mr. Fratto says he has finally now assembled to comply with our request we cannot yet say that you have complied with our requests for student and other records.

You say that you will forward the requested emails and other written communication to us as soon as it is available. Please do so. Mr. Fratto, Director of Finance and Operations, wrote to us in an October 11, 2013 letter that he would provide the records only after we pay $400. Provide the records immediately or explain the difference between what you wrote versus Mr. Fratto.

The math tutoring for which we are seeking reimbursement was provided over the summer of 2013 when ⬛ was not attending school and when her math teacher, Mr. Brandon Dorey, stated his was unavailable. Furthermore, the math department heads, Ms. Lisa Weiss and Ms. Virginia Blake did not provide an alternative tutor when they were informed that Mr. Dorey had retracted his offer to provide the needed tutoring.

Lastly, you state that we have not responded to your request to evaluate ⬛ for special education services. Again, this is a false statement as we provided a detailed and lengthy response to your proposal in our letter to Ms. Wong dated September 24, 2013 on which you were copied. In this letter we wrote that overall the school's proposal, as written by you, did not leave us with any confidence that you knew the relevant issues and were offering a legitimate attempt to evaluate ⬛ so as to address her difficulties, whether past and on-going. Your proposal to evaluate did not even mention ⬛ head injury and concussion. We state here for the record, that you were not at Lincoln-Sudbury Regional High School until August 2013, you had no involvement with ⬛s experience the entire 2012/2013 school year.

Among the issues, you state in the proposal for evaluation that you have spoken with us. You did not speak with us before writing your proposal, and your predecessor Rhonda Taft-Farrell did not speak with us either. Furthermore, your proposal had incorrect, incomplete and therefore, misleading information that we identified in our letter. We are quite familiar with the evaluation process and do not need to meet with you to discuss it. You have not provided any information to address the concerns we have with your proposal and to correct the misinformation in it.

As you strongly recommend that we file for a BSEA hearing in your letter of October 10, 2013, we have to assume that you are not interested in pursuing your proposal or meeting to resolve the outstanding issues. Thank you for your efforts and consideration.

Jennifer and John ⬛

# EXHIBIT I

Pages: 1-115

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LINCOLN-SUDBURY REGIONAL SCHOOL  \*
DISTRICT                         \*
v.                               \*
MR. AND MRS. W.                  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WALLIS AND MR. AND MRS. W.       \* Civil Action No.
v.                               \* 1:16-CV-10724-FDS
LINCOLN-SUDBURY REGIONAL SCHOOL  \*
DISTRICT                         \*
AND                              \*
BUREAU OF SPECIAL EDUCATION      \*
APPEALS                          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEETING

APPEARANCES:
Mr. W.
Mrs. W.
Brandon Dorey
Virginia Blake
Lisa Weiss
Sandy Crawford
Jong Kwan Park

May 24, 2013

Cambridge Transcriptions
Approved Court Transcriber

1  (Recording begins.)

2      MS. CRAWFORD:  I have an agenda.

3      MS. BLAKE:  Excellent.

4      MS. CRAWFORD:  And the agenda definitely starts with

5  introductions.

6      MS. BLAKE:  Okay.

7      MS. CRAWFORD:  So I'm Sandy Crawford, and I'm the West

8  Housemaster.  I'll chair the meeting.  Generally, I

9  wouldn't (indiscernible), but (indiscernible).

10      MS. BLAKE:  Fabulous.

11      MS. WEISS:  Lisa Weiss.  I am a math teacher in the

12  rising math department.

13      MS. CRAWFORD:  Excellent.

14      MR. DOREY:  Okay.  Brandon Dorey, Wallis' math

15  teacher.

16      MS. CRAWFORD:  Perfect.

17      MR. KWAN:  So right now, you currently teach --

18  (indiscernible).

19      MS. WEISS:  Teach.

20      MR. DOREY:  Teach (indiscernible).

21      MS. WEISS:  Indeed.

22      MR. DOREY:  Other than that, I'm (indiscernible).

23      MS. CRAWFORD:  Very good.  And Mrs. W. and Mr. W.

24      MR. W.:  Yes.

25      MRS. W.:  Yes.

1          MS. CRAWFORD:  So here's the agenda.  And the agenda,

2    we'll start off with parents' concern.  So what I did is I

3    went through your e-mails, and I wrote your concerns as a

4    series of questions.

5          I thought the main concern was Wallis' math placement

6    for next year, and you would like Wallis to be in Intensive

7    AM next year.  And I thought you had questions concerning

8    math.  Has Wallis' concussion been appropriately

9    accommodated for math, does Wallis' placement need to be

10   based on test scores alone, are Wallis' grades reflective

11   of her actual understanding of material, what exactly does

12   she understand and not understand, and what can be done to

13   help Wallis do better in math.  And so those are the math

14   questions.

15         And what I'd love to do is talk about those first and

16   hear from you about those in particular while we have a

17   math team here, and then we'll kind of look at what we've

18   done overall, history of Wallis' progress in math, math

19   department policies and how they might affect Wallis and

20   next plan -- proposals for next steps to support Wallis in

21   math in particular.

22         And then we can let the math folks go, and we can look

23   at the bigger question about has the school overall

24   appropriately accommodated Wallis' concussion, does Wallis

25   have any disability which requires ongoing accommodations,

1  if we think about that, what kind of steps would we need,

2  what documentation would we need to think about a 504

3  because she got (indiscernible), too.

4       MR. W.:  Sure.

5       MS. CRAWFORD:  So does that sound like a good plan?

6       MR. W.:  Yeah.  I want to react to some of what was

7  said here, because I don't think it completely or

8  accurately actually reflects our concerns.

9       MS. BLAKE:  Can I just ask you a question --

10      MR. W.:  Yeah.

11      MS. BLAKE:  -- first?

12      I notice you have a recording app, I think --

13      MRS. W.:  Yeah.

14      MS. BLAKE:  -- on your phone.

15      MR. W.:  Yeah.  Yeah.

16      MRS. W.:  We said we were going to record it.

17      MR. W.:  We said we were going to record this.

18      MRS. W.:  Yeah.

19      MS. BLAKE:  Oh, okay.

20      MS. CRAWFORD:  Does everyone -- because it's a

21  permission --

22      MR. W.:  Yeah.

23      MS. CRAWFORD:  -- issue.

24      MRS. W.:  Yeah.

25      MR. W.:  Yeah.

1      MRS. W.:  Yeah.

2      MR. W.:  We know that.

3      MS. CRAWFORD:  Okay.

4      MRS. W.:  We sent 24 hours in advance.

5      MR. W.:  It was sent out.

6      MRS. W.:  Yeah.  We have -- that's our policy.

7      MS. CRAWFORD:  I was under my --

8      MS. WEISS:  You were a little busy yesterday.

9      MS. CRAWFORD:  Yes.  So we'll --

10      MR. W.:  I apologize for not explicitly stating

11  that --

12      MS. CRAWFORD:  Okay.

13      MR. W.:  -- when I started it.  Do you feel

14  comfortable with that or?

15      MS. CRAWFORD:  Are people comfortable with being

16  recorded?

17      Yeah.  Okay.

18      MR. DOREY:  Yeah.

19      MS. CRAWFORD:  (Indiscernible).

20      MRS. W.:  So, anyway, it says, "Parents would like

21  Wallis to be in Intensive."  That is not correctly worded.

22  It's, "Wallis would like to be in Intensive."

23      MR. W.:  Yeah.

24      MRS. W.:  I think, you know, Ms. Blake, as you know

25  from her having to do an override for ninth grade math,

1  she's keenly interested in high levels of performance in

2  that.  So she drives it, not us.  We're supporting her in

3  what she wants to do, and, also, because we think she's

4  capable of doing this.  So we wouldn't want have her do

5  things that we wouldn't think would be appropriate.

6       MS. CRAWFORD:  Okay.

7       MR. W.:  Yeah.

8       MRS. W.:  The other thing is --

9       MR. W.:  (Indiscernible).

10      MRS. W.:  Fundamentally, we're also wondering -- and

11 we don't think so -- whether she has fully accessed the

12 intensive math curriculum this year, and that was due to

13 her concussion, and the plan we had developed since the

14 concussion it didn't allow her to fully access the

15 Intensive curriculum, which has led to the issues at hand,

16 frankly, and doesn't position her as well as she should be

17 for Intensive math next year.

18      So our goal is to remediate any of the gaps --

19 identify them and remediate them so that she is well

20 positioned for math next year and going forward.

21      MS. BLAKE:  When we get to that point, I would have

22 these (indiscernible).

23      MS. CRAWFORD:  Okay.

24      MRS. W.:  And, again, you know, history is, too, that,

25 you know, we spoke to you two years ago -- a little more

1  than two years ago -- that the discussion was, you know,

2  not that there isn't a grade or a, even, test that, you

3  know, predicts success in math.  It really is, is the

4  student with a certain skill set, certainly, and, you know,

5  experience and knowledge from the prior years, you know,

6  have the interest to dedicate to all the work of math.  So

7  that was our discussion two years ago.  And that certainly

8  proved true of Wallis multiple times.  Right.

9       Okay.  So, any rate, parent questions, yeah.

10       And, again, you know, we have our own questions here,

11  too, about the process that has occurred, the oversight to

12  specifically what we agreed November -- last November 2012

13  after the concussion, whether that plan was appropriate and

14  whether we really did provide the adequate support.  We

15  might debate that and disagree.

16       But, certainly, Mr. Dorey, you've expressed concerns

17  about (indiscernible) Wallis, you know, has, also.

18       So, you know, we're here to address that.  And it's

19  quite clear she has not been fully -- been able to access

20  the curriculum as every other student in that class would.

21       MS. CRAWFORD:  So maybe what we should do -- let's go

22  back to the accommodations that we put in place in

23  November, and then let's think about what we're going to

24  do.

25       MR. KWAN:  Can we talk about a little bit of history?

1    MS. CRAWFORD:  Yeah.

2    MR. KWAN:  Okay.  So I just kind of jotted down some

3    notes from our conversations either via phone or via

4    e-mail.

5    Back on September 30, she suffered the tooth injury

6    during the field hockey game.  And then on the third, which

7    was Wednesday, she was diagnosed with a concussion from her

8    doctor.  There was a note from.

9    MRS. W.:  Yeah.  I guess I just want to make sure we

10   all understand the severity of that.  She had a very hard

11   hit from a teammate during a practice.  It was so violent

12   that even with a mouth guard it knocked out her two front

13   teeth and clearly gave her a bad concussion.

14   MR. W.:  Yeah.

15   MRS. W.:  So we're not talking about --

16   MR. W.:  Almost four teeth.

17   MRS. W.:  Yeah, almost four teeth.

18   So we're really talking about a very serious head

19   injury.

20   MR. W.:  And the pain around the mouth was so

21   overriding that the concussion part of it didn't exhibit

22   till the pain around the mouth went away.  And then she was

23   saying how dizzy she was.  So that was the delay.

24   MRS. W.:  The other, you know, thing to note that the

25   ramifications of that have been, you know, many trips to

1   the dentist, to the doctor, including, you know, root

2   canals in December --

3        MR. W.:  Two root canals.

4        MRS. W.:  And then having this filling in January.

5   Each time she's been a trooper and has been coming directly

6   to school from two root canals.  So you know, let's

7   understand this kid and her perseverance and diligence

8   about school.

9        MR. W.:  In attempting to catch up in the --

10        MRS. W.:  The other thing --

11        MR. W.:  So without going into a lot of detail, she

12   was out of school for -- I don't know -- I don't want to be

13   inaccurate --

14        MRS. W.:  Yeah.

15        MR. W.:  -- multiple weeks.

16        MS. CRAWFORD:  Let's hear what you say.  I want to

17   hear what you say to his statements.

18        MR. KWAN:  So the third was when she was diagnosed

19   with a concussion --

20        MR. W.:  Yeah.

21        MR. KWAN:  -- three days later.

22        On the ninth, teachers were notified of the concussion

23   from you, Mrs. W.

24        And on the fourteenth, we updated -- we had an

25   updating e-mail from you saying Wallis would return the

1    following day, which was the fifteenth, but would be

2    attending the AP history field trip at Sturbridge Village.

3    Wallis was told at that time not to participate in

4    (indiscernible) until (indiscernible) over.  She -- you

5    mention that Wallis was looking forward to getting back to

6    classes and that she'd be checking with teachers

7    individually.

8         The concussion was updated on iPass on the fifteenth

9    when she did return.

10        Then there was a gap of communication until November 9

11   when Wallis and myself met to discuss her situation.  So

12   from where she was concussed to the ninth, Wallis and I

13   didn't meet individually.  We offered it, but she wanted to

14   be independent and check in with her teachers first.

15        MR. W.:  So when she came back to school, there were

16   things like she's not supposed to --

17        MR. KWAN:  Yeah.

18        MR. W.:  -- to do.  Basically, it's like very gradual

19   return to school.  It was --

20        MRS. W.:  Including gradual return to homework and all

21   that.  And I would say during that period -- JK, I don't

22   know whether you reached out to her or not, but she was

23   reaching out to her teachers about what to do, and that's

24   --

25        MR. W.:  Yeah.

1      MRS. W.:  By the time she contacted you, she was self-
2  advocating, realizing that she wasn't getting as much
3  support or direction from her teachers as she felt she
4  needed.  So that led to that November contact to you.
5      And I'll let you continue.
6      MR. W.:  Yeah.  Yeah.  No.  So on that first day back,
7  the field trip, that was a gradual, nonmental --
8      MR. KWAN:  Sure.
9      MR. W.:  -- she can come back to school.  There was a
10  teacher who had an issue with you should not go on that
11  field trip.  So that started, you know, the --
12      MRS. W.:  The lack of, you know --
13      MR. W.:  Yeah.
14      MRS. W.:  -- really helpful support.  That was quite a
15  -- you know, distressing to her.  And that continued.  That
16  started literally the -- you know, her day of return.
17      MR. W.:  And there was also the in-school
18  (indiscernible).
19      MR. W.:  Correct.  She had a hard time doing things
20  like that.  Other teachers gave her a hard time for that.
21      MR. KWAN:  So on the ninth we met, she and I met and
22  we drafted a list of concerns that she had (indiscernible).
23  And then I sent out an e-mail to teachers, basically
24  stating that 11 plus days of school she missed due to the
25  concussion, unfortunate death in the family, field trips

1  and dentist appointments.

2       MR. W.:  Yeah, that's right.  Her grandmother died.

3       MR. KWAN:  It was in Kentucky, right?

4  (Indiscernible).

5       MRS. W.:  Correct.

6       MR. KWAN:  And then we decided that it would be best

7  to convene a team meeting with all parents -- or with the

8  parents and teachers after the Thanksgiving holiday.

9       MR. W.:  Let me respond to that, too.  That e-mail --

10 which, again, this is a lot of time and effort on her part

11 -- she worked with you to draft.  And, again, you and she

12 were collaborating nicely and trying to address, you know,

13 state well and address the concerns.  That e-mail, as I

14 recall it, was soliciting teachers to, you know, reply back

15 with a plan or an approach to help her.  And we were copied

16 on that e-mail, and we did not get any response.  My

17 impression is that you didn't get responded to directly

18 either, which led to, "Oh, we're not getting responses from

19 teachers so let's convene a meeting."  Which is what you

20 did.  Again, all involving Wallis' time and effort to work

21 with you about, you know, claiming that meeting for her

22 teachers to get help.

23      MR. KWAN:  One thing during that time was Wallis,

24 being very independent, wanting to kind of do this on her

25 own, and she came to a place when -- we both came to a

1  place where we realized the most sufficient way to do this

2  was to convene a meeting.  And --

3       MR. W.:  Yeah, and --

4       MR. KWAN:  -- the twenty-seventh is when the meeting

5  happened.

6       MR. W.:  Yeah.  And from our side, what really drove

7  that was the lack of response to our e-mail requests.

8       MRS. W.:  And cooperation.  She was -- you know, like

9  you said, she was told to reach out independently.  She

10  did.  And what was being suggested was go to our website

11  for past homework, which didn't completely help  her.

12       MR. W.:  By the time of the meeting, it was clear that

13  the independence thing was not --

14       MRS. W.:  And it wasn't -- like I said, she, as

15  directed by you all, you know, was self-advocating and

16  reaching out.  That's what she was told to do.  But it was

17  by no means that she was supposed to figure out and

18  prioritize and manage teacher expectations about when you

19  know, what to do given the huge gap and, frankly, given the

20  fact that when she did return to school, she was still

21  feeling pretty crappy, you know.  She was present, and she

22  would stay in class, but she wasn't able to absorb all the

23  material in part because she had been absent for so long

24  and every class was in a different unit, a different spot.

25  But she was still having cognitive issues and definitely

1  was not able to do homework.  And that was clear.  It was

2  clear to everybody, and it should have been clear to her

3  teachers.  She was coming home and sleeping, so.  And I'd

4  also --

5       MR. KWAN:  (Indiscernible) counselor to help, kind of

6  an intermediary role.  So I offered that to Wallis.  There

7  were a few e-mails that were sent and notes that were given

8  that were not responded to, and so the understanding there

9  was let's -- she wants to do it independently.  And so we

10  decided, okay, to meet on the twenty-seventh, this is not

11  working.

12       MR. W.:  Yes, exactly.  That was -- that's what led to

13  the meeting.

14       MRS. W.:  Yeah.  Yeah.  It was not working.

15       MR. W.:  Right.  There was a gap between.  We agree

16  with that.

17       MR. KWAN:  So there was a gap --

18       MR. W.:  Yeah.  I don't know how -- so how long was

19  that period before the meeting since she came back to --

20       MR. KWAN:  Since she came back --

21       MR. W.:  And then we had --

22       MR. KWAN:  -- was the fifteenth.  The meeting was --

23  fifteenth of October -- twenty-seventh of November.

24       MR. W.:  Yeah.  Yeah.  So it was --

25       MRS. W.:  She was going back and forth.

1    MR. KWAN:  That was -- there was a process there, and

2    it wasn't working.  And that --

3    MRS. W.:  Yeah.

4    MR. KWAN:  -- led to the meeting.  So (indiscernible).

5    MRS. W.:  And everybody knew she was struggling by

6    then.

7    MR. KWAN:  That's right.  Just stating the historical

8    facts.

9    MRS. W.:  Yeah.

10    MR. KWAN:  Then until May 10, there was absolutely no

11   communication regarding concussions or not getting any lack

12   of -- or not getting enough support.  The tenth was when

13   Wallis came and discussed with me this current situation.

14    And on the fourteenth, I met with Mr. Dorey to discuss

15   from his perspective.

16    And then on the fifteenth, I had a conversation with

17   you on the phone to talk about preliminary repetitive

18   proposals.  And I stated that I would bring that to the

19   department and forward back to you to have a conversation.

20   I met with Mr. Dorey, Lisa and Sandy on the twentieth.  I

21   also had a conversation with the nurse that same day.  Lisa

22   set the twenty-fourth, which is today.

23    MR. W.:  Yeah.

24    MR. KWAN:  That's just kind of the timeline.

25    MRS. W.:  So let me -- for the purpose of the

1   timeline, do you know when she got caught up in all her

2   work?

3        No idea, huh?

4        Mr. Dorey, do you know when she got caught up in

5   meeting the --

6        No, this is serious because --

7        MS. CRAWFORD:  I completely understand.

8        MRS. W.:  It's irrelevant for the timeline, because --

9        MS. CRAWFORD:  (Indiscernible).

10       MRS. W.:  Also, it is relevant.

11       MS. CRAWFORD:  May I respond?

12       MRS. W.:  Yeah.

13       MS. CRAWFORD:  So one of the things we did when we met

14   on 11/29 -- and I have all the notes -- every teacher

15   talked with Wallis about what was missing, made plans.  And

16   what I have here are just my notes about -- so in Spanish,

17   there was talk about a tutor, making up tests and quizzes

18   and meeting with the teacher.

19       MR. W.:  Yeah.

20       MS. CRAWFORD:  And we talked to Wallis -- let me --

21   about dropping ceramics, and she didn't want to do that.

22   So we left that on the table.

23       We -- in English, Ann Kramer dropped the test and

24   asked for a one-page paper instead and said only work on

25   just the half (indiscernible).

1    Peter Elenbaas said, "Don't make up the labs, you only

2   need to do the biochem test," which was a test on enzymes.

3    And then Peter made an agreement to work with her.

4    Brandon -- we'll talk about Brandon's issues in a

5   minute.

6    So we really did -- And history, Josh allowed her not

7   to take one test and not do an essay and said the semester

8   grades are flexible.  He only wanted two assessments for

9   quarter one, and if the test was okay, she would do that.

10    And so then we talked about was she overbooked.  She

11   said she still wanted to participate in the (indiscernible)

12   and it was healthy for her, and she wanted to continue with

13   model UN and that really -- she thought that was really

14   important for her overall well-being.

15    So I think there was a plan and the teachers did

16   accommodate.

17    And then getting to the semester, everything resets at

18   the semester.

19    So in terms of following up with all those pieces, on

20   11/29 we made a plan, and then, you know, there's three

21   weeks of school, then holiday break, then two weeks of

22   school and then exams.  So that completed a cycle.

23    And because we didn't have any medical information

24   moving forward -- and the last doctor's note we had was --

25   I believe was the --

1          MR. W.:  The twelfth.

2          MS. CRAWFORD:  The twelfth.  And it says, you know,

3    two weeks of, you know, not doing homework, maybe a third

4    if she still has headaches, and after that, she can return

5    to normal functioning.

6          MR. W.:  And (indiscernible).

7          MS. CRAWFORD:  Depending how she feels.

8          MR. W.:  (Indiscernible).

9          MS. CRAWFORD:  But then we always ask then for -- if

10   -- we would assume if she was still having trouble that

11   you'd let us know and we'd let us -- you'd let us know,

12   she'd let us know, we'd have more medical documentation.

13   So in terms of the school, we really -- I feel like we made

14   a plan, closed down the semester.  And --

15         MR. W.:  Yeah.

16         MS. CRAWFORD:  -- because we didn't hear from you, I

17   think we --

18         MR. W.:  She --

19         MS. CRAWFORD:  -- assumed everything was okay.

20         MRS. W.:  Let me just say, too, that we didn't hear

21   from anybody either.  And you knew there were concerns in

22   November about things.  The plan that we discussed in

23   November was pretty much what you said.  I'm not disputing

24   it.

25         MR. W.:  Yes.

1     MRS. W.:  I don't think it really is much of a plan.

2     MR. W.:  (Indiscernible).

3     MRS. W.:  Yeah.

4     MR. W.:  Those were the things.  But I would say --

5     MRS. W.:  It played out a bit differently.

6     MS. CRAWFORD:  Yes.

7     MR. W.:  What I would say is all of those courses, she

8  eventually got caught up in.

9     MRS. W.:  But let me say -- I don't want to say

10  anything about that.

11     MR. W.:  Okay.  But that's not why we're here.

12     MS. CRAWFORD:  Okay.

13     MR. W.:  All of those got dealt with.  It was very

14  hard for Wallis.  It took months.  It -- right up till the

15  end of that semester.

16     MRS. W.:  This is what I wanted to say.  I just spoke

17  to Wallis last night, because I said, "Wallis" -- because

18  you guys were talking to her -- "when did you get caught

19  up?"  And she did not get caught up until the very end of

20  quarter three.  And, you know, other teachers -- so her

21  teachers -- certain teachers certainly knew she was not

22  caught up, and she certainty wasn't caught up before your

23  last test.  So -- and when --

24     MR. W.:  And that was --

25     MRS. W.:  -- you were --

1    MR. W.:  We thought --

2    MRS. W.:  Wait.

3    MR. W.:  It wasn't --

4    MRS. W.:  And we had --

5    MR. W.:  (Indiscernible).

6    MRS. W.:  We had all discussed in November the fact --

7    MS. BLAKE:  (Indiscernible) what do you mean by caught

8 up?

9    MRS. W.:  She said you -- at the very end of quarter

10 three she still owed an AP U.S. History paper.

11    MS. BLAKE:  (Indiscernible).

12    MRS. W.:  Right.

13    MS. BLAKE:  She got an incomplete for her grade?

14    MRS. W.:  I believe so.  She got incompletes in most

15 everything for the first --

16    MR. W.:  Yeah.

17    MRS. W.:  -- semester.

18    MR. W.:  It was not -- or she was not over -- she was

19 still running around --

20    MS. BLAKE:  (Indiscernible).

21    MRS. W.:  Yeah.

22    MRS. W.:  She was still running --

23    MS. BLAKE:  (Indiscernible) so.

24    MR. W.:  Those were the only -- from what I gathered,

25 (indiscernible).

1    MRS. W.:  Well, I'm telling you what Wallis just told

2    me last night, she was still quarter three --

3    MR. W.:  (Indiscernible).

4    MRS. W.:  -- in catch-up mode.

5    MR. W.:  (Indiscernible).

6    MRS. W.:  Quarter three, she says -- specifically, I

7    said, "How long were you still working to catch up that

8    would have" -- we agreed in November, too, that the

9    expectation was, for example, that we needed to manage

10   other teacher expectations, that other teachers would see

11   that -- might think that their homework was getting

12   neglected, because she might not have been turning it in or

13   she might not have been fully accessing the curriculum as

14   she's there.  And we did establish that expectation in

15   November that for well period of time that teachers needed

16   to understand she was going to have to not only maintain

17   current -- you know, current functioning, current accessing

18   the curriculum, but catch up content.  And at times -- and

19   this was certainly true in math, for example -- she wasn't

20   -- she did some of the homework but not all of it, because

21   she was studying for the many Spanish tests.  She was also

22   going to, you know, catch up on science.

23       Wallis also had said that even though she was forgiven

24   some of this work, it really didn't help her, because she

25   wasn't accessing curriculum in these other subjects, and

1    that would play badly during the --

2         MR. W.:  Finals.

3         MRS. W.:  -- finals.  And it would play badly during

4    the mid-term tests, also, that here she would be, you know,

5    in January doing a mid-term, but she had missed half the

6    content.  So just the fact that she didn't have to do a

7    prior test -- and that's going to play true in finals now

8    for every subject.

9         She also said she wanted to learn the, you know, AP

10   U.S. History, and she's entitled to, because she's taken

11   the SAT test for it.

12        So I think, you know, we have to be respectful of that

13   understanding, which maybe could have been communicated

14   better.  But the doctor also said, "Hey, if you have any

15   questions on this, please reach out."  And at no point, did

16   any teacher give her any feedback that she was doing

17   something that she shouldn't have been.

18        And that includes, frankly, math, which is -- she's

19   chugging away.  She knew she couldn't do all the homework.

20   That was explicitly understood.  We also explicitly

21   discussed that for the issues I just described.  And

22   because math is so cumulative in nature, progressive in

23   nature, that if you miss one unit, you're certainly

24   disadvantaged by the next unit.  And even when she was

25   present in the class after her concussion, as she said,

"Yes" -- and, again, her test score was (indiscernible)
when she felt badly about it, she said, "Well, you know, I
think I knew better logarithms than this test showed.  But,
no, I'm not as fast and proficient as other kids in the
class, because I wasn't able to spend as much time as I
might have liked to do the work."

MR. DOREY:  There's conflicting information.  I need
to put it out there.

MRS. W.:  Yeah.

MR. DOREY:  You're overlapping two semesters that
really need to be treated separately.  I agree with
everything you said for semester one, that the flexibility
-- The concern is that she was given flexibility and then
cut back on math work which led to poor test performance.
So she was given the flexibility to catch up with the
material but not held accountable for every assignment.  So
the concern is that flexibility led to lack of
understanding for the material for semester one.

Semester two is not cumulative off of semester one.
It would require a solid Algebra I foundation, but not a
solid foundation semester one foundation.  During semester
two, she was medically cleared.  She only has one
incomplete in ceramics.  So the history essay you're
referring to, you might want to check on that.  I would be
surprised if that's a quarter two or a semester one essay.

1   Semester two, she started fresh in all of her courses,

2   except for ceramics.  For math, if she fell behind in math

3   with semester two, it's because of decisions and work that

4   happened during semester two when she was medically

5   cleared.

6         MRS. W.:  She was never medically cleared, so.

7         MR. W.:  She's been medically --

8         MRS. W.:  So yeah.  She's not been medically cleared.

9         MR. W.:  (Indiscernible) medical.  We're in the

10  process of her catching up.

11        MRS. W.:  Catching up.

12        MR. W.:  We don't --

13        MR. W.:  We didn't consider it --

14        MRS. W.:  (Indiscernible) medical.

15        MS. CRAWFORD:  Medically, I just want to say, because

16  of the last doctor's note put a timeframe of possibly three

17  weeks after and because there wasn't a medical follow-up,

18  the baseline of the school is always that a kid is fine

19  unless we hear otherwise.

20        MRS. W.:  That's not about concussion.  That's not the

21  discussion.

22        MR. W.:  You're hearing otherwise as of two weeks ago

23  --

24        MRS. W.:  Yeah.

25        MR. W.:  -- when we became aware that this is an

1  issue.

2      MS. CRAWFORD:  Has she been back to the doctor?

3      MRS. W.:  No.  Because we haven't -- we are planning a

4  lot of follow-up testing now that you're raising issues.

5  We have been assuming -- she has struggled.  She'll tell

6  you she struggled.  And that is characteristic, of a

7  concussion.  You all -- and have said you understand

8  concussions, you've long been treating kids with

9  concussions, you have plans for kids with concussions.  So

10 if you need --

11     MS. BLAKE:  Let me correct the wording.  We're not

12 treating.

13     MRS. W.:  You're not treating.  Yeah.  Yeah.  You're

14 not treating.  And, frankly, the treatment is brain rest

15 and physical rest.  That is the treatment.  So you all know

16 that, and you know it takes a long period of time for some

17 kids.  It clearly, unfortunately, and regrettably was a

18 serious head injury that took Wallis longer than, maybe her

19 brother, maybe one of your students.

20     MS. BLAKE:  So she's not gone to the doctor since

21 she -- I'm sorry.  I'm just trying to get caught up with

22 you.  There's a doctor's note on October 15 and she's not

23 been back to the office since then.  Is that --

24     MR. W.:  Well, no.  No.

25     MRS. W.:  She's had other doctor visits.

1      MR. W.:  She's had doctor visits.

2      MS. BLAKE:  So somebody's been checking on the

3   progress?

4      MRS. W.:  Yeah.

5      MR. W.:  She's gone along the way.

6      MRS. W.:  Enough to go to school.  And we're not

7   hearing about --

8      MR. W.:  We do not --

9      MRS. W.:  -- any issues from teachers.

10      MR. W.:  -- think she has concussion permanent damage

11   at this point.  We think she thinks she's acting on her

12   full --

13      MRS. W.:  Well, she says she might not be as fast as

14   she used to be.

15      MR. W.:  Yeah.  We --

16      MRS. W.:  But she doesn't know whether that's from

17   brain damage.  And if we have brain damage here, we're in a

18   different space, guys.

19      MR. W.:  Yeah.  We don't think that's --

20      MRS. W.:  So we're hopeful that --

21      MR. W.:  Yeah.

22      MRS. W.:  -- it's not.  We're hopeful that it's not.

23   We'll certainly pursue that.  But, frankly, don't

24   understand --

25      MR. W.:  The issue --

1    MRS. W.:  -- what that has to do with November to

2    present.

3    MS. BLAKE:  (Indiscernible).

4    MR. W.:  The issue is, it was very, very stressful

5    through the end of semester one to catch up.  It really --

6    it was a very tough process, like taking her lunch hours to

7    do stuff and -- you know.  And in most of the things, there

8    were accommodations.  Those have cleared.  Okay?  I don't

9    think we have -- in those other classes, I don't think --

10   you know, it's played out the way it played out.  And

11   that's not a current issue at this point.  Okay?

12       The ceramics thing was very problematic, because it

13   was like you have to do the stuff, and the stuff was only

14   open certain hours, and it took going there at these weird

15   times.  And then her last project got lost, you know.  It

16   was -- so right through the very end, it was there.

17       Now, I don't know what's going on with this AP history

18   thing, but if he gave her a grade, maybe there were

19   something, like, she still promised to turn in a paper or

20   something, you know --

21       MRS. W.:  But --

22       MR. KWAN:  If that would have been the case, it would

23   have been left open.

24       MS. BLAKE:  (Indiscernible) yeah.

25       MRS. W.:  The semester was --

1      MR. W.:  Ceramics.

2      MRS. W.:  Was ceramics.

3      MR. W.:  Yeah.

4      MRS. W.:  And she got a B minus for AP for quarter

5  three, no incompletes for quarter three.  So A in English,

6  B minus in history, B in Spanish, C minus in algebra, B in

7  excelled bio and then A in architectural design and A in

8  dance.  So, and then you know her semester grades.

9      MR. W.:  So now that's --

10     MRS. W.:  So let's go back to the math, Mr. Dorey,

11  because you said she -- it didn't matter when she showed up

12  semester two.

13     MR. W.:  (Indiscernible).

14     MRS. W.:  From her viewpoint, it did, because she was

15  trying to learn the material from the prior semester –

16  because --

17     MR. DOREY:  What I don't understand why --

18     MRS. W.:  -- she knew she needed to learn it.

19     MR. DOREY:  I'm not sure why.

20     MRS. W.:  Because (indiscernible).

21     MR. W.:  The full term.

22     MRS. W.:  She did do the mid-term.

23     MR. W.:  She --

24     MRS. W.:  She needs to do the final.

25     MR. W.:  -- wants to learn math.

1    MRS. W.:  She needs to know that for next year.

2    So let's let Brandon.

3    MS. CRAWFORD:  Yeah.  Let's let Brandon present

4    everything forward without talking about what she --

5    MRS. W.:  Yeah.

6    MS. CRAWFORD:  Tell me --

7    MRS. W.:  But I do want to say that she was doing what

8    she said she would do at that November meeting.

9    MR. W.:  Yes.

10   MRS. W.:  Because she needs to know that material for

11   the mid-term and for the final.  She was self-studying, and

12   you knew that, to learn the prior material.

13   MS. BLAKE:  So my question is --

14   MRS. W.:  You also didn't help her in terms of

15   assessing her, giving her extra hours before, after, her

16   other times.

17   MR. W.:  Mrs. W, could we --

18   MRS. W.:  That's why you might not know exactly what

19   she was doing.

20   MR. W.:  You read the things we discussed at the

21   meeting for all the teachers.  Could you read Mr. Dorey's

22   discussion notes that you took?

23   MS. CRAWFORD:  Did I take from the meeting?

24   MR. W.:  Yes.

25   MS. CRAWFORD:  In November?

1       MRS. W.:  Yeah.  You read all the other teachers.

2       MR. W.:  You read all the teachers except Mr. Dorey.

3       MS. CRAWFORD:  Yeah.  No.  Because I think Brandon's

4  going to go over them, right?

5       MRS. W.:  But read what was said in November.  I think

6  what we thought in November has not transpired --

7       MR. W.:  You need to review that.

8       MRS. W.:  -- different thinking now --

9       MR. W.:  You need to review that.

10      MS. CRAWFORD:  Yeah.  Math, Brandon, you said at that

11  point she owed two tests, one was a word problem test.

12  Wallis said "I'm going to need more help.  And I'm going to

13  need more time.  But I will take a test on Monday."  And

14  then Brandon said, well, for quarter one we can do this.

15  You could either retake the test or Brandon could use the

16  mid-term to assess Wallis' knowledge of quarter one and

17  that Wallis should go to Cafe Mathematica.  And then Wallis

18  said, "Well, I don't know if I want my grade just to be

19  focused on the mid-term."  And Brandon said, "Well, let's

20  make a plan for remediating you going forward.  Every

21  lunch, if you went to Cafe Mathematica for ten minutes and

22  then saw me for five minutes, we could make sure that you

23  were complete on all of the concepts that we were working

24  on starting with next Tuesday.  I'm going to print some

25  tests.  I have three tests with answers that are online.  I

1  also put all my videos online."  Those are his

2  instructional videos.  "If you watch these videos and you

3  use the tests in Cafe Mathematica" -- the suggestion was

4  that Wallis would try to prepare for problems at night and

5  then work in the lunches, a ten-minute check-in at Cafe

6  Mathematica, five-minute with Brandon.  And Wallis said,

7  "Yes, I agree to that plan.  Then we'll just worry about

8  the quarter one grade later."  You folks said, "We feel

9  okay about that."  And Wallis said, "Can I come on

10 Wednesday?"  And I put a little question mark, because I

11 think you had to check your calendar.

12      So those are the -- that was the plan we left with on

13 11/29.

14      So, Brandon, you want -- this is the minute.  Maybe --

15      MR. DOREY:  Yeah.

16      MS. CRAWFORD:  Ginie, do you need to ask your question

17 now, or can we go --

18      MR. W.:  Yeah.  That --

19      MRS. W.:  Because --

20      MR. W.:  -- sounds correct.

21      MS. BLAKE:  (Indiscernible) her trying to punch out on

22 the quarter two material during quarter three.  If she did

23 -- was doing that and she'd already received a grade for

24 first semester, that's a choice that she was making,

25 because her quarter two grade was already closed out.  As

1   Brandon mentioned, the quarter three material is not

2   following on from whatever unit she was doing -- needed to

3   make up.  I think it's great that a student would choose to

4   do some extra math on their own --

5        MR. W.:  (Indiscernible).

6        MS. BLAKE:  And let me finish, please.

7        MR. W.:  Yeah.

8        MS. BLAKE:  I would like to hear from her what exactly

9   that meant.

10       MR. W.:  Yeah.

11       MS. BLAKE:  Was she doing homework problems?  Was she

12  reading?

13       MR. W.:  Yeah.

14       MS. BLAKE:  Was she redoing tests?

15       MR. W.:  Yeah.

16       MS. BLAKE:  And I think we need to take that --

17       MR. W.:  Yeah.

18       MS. BLAKE:  -- off the table as a point of discussion,

19  because that is -- that's like choosing to read an extra

20  book because --

21       MRS. W.:  No.  It's not, because --

22       MR. W.:  No.  No.  No.

23       MRS. W.:  -- it comes back to mid-term and final.

24       MS. BLAKE:  No.

25       MRS. W.:  Just said --

1    MS. BLAKE:  (Indiscernible).

2    MS. CRAWFORD:  Hold on.

3    MS. BLAKE:  The mid-term was done.

4    MR. W.:  Yeah.  Yeah.

5    MS. BLAKE:  Semester two was closed out.  Knowing that

6    material is no different at that point from, you know,

7    self-enrichment.

8    MRS. W.:  No.  It's also preparing and understanding

9    that you need to prepare again --

10   MS. BLAKE:  Yeah.

11   MRS. W.:  -- for the final --

12   MS. BLAKE:  It's not --

13   MRS. W.:  -- which is.

14   MS. BLAKE:  -- on the final.

15   MRS. W.:  Which is --

16   MS. CRAWFORD:  It's not on the final.

17   MS. BLAKE:  Please understand this.  From every math

18   class that they've had and what the teacher says at the

19   beginning of the year, the units in first semester are

20   distinct and only tested on the mid-term.  The units in

21   second semester are distinct --

22   MR. W.:  Okay.

23   MS. BLAKE:  -- and only --

24   MRS. W.:  Okay.  Fine.  Thank you for that

25   clarification.

1      MR. W.:  I'm not --

2      MS. BLAKE:  So that she's --

3      MR. W.:  I'm not --

4      MS. BLAKE:  Take that off the table.

5      MRS. W.:  Okay.

6      MS. BLAKE:  (Indiscernible) saying that that's why she

7    was having --

8      MRS. W.:  But that's also --

9      MR. W.:  I don't think that's necessarily -- I'm

10   not -- I don't think we're explicitly saying that she was

11   starting semester one stuff semester two.

12     MS. BLAKE:  That's what I --

13     MR. W.:  Okay.

14     MS. BLAKE:  That's what I heard.  That's good.

15     MR. W.:  But she was very --

16     MS. BLAKE:  Okay.

17     MR. W.:  -- stressed by the fact in semester --

18     MS. BLAKE:  Oh, I get that.

19     MR. W.:  -- one --

20     MS. BLAKE:  I get that.  Okay.

21     MR. W.:  -- that this was going to be a high-pressure

22   mid-term, that she didn't have a chance to learn the

23   material in the earlier little tests.  The resolution was,

24   "Well, if you want to do less work, don't take those two

25   tests, only take the mid-term."  That was a very stressful

1  thing, because she wants to get a good grade.  But because

2  of all the stuff that was on there, it was, like, "Okay.

3  We won't do that.  That's just a suggestion.  We won't do

4  it."

5      MRS. W.:  But I think we agree --

6      MR. W.:  She got a C minus.  "Okay.  You're not

7  worried about grades.  You're trying to catch up."

8      MRS. W.:  That was the discussion in November.  We

9  agreed that tests, mid-term or regular, were not going to

10 be a good metric --

11     MR. W.:  Of her capability.

12     MRS. W.:  -- of her capabilities or a realistic grade

13 for her.

14     MS. BLAKE:  I wouldn't go that far.

15     MRS. W.:  No.  We did.  We absolutely did.  And that

16 was specifically more so in math than in other subjects

17 because of the nature of that mid-term that --

18     MS. BLAKE:  Okay.

19     MRS. W.:  -- it would include all the stuff that she

20 missed and had not met to learn with anybody and the self-

21 studying.

22     MS. BLAKE:  (Indiscernible) clarity on the quarter

23 three requirements.  Let's go back to talking about where

24 we are at this point.

25     MR. W.:  Yeah.  Yeah.

1        MS. BLAKE:  Okay.

2        MR. W.:  So I would say heading into --

3        MRS. W.:  (Indiscernible).

4        MR. W.:  Yeah.  So heading into that -- given that,

5    apparently, we did not even, you know, question this poor

6    grade.  We said, "Don't even look at it."  But it was

7    definitely -- it's that she's not a C minus student.  She's

8    not heading into quarter three in a good spot.

9        So go ahead.

10        MR. DOREY:  So would you like to talk about semester

11    one or semester two?  Because the accommodations were --

12        MR. W.:  Semester three --

13        MRS. W.:   -- the accommodations were for quarter one.

14        MS. BLAKE:  Right.

15        MR. DOREY:  You want me to touch on those?

16        MR. W.:  No.  Accommodations have not gone away in the

17    second half of the year.

18        MRS. W.:  No.  No.  Let him say.  We don't know what

19    he took away.

20        MR. W.:  Unless you're --

21        MRS. W.:  You took them away -- we didn't know if you

22    took away -- if you had accommodations that were specific,

23    we didn't get clear documentation of what they were, and we

24    certainly don't know when you --

25        MR. W.:  Yeah.

1       MRS. W.:  -- took them away.

2       MR. W.:  (Indiscernible).

3       MR. DOREY:  Is it safe to say that meeting and the

4   accommodations were for semester one?

5       MS. BLAKE:  Yes.

6       MR. DOREY:  So that's -- I'm standing by that last

7   medical note that I read said that she was cleared.  So my

8   --

9       MRS. W.:  There was no clearing.

10      MR. W.:  There was no clearing --

11      MRS. W.:  There was no clear --

12      MR. W.:  -- of medical --

13      MRS. W.:  We never said --

14      MR. W.:  There was never medical note clearing.

15      MRS. W.:  There was never a medical clearance, no.

16      And I was going to say, if you wanted to ask how she

17  was doing -- any of you --

18      MR. W.:  During --

19      MRS. W.:  -- you could have asked, especially if you

20  had concerns about her performance.

21      But we have never -- she was never approached by you

22  or any other teacher, frankly, about "How are you feeling,

23  how are you doing" or questioning what she was doing --

24      MR. W.:  She --

25      MRS. W.:  -- in her work.  So let's hear that.

1    MR. W.:  She says -- I doubt that you met with her ten

2  minutes per day every day.

3    MRS. W.:  That's wonderful.  So let's --

4    MR. W.:  Because she does (indiscernible).

5    MR. DOREY:  It is not -- was not meant to be initiated

6  by a teacher to hunt down a student to meet with me ten

7  minutes a day.

8    MR. W.:  It says that's your responsibility.

9    MS. CRAWFORD:  No.  It said -- it says she was going

10  to Cafe Mathematica.

11    MRS. W.:  Can we respond to the Cafe Mathematica?

12    MS. CRAWFORD:  -- and then she'd see Brandon for five

13  minutes.  Okay.  So that was the plan.  She goes to Cafe

14  Mathematica first and also see Brandon for five minutes.

15    MRS. W.:  Okay.  So here's -- let me just say.  Here's

16  Cafe Mathematica.  This is a kid in November coming back

17  with a concussion, debilitated, feeling really crappy.  So

18  based on your recommendation for Cafe Mathematica, she did

19  do that.  She did the videos, because that's typical.

20  That's not an accommodation for her.  That's required

21  classroom instruction.

22    MS. BLAKE:  No.

23    MR. DOREY:  No, it's not.

24    MRS. W.:  Yes, it is.  She does that all the time.

25  I've seen her videos (indiscernible).

1    MR. DOREY:  Those are two different things.

2    MS. BLAKE:  Yeah.

3    MRS. W.:  So here's what Cafe Mathematica was.  And we

4  agreed to it, because we didn't know otherwise.  Okay.

5  During her lunch period, she would go from wherever she was

6  -- you know, is she not allowed to eat lunch and have any

7  break whatsoever for six hours after a concussion?

8       I don't think that that was a sound recommendation in

9  hindsight.  But this is what she did --

10    MR. W.:  Because --

11    MRS. W.:  She --

12    MR. W.:  -- that's what it took.

13    MRS. W.:  This is what it took.

14    MS. BLAKE:  (Indiscernible).

15    MRS. W.:  So this is what she did.  She would run from

16  wherever she was, her last class, to the cafeteria, get in

17  line, buy lunch, get in line, pay for lunch, run up to Cafe

18  Mathematica, stand in line and wait in line, try and gobble

19  down lunch.  First time, I said, "A half hour, 40 minutes?"

20  She told me how long lunch is.  She said, "I have to wait

21  in line about 20 minutes to even get to see the teacher."

22    MR. W.:  Like three or four --

23    MRS. W.:  Yeah.  Yeah.

24    MR. W.:  -- kids in line.

25    MRS. W.:  Kids in line before.  She's standing in line

1   gobbling down lunch.

2       MS. BLAKE:  Sitting in line.

3       MRS. W.:  Whatever it is.  Taking her turn.  She goes

4   up to the teacher and says, "Can you please show me how to

5   do synthetic division?  I was absent and missed the whole

6   unit."  So the teacher says, "Did you look at the book?"

7   "Yeah, I did."  "Can you please show me how to do the

8   synthetic division?"  And then I -- you know, you have to

9   hear more of the words from Wallis was.  Then the teacher

10  said, "Go get notes from a student in the class."  Didn't

11  show her a thing.  That is how unproductive Cafe

12  Mathematica was.

13      MS. BLAKE:  I'm sorry.

14      MRS. W.:  She tried a few other times, and it was

15  about like that with, "Oh, get notes from a teacher."

16  Wallis has been dogged about getting notes from teachers,

17  looking at your videos, going here, there, every which

18  way --

19      MS. BLAKE:  (Indiscernible).

20      MRS. W.:  -- all over lunch.  This is a kid that is

21  not entitled to lunch?

22      Elenbaas was not available because of hockey before,

23  after lunch.  So she needed to do the science catch-ups at

24  lunch.

25      And, again, most other teachers -- I think the

1  ceramics piece, a lot of that had to be done at lunch,
2  because it wasn't open.
3      MS. BLAKE:  It seems to me (indiscernible) by the
4  experience.
5      MR. W.:  Right.  Right.  Right.
6      MRS. W.:  It really has.  And it's not like teachers
7  have helped her.  She has gone out of her way to ask
8  teachers.  She has gone out of the way to say -- and I said
9  with Mr. -- with JK, "Can't we just set up, like, you know,
10 quality one-on-one time once a week for ten minutes with
11 Mr. Dorey?"
12     And it seemed pretty obvious that you didn't want to
13 do that.
14     MS. BLAKE:  No.
15     MR. DOREY:  Well, let's not put --
16     MRS. W.:  Then let's agree to it right now --
17     MS. BLAKE:  (Indiscernible).
18     MRS. W.:  -- that we need to have something more
19 systematic.
20     MS. BLAKE:  Well, hold on.
21     MR. DOREY:  Those are two very different statements
22 that you just said.
23     MR. W.:  Yeah.  That's --
24     MRS. W.:  We want --
25     MR. DOREY:  "We need to have something more

1  systematic" is different than "Mr. Dorey is unwilling to
2  meet with Wallis."
3      MR. W.:  Okay.
4      MRS. W.:  We have brought that up multiple times that
5  when we heard her struggle that she keeps on going back and
6  forth to teachers, juggling their schedules and her
7  schedules and only available at lunch.
8      MR. DOREY:  That has not --
9      MRS. W.:  She also is not able to, again, the balance
10  of after class.  I think you're available mostly after
11  class.
12      MR. DOREY:  No.
13      MRS. W.:  But she has not been able to connect with
14  you.
15      MS. BLAKE:  After class or after school?
16      MRS. W.:  After school, I believe.
17      MR. DOREY:  She's staying after school.
18      MRS. W.:  Yeah.  And I was going to say she has been
19  dogged with having to see other teachers after.  Now she's
20  doing track after school.  So it doesn't --
21      MR. DOREY:  I haven't been able to say much of
22  anything.
23      MS. CRAWFORD:  Let's hear from --
24      MRS. W.:  Yeah.
25      MS. CRAWFORD:  We only have 15 more minutes with -- in

the meeting.  I really want to hear from all the math folks

and get the big picture on that.

MR. DOREY:  So two things that are out of my control.

I can't control that she's spending a lot of time seeing

other teachers.  So that's not something that I can

control.

Willis, you said that she's tried to make appointments

and I have been unwilling to meet.  Wallis has not

initiated a single appointment with me.  So if that's the

message that's coming home, that's not accurate.  She has

not tried to set up an appointment, as students do in a

class frequently.

MR. W.:  How many --

MR. DOREY:  So she --

MR. W.:  -- times did you initiate appointments with

her coming out of the November --

MRS. W.:  Especially given your concerns --

MR. W.:  -- meeting that we had given the concerns,

the poor test results.

MR. DOREY:  The idea was Wallis will see Mr. Dorey,

set up appointments that meet her needs and her schedule,

which she would be the best judge of.  And she's aware of

my schedule and my free blocks, which is stated on the

syllabus.

MR. W.:  That's not the (indiscernible) --

1       MRS. W.:  Yeah.

2       MR. W.:  -- that was in the (indiscernible).

3       MRS. W.:  That's our objections to Wallis' assessment.

4       MR. W.:  (Indiscernible) JK was a dual process.

5       MS. CRAWFORD:  I think we want to hear from Brandon,

6   right?

7       MRS. W.:  Yes.

8       MS. CRAWFORD:  So let's hear from Brandon.

9       Let's hear -- so give us the whole piece

10  (indiscernible).

11      MR. DOREY:  So I haven't seen Wallis outside of class.

12  Wallis hasn't made an appointment.  It's very clear to

13  students and explicitly stated, if you'd like to make an

14  appointment with me.  There's times where I announce,

15  "Would anyone like to make an appointment?  Please do it at

16  the end of class."  I type it -- type it up.  The

17  opportunities are there.  She has chosen not to take

18  advantage of that.  So it's not an unwillingness to work

19  with her.

20      MR. W.:  Okay.

21      MR. DOREY:  Her making choices about how her own

22  academics and her time.

23      MS. CRAWFORD:  Let him talk.

24      MR. DOREY:  And she said to me that AP history has

25  kept her very busy.  When she was upset about the override,

1  she -- her reason was her time has been spent elsewhere on

2  other subjects and she hasn't been able to --

3       MR. W.:  (Indiscernible).

4       MR. DOREY:  Fine.  But she hasn't been able to commit

5  to math and she would be able to --

6       MR. W.:  Yeah; right.

7       MR. DOREY:  I'm just stating what --

8       MRS. W.:  To let you know --

9       MS. CRAWFORD:  Please let Brandon finish.  Will you

10  please let Brandon finish?

11       MR. DOREY:  So her concern was I shouldn't

12  (indiscernible) she did this year, because she didn't have

13  the time necessary to put in the math because her schedule

14  was overloaded and that next year I should place her based

15  on what she could do in theory.  And she was upset that our

16  recommendation policy isn't consistent with that, which is

17  that it recommends students based on what they did and we

18  let them override if they think they can do something

19  different than what we saw during the year.

20       MR. W.:  But let's.

21       MS. CRAWFORD:  Please let Brandon finish.

22       MR. W.:  (Indiscernible).

23       MS. CRAWFORD:  He's got more to say.  If we don't let

24  Brandon let us know all the things that are happening in

25  math -- you wanted to know her strengths and weaknesses.

1  We've got 12 minutes left in the meeting.  We really need

2  some information from him.

3     MRS. W.:  We need a plan.  I don't want to come out of

4  this meeting without a plan that addresses Wallis.  And,

5  again, I'm not agreeing with everything you said.

6     MR. W.:  Yeah.

7     MRS. W.:  But go ahead.

8     MR. W.:  What set Wallis off was as far as she knew up

9  until two or three weeks ago, you had approved --

10     MR. W.:  She was fine and on a track heading toward

11  intensive next year.  And she's not focused on grades this

12  year.  It's been a tough catch-up.  She's on track to,

13  like, next year come back, whatever.  It matters what her

14  teachers' estimations are that -- is she an okay student

15  for Intensive math or not, you know, and as of three, four

16  weeks ago, she --

17     MRS. W.:  You recommended --

18     MR. W.:  -- she thought it was okay.

19     MRS. W.:  Yeah.

20     MR. W.:  Suddenly this changed.

21     MRS. W.:  And it wasn't a testing between -- I was

22  going to say you also led to an impression that she hadn't

23  been doing math and was slacking off on math and homework,

24  which is just not true.  You know, she has been working in

25  math.

1        MR. W.:  (Indiscernible).

2        MRS. W.:  Yeah.

3        MR. W.:  The word I would use was --

4        MRS. W.:  You wanted her to step --

5        MR. DOREY:  -- specific, which is, "You haven't been

6    able to do assignments on time.  You haven't done all

7    assignments on time."  That's -- that was a statement that

8    would have given me concerns for next year, yes.  So that's

9    --

10        MR. W.:  Yes.

11        MRS. W.:  We recognize she hasn't been able to do all

12    the time -- I mean, again, that was part of the concussion

13    --

14        MR. W.:  Yeah.

15        MRS. W.:  (Indiscernible).

16        MR. DOREY:  That's basically it, yeah.

17        MS. BLAKE:  Is it okay if I say a few words about the

18    placement because I do need to leave at 11 o'clock.

19        MR. W.:  Yeah.

20        MRS. W.:  (Indiscernible).

21        MS. BLAKE:  The reason that we have the override

22    policy is there are situations where a student wants to

23    simply start out saying the student really wants to

24    (indiscernible).  It's great.  It's great.

25        MRS. W.:  But it's also -- we want --

1   MS. BLAKE:  (Indiscernible) deny override requests?

2   MR. W.:  We're aware of that.

3   MS. BLAKE:  So I guess I'm a little confused about why

4 the concern about the placement.  At this point, we are

5 leaving it up --

6   MRS. W.:  Wallis feels strongly -- she's articulated

7 that she -- having heard this from Mr. Dorey.

8   Having heard, I think, something similar from you,

9 Ms. Weiss -- that this is an indication from the school,

10 from you, that she's not ready for Intensive, and she wants

11 to get ready for Intensive.  So we want a plan now --

12   MS. BLAKE:  Okay.

13   MRS. W.:  -- to fill in all the gaps.

14   MR. W.:  She doesn't want to be a C minus, D student;

15 she wants to be a B student, A student, if possible.

16   MS. BLAKE:  Can I just (indiscernible).

17   MS. BLAKE:  (Indiscernible) conversation is what I'm

18 hearing from you is we are not talking about the

19 recommendation.  We're talking about what kind of student

20 she wants to be.

21   MRS. W.:  I think it affects the recommendation,

22 clearly.

23   MS. BLAKE:  Okay.  But what I would like to do is take

24 that layer off.

25   MR. W.:  Yes.  Yes.

1    MS. BLAKE:  If you want her to be in Intensive, she

2  wants in Intensive.  We know she can --

3    MRS. W.:  (Indiscernible).

4    MR. W.:  That's right.  That's ultimately not the

5  discussion.

6    MS. BLAKE:  That's where I wanted to go.

7    MR. W.:  Right.

8    MRS. W.:  We need, Brandon, to get to a place what

9  does she need to understand, what are you seeing, what are

10  you worried about that gap that he's filling --

11    MR. DOREY:  For to recommend to Intensive?

12    MRS. W.:  Not even to recommend.

13    MR. W.:  (Indiscernible).

14    MRS. W.:  Just for her --

15    MR. W.:  (Indiscernible) where are her math gaps and

16  what do we need to do to turn her around to be motivated in

17  math this year, feel like --

18    MR. W.:  I guess she feels like she doesn't know

19  certain material, whether it's test specific or that whole

20  period first quarter.  She has offered -- and that was part

21  of -- did get stated in the plan.  She has said she is more

22  than willing, would love to work to -- you know, if anybody

23  here --

24    MR. W.:  (Indiscernible) close any gaps.

25    MRS. W.:  She has volunteered, "I will work.  I have

worked.  I will continue to work.  I want to fill those
gaps in."  What are they?

There are gaps there.  That grade indicates there's
gaps there.  For whatever reason -- we didn't communicate,
you didn't communicate -- we are where we are today, near
the end of school.  We cannot close the gaps between now
and the end of school.  She's working diligently on your
tests, everyone else's tests, final papers, whatever we're
doing.  We have all of summer to get her ready to be
successful in Intensive math.  That is our goal.  That is
her goal.  She needs to do that.

MS. WEISS:  This is a good opportunity for me to say
what I alluded to earlier, which is, similar to the way
Brandon described this semester of Algebra II, much of the
material that is covered in Algebra II it's -- of course
math is cumulative --

MR. W.:  Yeah.  Yeah.

MS. WEISS:  -- and --

MR. W.:  Yeah.

MS. WEISS:  -- at this point, it starts to get less
cumulative.

MR. W.:  Yeah.  Yeah.

MS. WEISS:  There's certain topics (indiscernible)
that are critical for advanced math.  But much of --

MR. W.:  Yeah.

1    MS. WEISS:  -- what happens in advanced math, which

2  starts from trigonometry and goes into numerous precalculus

3  topics, is not directly contingent upon --

4    MR. W.:  Correct.

5    MS. WEISS:  -- certain (indiscernible).  So if she

6  doesn't know sequences and series, she'll be fine.  If she

7  doesn't know synthetic division, she'll be fine.  There are

8  certain units she definitely does need to know.

9    MR. W.:  Yeah.  Yeah.  Yeah.

10    MS. WEISS:  I don't know exactly --

11    MR. W.:  Yeah.

12    MS. WEISS:  -- her gaps are.

13    MR. W.:  We need to --

14    MS. WEISS:  But --

15    MR. W.:  -- get that assessment --

16    MS. WEISS:  Yes.

17    MR. W.:  -- essentially.

18    MS. WEISS:  But there are students who have been in a

19  Level I Algebra II class who move to Intensive advanced

20  math and they're fine.

21    MRS. W.:  But they still have to -- and, again, you

22  even said that during -- because I went to your open --

23  parent open house, there were parents saying, "Oh, my kid

24  will be behind as they are, because they were in Level I

25  and now they're now moving up to Intensive and, therefore,

1  they're going to" --

2       MS. WEISS:  What did she mean by behind?

3       MRS. W.:  It's either missed experience -- I don't

4  care -- There is a difference.  And Wallis experienced the

5  difference in science.

6       MS. BLAKE:  And you just hit on it.

7       MRS. W.:  Yes.

8       MS. BLAKE:  And it's the experience.  And she has had

9  the experience of being in Intensive two years now.

10      MR. W.:  Yeah.

11      MRS. W.:  Well, she did not fully access the

12  curriculum.

13      MS. WEISS:  Okay.

14      MRS. W.:  Again, so that's clear to me.

15      MS. WEISS:  But -- and that's --

16      MRS. W.:  (Indiscernible).

17      MS. WEISS:  That's my point.

18      MR. W.:  Yeah.

19      MS. WEISS:  Not fully accessing it due to difficulties

20  that she's had shouldn't --

21      MR. W.:  Yeah.  Yeah.

22      MS. WEISS:  -- preclude her from being successful in

23  Intensive advanced math.

24      MR. W.:  Yeah.

25      MS. WEISS:  You hit it on the head in the beginning

1   when you said; the student's motivation and --

2       MR. W.:  Yeah.

3       MS. WEISS:  -- willingness and wanting to be there,

4   loving that environment of talking about math in the way in

5   that Intensive class.  So you know, those are the

6   ingredients.

7       MR. W.:  Right.

8       MS. WEISS:  And I insist that the teachers in my

9   department only make a recommendation based on performance

10   and without overrides, because there's always more than

11   just that that goes into a successful placement.  And I

12   can't allow a teacher in good conscience to show a student

13   whose performance might or might not predict the their

14   future success to make a recommendation that doesn't seem

15   in good conscience.

16       MRS. W.:  Okay.  So I guess we agree.  And, again,

17   those are your words, which I remember well from two years

18   ago.

19       So let's go back and address Wallis' weaknesses in

20   math and have a plan to address them over the summer.

21   That's what we want.  Whether there's a direct link in

22   curriculum next year is immaterial.  She is entitled and

23   wants to remediate any of those things.  I don't think

24   there's been necessarily --

25       MS. BLAKE:  (Indiscernible) next year is because I'm

1  not sure over the summer -- and there's certainly gaps in

2  curriculum that we can talk about.

3      MR. W.:  Yeah.

4      MS. BLAKE:  But I think what's more important now is

5  not the summer but between now and June 24.

6      MRS. W.:  We don't -- she doesn't have time.  I mean,

7  that's unfair.  She's been killing herself all year in

8  making up, doing this, that, missing her, you know, social

9  events.  She gave up speech and debate.  You know, she has

10  just been working way too hard in catch-up mode, because

11  she hasn't had adequate support or guidance.  And you two

12  disagree with that last statement, but that's our position.

13  She needs some assistance over the summer where she can

14  calmly --

15      MR. W.:  Well, she --

16      MRS. W.:  -- address weaknesses in a systematic --

17      MR. W.:  Something (indiscernible) this.

18      MRS. W.:  -- way and access instructions --

19      MR. W.:  (Indiscernible).

20      MRS. W.:  -- that she didn't access when she was here.

21      MR. W.:  You know.

22      MRS. W.:  No one showed her how to do synthetic

23  division.  Your videos are -- I've seen them.  They are

24  not -- you know, they're different than -- you know, she

25  was told to look at answer sheets.  It didn't -- this is

1  the answer sheet to the test.  But if you got a mistake --

2      MR. W.:  There's no directions how to finish the whole

3  unit.  So you're lost.

4      MRS. W.:  You know, you're feeling lost.

5      MR. DOREY:  Yes.  She was to her best and not take it,

6  because she had so much to do.  She was to take the tests

7  and use them as self-assessments, correct them and then

8  come --

9      MRS. W.:  But there's --

10      MR. DOREY:  -- to me.

11      MRS. W.:  She doesn't have --

12      MS. BLAKE:  Yeah.

13      MR. DOREY:  So she corrects them and then takes that

14  information and comes to myself or (indiscernible) and gets

15  help on the problems.  Instead of me just giving her

16  solutions and having her read them, she's to use the test

17  and the answers to determine her own gaps and then initiate

18  a conversation.

19      MRS. W.:  And that's what she did.  And your judgment

20  of that was it did well --

21      MR. W.:  (Indiscernible).

22      MRS. W.:  Her judgment.  She knew exactly that --

23      MR. DOREY:  That's where she initiates conversations

24  with a math teacher about the problems.  She may have been

25  done a little --

1    MRS. W.:  No.  She was going to Cafe Mathematica.  She
2  was initiating conversations.
3    MR. DOREY:  How many times?  Do you know?  Because we
4  have a sign-in --
5    MRS. W.:  I just told you, it didn't work.
6    MR. W.:  Once it --
7    MRS. W.:  Given all her load in your subject and other
8  subjects was very time inefficient.
9    MR. W.:  I (indiscernible) dropping.
10    MRS. W.:  You had an obligation to reach out and help
11  her in class or outside of class or suggest she do
12  something else.  We are where we are today.  You can say
13  she should have reached out to you more.  I would say you
14  could have reached out to her more, especially when you
15  were concerned about her.
16    MR. DOREY:  For the summer gaps?
17    MRS. W.:  Yes.
18    MR. W.:  It's very clear we need -- we are asking
19  explicit teachers reach out to her at this point.  It's as
20  simple as that.
21    MRS. W.:  (Indiscernible) if you want.  It's not to
22  say (indiscernible) self-assess.  That was the plan that
23  came back.  She has self-assessed.  You determine --
24    MR. W.:  (Indiscernible).
25    MRS. W.:  It doesn't work.

1    MS. WEISS:  Okay.

2    MR. W.:  And I would argue self-assessment is -- you

3  don't know what you don't know.  So, you know, that can

4  only go so far.  So without any professional direction on

5  where are the gaps -- she self-assessed.  She

6  self-assessed.

7    MS. BLAKE:  As we've said a number of times, we do

8  have to go in two minutes now.

9    MR. W.:  Yeah.

10   MS. BLAKE:  I would just recommend that when we say

11 teachers should reach out to Wallis that all of a sudden if

12 five or six of her teachers all say to her now, "I would

13 recommend that it be part of the plan as to", the teachers

14 are going to need some direction --

15   MRS. W.:  (Indiscernible) six.

16   MS. BLAKE:  Yeah.

17   MRS. W.:  Feedback.

18   MR. W.:  (Indiscernible).

19   MRS. W.:  How will all six of them access Wallis.

20   MS. BLAKE:  (Indiscernible).

21   MRS. W.:  Right.

22   MS. BLAKE:  (Indiscernible).

23   MRS. W.:  We already had the collective meetings, and

24 there have been no collective meetings or oversights since

25 then.  I think we ended up --

1      MS. BLAKE:  (Indiscernible).

2      MRS. W.:  I want to say we ended up in a satisfactory

3  spot in everything but in math.  And that's why we're here.

4      MR. W.:  Yeah.  My response to that would be --

5      MRS. W.:  (Indiscernible).

6      MR. W.:  I'm not sure what you're saying to that.  It

7  sounds to me like that might complicate it.

8      MS. BLAKE:  But I'm saying -- I --

9      MR. W.:  (Indiscernible).

10      MS. WEISS:  When I sat with Wallis, my overwhelm --

11  because I (indiscernible) was called in one time to sit

12  down with her about the policy of the math department where

13  I tried to state what Ginie just stated, and Wallis was

14  very distressed --

15      MR. W.:  Yes.

16      MS. WEISS:  -- had a very hard time, was physically

17  shaking.  She was extremely upset.  And my only comment is

18  that now what Brandon's direction is that he should tell

19  (indiscernible).

20      MR. W.:  That's all?

21      MRS. W.:  And it has not been objected to.  But that's

22  not my point.  My point is if you want Brandon to come to

23  her in class, say, "We need to meet", and five other

24  teachers all get that direction, I think it could feel also

25  overwhelming.

1        MS. WEISS:  I'm not saying don't do it.

2        MR. W.:  (Indiscernible).

3        MS. WEISS:  Let me just finish.  I only have about two

4    minutes.

5        MR. W.:  (Indiscernible).

6        MS. WEISS:  (Indiscernible) said that Brandon doesn't

7    want to help her.  My only comment was what I saw with

8    Wallis for the direction to go out to teachers for

9    everybody to try and contact her.

10        MRS. W.:  It's not what we're saying.

11        MR. W.:  We're not --

12        MRS. W.:  We're not asking that.  I don't even think

13    that's necessary.

14        MS. WEISS:  And I don't think --

15        MRS. W.:  Yeah.  I'm saying for math.

16        MS. WEISS:  (Indiscernible) should be some structure,

17    because Wallis was very stressed.

18        MR. W.:  (Indiscernible).

19        MS. BLAKE:  How we proceed forward.

20        MR. W.:  Yeah.  I mean, unless --

21        JK, you said you spoke to other teachers.

22        And the issue was more feeling dejected.  But if you

23    identify performance issues -- you have her grades there.

24    So unless other teachers have issues with her --

25        MR. W.:  Yeah.

1       MRS. W.:  -- I don't see -- I don't like the idea, as
2   you know, of putting her on the spot.  Putting her on the
3   spot --
4       MR. W.:  We don't want to put her --
5       MRS. W.:  -- stresses her --
6       MR. W.:  -- on the spot.
7       MRS. W.:  -- and it gets her upset, exactly as
8   Ms. Weiss said.
9       MR. W.:  Right.
10      MRS. W.:  That is not productive --
11      MR. W.:  That's not what we want.
12      MRS. W.:  -- academically or emotionally.
13      MR. W.:  (Indiscernible) suddenly worried about her.
14      MS. BLAKE:  She was -- I think Lisa was responding to
15  you when you were saying, "Oh, everybody needs to, no one
16  did anything, everyone needs" (indiscernible).
17      MR. W.:  We never said --
18      MRS. W.:  No.  No.  No.  No.  Don't misstate us.
19      MR. W.:  No one said that.  That's (indiscernible).
20      MRS. W.:  (Indiscernible) in an emotional state.  Say
21  things exactly.  But I'm --
22      MS. BLAKE:  (Indiscernible) responded.
23      MRS. W.:  -- saying other teachers -- and we were
24  given -- you know, we thought teachers would be more
25  thoughtful, more helpful, more supportive proactively.

1    With her concussion, you put all the burden on her, and

2    when she reached out, she tended still not to get help from

3    her teachers.  She did reach out.  She did ask for

4    direction.  She did ask for prioritization.  Sometimes it

5    went completely opposite.

6         For example, when Steven had his concussion, you

7    prioritized --

8         MS. BLAKE:  (Indiscernible).

9         MRS. W.:  No.  No.  This is important.  Because you

10   suggested instead of that we do Spanish last.  It wasn't

11   cumulative.  He should focus on math.

12        MR. W.:  Yeah.

13        MRS. W.:  That's what we did for Steven.  We did the

14   exact opposite with Wallis, because her Spanish teacher was

15   very demanding that she get caught up right away.  So,

16   again, we were respectful of Wallis' teachers, but that

17   advice was exact opposite, frankly, for Steven versus

18   Wallis.

19        So, again, Wallis was prioritizing Spanish --

20        MR. W.:  (Indiscernible).

21        MRS. W.:  -- ahead of math.  And that was the

22   understanding, because whoever -- the Spanish teacher, made

23   it quite clear, "I don't want you to delay."

24        MR. W.:  We worked within the strengths of the

25   situation.

1    MRS. W.:  With the situation and the teachers at hand.

2    MS. CRAWFORD:  And I'll state that -- (Indiscernible)

3  notes of the meeting but --

4    MR. W.:  Yeah.  You are a good note taker.

5    MS. CRAWFORD:  But my feelings on the meeting was that

6  Wallis was nearly stuck (indiscernible) Wallis doing this.

7    MR. W.:  You are saying in November.

8    MS. CRAWFORD:  She wants so much to do everything and

9  to do well and to do well in everything.  She pushes

10 herself really hard.  So I know that for JK and I, our

11 ideal plan -- because "It would be really great if you

12 dropped some (indiscernible) and then we could put you in

13 the academic support (indiscernible)."

14    MRS. W.:  Ceramics is therapeutic.

15    MS. CRAWFORD:  And I know.  And we got so that.  So we

16 said ceramics, and that was no.  And we were

17 (indiscernible).  "Don't you want to stay after school?"

18 "No.  I really need to do track."

19    MRS. W.:  She needed that physically.  I'm sorry.

20 She's not --

21    MS. CRAWFORD:  So here's the -- here's -- our dilemma

22 is that there're only 24 hours in a day.  Wallis had a lot

23 on her plate.  She got an injury.  It was really stressful.

24 She got behind.  And --

25    MR. W.:  Wallis --

1     MS. BLAKE:  -- for all kinds of reasons that she
2  couldn't take anything off the plate.
3     MR. W.:  That's right to (indiscernible) curriculum.
4     MS. BLAKE:  It is her way.  And that's part of what
5  led us really where we are.  And she's saying to her math
6  teacher -- and she said, "Look, I don't have time to do
7  this this year."
8     MRS. W.:  No.  That's misrepresenting.  No.  No.  No.
9  That really is misrepresenting.
10     MS. CRAWFORD:  We weren't in the room.  So we don't
11  know.
12     MRS. W.:  I'm not going to get into a "he said, she
13  said."  What I want to do now --
14     MS. CRAWFORD:  This is what I want to say.  We need --
15  the issue is that Wallis doing the math going forward and
16  going into the mid-term and finishing (indiscernible) math
17  is real -- it really does matter.  It matters --
18     MR. W.:  Yeah; absolutely.
19     MS. CRAWFORD:  -- for her average.  It matters,
20  because math department policy is that if you don't get a C
21  minus or better for the semester you need to repeat the
22  course.  So we don't want to get there.  We don't even want
23  to be in a place where we have to think about trying to
24  appeal that policy.  So the issue is we really need to help
25  -- we need to help Wallis now --

1       MR. W.:  Exactly.  Exactly.

2       MS. CRAWFORD:  -- in math.

3       MR. W.:  Starting yesterday.

4       MS. CRAWFORD:  I would be happy to -- and I know

5  Brandon would be happy -- to assign Wallis times where she

6  needs to go to extra help in math.  We have an academic

7  support center (indiscernible) she can go, and Simon

8  Davidson-Weiss who's our math tutor if their schedules line

9  up.

10      MRS. W.:  There's no -- again, schedule.  Again, we

11  have -- Wallis has had issues with schedules lining up.

12  She has scheduled, you know, during lunch, after school.

13  Sometimes teachers don't show up.  She needs some priority.

14      MS. CRAWFORD:  Again --

15      MRS. W.:  I'm not suggesting --

16      MS. CRAWFORD:  Wallis needs to give --

17      MR. W.:  Yeah.

18      MRS. W.:  Wallis has given more.  She does.  She has.

19  She has been.  She has spent her lunches.  She has given up

20  so much of her lunches, so much of her frees, so much of

21  her after-schools.  This is not a Wallis issue.  This is

22  some time, teacher availability issue.  Okay.  So we need a

23  teacher that can commit some time to Wallis.  No one has

24  this whole year.  Okay.  So --

25      MS. CRAWFORD:  The program that --

1    MRS. W.:  The (indiscernible) now we say I'm not

2    (indiscernible) between now and June.

3    MS. CRAWFORD:  You understand --

4    MR. W.:  Why is she --

5    MS. CRAWFORD:  Between now and June is that really

6    important.

7    MR. W.:  I see --

8    MRS. W.:  Well, I think this was something that --

9    MR. W.:  (Indiscernible) get an incomplete in math.

10   What's the problem?

11   MS. CRAWFORD:  (Indiscernible) pieces that

12   (indiscernible).  And this, again, is a (indiscernible).

13   This really is a (indiscernible).  We don't give

14   incompletes willy-nilly.  We really do need a documented

15   reason, and that is a medical reason.  So if you -- if she

16   went to doctors and got us new medical documentation that

17   she's still impaired.  But that would also --

18   MRS. W.:  It's not (indiscernible) still impaired.  We

19   hope not.  We'll get there.  She was impaired.

20   MS. CRAWFORD:  She was, of course.

21   MRS. W.:  She was impaired for a long time.  What

22   happened when she came back impaired was she didn't get

23   adequate -- clearly were we are today -- it was clearly not

24   adequate.

25   MR. W.:  It's an enormous (indiscernible).  That was

1  exactly --

2      MRS. W.:  It was never communicated to as an ultimatum

3  that -- much different in November -- if you get a C minus.

4  And we had talked in November --

5      MR. W.:  (Indiscernible) productive conversation.

6      MS. CRAWFORD:  That wouldn't have been.

7      MRS. W.:  But that's -- if you get a C minus in -- she

8  was very stressed.

9      MR. W.:  She said that at that point, I think that

10  would have been exacerbated, and I think --

11      MRS. W.:  Well, do you think it's any better now that

12  we're sitting months later, she got the C minus, no one has

13  talked to her, and we're like a month before the end of

14  school?

15      MS. CRAWFORD:  It's this semester that matters.  It's

16  this semester.  A C minus (indiscernible) --

17      MR. W.:  Are you okay with after this November meeting

18  --

19      MRS. W.:  Yes.

20      MR. W.:  -- saying that to come to him and he never

21  reached out to her, especially since she's not feeling

22  right?

23      MR. W.:  Reached out to her once.  I notice when he

24  was talking you -- maybe you're able to hear him out

25  without eye contact.  But you were shuffling your papers.

1  There was -- I don't know if you really heard what he said.

2      MS. BLAKE:  We did.  We thought it was --

3      MR. W.:  What I got -- I got it on tape.

4      MRS. W.:  It was incumbent on Wallis to reach out to

5  him.  And here he has watched her thinking her test scores

6  are low --

7      MR. W.:  (Indiscernible).  He never reached out to her

8  once.

9      MRS. W.:  He told her four weeks ago, "You can go into

10 Intensive."  And we did have an agreement that test scores

11 were not a good indicator of her performance for all the

12 reasons we talked about.  She hasn't been told otherwise by

13 him or by anyone else.

14     MR. W.:  It's very --

15     MRS. W.:  Or (indiscernible).

16     MR. W.:  His attitude is she understands it.

17     MRS. W.:  Okay.  So whereby I'm saying -- I think I do

18 -- would agree Ms. Blake gets it a little bit better Mr.

19 Dorey.  We're at a stalemate with Mr. Dorey.

20     MR. DOREY:  I'm not sure --

21     MRS. W.:  She did well, but he never told her that

22 until May 6, I think it was.  May -- no.  It's May 6.  I

23 think she was -- May 6 was the first time he said, Oh, you

24 know -- he just had a conversation with her a few weeks

25 prior -- "I'll recommend you for Intensive."  And you know

1  what?

2     The conversation went well.  It was you're -- you're

3  doing, you know, well in math.  You're on track -- the

4  words were, "You're on track and you have the" --

5     MR. W.:  (Indiscernible)

6     MRS. W.:  -- "intellectual skills" --

7     MR. W.:  (Indiscernible).

8     MRS. W.:  -- "abilities to succeed in Intensive."

9  From Wallis' viewpoint, there wasn't much she was doing

10  different that changed between him abruptly coming out of

11  nowhere, as she felt -- maybe he thinks otherwise.  But he

12  hadn't given her feedback like, "Wallis, you should spend

13  more time on homework" or anything else.  Then out of the

14  blue, he says, "I can't recommend you anymore for

15  Intensive."  And from Wallis' perspective, she doesn't even

16  think there was a test she bombed in between.  Now, maybe

17  that's wrong.  But we're sitting here in May, with the

18  first feedback.

19     MS. BLAKE:  So.

20     MR. W.:  Wallis doesn't know why that went -- why --

21     MRS. W.:  Well, I'm not arguing with her C minus.  If

22  she's sitting there with a C minus.

23     MS. BLAKE:  Why the change happened, is what you're

24  saying.  Wallis wants --

25     MRS. W.:  From his viewpoint -- and Ms. Weiss has

1   drilled into her -- "You had poor test scores."  She knows
2   she has poor test scores.  Okay?

3       There hasn't been any -- there's a C minus there.
4   Poor test scores.  She's not supposed (indiscernible) score
5   test, (Indiscernible) that she did not need to focus on
6   test scores.  She needs to focus on learning material, and
7   she's able to discern --

8       MR. W.:  To the extent that --

9       MRS. W.:  (Indiscernible).

10      MR. W.:  (Indiscernible) yes.

11      MRS. W.:  To discern the difference.  And this was
12  math.  He had not discerned the difference between, "Do you
13  know content", you know, "Why did you not do well on the
14  test?"  He didn't ask her.  Here's her test here.  You
15  know, there was an issue of partial credit.  She has had no
16  partial credit.  He did not -- and he did give partial
17  credit to other kids.  But he didn't reach out, "Oh,
18  Wallis, you bombed this test", you know, "You need to pick
19  it up, Come talk to me."  A teacher can do that.  Maybe
20  Wallis should have done it.  But like I said, from Wallis'
21  impression, she was thinking -- and I asked her, "Well, I
22  thought I knew the content.  I knew I didn't do well on the
23  test.  A lot of other kids didn't do well on that test
24  either.  In fact, he had to inflate the test grades.  And,
25  frankly, I didn't want to focus on test scores and grades.

That will stress me out.  I don't (indiscernible) exactly.

But I know it was fine."  And that was the understanding.

And Mr. Dorey never said a word to her about that, like,

"You bombed it, come talk to me, let's figure out what you

know, what you don't know."  Okay?

Wallis has been self-assessing.  She's been doing the

videos.  She's been, you know, doing the tests and, you

know, trying to get answers.  She's been reaching out to

other students.  And her teacher's sitting there thinking,

like, "Oh, she's not doing well, she's not stepping up,

she's not doing homework."

And we are -- the only thing I will say on test

scores, she -- she is unfairly and inappropriately dinged

on the homework thing; this is what Wallis says.

MR. W.:  Yes.

MRS. W.:  For example --

MR. W.:  It's very --

MRS. W.:  Last part --

MR. W.:  This is something --

MRS. W.:  There's two test scores.

MR. W.:  -- you should know.

MRS. W.:  If you don't do all your home -- if you do

all your homework, you get a hundred.  It's a free test.

She thinks she might be about the only kid in class not

getting that free hundred, because she said, "I did do some

1  of my homework.  I didn't -- wasn't able to do all of it,

2  but I did it."  But you know what?  That wasn't the deal.

3  "The deal was that I didn't have to do all my homework, but

4  I didn't pretend to let Mr. Dorey think that I have my

5  (indiscernible) -- you know, sign my homework, because I

6  have" --

7        MS. BLAKE:  (Indiscernible).

8        MRS. W.:  So here's the deal is -- so he has two test

9  grades 70/70, 100 for the homework.  Wallis gets 70/70.

10        MR. W.:  Because --

11        MRS. W.:  This is not fair.

12        MR. W.:  Because she's not doing all the homework.

13        MRS. W.:  Because she's not doing all the homework.

14        MR. W.:  And this --

15        MRS. W.:  Grading policy.

16        MR. W.:  This is his grading policy.

17        MRS. W.:  (Indiscernible).

18        MR. W.:  (Indiscernible) and worse than that, at one

19  point -- Mrs. W said we shouldn't go there, but I'm going

20  to go here.  His grading policy on homework, if -- students

21  exchange homework with each other.  Wallis sits in front.

22  She's not doing all her homework.  She's going to get a

23  zero.  She says the kids in the back -- she said,

24  essentially, they give of each other hundreds.

25        MS. BLAKE:  I understand that.

1    MRS. W.:  Because she knows it.

2    MR. W.:  She knows it.  It's well known.

3    MRS. W.:  (Indiscernible) are not.  (Indiscernible)

4  imagine that.

5    MR. W.:  (Indiscernible).

6    MRS. W.:  They got hundreds on their homework.

7    MRS. W.:  It's an all-or-nothing thing.  It's not --

8  it's zero or a hundred.  You have to do all your homework

9  all the time, you get a hundred, or you get a zero.  Wallis

10  didn't pretend that she could attempt to do all the

11  homework.

12    MR. W.:  (Indiscernible).

13    MRS. W.:  The time --

14    MR. W.:  Because --

15    MRS. W.:  And they'll find out how many kids like her

16  got a zero on homework versus everyone else.  So we're not

17  getting the full story.  We're not getting the full story

18  even on the grades.  A lot of kids -- there have been an

19  issue with some tests -- not all -- with general low test

20  scores.  Okay?

21    There's a bunch of kids -- not a bunch -- a few kids

22  that are really talented in math and can do well.  Then

23  there's a whole bunch of kids that don't do well, and you

24  can put Wallis in that class.  And he has had issues with

25  kids not performing well and having less -- low tests

1   scores in general.  He's gone through some episodes of --

2       MR. W.:  (Indiscernible).

3       MRS. W.:  -- "You can self-correct, and I'll move you

4   up."  But he doesn't look at the self-corrections.  He's

5   gone through now some episodes like mandatory homework.

6   Before, homework was optional.  And, again, he has a

7   methodology unstated of inflating test scores that we don't

8   even know about.

9       So we didn't want to go to test scores, but if you're

10  going to go to test scores, we'll go on test scores, and

11  you'll have to do way more explaining about what's going on

12  with tests.

13      MS. BLAKE:  I don't --

14      MRS. W.:  I would rather say --

15      MS. BLAKE:  I'm now sure --

16      MRS. W.:  And, again --

17      MS. BLAKE:  I'm not sure Wallis (indiscernible) knows

18  the curve of everybody in the class.

19      MR. W.:  No.  No.  No.

20      MS. BLAKE:  There's a lot of kind of --

21      MRS. W.:  There's a lot of discussion, so.  I'm sorry.

22  The kids talk to each other.

23      MS. BLAKE:  They do.

24      MRS. W.:  Wallis does know what some of those other

25  test papers look like.

1      MS. BLAKE:  That's (indiscernible) story.

2      MRS. W.:  And (indiscernible).  But I said I would

3 rather --

4      MR. W.:  That's (indiscernible).

5      MRS. W.:  -- go back to (indiscernible) --

6      MR. W.:  (Indiscernible).

7      MRS. W.:  -- deal with the bad test scores.  I

8 thought November, Wallis thought November, again -- and

9 others, frankly, again, have taken discretion in giving her

10 grades and that includes AP U.S. history.  Science, she did

11 not have to do all the labs.  She did not have to do all.

12      MR. W.:  Okay.  Enough on that.

13      MRS. W.:  We need to -- I believe she needs to be

14 tutored over the summer to learn (indiscernible) --

15      MR. W.:  Starting now.

16      MRS. W.:  (Indiscernible).

17      MR. W.:  (Indiscernible).

18      MS. CRAWFORD:  What we can provide to (indiscernible)

19 and after school is -- maybe after school (indiscernible)

20 frees (indiscernible).

21      MR. W.:  That's a (indiscernible) element.  That's all

22 I need.

23      MS. CRAWFORD:  Again, I would say that's what we would

24 do with any kid.  It depends on how well we can get it into

25 the academic support center.  And that's about her

1   schedule.  And it's also about her willingness --

2        MRS. W.:  And she's willing --

3        MS. CRAWFORD:  -- to go to --

4        MR. W.:  She's (indiscernible).

5        MRS. W.:  She's absolutely.  And that was in her

6   offering to JK as part of the plan was that she was willing

7   to work and to do that.  That is not a Wallis issue.  Are

8   you saying you're unwilling to support her over the summer?

9        MR. DOREY:  No.  No.

10       MS. CRAWFORD:  No.  Honestly, let me just tell you

11  that I don't have anything legally to provide --

12       MRS. W.:  What do you mean "legally"?

13       MS. CRAWFORD:  -- for students outside the school

14  year, legally.  And it's not just a doctor's note.  It

15  really is legally a medical work-up, that she has some kind

16  of disability that requires her --

17       MR. W.:  She does.

18       MS. CRAWFORD:  -- to have --

19       MRS. W.:  She did.

20       MR. W.:  (Indiscernible).

21       MS. CRAWFORD:  So she had it.  And here's what's

22  tricky, is because you're saying, well, she requires still

23  all the accommodations --

24       MR. W.:  No.

25       MRS. W.:  She didn't get accommodations.

1      MS. CRAWFORD:  -- that we gave her in semester one to

2  make up for the semester one stuff she missed.  But that's

3  not how the system works.  We always assume -- the baseline

4  is kids can do what we expect them to do unless we hear

5  otherwise.  So what happened is because we didn't hear from

6  you that there was any medical concern --

7      MR. W.:  (Indiscernible).

8      MS. CRAWFORD:  She's been at sports.  She has done two

9  seasons of sports.

10     MRS. W.:  No.  She only played (indiscernible).

11     MS. CRAWFORD:  (Indiscernible) track.

12     MRS. W.:  (Indiscernible).  She didn't officially do

13  winter track, because she was working so hard and she

14  didn't have the time.  She did participate sometimes in

15  some practices, but she did prioritize schoolwork, and she

16  was not officially on the team.

17     As she said -- like I said, we'll get you whatever

18  legal -- I think you were remiss -- and I'll say that

19  upfront -- in not offering her a 504 back then.

20     MS. CRAWFORD:  (Indiscernible).

21     MRS. W.:  And you did not provide any supports in

22  math.  You told her to self-study and go to Cafe

23  Mathematica.  That's no different than you tell a typical

24  student who is struggling, right?

25     MS. CRAWFORD:  I guess we don't agree --

1    MRS. W.:  You tell them to go to Cafe Mathematica.

2  She didn't get extra supports with one-on-one.

3    MS. CRAWFORD:  She did get extra support.  She did get

4  accommodations.

5    MRS. W.:  What were her accommodations?

6    MR. W.:  To take away tests?

7    MS. CRAWFORD:  That was a huge --

8    MR. W.:  She didn't want that, actually.

9    MRS. W.:  She wanted to learn the material for the

10  test.  Why is that --

11    MR. W.:  She wanted to fully access --

12    MRS. W.:  She wanted --

13    MR. W.:  -- all the materials and have the chance to

14  show that she could do the stuff by taking all the tests.

15    MRS. W.:  She was entitled to learn the material to

16  take the test.

17    MR. W.:  Absolutely.

18    MS. CRAWFORD:  There was a plan to learn it.

19    MRS. W.:  No, there wasn't.  What was the plan to

20  learn it?  Self-study and Cafe Mathematica?

21    MR. W.:  There was professed -- there was a --

22    MRS. W.:  (Indiscernible) he didn't even tell her what

23  to do.  He said, "Look at my website to see this"

24  (indiscernible).

25    MS. CRAWFORD:  (Indiscernible).

1      MRS. W.:  That's true.  But in general --

2      MS. CRAWFORD:  (Indiscernible), the guidance --

3      MRS. W.:  It's not in your notes.

4      MS. CRAWFORD:  It is in my notes.

5      MR. W.:  No.

6      MRS. W.:  (Indiscernible).

7      MR. W.:  (Indiscernible).

8      MS. CRAWFORD:  The guidance from all the teachers,

9   basically, was, "Look at my website.  I save the homework

10  and missing assignments there.  And go get caught up."  And

11  that is exactly what she did.

12      MRS. W.:  That's just not true.

13      MS. CRAWFORD:  I don't think you heard -- it says,

14  "There's three tests with answers online.  The plan is go

15  to the back and use the test there, do four problems at a

16  time, come and look it up if you have any questions.  Start

17  at Cafe Mathematica then go see Brandon for five minutes,

18  go through each of the problems.  And then you'll be

19  ready."  And the supports are right there.

20      MRS. W.:  So Mr. Brandon --

21      MS. CRAWFORD:  (Indiscernible).

22      MRS. W.:  So Mr. Dorey didn't question that she never

23  came and she bombed on her test?

24      So here's he sitting there, okay --

25      MS. CRAWFORD:  But she never (indiscernible).

1    MRS. W.:  That was the plan.  And Mr. Dorey had no

2  obligation --

3    MR. KWAN:  Brandon also stated -- remember -- that

4  Wallis approached him and said, "I have other things I'm

5  working on (indiscernible)."

6    MRS. W.:  Right.

7    MR. W.:  That was in the context of the catching up.

8    MR. KWAN:  Yes.  (Indiscernible) I mean, it's not --

9    MR. W.:  So that's the context of it's continued into

10  this --

11    MR. KWAN:  -- (indiscernible) --

12    MR. W.:  -- that's the context of why --

13    MRS. W.:  You're right, JK.  It's very complicated.

14    MR. W.:  It's multi-layered.

15    MR. KWAN:  And I think what we have to realize --

16    MRS. W.:  And you've done -- you guys are not -- you

17  say you're flexible.  You say you support her.  Okay?

18    Your supports didn't work.  Fact.  They didn't work.

19  She is doing poorly in math.

20    MR. W.:  Mrs. W to do --

21    MRS. W.:  It's a fact.

22    MR. KWAN:  You state a lot of facts from our end.  And

23  we're not going to get --

24    MRS. W.:  Well, what are you going to do about it?

25    What are you going to do about it?

1       MR. KWAN:  (Indiscernible) plenty of things that have

2   been implemented.  And there were plenty of things that

3   we've talked about in the last few days that you encouraged

4   me to propose.  I brought to the department.

5       MRS. W.:  Okay.  (Indiscernible) now, we're not --

6   wait.  No.  No.

7       MR. KWAN:  (Indiscernible) proposal.  Here

8   (indiscernible) that's right.

9       MR. W.:  No.  No.

10      MRS. W.:  (Indiscernible) let me be -- no.  No.

11  Because you've misrepresented what we said.  I'll read you

12  --

13      MR. W.:  Calm down.

14      MRS. W.:  Yes.

15      MR. W.:  Mrs. W.

16      MRS. W.:  Okay.

17      MR. KWAN:  I think we all do definitely need to calm

18  down.

19      MR. W.:  Right.

20      Look (indiscernible) summarize what you -- we --

21      MR. KWAN:  Our conversation -- hopefully, I can

22  (indiscernible).

23      MRS. W.:  Okay.  Yes.

24      MR. W.:  But wait.  Our thoughts --

25      MRS. W.:  (Indiscernible) not what you sent out.

1       MR. W.:  What --

2       MRS. W.:  We're (indiscernible).

3       MR. W.:  From our conversation.

4       MRS. W.:  From --

5       MR. W.:  We think we agreed to from our conversation.

6       MRS. W.:  Wednesday, May 15.

7       MR. W.:  Yes.  Let's go through the tone and the

8  content of this.  Okay?

9       And what you can do is write it out.

10       MRS. W.:  Write out.

11       MR. W.:  Send us back a draft.  We can discuss it.

12  And then when it was all agreed to, it was going to be

13  proposed to Wallis.

14       MRS. W.:  After going through the math department.

15       MR. W.:  After going through math.

16       What happened, instead, was your draft went directly

17  to the math department, and an e-mail came back to Wallis,

18  addressed directly to Wallis.

19       MR. KWAN:  Which I think is pretty important because

20  of --

21       MR. W.:  Well --

22       MR. KWAN:  I want to -- I want her to be a part of

23  this plan-making process, right?

24       MR. W.:  Yeah.

25       MR. KWAN:  And, again, as I stated in there,

1  (indiscernible) in giving feedback.  Did I say that it was

2  --

3      MRS. W.:  It was --

4      MR. KWAN:  (Indiscernible).

5      MR. W.:  (Indiscernible) proposal --

6      MRS. W.:  What our understanding was --

7      MR. W.:  Yes.

8      MRS. W.:  The tone of your plan and what was in your

9  plan.

10      MR. W.:  The tone of the plan --

11      MRS. W.:  (Indiscernible).

12      MR. W.:  "Is Wallis will.  Wallis will.  Wallis will."

13      MRS. W.:  (Indiscernible).

14      MR. KWAN:  (Indiscernible).

15      MRS. W.:  (indiscernible) No.  It was.

16      MR. W.:  (Indiscernible) was --

17      MRS. W.:  (Indiscernible).

18      MR. W.:  (Indiscernible).

19      MRS. W.:  Our understanding --

20      MR. KWAN:  (Indiscernible).

21      MRS. W.:  Okay.

22      MR. KWAN:  What's one of the first things I said to

23  you in my e-mail back?

24      It's hard to get the tone and the emotion behind

25  e-mails, especially when there's --

1        MRS. W.:  Okay.  Well --

2        MRS. W.:  Listen to our --

3        MR. KWAN:  -- nonverbal --

4        MS. CRAWFORD:  This is our agreement, our notes after

5    talking.

6        MR. KWAN:  I want to hear from you.

7        MS. CRAWFORD:  "Mr. Dorey would give his

8    recommendation and place Wallis in Intensive math as he

9    recommended weeks ago."

10       As you, JK, kept saying on the phone.

11       No change in the math placement.

12       Bullet two -- we did talk about that, and that was

13   your words.

14       MR. KWAN:  I said, yeah, let's keep it the same as it

15   is until the end of school year.

16       MS. CRAWFORD:  Right, no change.

17       "Mr. Dorey would identify gaps and weaknesses as to

18   the content of learnings what Wallis had missed or that he

19   found to be weak.  He would provide feedback, instructional

20   materials and directions (indiscernible) to identify and

21   remediate weaknesses." Bullet three.

22       MR. W.:  Before you get to bullet three, it's --

23       MS. CRAWFORD:  I'll leave that out, and we'll go

24   (indiscernible).

25       Okay.  Bullet three:  "Wallis will follow Mr. Dorey's

1    guidance and perform the recommended assignments.  This

2    would be in addition to the current classroom work."

3        Number four:  "Wallis and Mr. Dorey will meet

4    regularly so he could assess her progress, provide needed

5    instruction and further assignments.  This would be once or

6    twice-a-week sessions before school, after school, lunch or

7    during free blocks.  They would coordinate their schedules

8    to determine mutually agreeable times."

9        Next bullet:  Mr. Dorey would provide timely feedback

10   on any concerns so that he and Wallis could address them in

11   a timely and corrective manner.

12       Next bullet:  We will review the placement by the end

13   of school expecting that any gaps and concerns would be

14   addressed and Mr. Dorey would not change his

15   recommendation.

16       Furthermore, Wallis offered to work over the summer as

17   directed by Mr. Dorey.

18       Furthermore, Wallis said that during the Intensive

19   math next year that should she struggle or have concerns,

20   she would promptly discuss them with her new teacher.  She

21   said that she did not expect to have to do this, but would

22   promptly and proactively address any issues that arise.

23   This in tone and substance is different than this.  Wallis,

24   after speaking with her parents and Mr. Dorey with

25   consultation from her future math department coordinator, I

1  wonder if I may propose this plan:  To spend a few days,

2  blah, blah, blah.

3       I think this (indiscernible).

4       MR. W.:  (Indiscernible).

5       MRS. W.:  (Indiscernible).

6       MS. CRAWFORD:  I think this --

7       MR. W.:  (Indiscernible).

8       MRS. W.:  (Indiscernible).

9       MS. CRAWFORD:  (Indiscernible).

10      MR. W.:  Come on.

11      MS. CRAWFORD:  (Indiscernible) called the integrity of

12  the math department policies and the integrity of

13  Mr. Dorey's teaching (indiscernible).  Notice we're not

14  saying anything about positioning you for success or

15  (indiscernible) but we're worried about.

16      MRS. W.:  (Indiscernible).

17      MS. CRAWFORD:  Math department integrity and --

18      MRS. W.:  (Indiscernible).

19      MS. CRAWFORD:  (Indiscernible).

20      MRS. W.:  Support you.  That's the problem you missed.

21      MS. CRAWFORD:  Because everybody says (indiscernible)

22  very different.  Mr. Dorey will keep this --

23      MR. W.:  (Indiscernible).

24      MS. BLAKE:  Stop a second.  Okay. I don't think I'm

25  defending Mr. Dorey.

1    MR. W.:  (Indiscernible).

2    MS. CRAWFORD:  Obligations.

3    MR. W.:  We support you here, yes.

4    MS. CRAWFORD:  Okay.

5    MR. W.:  Okay.  In close proximity with upholding our

6    integrity.

7    MS. CRAWFORD:  Integrity.

8    MR. W.:  We're not trying to not hold -- uphold the

9    math department's integrity.  We want Wallis to excel in a

10   math curriculum of high integrity.  So, yes, we support

11   you.  And then it's all of what Wallis will do.  There's a

12   disconnect in that.  This is very vague.  This is explicit,

13   "Wallis must do this."

14   MRS. W.:  (Indiscernible) after we had just discussed

15   how it doesn't work.

16   MR. W.:  It goes back to a central element is Cafe

17   Mathematica.  We had talked about how that was a total

18   failure.

19   MRS. W.:  It's a waste of her time --

20   MR. W.:  Right.

21   MRS. W.:  -- given everything on her plate.  And she

22   needed -- we had tried it, and it didn't work.  So for it

23   to be proposed back, not appropriate.  Not appropriate

24   given she had to do it when she had the concussion and was

25   disabled.  And now you're telling her go back and do it and

1    keep on doing it and doing more of the same.  This is what

2    she did that Mr. Dorey says was ineffective.  It has led to

3    a C minus.

4         MR. W.:  Yes.

5         MRS. W.:  It's led to, you know, having to retake a

6    course.  We are saying --

7         MR. W.:  This is a central --

8         MRS. W.:  Sorry.  (Indiscernible) 504.  It doesn't

9    work.  It would have been check-ins.  We would have

10   documented.  We wouldn't be confused over what the

11   accommodation was.  If the accommodation was simply to drop

12   a test, I wouldn't have agreed to that.  I can tell you

13   that right now.  So if you're thinking dropping a test is

14   an accommodation, maybe it is for you, but that is not

15   appropriate in terms of her accessing the curriculum and

16   getting the supports that she needed.  Maybe she needed

17   more supports than you offered.  But you never figured that

18   out.  And we're just figuring that out right now.

19        MS. BLAKE:  (Indiscernible) for a minute.  So what I

20   see that we really agree on is that --

21        MR. W.:  (Indiscernible).

22        MS. BLAKE:  Certain --

23        MR. W.:  (Indiscernible).

24        MS. BLAKE:  Is open.

25        MR. W.:  Yeah.

1    MS. BLAKE:  So to me, this is a graceful sort of,

2  "We're leaving it open."

3    MRS. W.:  No.  What's "open" mean?  What's the status

4  right now?

5    MS. CRAWFORD:  Open means it's simply open.  He's not

6  saying yes.  He's not saying no.  It's open.

7    MR. W.:  Yeah.

8    MS. CRAWFORD:  That's what it means.

9    MRS. W.:  That's not what we agreed to.

10    MS. CRAWFORD:  Let's just say it's a change.  I'm not

11  going to be --

12    MR. KWAN:  My job isn't to speak on her behalf.  My

13  job is to advocate for Wallis and then if --

14    MR. W.:  Your job --

15    MRS. W.:  It doesn't work so far.  Any time -- you

16  know, it doesn't work.

17    MR. W.:  The fact that you're keeping it open is

18  already --

19    MRS. W.:  We're open --

20    MR. W.:  That's an element (indiscernible).

21    MRS. W.:  That means it's not (indiscernible).

22    MR. W.:  There's nothing wrong -- that is an opening.

23  That's a clear -- that's an opening.  I think -- you know,

24  I think we (indiscernible) in the bullets.  We understand

25  the difference in tone and the content.  You know, there is

1   a way to accommodate Wallis here.

2       MRS. W.:  So but let me just say this.  If Mr. -- I

3   want someone -- Wallis is not going to do any more of this

4   chasing of math teachers.  We're done with that.  We really

5   are.  If Mr. Dorey wants to set up time with her --

6       MR. W.:  To help her.

7       MRS. W.:  -- that's fine.  To help her.  If the math

8   department wants to find a math tutor or another teacher to

9   do that with her, that's fine, also.  But we're not going

10  to do this -- especially this chaotic time of the year --

11      MR. W.:  (Indiscernible).

12      MRS. W.:  Now we're here -- you know, we learn May 6,

13  "Oh, there's a problem."  And we're sitting here today, May

14  24, and she hasn't been helped.  I mean, you know, goodness

15  gracious.  How much time --

16      MR. W.:  Wallis will --

17      MRS. W.:  -- between now and the final, can we

18  realistically get --

19      MR. W.:  Wallis will reach the semester -- Mr. Dorey

20  does not have a ring --

21      MRS. W.:  (Indiscernible).

22      MR. W.:  -- of integrity.

23      MRS. W.:  I am giving -- I want something scheduled.

24      MS. CRAWFORD:  (Indiscernible) Wallis.

25      MRS. W.:  I want Wallis assigned --

1  MS. CRAWFORD:  Wallis on her time --

2  MRS. W.:  I want someone (indiscernible) I don't want

3  "other priorities" and "can't".  We need to find someone

4  now (indiscernible).

5  MR. W.:  (Indiscernible).

6  MR. W.:  Feedback --

7  I agree the tone, how she could've interpret it

8  (indiscernible)  feeling more like an ultimatum --

9  MRS. W.:  It is.

10  MR. KWAN:  -- more than a burden on her where she

11  already feels a lot of burden being --

12  MRS. W.:  It's never been brought up.  JK, this has

13  not been brought up.  We didn't even talk about any test

14  scores when we talked to you over the phone.  We did not.

15  We didn't talk about what the number was either.  So for

16  her, it wasn't even -- it isn't even possible.

17  MR. KWAN:  I was very clear --

18  MRS. W.:  (Indiscernible).

19  MR. KWAN:  Hold on one second.

20  I was very clear in my conversation with you that I

21  will think about and draft what I think would be a

22  proposal, send it to them and have them give feedback and

23  then send them back.

24  MRS. W.:  They obviously inserted -- they inserted

25  those numbers on it (indiscernible).  It isn't even

1   possible for her to get -- is it possible for her to even
2   get that quarter grade?
3        MR. W.:  We don't know.
4        MRS. W.:  We don't know.  He doesn't even -- he grades
5   on a curve.
6        MR. W.:  I would like to --
7        MRS. W.:  But he even grades on a curve.  He doesn't
8   even know what class average is.
9        MS. BLAKE:  Does she (indiscernible)?
10       MRS. W.:  No.
11       MS. CRAWFORD:  It is possible, because it is school
12  policy that if you are going to get below 70 percent, you
13  would get an (indiscernible) that quarter.  She didn't get
14  an (indiscernible) mid-term on May 10.  So, absolutely,
15  it's possible.
16       MRS. W.:  I'm just saying his grading -- as I said,
17  the test scores aren't necessarily class average, 77 or
18  whatever the 70 is.  So for us to be sitting here and
19  speculating exactly what score she should get -- never mind
20  what the class should get is not a part --
21       MR. W.:  She's --
22       MS. CRAWFORD:  This is department policy.
23       MRS. W.:  (Indiscernible) change department policy all
24  the time.
25       MS. CRAWFORD:  Actually, we don't.

1     MR. KWAN:  Again, then you're compromising the

2  integrity that we were just talking about.

3     MRS. W.:  (Indiscernible) what is the policy?

4     MR. W.:  I want --

5     MRS. W.:  Send me the policy.  You're trying to make

6  up policies all the time.

7     MS. CRAWFORD:  It's in the (indiscernible) listings.

8     MR. W.:  If you want medical notes that Wallis should

9  not complete this work by the end of the semester because

10  of continuing stress associated with her concussion --

11     MRS. W.:  We'll gladly do that.

12     MR. W.:  -- we'll gladly do that.

13     MR. KWAN:  (Indiscernible).  First of all, you can.

14  But I don't think it's healthy to do that, for her to

15  linger through this.  This is -- and this is going back to

16  from the beginning what I said in November, she has a lot

17  on her plate.  And I value and I appreciate how

18  conscientious and how determined she is.  And I think as

19  adults, sometimes it's okay to say, "Wallis, it's a little

20  too much right now.  We're not saying you can't do it."

21  We, as adults, it's our job to say no.

22     MRS. W.:  It's --

23     MR. KWAN:  It's hard to say.

24     MRS. W.:  No.  We don't buy that.

25     MR. W.:  We don't buy that at all.

1    MRS. W.:  That position (indiscernible) that makes her

2  more stressed.

3    MR. W.:  That makes her more stressed.

4    MRS. W.:  The fact that people are not allowing her

5  to what she --

6    MR. W.:  (Indiscernible) absolutely more stressed.

7    MRS. W.:  She started the school year very successful.

8    MR. KWAN:  Very stressful life, and we've got to teach

9  her coping skills to say how are we going to deal with

10  situations.

11    MRS. W.:  No.  The coping skills are that she started

12  the school year -- she had a good freshman year.  She

13  started this school year fine.  She had a hockey stick put

14  in her head, and that derailed her plans for herself.

15    MR. KWAN:  I agree --

16    MRS. W.:  Okay.

17    MR. KWAN:  -- a hundred percent.

18    MRS. W.:  No.  Now, this kid is entitled to fully

19  access the curriculum.

20    MR. KWAN:  Absolutely.

21    MRS. W.:  She doesn't have to drop down.  She does not

22  have to do less (indiscernible) do worse next year.

23    MR. KWAN:  We're not saying you have to --

24    MRS. W.:  This was her choice.  That's what we're

25  going with.

1    MR. KWAN:  Absolutely, it's her choice.

2    MRS. W.:  Okay.  So now we need to figure out how to

3  remediate where we are.  She's not doing well in math.

4    UNIDENTIFIED:  And so that's the plan.

5    MRS. W.:  So I'm saying --

6    MR. W.:  What's the point?

7    MRS. W.:  I want --

8    MR. W.:  What is the plan?

9    MRS. W.:  The plan is --

10    MS. CRAWFORD:  We have, like, dedicated extra help.

11    MR. W.:  Yeah.  We (indiscernible) the plan.

12    MRS. W.:  I don't want (indiscernible) after school.

13  Because you know what happened with Mr. Dorey after school?

14    There's a whole bunch of other kids asking their own

15  questions.  It is not necessarily helpful to Wallis.  Okay?

16    Again, I'm not going to go down the he said/she said.

17  She didn't reach out.  She knows what goes on.  And so for

18  a while, these other kids are working on current homework.

19  She's trying to learn past homework.  It doesn't work.

20  It's like Cafe Mathematica.  She waits, and they're doing

21  things that are not relevant to her.  So we are now going

22  to do some Wallis centric planning, which is what does

23  Wallis need.  I think she needs some one-on-one working

24  with --

25    MR. W.:  High quality.

1    MRS. W.:  -- high quality --

2    MR. W.:  (Indiscernible).

3    MRS. W.:  Let's have a focus on this last semester.

4    MR. W.:  What's the --

5    MRS. W.:  I would ask what do I do --

6    MR. W.:  (Indiscernible).

7    MRS. W.:  -- all the other learnings that were not

8    supported --

9    MS. CRAWFORD:  So let me ask (indiscernible).

10   MRS. W.:  -- during first semester.

11   MS. CRAWFORD:  Let me ask you folks a question.

12   Because, frankly, I have a kid who needs extra help in

13   math.  I hired an outside tutor, because she needs extra

14   help.

15   MRS. W.:  That's not Wallis.

16   MS. CRAWFORD:  Okay.  So --

17   MRS. W.:  Wallis typically does not need extra help.

18   This is due to the concussion and due to her missing school

19   and missing --

20   MR. W.:  (Indiscernible) this is about --

21   MRS. W.:  -- instruction.

22   MR. W.:  This is about --

23   MRS. W.:  So we know well about --

24   MR. W.:  -- missing instruction.

25   MRS. W.:  Yeah.  So Wallis does not --

1    MR. W.:  (Indiscernible).

2    MRS. W.:  -- typically.

3    MS. CRAWFORD:  So you don't feel like that's your

4    responsibility or you don't want to do that just to help

5    Wallis?

6    MRS. W.:  I don't -- (indiscernible).

7    MS. CRAWFORD:  I would willingly do it, because I want

8    my kid to have to do the best that she can do.

9    MR. W.:  (Indiscernible).

10   MS. CRAWFORD:  And I know in a public school --

11   MRS. W.:  There's extra --

12   MS. CRAWFORD:  -- setting where she is --

13   MRS. W.:  Then put her in a 504.

14   MS. CRAWFORD:  -- you need to justify --

15   MR. W.:  You don't know her.

16   MRS. W.:  She's in IP.  I paid for a math tutor who

17   actually was teaching at the department at (indiscernible).

18   MRS. W.:  (Indiscernible)?

19   MS. CRAWFORD:  No.  I paid (indiscernible).

20   MRS. W.:  Okay.

21   MS. CRAWFORD:  She's amazing.  And I know she has

22   openings.  (Indiscernible) just needs more time to get her

23   math.  And it's because I want her to have that --

24   MRS. W.:  I'm telling --

25   MS. CRAWFORD:  -- she gets extra help in school, and

1  she gets extra help outside of school.  Because, you know,

2  she goes to a public school.  She's one in a class of 25.

3  She gets help from the teacher.  She gets help on her IP,

4  and I give her help at home, and we do her homework with

5  her.  She's in tenth grade just like --

6        MRS. W.:  Well, that doesn't work about my standards,

7  to be perfectly honest.  So --

8        MS. CRAWFORD:  Okay.

9        MRS. W.:  -- that's what you choose to do, that's

10 fine.

11       MS. CRAWFORD:  But that is -- I'm just saying --

12       MRS. W.:  That's not Wallis' situation.  Wallis'

13 situation is --

14       MR. W.:  Quite different.

15       MRS. W.:  She does not have a learning disability.

16       MS. CRAWFORD:  Okay.

17       MRS. W.:  She had a concussion.  She was injured.  She

18 had cognitive issues due to the concussion.  You know about

19 concussions.  If not, we'll get you assistance.

20       MS. CRAWFORD:  Please don't.

21       MR. W.:  Yeah.  Yeah.  (Indiscernible) resulted in a C

22 minus.  That was a psychological stress.

23       MRS. W.:  Right.

24       MR. W.:  It's, like, how do we --

25       MR. KWAN:  (Indiscernible) psychological stress.  So

that's been my question from (indiscernible).

MRS. W.: The stress is way more intense because of --

MR. W.: I know.

MRS. W.: -- the conversation.

MR. KWAN: Wallis --

MRS. W.: Conversations that go nowhere. We're supporting her by getting her what she needs in math. And I tell you this right now. If she's not sitting there fuming and fretting and getting anxious over Mr. Dorey's said, "I had my meeting with you. I had my meeting -- another meeting" --

MR. W.: She's angry.

MRS. W.: -- "another meeting with Lisa Weiss."

MR. W.: She's angry --

MRS. W.: She's asking question about, "Oh. I was told I didn't do my homework? I did my homework."

MR. W.: Chief stress factor for Wallis --

MRS. W.: Is not getting (indiscernible).

MR. W.: -- is she thinks that Mr. Dorey is not helping her.

MRS. W.: Or someone else (indiscernible).

MR. W.: We've been trying to tell you that. And I hear that as very --

MRS. W.: (Indiscernible) so you said --

He says, I'm not -- "She didn't reach out to me.

1  Okay.  Done deal."  We're sitting here in May.  He didn't
2  reach out to her.  She didn't reach out to him.  Who's at
3  fault?  The good teacher -- the wise teacher who sees a kid
4  struggling, getting (indiscernible).
5       MR. W.:  Yeah.
6       MRS. W.:  So let's not put all the fault on Wallis.
7  You're sitting here --
8       MS. CRAWFORD:  (Indiscernible).
9       MRS. W.:  (Indiscernible) Wallis.
10      MS. CRAWFORD:  That's not where we're coming from.
11      MRS. W.:  Okay.  Let's stop the past.  I want the plan
12  for Wallis to get instruction.
13      MS. CRAWFORD:  That's right.  And so that's --
14      MRS. W.:  And I'm not going to say whether -- I'll get
15  you any note you want.  But I am -- and you tell me exactly
16  what you want, and we will get whatever you want.  I think
17  you can also put in for assessments evaluation.  And if you
18  want me to give consent I, will gladly give you the consent
19  for whatever eval you want.  And I don't see any reason --
20  we could as a flexible collaboration agree between now and
21  the end of school.  But I'll tell you right now.  If she
22  doesn't do well, she needs help over the summer.  And
23  that's the deal.  And if you think otherwise, we can wait
24  until the end, but I'm not cutting things off at the end of
25  the summer.  I really --

1      MS. CRAWFORD:  (Indiscernible).

2      MRS. W.:  (Indiscernible) all of how many weeks?  You

3  have less than four weeks.

4      MS. BLAKE:  It's four.

5      MR. W.:  I hear that as --

6      MRS. W.:  (Indiscernible).

7      MR. W.:  (Indiscernible).

8      MS. CRAWFORD:  You gave us the ultimatum.

9      MRS. W.:  I'll tell you right now how I feel.  I want

10  to know what the plan is.  So far I'm hearing not much.

11      MR. W.:  I know very clearly how they feel, I think.

12      MRS. W.:  I want a plan.

13      MS. CRAWFORD:  (Indiscernible) make a plan until we

14  actually check Wallis' schedule and check (indiscernible).

15      MRS. W.:  Let's go for it.  We've been checking

16  schedules all year.  I'll go for it.  Wallis's schedule is

17  there let's.

18      MS. CRAWFORD:  JK and I can do that and I think this

19  meeting is maybe -- I think we're coming to an end.

20      MR. W.:  Absolutely.

21      MS. CRAWFORD:  So let's just kind of leave it.  We'll

22  check Wallis' schedule and see what we can do without

23  getting an ASC, and we'll set up --

24      MRS. W.:  What's an ASC?

25      MS. CRAWFORD:  (Indiscernible).

1       MRS. W.:  So who's going to do it (indiscernible)?

2       MS. CRAWFORD:  So, again, this is a public school.  We

3   have an academic support center.  We assign kids to it.  It

4   is not one-on-one tutoring.  We do have a math specialist

5   in there.  If a math specialist is available at a time that

6   Wallis is also available -- and that's what I'm going to

7   try and find out --

8       MS. BLAKE:  JK's going to try to find out.

9       MR. KWAN:  And I can just say -- I'll just say this,

10  because I think it's important to know.  We don't offer

11  that for students in intensive or accelerated classes.  It

12  is the understanding that they're there because they want

13  it and they're capable.

14      MRS. W.:  Well, then how is it appropriate then?

15      MR. W.:  No.  No.

16      MR. KWAN:  Not because they can't provide that.  Not

17  that they're not qualified.  It's because there are other

18  students in Level I or Level II are struggling to even make

19  progress.  So the fact that we're pulling the resources for

20  Wallis shows that we do care.

21      MRS. W.:  Well, I want to know (indiscernible).  Now

22  that you described it more, I'm not sure it is appropriate

23  for her if she's in with teachers and it's not one on one

24  and other students that are not even in that class and at

25  that level.

1       MR. KWAN:  It's not --

2       MS. CRAWFORD:  That's not what we -- we don't have

3   that kind of resource.  We're a public school.  We don't

4   have teachers --

5       MRS. W.:  I would say.

6       MS. CRAWFORD:  (Indiscernible).

7       MRS. W.:  (Indiscernible) teachers.  You have free

8   periods, right?

9           There are how many classes?

10          She needs some additional tutoring.

11      MR. W.:  (Indiscernible).

12      MRS. W.:  Or give me another solution.  Give me

13  another solution.

14      MS. CRAWFORD:  So those are my -- so what you're

15  saying -- my solution is --

16      MRS. W.:  I don't know what the solution is then.

17  Give me --

18      MS. CRAWFORD:  You're saying that doesn't sound like

19  the solution.

20      MRS. W.:  Right now it doesn't.  Sounds like --

21      MR. W.:  (Indiscernible) that's an option that we're

22  saying --

23      MRS. W.:  We're going to look at it and see what

24  happens.

25      MR. KWAN:  We're going to look at the schedule.  Sam,

1     one of the tutors there, highly qualified.

2          MR. W.:  Yeah.  Yeah.

3          MR. KWAN:  Look at the schedule --

4          MRS. W.:  (Indiscernible).

5          MR. W.:  (Indiscernible) the options.  We can't figure

6     out.

7          MRS. W.:  Based on what you just said, I'm not sure

8     that is a good option for her.

9          MS. CRAWFORD:  (Indiscernible) just figure it out

10    then.  I feel like --

11         MRS. W.:  (Indiscernible) I want to know what the "it"

12    is, because we never get to the "it", and it's left with

13    vague.  Wallis needs --

14         MR. KWAN:  ASC, Academy Support Center, can tell you

15    --

16         MRS. W.:  But you're saying that people are already

17    booked with other students.  And I'm agreeing -- like, you

18    can't take another student -- another --

19         MR. W.:  (Indiscernible), you can't take one of those

20    tutors away from --

21         MR. KWAN:  No.  No.  And I wouldn't bump a student.

22         MRS. W.:  (Indiscernible) bump students.

23         MR. W.:  (Indiscernible).

24         MR. KWAN:  I wouldn't bump another student.  I would

25    look at the schedule that works with Wallis' schedule and

1   make sure she get a one-on-one session --

2       MRS. W.:  What happens if she doesn't?  What happens

3   if there isn't a schedule match?

4       MS. CRAWFORD:  (Indiscernible).

5       MRS. W.:  I want to know what is the plan B.

6       MR. W.:  It's one of the -- that's one of the plans.

7   The other (indiscernible).

8       MS. CRAWFORD:  The other plan is after school --

9       MR. KWAN:  -- is make sure we connect with Brandon's

10  schedule, Mr. Dorey.

11      MRS. W.:  What about another math teacher?

12      I mean --

13      MR. KWAN:  I can't --

14      MS. CRAWFORD:  Students --

15      MR. KWAN:  I don't know if it's appropriate,

16  necessarily.

17      MS. CRAWFORD:  Students are tutored by their own

18  teachers or given extra help by their own teachers.

19      MR. KWAN:  Okay.

20      MRS. W.:  (Indiscernible) is vailable after school --

21      MR. W.:  Look at the various proposals.

22      MS. CRAWFORD:  I have it -- I actually have it down on

23  my desk.  So I know --

24      MR. W.:  Yeah.  Yeah.

25      MS. CRAWFORD:  -- what we're talking about.

1    MR. W.:  Yeah.

2    MS. CRAWFORD:  So we will set a --

3    MRS. W.:  I want a definitive schedule for Wallis

4  if -- Wallis with Brandon, and do Wallis both.  Do both.

5    MR. W.:  (Indiscernible) it says right here in

6  (indiscernible) handwriting agreed upon points, including

7  the bullets.

8    MS. CRAWFORD:  But (indiscernible) JK told you that he

9  needed to talk about it with Lisa.  "I need to run it by

10 the math department."

11   MRS. W.:  Did they --

12   MR. W.:  (Indiscernible).

13   MRS. W.:  Do they not agree to that?

14   Because that's not in the plan.  That's not what they

15 sent us back, that there would be a scheduled time with

16 Wallis by anyone, Dorey or otherwise.

17   MR. KWAN:  We just talked about it.

18   MS. CRAWFORD:  Yeah.

19   MR. KWAN:  (Indiscernible).

20   MRS. W.:  (Indiscernible).  It's not like the ad hoc.

21 I'm saying the ad hoc didn't work.

22   MS. CRAWFORD:  That's the difference.  We will make

23 regularly -- we'll find a way --

24   MRS. W.:  I would say, you know, of course, given

25 where we you might -- I'm assuming you can only get one at

1  the ASC, and you might get one with Brandon Dorey, because

2  at the end, he's --

3      MR. W.:  We need some -- look.  He spends every day

4  with her.  He should review her homework.  He should figure

5  out where he thinks she's weak, identify gaps and

6  weaknesses.

7      MS. CRAWFORD:  He was (indiscernible).

8      MRS. W.:  (Indiscernible) before the final.  Before

9  the final.

10      MR. W.:  (Indiscernible).

11      MR. KWAN:  (Indiscernible).

12      MS. CRAWFORD:  (Indiscernible) you wouldn't let him

13  talk.

14      MR. KWAN:  You wouldn't let him talk.

15      MS. CRAWFORD:  He was trying to get there, and that's

16  why we let --

17      MRS. W.:  No.  He has not done it.  I'm saying he

18  hasn't done it.

19      MS. CRAWFORD:  You wouldn't let him.

20      MRS. W.:  No.  He's had from November to May.

21      MR. W.:  Mrs. W.

22      MRS. W.:  (Indiscernible) including, "Wallis, you're

23  not ready for Intensive."

24      MR. W.:  (Indiscernible) he didn't do it for months.

25  Don't (indiscernible).

1    MRS. W.:  (Indiscernible).

2    MR. W.:  For months (indiscernible) conversations with

3 Wallis.

4    MRS. W.:  He's not helped her.  He has not said,

5 "Wallis" --

6    MR. W.:  (Indiscernible).

7    MRS. W.:  He's not said, Wallis --

8    MR. W.:  (Indiscernible).

9    MRS. W.:  I'm not going to put all the blame on

10 Wallis.  Mr. Dorey explained here -- we're sitting here May

11 24 --

12    MR. KWAN:  Let's -- I'll take away that from

13 (indiscernible) from Wallis, because (indiscernible) we're

14 trying to put on it.

15    MRS. W.:  Then don't put it that way.  I'm saying

16 reflect upon --

17    MR. W.:  (Indiscernible).

18    MRS. W.:  The math teacher, if he was concerned --

19 and, apparently, he was -- over test scores and homework

20 performance, he never said anything --

21    MR. W.:  (Indiscernible) said something.

22    MR. W.:  He should have --

23    MRS. W.:  "Wallis, maybe we" --

24    MR. W.:  (Indiscernible) get together.  So it was,

25 "Wallis will."  And there was not one --

1       MR. W.:  (Indiscernible).

2       MRS. W.:  (Indiscernible).  That's a very different --

3       MR. W.:  And the words he said to this entire group --

4       MRS. W.:  He was unwilling to acknowledge --

5       MR. W.:  (Indiscernible).

6       MRS. W.:  I will help a kid unless a kid comes to me.

7       MR. W.:  "I will not help a kid."  I don't understand

8  --

9       MR. W.:  (Indiscernible) unless Wallis meets

10  (indiscernible) with me.

11      MRS. W.:  And he did not express concerns to her.  All

12  right?

13      MR. KWAN:  I think the language is very important;

14  you're right.  And that's one feedback that I'll take back.

15  I think it's very helpful feedback, especially for a

16  student who received this from me.  And I want you to know

17  that --

18      MRS. W.:  And he knew she was upset.

19      MR. KWAN:  Yeah.

20      MRS. W.:  And --

21      MR. KWAN:  And, again, remember this was tentative.

22  This was a conversation in direct --

23      MRS. W.:  I don't feel --

24      MR. W.:  The only thing I'd say is you sent it

25  directly to Wallis.

1    MR. KWAN:  And intentionally.  We cc'ed you, right?

2    MR. W.:  Yes.  But I thought --

3    MRS. W.:  I didn't look like there was any

4  conversation (indiscernible).

5    MR. W.:  I thought we were having --

6    MRS. W.:  This was not --

7    MR. W.:  (Indiscernible) the final decision.

8    MRS. W.:  I did -- it didn't look like --

9    MR. W.:  (Indiscernible).

10   MRS. W.:  (Indiscernible) any process.

11   MR. W.:  (Indiscernible) this is final plan.

12  Wallis --

13   MRS. W.:  (Indiscernible) we agree.  We said we didn't

14  agree.

15   MR. W.:  Whose plan?

16   MR. KWAN:  I was very clear.  Maybe I need to be more

17  explicit.  I was very clear --

18   MRS. W.:  I don't want a wordsmith.

19   MR. KWAN:  (Indiscernible) don't have (indiscernible)

20  e-mail.

21   MRS. W.:  I'm saying, you've taken offense some of our

22  wording, some of our wording that says --

23   MR. KWAN:  (Indiscernible).

24   MR. W.:  You said -- I thought when we met that we

25  were trying to get -- all get on the same page as the

1  adults --

2      MRS. W.:  Yes.

3      MR. W.:  -- before we took this back to Wallis.  We

4  were trying to keep Wallis out of, like, this until --

5      MR. KWAN:  (Indiscernible) very clear (indiscernible)

6  the conversation.

7      MRS. W.:  (Indiscernible) when we hear back.  Again, I

8  think time is of the essence.  I want today then to know

9  what the matches in schedule --

10     MRS. W.:  We --

11     MS. CRAWFORD:  (Indiscernible) I just want you to know

12 that I have 550 kids on my (indiscernible).  JK has 200.

13     MR. W.:  Yes.

14     MS. CRAWFORD:  We just --

15     MR. W.:  Yeah.

16     MS. CRAWFORD:  -- have been meeting since --

17     MR. W.:  (Indiscernible) with you.  And I appreciate

18 your time and --

19     MRS. W.:  (Indiscernible) best.  But it not happen.

20 If something happens, we need a planned B, because this is

21 just -- I tell you this right now.  We're both getting

22 (indiscernible) 504 retro, whatever you want.

23     MR. W.:  (Indiscernible) plan B is the 504 for us.

24     MRS. W.:  Yes.  So she's not -- we're not buying that

25 she is going to have a C minus and not get help for the

1  gaps everyone said she did not get in the math curriculum

2  this year.  I mean, that just not going to happen.

3      MR. KWAN:  Regardless of 504 or not, I think it's

4  important for you to have a scheduled meeting with a doctor

5  again --

6      MS. CRAWFORD:  Yeah.

7      MR. KWAN:  -- preferably the doctor who diagnosed her

8  just to agree for organic, physical --

9      MS. CRAWFORD:  Yeah.

10     MR. KWAN:  -- reasons to make sure everything is okay,

11 structurally, you know, and all that.  And my

12 recommendation -- and I've said this since November -- is

13 for her to get support therapeutically, as well.  And if

14 you -- as a family you don't necessarily believe in that

15 type of support, I respect it.

16     MS. CRAWFORD:  But --

17     MR. KWAN:  My recommendation coming from my background

18 as a counselor is this is a student who would benefit.  And

19 if we need to take away the stigma associated with that,

20 let's --

21     MRS. W.:  There's not been -- there's no stigma.

22 There's absolutely no stigma with that.  I welcome that.  I

23 will say that, you know --

24     MR. W.:  I think --

25     MRS. W.:  -- (indiscernible) inappropriate.

1    MR. W.:  (Indiscernible) want her to have much more
2  success in the future.

3    MS. CRAWFORD:  (Indiscernible) academic support's
4  appropriate.  We do that.

5    MR. W.:  In addition.

6    MRS. W.:  I agree.  I agree.

7    MR. W.:  In addition.

8    MRS. W.:  (Indiscernible) stress, because it's an
9  inappropriate environment that does lead to stress.  But
10 that's not the root cause.  So we're not -- we need to
11 address the root cause, and we can address the other things
12 that arise from the root cause.

13   MR. W.:  (Indiscernible) Wallis, actually -- you know,
14 as she's being matured her, she's gotten quite mellower,
15 you know, compared to, like, coming in as a freshman.
16 She's actually --

17   MRS. W.:  (Indiscernible) this past year's stress.
18 Like I said --

19   MR. W.:  Yeah.

20   MRS. W.:  -- until a month ago, we were
21 (indiscernible).

22   MR. W.:  (Indiscernible) she doesn't think the adults
23 are doing right by her here, and she has a senses of, like,
24 this is wrong.

25   MRS. W.:  And she (indiscernible).

1     MR. W.:  (Indiscernible) wrong here.

2     MRS. W.:  (Indiscernible) she has suffered.

3     MR. W.:  But she's actually kind of mellow about, like

4  --

5     MRS. W.:  This is kind of the way it is, you know.

6  The adult also are not (indiscernible).

7     MR. W.:  (Indiscernible).

8     MRS. W.:  She's tried.  And that is the way it is.

9  And that's what you're effectively saying.  So --

10     MS. CRAWFORD:  No, I'm not saying that

11  (indiscernible).

12     MRS. W.:  And, again, I would say --

13     MS. CRAWFORD:  (Indiscernible) we're setting her up.

14  Look, I think she's overscheduled.

15     MRS. W.:  She's not overscheduled.  She was not

16  overscheduled until this happened.

17     MS. CRAWFORD:  And the schedule is --

18     MRS. W.:  No.

19     MS. CRAWFORD:  -- really hard, and when she got the

20  concussion -- maybe it was right before concussion, but it

21  was --

22     MRS. W.:  You said that --

23     MS. CRAWFORD:  -- always my recommendation.

24     MRS. W.:  (Indiscernible) Steven.  You said that for

25  Steven.  He wanted to tough it out.  And he did.

1    MS. CRAWFORD:  (Indiscernible).

2    MRS. W.:  And that was the best thing he did.

3    MS. CRAWFORD:  (Indiscernible).

4    MR. W.:  (Indiscernible).

5    MRS. W.:  Steven knows -- Wallis --

6    MS. CRAWFORD:  Actually (indiscernible) actually.

7    MRS. W.:  What she wanted to do -- Wallis

8    (indiscernible).

9    MR. W.:  We are one class away from being okay with

10   Wallis.

11   MRS. W.:  Yeah.

12   MR. W.:  We're one class away.

13   MS. CRAWFORD:  And we'll work on that.

14   MR. W.:  Yeah.  It's --

15   MRS. W.:  We wanted the math worked on.  And it

16   wasn't, and that's a fact.  And we want it worked on.

17   Okay?

18   MS. CRAWFORD:  And we're going to go work on it.

19   And I want to hear there are no more lags; we have

20   four weeks of school.

21   MR. KWAN:  Okay.

22   (End of recording.)

23

24

25

1    We, Cambridge Transcriptions, an Approved Court

2    Transcriber, do hereby certify that the foregoing is a true

3    and accurate transcript from the audio recording in the

4    above-entitled matter provided to us by Mrs. W.

5

6    We, Cambridge Transcriptions, further certify that the

7    foregoing is in compliance with the Administrative Office

8    of the Trial Court Directive on Transcript Format.

9

10    We, Cambridge Transcriptions, further certify that we

11    neither are counsel for, related to, nor employed by any of

12    the parties to the action in which this hearing was taken,

13    and further that we are not financially nor otherwise

14    interested in the outcome of the action.

15

16    _Buchanan Ewing_

17    Buchanan Ewing

18    __12/29/2016__

19    Date

20

21    675 Massachusetts Avenue, Cambridge, MA 02139

22    617-547-5690

23    buck@ctran.com

24

25

# EXHIBIT
# J

Pages: 1-81

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LINCOLN-SUDBURY REGIONAL SCHOOL \*

DISTRICT                           \*

v.                                 \*

MR. AND MRS. W.                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WALLIS AND MR. AND MRS. W.      \* Civil Action No.

v.                              \* 1:16-CV-10724-FDS

LINCOLN-SUDBURY REGIONAL SCHOOL \*

DISTRICT                        \*

AND                             \*

BUREAU OF SPECIAL EDUCATION      \*

APPEALS                         \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RECORDED TELEPHONE CALL

APPEARANCES:

Mr. W.

Mrs. W.

Brandon Dorey

June 7, 2013

Cambridge Transcriptions

Approved Court Transcriber

1   (Recording begins.)

2       MRS. W.:  Whether it's a concern or not.

3       MR. DOREY:  I'm not going to address that in this

4   conversation.  That's -- I'm going to address semester two.

5   And, again, I understand you disagree with that.  But the

6   accommodations ended semester one, and now we can -- this

7   is something that we disagree about.  But for semester two,

8   there were no legal official accommodations as far as the

9   school's concerned.  So flexibility I gave her was because

10  I chose to give her flexibility in the homework policy.

11      So I'll tell you what the homework policy is, what the

12  homework grade was.  Students had to complete assignments

13  on time.  So all assignments on time.  They had to make

14  corrections to those assignments, and at the end of the

15  quarter, they would hand in a binder -- or, they would have

16  a binder checked by me with assignments that were done on

17  time.  They received signatures from classmates to indicate

18  that the assignments were done on time.  And then students

19  who did this received a homework grade of 100 percent that

20  was weighted to be slightly less than a test.  So it was

21  weighted to be 80 points where a test was 100 points or

22  something like that.  I have to look back at specifically

23  what it was.  It was a grade where they receive 100 percent

24  but weighted to be about a test grade, slightly lower.

25      Wallis did not meet the requirement that assignments

1  were done on time.  I created a secondary homework

2  opportunity for Wallis, which was that I would accept a

3  homework binder of assignments that were not done on time

4  and give her a 90 percent homework grade weighted the same

5  as the other students, but it would be like taking a test

6  and getting a 90 percent on it instead of 100 percent, and

7  that was averaged in with her other test grades.

8      And other than that, her -- she took the same amount

9  of tests as her classmates.  And I told you her average on

10 those tests.  So the homework grade was -- there was an

11 exception made for her not based on any accommodations,

12 because this is semester two, but just out of the fact that

13 she had done the work, and I felt that what was fair was to

14 -- despite her not meeting the requirement of having them

15 on time, to still reward her significantly for completing

16 all of those assignments.  So that was the homework grade.

17 And like I said, that brought her up from the D range to

18 the C minus, and that's quarter three.

19     So do you have any questions about that?  I can answer

20 them.

21     I wanted to talk about -- really focus on quarter four

22 and, you know, where she stands and what she needs to do

23 and especially how to get her the support and help to be

24 able to take the remaining tests.

25     MRS. W.:  Sure, let's do that.

1      MR. W.:  How many days are left at this point,

2   Mr. Dorey?

3      MR. DOREY:  I didn't hear you.  Say that again.

4      MR. W.:  How many days are left?

5      MR. DOREY:  We have -- days or class periods?

6      I think we have six days of school left.  That should

7   leave five class periods.  Her exam is the second exam.  So

8   it's taken not next Wednesday but the Wednesday after.  And

9   that's what remains for the semester.

10      MRS. W.:  Okay.

11      MR. DOREY:  So there's some information that -- I know

12   Wallis recorded a conversation that we had the other day

13   when Ms. Crawford pulled her out of class.  My concern

14   there is that -- and you must have heard this in this

15   conversation -- that Wallis did not feel that she needed

16   support or help with the quarter four material.  I think

17   that she could use extra help, but she did refuse extra

18   help.  There were two hours available where she could have

19   met with myself or Mr. Davidson-Weiss.  And she did refuse

20   that help, which --

21      MRS. W.:  Mr. Dorey, let me comment on that, because

22   that's wrong.  We just listened to the tape.  That's a

23   totally wrong representation.  Wallis was approached by

24   Ms. Crawford without our permission in the cafeteria.  She

25   did not expect you would even be at school.  She --

1    MR. W.:  Till the seventh.

2    MRS. W.:  Till the seventh.

3    MRS. W.:  As you know, on Wednesday, she doesn't have

4  math class, and she didn't even go to school on Wednesday

5  with her math book or math assignments.  She, nor we, had

6  any indication that you expected her to be prepared for a

7  math tutoring session or to ask for help.

8    MR. W.:  So --

9    MRS. W.:  So that expectation is just simply not

10  correct.  And, frankly, the whole notion that she was

11  supposed to, on Wednesday within those two-hour blocks,

12  come to you with questions, or Mr. Weiss, is just an

13  incorrect presumption on your part.

14    MR. DOREY:  She (indiscernible) --

15    MRS. W.:  No.  She -- no.  She did have questions, and

16  you did not have any instructional materials to offer her.

17    MR. DOREY:  And that's (indiscernible).

18    MRS. W.:  It is true.  She did not.  And she said she

19  needed to review.

20    MR. DOREY:  -- all my materials.  And she absolutely

21  could have chosen to work with me during those blocks.

22  She -- in that conversation, she said, "I will let you know

23  if I have questions."  She chose not to come to me.

24    MRS. W.:  She didn't -- that's right.  She was

25  unprepared.  She told --

1    MR. DOREY:  So we couldn't use that time productively.

2    MRS. W.:  Okay.  Mr. Dorey --

3    MR. DOREY:  (Indiscernible).

4    MRS. W.:  -- she could not use that time productively.

5    She had a science project due today, Friday.  She had a

6    Spanish test quiz due today, Friday.  And she had an AP

7    U.S. History due today -- history essay due today, Friday.

8    Without you guys telling her that you intended for her to

9    use those two hours for math, she had planned to do that

10   work on that day, Wednesday.  Had you told her that you

11   were going to be available -- she thought you weren't even

12   going to be at school.

13   MR. W.:  Yes.

14   MRS. W.:  She might have been able to -- but maybe not

15   -- do the review.  You've asked her to review and come in

16   with questions, that's your approach.  She will do that.

17   She said she will do that.  She told you on Wednesday she

18   had not yet done that.  Therefore, unless you were going to

19   provide instruction to her on Wednesday, she had no

20   questions.

21   MR. W.:  And, in fact --

22   MRS. W.:  Her time is valuable.  So it wasn't

23   productive anymore.  She didn't have questions.  She didn't

24   even have her math assignments there.

25   MR. W.:  And, in fact, it says right on the tape she's

1    totally willing to meet with you to address the weaknesses
2    you perceive.
3         MRS. W.:  Right.
4         And if you want her to -- you asked her -- we heard
5    the tape.  Your requirement is Wallis will review.  Wallis
6    will come in with questions.  Wallis will schedule with
7    you.  So you did not give her on Wednesday that
8    opportunity.  I think you now have -- what did you say --
9    five more periods to do that?
10        MR. W.:  Yeah.
11        MRS. W.:  She will --
12        MR. W.:  Wallis is not going to, in a five-day period,
13   squeeze in the -- all this stuff that you did not address
14   in the preceding three weeks since we, you know, had our
15   meeting with -- our first set of meetings bringing up this
16   issue.  Not a single session was scheduled during that
17   entire three-week period, so.
18        MR. DOREY:  Wallis has been here for semester two.
19        MR. W.:  And you have not helped her even though her
20   parents came to the school and suggested that this was a
21   crisis situation three weeks ago.  So don't talk to us
22   about these two hours when you got pulled in from school,
23   because we escalated to the -- you know, to the
24   superintendent or whatever reason, you know.  You weren't
25   even supposed to be around this entire week.  Wallis was

1  not --

2      MR. DOREY:  (Indiscernible).

3      MR. W.:  -- planning for you --

4      MR. DOREY:  That is not true.

5      MRS. W.:  Wait.  Wait.

6      MR. W.:  We were told --

7      MRS. W.:  There was a communication gap on that.

8      MR. W.:  There was a communication gap maybe then.

9      MRS. W.:  We did not expect you to be there on the

10 seventh, which is -- until the seventh.

11     MR. W.:  Until the seventh; which is what we were

12 told.

13     MRS. W.:  Now -- and that is true.  Now, if that was a

14 mistake, that was a mistake, but that doesn't absolve the

15 whole fact that nothing happened since early May and we're

16 sitting here in June now, a full month later, and we can't

17 get back the time.

18     The other thing we heard --

19     MR. W.:  And --

20     MRS. W.:  -- on the tape was you had concerns at the

21 end of semester one, and they were not addressed.  So, you

22 know, we're sitting here -- you're telling us she had a D

23 minus on her test.  And you didn't tell us that, and you

24 didn't take any action to address that.  So now you're

25 telling me at the end of semester one -- and, again, you

1  guys can deny this as much as you want.  The fact is she

2  was still working to catch up.  She was not 100 percent

3  cleared.  And that's why she wasn't able to do all her

4  homework at the time.  She still had an incomplete.

5       MR. W.:  She had two incompletes.

6       MRS. W.:  Right.

7       MR. W.:  She was still working on this one incomplete

8  in the time period where you dinged her homework grade.

9       MRS. W.:  And you said you stopped accommodations.

10  That was inappropriate.

11       MR. W.:  And you have -- the school has officially

12  repeated several times now that you had no accommodations,

13  even though the school gave her two incompletes, she was

14  known to be, by many of these teachers, still doing makeup

15  work, she was telling you she --

16       MRS. W.:  Still had makeup work.

17       MR. W.:  She was doing makeup work.

18       MRS. W.:  And for some reason, now you're saying --

19  now you're --

20       MR. W.:  Now we have to remedy this within five days.

21  If that's the school policy, those school policies are

22  probably going to be challenged.

23       MR. DOREY:  I have been -- this has already been

24  addressed by Mr. Carpenter and by Ms. Crawford.  There were

25  no medical documentation saying that --

1    MR. W.:  It doesn't have to be medical documentation.

2    MR. DOREY:  (Indiscernible).

3    MR. W.:  It does not have to be.

4    MR. DOREY:  (Indiscernible) semester two.

5    MRS. W.:  That there was no medical -- the medical

6    documentation never stopped.  It was not time-bounded.  So

7    you would have to explain to us why there were incompletes.

8    MR. DOREY:  I don't have to --

9    MRS. W.:  Yes, you do.  Yes, you do.

10   MR. W.:  You don't have to explain it, the two

11   incompletes.  You're supervisors will have to.

12   MRS. W.:  There were two incompletes.  There was no

13   stop date on the concussion issue.  If you had questions,

14   you should have gone -- you should have come to us or

15   asked.  And the fact is she did have incompletes.  Now,

16   whether you like it or not, that's true.

17   Now, you know, you can say I made a mistake, maybe

18   there should have been, you know, accommodations.  But

19   that's a fact.  And the fact is she was still compromised

20   by -- throughout quarter three.  That's a fact.  She had --

21   she turned in her last mandatory assignment the last week

22   of quarter three.  The fact that you, for some reason,

23   thought (indiscernible).

24   MR. W.:  And the entire school doesn't seem to know

25   this fact --

1        MRS. W.:  Yes.

2        MR. W.:  -- is essentially absurd.

3        MRS. W.:  We can't explain that.  This is a tragedy.

4    It's a tragedy that no one had understood -- except that,

5    you know, the AP U.S. History teacher had to have

6    understood.  But the fact is that you thought you could

7    take away all accommodations by the end of -- by January,

8    we don't understand.  By the fact that --

9        MR. DOREY:  (Indiscernible) the grading process for

10   Wallis to allow her to hand in late work and be rewarded

11   for that work.  Wallis has been present in my class for

12   these topics that are not relying on semester one.  So from

13   my perspective -- I understand she had makeup work that she

14   was working on, but she's still been in present in class

15   and was allowed to hand in assignments late.  So she had

16   been there for the material.  So these five days should be

17   sufficient if she's been in class and learning the material

18   in class and completing the work.  She completed all the

19   quarter three work.  So she has completed that work.  The

20   assumption is that for quarter three she knows the

21   material.  She's been in class.  She's completed the work.

22       For quarter four, if she's behind, I'm not sure why

23   she's behind in quarter four from my perspective.  As I

24   said, she's been in class.  I've been available to all

25   students.  I've made that clear, my availability.  She's

1 aware of my availability.

2      And my concern, at this point, is there are days

3 remaining before the exam which she'll be taking.  I would

4 like to use them to catch her up on that material.

5      Now, if Wednesday she had other work to do, that's

6 fine.  I have more availability, which is -- one of the

7 purposes of the call is to arrange some times, because

8 what's not working is having Wallis arrange times to meet

9 with me.  I'm not sure why that's not working, because I am

10 available.  Wallis can e-mail me or approach me in class

11 and tell me when she would like to meet with me.  That's

12 standard procedure for my class.  It happens frequently.

13 It's not happening.

14      So now at this point, I would expect you to make the

15 appointment with myself or JK and would expect that she

16 shows up for that appointment.  So that's what I'd like to

17 do is arrange some specific times.

18      MR. W.:  We have talked --

19      MRS. W.:  Okay.

20      MR. W.:  We have told JK multiple times that Wallis

21 has -- is available to meet during any --

22      MRS. W.:  (Indiscernible).

23      MR. W.:  And all of her free blocks, her lunch times

24 or after school and over the summer.

25      MRS. W.:  Right.  So we're --

1      MR. W.:  So it's like --

2      MRS. W.:  You're giving her --

3      Okay.  First, let's give Wallis credit.  Math is not

4  her only subject.  She's got to juggle her other subjects.

5  So, again, you cannot presume that, you know, any of your

6  two hours where you showed up and removed her from the

7  cafeteria that she would have been ready with questions.

8  But I would --

9      MR. DOREY:  Right.

10     MRS. W.:  So now you want her -- we've got all of,

11  what, six days of school.  And we will ask Wallis whether

12  she can book time with you, and we will send it to you in

13  an e-mail.

14     I will tell you this, that this mandatory get all this

15  done by -- over six days is not acceptable.  It's not

16  acceptable in terms of catching up makeup work.  It's not

17  acceptable in terms of learning.  It's not acceptable in

18  terms of dealing appropriately with a student that had a

19  head injury.  Whether you like it or not, she was

20  compromised for much longer than we would have anticipated

21  or liked.  And the fact that she did not learn material

22  from semester one, semester two and even semester three --

23  she was present, but she was not able to dedicate the time

24  and mental capacity the way other students in the class

25  were able to, because she was still making up other work.

1    That is on her record.

2         So the fact that you and everyone else -- and you just

3    said incomplete is administrative, so is that Ms. Crawford

4    who makes that decision?

5         We've asked for the policy.  We know kids take finals

6    later because they go on vacation.  So where is this policy

7    that says Wallis can't take an incomplete and sanely learn

8    the content material in a way where she can position

9    herself well for next year?

10        And, again, it's just too late.  I'm sorry.  You know,

11   a student getting a D minus when this is a kid who's been

12   an A/B student and for no one to say anything and now we're

13   sitting here six days before the end of school just doesn't

14   work for us.

15        MR. W.:  Yeah.

16        MRS. W.:  And I'll --

17        MR. W.:  In --

18        MRS. W.:  We'll make the best of these last six days,

19   and we'll have to --

20        MR. W.:  Catch her up as much as she feels she's ready

21   to catch up.  I think --

22        MRS. W.:  And move on from there.  We can't go

23   backwards, but -- we understand we can't go backwards.  We

24   can only go forward, go forward constructively.  But

25   arbitrary six-day dates, removing a kid from the cafeteria

1  -- and we just heard her voice on the tape, and she is

2  trembling and quivering -- is just unacceptable.  Just

3  unacceptable.  And to have an anxious kid go into a test

4  and to be sitting in a room with Crawford whining the way

5  she does expecting Wallis to ask math questions on

6  sequences and series is just incredible to me.

7      MR. DOREY:  Again, you mentioned you want to be

8  productive moving forward.  I don't think any of this is in

9  line with what I'd like to be addressing, which is that

10  there's six days.  From Wallis' perspective -- and you --

11  perhaps, there's a disconnect between Wallis' perception of

12  how she's doing in quarter four and your perception.  But

13  Wallis' perception, according to the tape and according to

14  what she's told me, is that she's been doing the work and

15  she'll let me know if she has questions.  But there was --

16  she did not seem that she was concerned with her gaps in

17  quarter four.

18      MRS. W.:  Yep.

19      MR. DOREY:  And her delaying the test was --

20      MRS. W.:  So --

21      MR. DOREY:  -- because of the conversation about the

22  recommendation, and she was out of school that day of the

23  test, but it wasn't -- she didn't mention it was because

24  she was behind on the materials, so.

25      MRS. W.:  Well, wait.  I guess I'm confused, because

1  Wallis, as you know -- and this is what you require.  You

2  require review and self-study and self-assessment of gaps.

3       MR. DOREY:  That was for semester one.  Wallis' main

4  concern -- and you must be aware of this, because I'm sure

5  she's expressed it to you.  Wallis' main concern in every

6  conversation we've had is my recommendation.  That is her

7  primary focus.

8       MRS. W.:  No.  She absolutely -- we heard the tape.

9  No.  No.  No.  She said --

10       MR. DOREY:  (Indiscernible).

11       MRS. W.:  No.  That is not true.

12       MR. W.:  That's what set it off, but that's not her

13  concern.

14       MRS. W.:  That set off, "Oh, we're behind."  You are

15  totally misrepresenting.  Wallis had said, and has said on

16  the tape -- we just listened to it -- you guys are cramming

17  down my throat, especially Ms. Crawford.  "You must take

18  these two tests.  You must take them now.  You must take

19  them by next week."

20       First off, Wallis never presumed she wouldn't take the

21  test.  She's been on track in her mind to take the

22  probability test on June 11 right with the class.  Never

23  for a minute has she thought she wouldn't take the test.

24  Wallis has had on her radar screen that she needs to do a

25  -- now she needs to add additional study time, because

1     there's a lag to make up the sequences test -- sequences

2     and series test.  She has never presumed she wasn't going

3     to take the test.  Never.

4         And half the tape is about Crawford cramming down her

5     throat, "You must take it.  You must take it now.  You are

6     behind."

7         MR. DOREY:  (Indiscernible) I was there in the meeting

8     --

9         MRS. W.:  I heard it.  It's on the tape.

10        MR. DOREY:  (Indiscernible) that is was put politely

11    and --

12        MRS. W.:  No, it wasn't.

13        MR. DOREY:  -- (indiscernible) --

14        MRS. W.:  It was put in a --

15        MR. DOREY:  It really was (indiscernible) --

16        MRS. W.:  -- intimidating.  I'm telling you, I heard

17    it.

18        MR. DOREY:  (Indiscernible) build up.  Let's take this

19    test by this deadline --

20        MRS. W.:  And she agreed.  She agreed to it.

21        MR. DOREY:  -- so that it doesn't build up.

22        MRS. W.:  Correct.  And it's already built up.  I'm

23    sorry.  It's too late in the year.

24        But what I will say is Wallis said, no, this is not

25    about just those two tests, it's about learning material

1 and identifying the gaps and learning material she didn't

2 do.  And you and Crawford --

3         MR. DOREY:  (Indiscernible).

4         MRS. W.:  -- refused to address that.

5         No, I did not.

6         MR. DOREY:  Wallis said on this tape -- and you can

7 play it back.  Wallis said on the tape that she doesn't

8 feel she has semester one gaps.  And that was her

9 statement.

10        MR. W.:  No, she didn't.  No.

11        MR. DOREY:  (Indiscernible).

12        MR. W.:  No, she didn't.  No, she didn't.

13        MRS. W.:  Well, that may or may not be true.  No.

14 That may or may not be true.  And don't misinterpret her.

15 She understands that she missed a lot of work.  She

16 understands that her test scores were poor.  Therefore,

17 there are gaps.

18        And whether she can sit being interrogated by you two

19 and say, oh, I feel comfortable or not about semester one,

20 it doesn't even matter so much.  What matters is the fact

21 that she obviously missed a lot of material semester one.

22 She physically wasn't there.  You didn't teach it to her.

23 She had a hard time and was highly compromised when she did

24 return in October, November, and trying to just physically

25 be there.  She wasn't even doing homework.  She was present

1    but not able to do homework.  And she still had all her

2    other classes.  So, undoubtedly, there are concerns from

3    semester one.  So the fact that you want to now twist a

4    statement during that interrogation on Wednesday to say,

5    oh, there're no concerns for semester one, simply not true.

6         MR. DOREY:  (Indiscernible).

7         MRS. W.:  And the evidence is --

8         MR. DOREY:  (Indiscernible).

9         MRS. W.:  The evidence is --

10        MR. DOREY:  (Indiscernible) talk to Wallis about this

11   so you're both on the same page, because it was very clear

12   that she didn't feel she had semester one gaps.

13        MRS. W.:  No, that's not true.

14        MR. DOREY:  She wanted me to express my concerns --

15        MR. W.:  That's right.

16        MR. DOREY:  -- because she feels my recommendation is

17   unjust, and that --

18        MRS. W.:  That's not true.

19        MR. DOREY:  -- that's not true.  I'd like to know that

20   Wallis' on the same page with you and feels the same way.

21        MR. W.:  She wants to -- she does want you to express

22   your --

23        MR. DOREY:  (Indiscernible) two different messages and

24   because it's getting in the way of her (indiscernible) to

25   accept the help from me, because she doesn't feel that

1  she's behind.  She's -- and you're (indiscernible).

2      MRS. W.:  No, she feels that she's terribly behind.

3  Mr. Dorey, let me say unequivocally to you, she feels like

4  she is very behind.  She feels like she is -- she wants to

5  catch up.  She wants to learn the material.  Part of being

6  behind is all the missed curriculum that she didn't access.

7  No, Wallis is not satisfied with her grade.  Wallis is not

8  satisfied with her performance.  Wallis feels terrible.

9  This is a student that usually, you know, gets straight

10  A's.  And now she's sitting here, and you're telling her

11  she gets a D minus, a C minus.  Let me tell you, Wallis is

12  not satisfied.  Wallis is very concerned.  What Wallis

13  wants to do --

14      MR. DOREY:  (Indiscernible) she still has not

15  addressed is to make a plan to start working on math with

16  Wallis, and I'm ready to make appointments.

17      MRS. W.:  Okay.  You're ready the last six days of

18  school.  We will talk to Wallis --

19      MR. W.:  We are totally --

20      MRS. W.:  -- and we will get appointments.  But that

21  is not sufficient.

22      MR. W.:  We are totally --

23      MRS. W.:  What about the other 175 days in the school

24  year?

25      MR. W.:  That's right.

1    MR. DOREY:  You're not interested in making

2    appointments to learn math to --

3    MRS. W.:  She is.  We said she is.

4    MR. W.:  She is.  And she said so in the meeting, and

5    we're saying so now.

6    MR. DOREY:  (Indiscernible) instructed you she would

7    like (indiscernible).

8    MRS. W.:  Correct.  JK is gone tomorrow.  JK's gone

9    after today, after today.

10   MR. DOREY:  (Indiscernible) make the appointments with

11   me.

12   MRS. W.:  We will do that.  I have to get the

13   schedule.  I will e-mail you.

14   MR. DOREY:  What I would like to do now --

15   MRS. W.:  I don't have your schedule.

16   MR. DOREY:  (Indiscernible) Wednesday was not

17   appropriate, because she had other work to do.  She didn't

18   (indiscernible).

19   MRS. W.:  And it was a surprise.  It was a surprise.

20   She was not prepared.

21   MR. DOREY:  -- make an appointment for next week and

22   tell you my availability so that -- because now JK is gone

23   --

24   MRS. W.:  Is gone, right.

25   MR. DOREY:  -- you'll make the appointment with me,

1   and tell Wallis --

2        MRS. W.:  Okay.

3        MR. W.:  Could you --

4        MR. DOREY:  That's what I'd like to do because --

5        MRS. W.:  All right.

6        MR. W.:  Can you e-mail your availability --

7        MRS. W.:  E-mail your availability.

8        MR. W.:  -- for the next six days?  We will map it to

9   Wallis' schedule, and we will get back to you.

10       MRS. W.:  I think that's a fair approach now.  It's

11  insufficient, and we will (indiscernible) accordingly.  But

12  let's make the most --

13       MR. DOREY:  This is what I'm focusing on right now as

14  her teacher is meeting with her to go over the math.

15       MRS. W.:  Correct.

16       MR. DOREY:  And --

17       MR. W.:  Correct.

18       MR. DOREY:  That's what we need to do right now.

19       MRS. W.:  Okay.

20       MR. W.:  What we --

21       MRS. W.:  E-mail your exact schedule including after

22  school.  I can't keep track of it, and I certainly don't

23  know Wallis' schedule.

24       MR. DOREY:  Okay.

25       MRS. W.:  We will e-mail you back which of the days

1    and times Wallis thinks she will be prepared and able to

2    work with you.

3          MR. DOREY:  Okay.

4          MRS. W.:  And I'll tell you this.  If the answer is

5    not much, it's because of all the other work she has to do.

6    She's not going to suffer grades in her other subjects for

7    this.

8          MR. W.:  And the stress she's feeling because of this

9    process.

10         MR. DOREY:  You're going to have to make choices

11   around that.  All I can do is give you my availability.

12         MRS. W.:  That's correct.  That is all you can do.

13         Now, let me ask you about the incomplete.  Is it --

14         MR. W.:  Wait.  Wait a minute.

15         MRS. W.:  Is it -- I want to know who decides that,

16   because I have yet to get the policy.

17         MR. W.:  Yeah.  Wait.  Wait a second.

18         MR. DOREY:  I suggest talking to Ms. Crawford about

19   the incomplete.  This is -- incompletes are administrative.

20   So that's -- it's not appropriate for me to discuss --

21         MR. W.:  Yeah.

22         MR. DOREY:  -- an incomplete.

23         MR. W.:  We can --

24         MR. DOREY:  I'm here to discuss a plan.

25         MR. W.:  Yeah.

1     MR. DOREY:  Under the assumption that Wallis is not
2     going to get an incomplete, I want to discuss a plan --
3         MR. W.:  Yeah.
4         MR. DOREY:  -- addressing any need that she has with
5     regard to quarter four and then quarter three material --
6         MR. W.:  Right.  Right.
7         MR. DOREY:  -- for the exam.
8         MR. W.:  Right.
9         MR. DOREY:  That's what I would like to do.
10        MR. W.:  We just -- we were just trying -- okay.  I
11    took today off because of this.  Okay?
12        MR. DOREY:  Yeah.
13        MR. W.:  This is taking significant parent time.
14    Okay?
15        We are trying to listen to these tapes and then
16    respond by the weekend on them.  We -- from what I got off
17    of this tape, we agree that she's -- she's taking this test
18    Tuesday.  I do think she's uncomfortable with, you know,
19    the sorry state of her grades in math.  But I think she
20    thinks she's preparing as well as she possibly can for this
21    probability thing on Tuesday.
22        MRS. W.:  And to make --
23        MR. W.:  Potentially, you could meet with her Monday
24    and help her to prepare some for that.
25        MRS. W.:  So she can do well.

1     MR. W.:  She can do well with that.  And if you could

2   dial down the anxiety tone, that would help.

3     MR. DOREY:  Yeah.  And then the probability test --

4     MR. W.:  Then the second -- we do agree that the

5   second thing should then be this test --

6     MRS. W.:  Yes.

7     MR. W.:  -- she missed.  And then the third thing

8   should be the focus on catching her up on the logarithms in

9   preparation for the final.

10    MRS. W.:  And that's all -- that seems all you can

11  possibly --

12    MR. DOREY:  There's only one other topic for the

13  final.  So that's -- if she can -- her quarter four grade

14  is completely open as of now, because she --

15    MR. W.:  Yeah.

16    MR. DOREY:  -- there hasn't been missed tests.

17    MR. W.:  We agree with it.

18    MR. DOREY:  (Indiscernible) determine --

19    MR. W.:  We agree with that.

20    MR. DOREY:  -- these tests.  And meeting with me --

21  they are single units, so meeting with me should be

22  sufficient to catch her up on these --

23    MR. W.:  Two units.

24    MR. DOREY:  We can disagree about the final exams.

25  But for these topics, if she meets with me, that should be

1 sufficient given that she's been in the class and doing the
2 work.

3       MR. W.:  That's correct.

4       MR. DOREY:  We can get her prepared -- as prepared as
5 possible for these --

6       MR. W.:  Two units.

7       MR. DOREY:  -- two units.  And that's what we can do.

8       MRS. W.:  Okay.

9       MR. DOREY:  That's what I want to focus on.

10      MRS. W.:  (Indiscernible).

11      MR. W.:  That definitely has to be the focus -- the
12 focus now.  We totally don't disagree with you.

13      MRS. W.:  That's fine.  Just remember the clock ran
14 out.  So you can say as much as you want that, yes, you can
15 prepare as much.  But that's called, like, probably at best
16 one session per test, which is really --

17      MR. W.:  One or, you know --

18      MRS. W.:  -- which is really, really minimal.  And
19 it's not like you can prepare -- anyone can be prepared
20 well in one session, and that's even with me doing --

21      MR. DOREY:  No, but she's been in class and doing the
22 work.

23      MR. W.:  No.  No.  No.  We're --

24      MR. DOREY:  (Indiscernible).

25      MR. W.:  We're not talking --

1    MR. DOREY:  She has not expressed in class or out of

2  class that she's --

3    MR. W.:  Parents --

4    MR. DOREY:  -- she's not doing well with that

5  material.  So --

6    MR. W.:  Parents --

7    MR. DOREY:  -- perhaps, we'll find that she's

8  struggling in that material, but she has -- fortunately --

9  which has been great -- she's been in class.

10   MR. W.:  Yeah.

11   MR. DOREY:  And completing work on time.  So I --

12   MR. W.:  Parent -- the parents --

13   MR. DOREY:  One block may very well be --

14   MR. W.:  We're --

15   MR. DOREY:  -- sufficient.

16   MRS. W.:  We don't know.  The point is --

17   MR. W.:  We don't know.

18   MRS. W.:  -- we don't know.  She doesn't know.  And

19  you don't know.

20   MR. DOREY:  I'll know when I start working with her.

21   MRS. W.:  Yeah.

22   MR. DOREY:  That's why I want this to happen as soon

23  as possible.

24   MRS. W.:  But starting to work with her is happening

25  way too late, and it's very, very unfortunate.

1    MR. DOREY:  For these topics it's not.  For these

2    topics, she's been here.  They've been recent.  They've

3    been --

4    MR. W.:  Yeah.

5    MR. DOREY:  -- week topics, and one block of one-on-

6    one attention is -- will give her a boost to --

7    MR. W.:  Yeah.

8    MR. DOREY:  -- where she's currently at.  And she has

9    been in class doing the work.  So --

10   MR. W.:  Right.

11   MR. DOREY:  -- if she's able to complete assignments,

12   she -- I don't know exactly where she's at, but --

13   MR. W.:  Right.

14   MR. DOREY:  -- it's not like she's --

15   MR. W.:  Well --

16   MR. DOREY:  -- missing the entire unit, which would

17   be --

18   MR. W.:  So let's --

19   MR. DOREY:  -- much more difficult.

20   MR. W.:  So let's agree --

21   MR. DOREY:  The other thing about the probability

22   test, it's -- I would be a little worried to do this for

23   any student in my class.  If she's focusing on -- I'm not

24   sure what she's doing first, sequences and series or the

25   probability.

1    MR. W.:  The prob -- I think we should do the
2  probability first.
3    MRS. W.:  The probability first.
4    MR. DOREY:  Okay.  So in -- I feel that doing it
5  Tuesday would be good in the sense that that would leave
6  her some time to focus on sequences and series as soon as
7  possible, if she's feeling good about the probability.
8    MRS. W.:  Correct.
9    MR. DOREY:  If I meet with her Monday and we find that
10  we would benefit from one more session, provided we can
11  plan that early in the week --
12    MR. W.:  Yeah.
13    MR. DOREY:  -- I can decide based on meeting with her
14  if it will be appropriate to take that test Wednesday.
15    MR. W.:  My understanding --
16    MR. DOREY:  I don't want to push it back too far,
17  because then her focus will be on probability, and --
18    MRS. W.:  Right.
19    MR. DOREY:  -- it will get in the way of her --
20    MR. W.:  Yeah.
21    MR. DOREY:  -- other courses.  So doing it quickly is
22  ideal in the sense that if she's ready for it, we want to
23  take it and move on to the next topic.  And she has her
24  other courses.
25    MRS. W.:  And I had --

1      MR. W.:  My understanding on the probability --

2      MR. DOREY:  (Indiscernible) test.  So she can take

3  that test Wednesday, if necessary.  She could take it

4  Tuesday after school if she'd like to use the class block

5  to study and ask questions.  But there's -- it's -- this is

6  how it -- this is standard policy in the class.  If

7  students are proactive about asking for a one-day extension

8  on the test, it's usually granted.

9      MRS. W.:  I don't think Wallis was planning --

10      MR. W.:  I don't think --

11      MRS. W.:  Wallis, to our knowledge, was planning on

12  taking the test with the class.

13      MR. W.:  As far as we know Wallis' planning on taking

14  the test Tuesday.

15      MR. DOREY:  That's great to hear.

16      MRS. W.:  (Indiscernible) do an assessment with her if

17  she can get to you on Monday.  I don't know if she can.  I

18  hope she can.  Do you have hours --

19      MR. DOREY:  I'll e-mail the availability --

20      MRS. W.:  Including after --

21      MR. DOREY:  -- as soon as possible.

22      And the other -- I'm also going to e-mail you -- her

23  period fours, it's not a block I'm free --

24      MRS. W.:  What about after school?

25      MR. DOREY:  But she's got some period fours.  She has

1　two choices there.  I'll just tell you on the phone and

2　then put in an e-mail as well.

3　　She can come into my algebra class, which is quite

4　small, my Algebra I class, and work and do her work, and I

5　can get to her and answer questions as one of my students

6　in a different class.  So I've had students visit my

7　classes and get their questions answered.  That's an

8　option.

9　　She could also organize her questions, and I can ask

10　another math teacher if they'd been willing to take a few

11　minutes and answer her questions during period four since

12　I'm not available.  I can't guarantee that someone would be

13　able to do that with all that's going on towards the end of

14　the year.  But that's another option during period fours.

15　　But I'd like to take advantage of all of her blocks,

16　not just period sixes where I'm available, too.

17　　MR. W.:  Okay.

18　　MRS. W.:  Are you available after school?

19　　MR. DOREY:  I'll put that in the e-mail.  It's just

20　another option.

21　　And then after school is going to be the third option

22　other than on her free blocks --

23　　MR. W.:  Okay.

24　　MR. DOREY:  -- the period fours.

25　　MRS. W.:  Put all that there.  I don't know what her

1   commitments are --

2         MR. W.:  Yeah.

3         MRS. W.:  -- in terms of, you know, her free blocks.

4         MR. W.:  All this -- your know --

5         MRS. W.:  Projects with friends and stuff.

6         MR. W.:  Yeah.

7         MRS. W.:  So just get us that availability.  It might

8   be better after school.

9         MR. DOREY:  I'll send that right now.

10        MR. W.:  Obviously, too many sessions in a single day

11  is going to be, like, probably overkill, right?

12        MR. DOREY:  Right.

13        MR. W.:  But so --

14        MR. DOREY:  Yeah.

15        MR. W.:  I think --

16        MR. DOREY:  And I --

17        MR. W.:  -- it sounds like you have sessions.

18        MR. DOREY:  I think the best use of the session -- if

19  she's able to do some studying this weekend so she can

20  determine which questions are giving her trouble, it will

21  be less overwhelming when she -- if she's able to organize

22  her questions and get specific questions addressed as

23  opposed to sitting down and not --

24        MRS. W.:  She doesn't --

25        MR. DOREY:  -- having a plan and --

1    MRS. W.:  Well --

2    MR. DOREY:  I think the more organized she can be this

3    weekend -- and I know she will be willing to do that just

4    -- and she may have already done that.  She should be

5    circling the ones she gets wrong as she goes.  And I'm sure

6    she's been doing that.

7    MRS. W.:  She does, but then do you show her how to do

8    it?

9    Because, again, it seems like she knows -- she only

10   knows -- sometimes she knows what she doesn't know.

11   Sometimes she doesn't.  But she needs to be shown.

12   MR. DOREY:  And that -- yes, that's tricky, and that's

13   always tricky if a student doesn't know what she doesn't

14   know, and I'll do my best to -- in addition to what she

15   determines she doesn't know, I'll do my best to assess her

16   --

17   MRS. W.:  And show her how to do it.

18   MR. DOREY:  -- what I think she doesn't know.  And

19   we'll use our time to address both what she knows she

20   doesn't know and what I believe that she doesn't know.

21   MRS. W.:  Correct.

22   MR. W.:  And through --

23   MR. DOREY:  Too much of a lengthy session will stop

24   being productive after awhile, but I think --

25   MRS. W.:  Wallis' diligent about self-studying; I can

tell you that.  Wallis is diligent about, you know, as much
as she can, doing the work.  She's diligent about asking
questions.  I know she Skypes with friends, and they ask
each other questions.  They answer each other.  So that --
as long as Wallis has the time, that is Wallis' mode of
operation.  You might not see that, because, like I said,
they tend to Skype math together.

MR. DOREY:  Yep.

MRS. W.:  Yes, she will ask questions, but if she
doesn't, that doesn't mean you shouldn't be asking her
questions to assess and to instruct.

MR. DOREY:  No.  If she makes an appointment and comes
to see me and say -- provided that she is with me by
appointment and she says, "I have no questions", that will
not be accepted by me, nor would it be in any help session
(sic), because students don't always know what they don't
know.  So that -- I hope that's not the case.  I hope she
has some questions that are driven by her own
self-assessment.  And then I'll follow up with --

MRS. W.:  But I want --

MR. DOREY:  -- questions to -- that I believe an
average student would have trouble with or test her on some
different problems and see where she's at with some of the
different subtopics.  So we'll use -- whatever time that we
allot, we'll use it --

1        MRS. W.:  Productively.

2        MR. DOREY:  -- whether it's driven by her questions or

3    my --

4        MRS. W.:  Perfect.  I do like that.  And I thank you

5    for that.  I do think that that is a good approach.  I

6    think it's happening too late in the game, but we have what

7    we have.

8        MR. DOREY:  Right.  But we're going to work with what

9    we have.

10        MRS. W.:  We have to work with what we have.  And we

11    will pursue this with Crawford, Carpenter, and whoever else

12    --

13        MR. DOREY:  Mm-hm.

14        MRS. W.:  -- because what happened in our minds is

15    still unforgivable

16        MR. DOREY:  I want to use my time in our conversation

17    right here --

18        MRS. W.:  Right.

19        MR. DOREY:  -- to focus on --

20        MRS. W.:  I think that's a good --

21        MR. DOREY:  -- my role here at this point.

22        I would like -- also like to make sure -- I know that

23    Wallis has a lot going on.  I would like to make sure she

24    checks in with me in some capacity, ideally for a lengthy

25    period of time -- an hour -- but even on days where she

1  can't do that, for five minutes would be --

2      MR. W.:  Sure.

3      MR. DOREY:  -- better than --

4      MRS. W.:  Correct.

5      MR. DOREY:  -- doing two one-hour sessions and then

6  not touching base.

7      Other than that, I think it's important that she sees

8  me in some capacity almost every one of the six days or

9  e-mails or just some sort of communication so I know where

10 she's at with all the topics, so I can answer quick

11 questions, but also so I can plan for our next session --

12     MRS. W.:  Okay.

13     MR. DOREY:  -- what we need to be working on.

14     MR. W.:  That sounds fine.

15     MR. DOREY:  So I -- you can encourage her every day to

16 make sure that she's communicated with me in some form,

17 whether meeting with her for an hour or just a quick check-

18 in, that would be beneficial to her.

19     MR. W.:  This is what we --

20     MRS. W.:  Wished to happened.

21     MR. W.:  What we wanted all along.  This is certainly

22 the kind of thing --

23     MRS. W.:  Should have happened in January.  Should

24 have happened in October or November.

25     MRS. W.:  Wait a minute.  Wait a minute.

1    Certainly, this is what we were hoping to happen the
2 day after we first raised the issues three weeks ago when
3 we realized it really wasn't in an okay state.
4    MRS. W.:  Should have happened --
5    MR. W.:  Certainly, we're assuming it was happening
6 continuing into the second semester.  And, you know, it was
7 a very, like, hands-off thing compared to this for this
8 entire year.
9    MRS. W.:  And the other thing I'll say, Mr. Dorey,
10 again, I'm happy now with our end state as late as it is,
11 but that's the best we can do.  And that's a good approach,
12 and that approach is exactly what we would have accepted a
13 long time ago.  I will tell you this, that Ms. Crawford's
14 treatment and proposal to Wallis is astoundingly bad.
15    MR. W.:  Tone deaf.
16    MRS. W.:  It's tone deaf.
17    MR. W.:  It's not compassionate.
18    MRS. W.:  It is not compassionate.  It is not good for
19 a student.  And I have a hard time with that.  I don't have
20 a hard time with you.  I have a hard time with the
21 administrator and the superintendent of the school treating
22 my daughter, after a concussion and having her teeth
23 knocked out, in this way and getting -- and twisting
24 Wallis' language, you know, escorting her like a behavioral
25 or security kid, to hustle her and intimidate her at a

1   meeting with you is unacceptable to me.  And I just heard

2   her voice on the tape, and I am appalled.  And I'll tell

3   you that right now.

4        MR. DOREY:  (Indiscernible) not going to address this.

5   I don't know if it's productive for you to tell me that.

6   What I want -- what that made me think of, though, moving

7   forward, it's -- so --

8        MRS. W.:  Okay.

9        MR. DOREY:  I understand you're frustrated that it's

10  happening late in the game.  Something to learn from this

11  -- and I understand that you feel that this is my fault.  I

12  feel differently, and that's fine.  We'll disagree.

13  Something to learn moving forward in the next year is --

14  what I've learned about Wallis in this process -- like I

15  said, I have been very available all year, both inside and

16  outside of class.  Wallis -- and you haven't seen her in

17  class.  Wallis does not advocate for herself in class well.

18  She does not ask a lot of questions in class, and that

19  doesn't make her atypical.  That's just --

20       MR. W.:  Yeah.

21       MR. DOREY:  -- her personality in class.  And she

22  hasn't taken advantage of my availability outside of class.

23  This isn't whose fault it is.  I'm just saying moving

24  forward knowing that, it might be worth connecting, when

25  you get a fresh start next year --

1    MRS. W.:  Okay.

2    MR. DOREY:  -- in a positive way with her teacher and

3  say --

4    MR. W.:  Yep.

5    MR. DOREY:  -- you know, she's going to -- she may

6  need some help early on, could you --

7    MRS. W.:  Yep.

8    MRS. W.:  Okay.

9    MR. DOREY:  You might want to make appointments with

10 the teacher if --

11    MR. W.:  Sure.

12    MR. DOREY:  -- if Wallis isn't willing or comfortable

13 to do that.  And that's fine.  Not all students, especially

14 tenth grade students, are comfortable --

15    MRS. W.:  Let me just respond to that.

16    MR. DOREY:  -- meeting with an adult teacher.  So it's

17 just good information here moving forward so that she has a

18 successful year next year.

19    MRS. W.:  Let me tell you -- let me explain something

20 which you don't see which is the other piece of Wallis.

21 Wallis was unable to put extra time into math because of

22 all the other catching up she was doing in her other

23 classes and because she was cognitively impaired and

24 fatigued.  When she first came back to school, she was

25 unable to do anything other than come home and sleep.  All

1  right?

2      That was how sick she was.  She was sleeping.  When

3  she was -- in December, the school vacation week, February

4  school vacation week, she was working around the clock to

5  catch up on Spanish, to read missing ELA, to do AP U.S.

6  History, to do math, to do Spanish, to do everything else.

7      MR. W.:  The fact that --

8      MRS. W.:  She didn't have time to see you after

9  school.

10      MR. W.:  The fact --

11      MRS. W.:  She simply did not have time.  She did --

12      MR. DOREY:  This is not an issue of being able to

13  advocate.  But I just thought to put it out there to --

14      MR. W.:  Yeah.  Yeah.

15      MR. DOREY:  -- ensure she does reach --

16      MR. W.:  But you have --

17      MR. DOREY:  -- reach out to her teachers.

18      MRS. W.:  She has reached out to her teachers.

19      MR. W.:  I --

20      MRS. W.:  She absolutely has.  She had a lot of

21  teachers demanding.  Spanish was very demanding.  Spanish

22  made her go in before school, after school, free blocks.

23  Spanish made her make up every quiz, multiple quizzes per

24  week and multiple tests, and she had to make up every

25  single one of them.  So she had to study for them.  She had

1  to do the papers.  The papers had to be corrected.  Then

2  she'd have to do the tests and quizzes.

3       MR. DOREY:  Okay.  And all that --

4       MRS. W.:  (Indiscernible).

5       MR. DOREY:  Like I said, I could be wrong about how

6  she would be under different circumstances in a math class.

7  I just didn't see the --

8       MR. W.:  Yeah.

9       MR. DOREY:  -- in-class piece as well, the willingness

10  to ask questions --

11       MR. W.:  Yeah.

12       MR. DOREY:  -- of her teacher, which is going to be

13  important -- an important part of her learning in her class

14  experience, especially in a difficult Intensive class,

15  especially Advanced Math Intensive.  So I want to make sure

16  that you get her to reach out early, or that you reach out

17  yourselves early so that she gets help --

18       MRS. W.:  So that -- she said she proposed that -- I'm

19  sorry, she --

20       MR. DOREY:  -- and that's -- maybe it's a nonissue,

21  because --

22       MR. W.:  Yeah.

23       MRS. W.:  Yeah.

24       MR. DOREY:  -- this year was different.

25       MR. W.:  Wallis' not --

1    MR. DOREY:  That's what I saw this year, and that's

2    all I can -- that's the only capacity --

3    MR. W.:  I don't think we --

4    MR. DOREY:  -- which I've known her in.

5    MR. W.:  We will not -- we are not against advocating

6    that Wallis reach out.

7    MRS. W.:  And Wallis offered that.  That was her

8    solution to JK.  We -- that's what she said.  That was her

9    idea.  She said, "Look, if I'm in Intensive, I, Wallis,

10   agreed that I will go to my teacher early, explain the

11   situation and we'll work it out."  And that was Wallis,

12   herself, putting that option on the table.

13   MR. DOREY:  Good.

14   MRS. W.:  So I do think that's part of Wallis.  I

15   think Wallis will do that.

16   I do not agree with how this year happened, and I do

17   not agree -- might not be your fault.  I never -- I'm not

18   accusing you of fault.  I'm accusing the whole school.  You

19   got to pick a person.  Is it Crawford?  Is it JK?  And I

20   think it's the whole collection of teachers, the fact that

21   she was not put on a 504, the fact that you didn't document

22   her plan, the fact that no one oversaw her plan, the fact

23   that no one even asked Wallis -- whether it was you -- how

24   are you doing?

25   MR. W.:  It is astounding to us --

1        MRS. W.:  How are you doing?

2        MR. W.:  -- that this kid spent the entire Christmas

3    vacation catching up and the entire February vacation

4    catching up --

5        MRS. W.:  And her teachers don't --

6        MR. W.:  -- and the school district --

7        MRS. W.:  Is not --

8        MR. W.:  -- appears to not think any of this was

9    happening.  This was a plan.  We had a November meeting

10   with all teachers onboard discussing the seriousness of her

11   concussion and the --

12       MRS. W.:  Need to prioritize.

13       MR. W.:  -- follow on needed and the prioritization

14   that was going to need to happen --

15       MRS. W.:  Among all of --

16       MR. W.:  -- until -- among the entire group until she

17   was caught up.  Okay?

18       Now, for us to find out in May --

19       MR. DOREY:  I -- it's not worth (Indiscernible).

20       MR. W.:  The entire --

21       MR. DOREY:  Now we disagree on this.  Let's continue

22   to talk about anything moving forward both the end of this

23   year, and then I mentioned next year --

24       MR. W.:  That's --

25       MR. DOREY:  -- to make sure Wallis has a successful --

1      MR. W.:  I'm not sure what you're disagreeing with.
2  We're talking about the larger context of the facts that
3  you need to understand.
4      MRS. W.:  And you need to understand that --
5      MR. DOREY:  I do -- I'm very clear on your
6  perspective.  I do disagree with it, but I do understand
7  your perspective.  And we disagree.
8      MR. W.:  You think it's --
9      MR. DOREY:  What we need to agree on --
10     MR. W.:  Yeah.
11     MR. DOREY:  -- is how to move forward in a positive
12  way.  She is still taking a very difficult course next
13  year, and there's history that we should, at some point
14  when the time's right, talk about, because this is still
15  Intensive Advanced Math, Intensive Algebra.  There is a
16  small percentage of students that take these courses, and
17  it can be unsuccessful for a lot of reasons, because the
18  target body of students is students who want to go above
19  and beyond in math.  Our accelerated Level I is a standard
20  accelerated math course that prepares students for any
21  career in mathematics.  So taking an Intensive course comes
22  with some risks and requires -- for a student like Wallis
23  who has to work hard to make that successful, as she did in
24  geometry, it's -- I want to talk about the future because
25  her courses keep getting harder.  Intensive Algebra II,

1  under normal conditions this year, would have challenged

2  her more than Intensive Geometry.  And Intensive Geometry

3  she did great work, but from my understanding, it was not

4  an easy course for her either.  And Intensive Advanced Math

5  is going to increase in difficulty.

6      So moving forward to me is more important right now

7  towards the end of this year to address quarter four and

8  make sure she's all set with second semester material, but

9  also to get a plan in place for next year, because that

10  course is going to challenge her -- not just her, not

11  because it's her, but because she is a high-achieving math

12  student, and she's in a class with the top ten percent of

13  the math students, and that can be all sorts of -- all

14  sorts of emotions can come with that for a student in

15  Wallis' position who would -- if she had taken the regular

16  accelerated course Level I --

17      MR. W.:  Sure.  Let me respond.

18      MR. DOREY:  -- do well with an average amount of

19  effort.  And it could be frustrating to put in a

20  significant amount of effort, as Wallis, you know, has been

21  willing to do in geometry and Algebra II, and then still

22  not see results.  That can happen under normal

23  circumstances, as well, and that's my concern when I said I

24  haven't seen her advocate.  I want to make sure that that

25  will change next year, because students reaching out to

1    teachers in Advanced Math Intensive is essential.  The

2    course is the most --

3         MRS. W.:  I feel we --

4         MR. W.:  We understand what you said there.  We are

5    not convinced that Wallis -- at this point, that Wallis

6    does not have the innate capabilities to excel at that

7    level.  If that becomes apparent at some point -- we're not

8    pushing her to do stuff she can't do.

9         MRS. W.:  Or doesn't want to.

10        MR. DOREY:  Do I mind if we talk about that -- to

11   remove ourselves from this conversation.  I just want to

12   flesh that out in theory how that would go.  Like, I have

13   not seen Wallis perform to what you're saying her -- and

14   she's saying her true potential is, and so I have -- I base

15   what I know off of this year.  What -- if she were to

16   struggle in Advanced Math Intensive, I'm concerned that --

17   and it's great.  Intensive math is very important to

18   Wallis.  I'm concerned about the emotions that would come

19   with struggling in that course.  And this isn't just with

20   Wallis, but I think this is a conversation that needs to be

21   had with any student who has to work hard.  And Wallis has

22   -- like I said, Wallis is a very capable math student.  She

23   would have to be -- just to be put in Intensive, just to --

24   it's the top ten percent of the school --

25        MR. W.:  Yeah.

1     MR. DOREY:  -- in math.  So I want to make sure that

2     you're able to have -- you're able to be open about her

3     course selection.  I don't -- based on what I've seen,

4     she'll be overriding my recommendation.  That doesn't mean

5     I'm right or wrong.  That just means I'm going off of what

6     I've seen, and --

7          MRS. W.:  (Indiscernible).

8          MR. DOREY:  (Indiscernible).

9          MR. W.:  Our whole point --

10         MR. DOREY:  How is that going to play out if it

11    doesn't go well?  Is she open -- I know you said you're

12    open to -- you know, if Intensive Advanced Math is not a

13    good fit, she'd be open to regular accelerated level.

14         MRS. W.:  Okay.

15         MR. DOREY:  Have you fleshed that out at all with her?

16    Because there's certain words that should come with that

17    conversation.

18         Moving -- and this isn't me saying she should -- this

19    isn't me saying what she should take or what she's capable

20    of.  For a student in that position who, I think, would

21    succeed in Level I and I've seen struggle in Intensive, I

22    would say things like, Level I is an accelerated class, and

23    Intensive is a branch -- years ago there was no Intensive.

24    Intensive was broken off of Level I to try and challenge

25    students who have a special gift for math or students who

1  want to spend most of their time with hard problems.  Level

2  I is an accelerated course, and students go on to be

3  engineers or all the math-based professions.  Our students

4  out of our Level I program go into those careers just as

5  often as our Intensive students do.

6      So if next year -- and I won't be part of this next

7  year.  This is going be you, Wallis, and her math teacher.

8  If the beginning is a struggle for whatever reason -- this

9  is for a lot -- there's a lot of students in this position

10  where they've worked hard in Intensive, it hasn't been

11  easy, because it's the top ten percent we're trying to

12  challenge.  I don't -- I'm worried that Wallis would be

13  discouraged, because she seems to take a lot -- I don't

14  know what the right word is -- a lot of pride in being in

15  Intensive.  It's important to her.  Whatever the right

16  words are to go with it, I'm worried she would be extremely

17  upset at the prospect of moving down, because some students

18  it's -- if she's doing all that work and she's willing to

19  work hard, I would like to see her succeed.

20      So not for Wallis in particular, but in -- for a

21  student in that position, I usually will say something

22  like, "I think that -- if you put in this kind of work, I

23  think that you would learn more math in Level I and you

24  would see high performance from it.  You would get grades

25  that are appropriate based on the amount of the work you

1    did.  I don't want you to be discouraged by doing that

2    amount of work and getting low grades."  And then I would

3    say, "If you're fine with that, I encourage you to override

4    my decision if you're willing to sacrifice -- to get a C on

5    your transcript instead of an A on -- for Level I."  It's a

6    conversation that's very sensitive because students do take

7    a lot of pride in being in Intensive.  They don't realize

8    that Level I is still accelerated.  Dropping down always

9    has a stigma.

10        But if this becomes a reality, the need for the

11   conversation, I want to make sure it's framed in a positive

12   way, because it should be.  And I'm just worried about --

13   just from seeing Wallis argue the recommendation with me,

14   it's -- for me, that tells me that this is extremely

15   important to her.  I'm not clear on her reasons why.  I'm

16   not saying it shouldn't be important.  I'm just saying I

17   don't know what makes it so important.  But I want -- the

18   prospect of taking Level I or Intensive, I want them both

19   to be on the table and for her to be able to weigh the

20   positives and negatives of each and make a decision that

21   she feels good about.  And I just want to make sure that

22   you have all the facts behind that decision, because I

23   won't be part of it next year, and --

24        MRS. W.:  Mr. Dorey --

25        MR. DOREY:  -- I'm just concerned --

1      MRS. W.:  Yeah.

2      MR. DOREY:  -- with how she would --

3      MRS. W.:  Here's the deal.  And we appreciate your

4  thoughts on that and your sensitivity on that and your

5  appreciation of Wallis' feelings.  Wallis does have her

6  feelings.  She expressed them to you.  You heard them.

7      The tragedy of this year is she had a hockey stick

8  thrown into her head, had her teeth knocked out and a

9  concussion and a serious head injury.  Her performance and

10  grades have been lacking, which is very disturbing to her.

11  Wallis is entitled to access the entire curriculum of the

12  year, and she didn't in this subject and her other

13  subjects.  And that does not prepare her well for next

14  year.

15      MR. W.:  What --

16      MRS. W.:  That's what we want.  We want her to do well

17  next year, which means filling in the gaps from this year.

18  And, apparently, did not -- L-S staff, generic L-S,

19  everybody involved, did not do that for her this year.

20      MR. DOREY:  Right, and that's --

21      MRS. W.:  Maybe it was --

22      MR. DOREY:  I guess my question is --

23      MRS. W.:  -- impossible, but we don't know that.  We

24  know they didn't attempt it.

25      MR. DOREY:  -- let's say this year didn't happen the

1    way it did.  Let's say she was, you know, 100 percent
2    healthy --
3         MR. W.:  Yeah.
4         MR. DOREY:  -- through the year.  She still -- she
5    took Geometry Intensive, I think she saw some test grades
6    -- she saw test grades in the C range.  She worked very
7    hard.  We grade flexible in Intensive to make it accessible
8    to students to take it if they're willing to do that kind
9    of work.
10        MR. W.:  Geometry --
11        MR. DOREY:  It's an interesting course in that way
12   that we're very --
13        MR. W.:  You're talking about geometry, which last
14   year --
15        MR. DOREY:  Right.
16        MRS. W.:  That was last --
17        MR. DOREY:  I'm talking about -- so last year.  And
18   this year, let's assume I didn't get to really see Wallis
19   at her best --
20        MRS. W.:  Correct.
21        MR. DOREY:  -- because of the concussion and because
22   of all the work she's been doing.  My concern is, let's say
23   in theory -- and this is not --
24        MR. W.:  Yeah.
25        MR. DOREY:  It shouldn't be a discouragement.  Let's

1   say Wallis at her best, Intensive is not the appropriate

2   course.  Is that -- is she going to be able to --

3       MRS. W.:  Of course she has to.  Wallis is mature.

4       MR. DOREY:  handle that.  It seems so important to

5   her.

6       MR. W.:  No.  No.  Look.

7       MRS. W.:  Wallis is mature, and I think Wallis knows

8   how to self-assess.  I think that --

9       MR. W.:  I think L-S sometimes is worried about things

10  that they shouldn't be worried about.  Wallis is a big

11  girl, and she, you know, isn't going to -- if she's -- you

12  know, if she's operating at what she thinks is full, you

13  know, 100 percent cylinders and she's not doing well in a

14  normal situation, that's a very mature thing, and she does

15  not have parents here that are insisting that she do

16  anything that she doesn't want or can't excel at.

17      MR. DOREY:  Which is great.  That's good to hear,

18  because it's not --

19      MR. W.:  And that has never been the case.

20      MR. DOREY:  -- not unreasonable for parents to want to

21  push --

22      MRS. W.:  And I would ask too --

23      MR. DOREY:  -- a child to take the hardest course.  I

24  don't judge -- I have no judgment on that stance either.

25  My concern is --

1       MR. W.:  The main --

2       MR. DOREY:  I want to make sure Wallis' open to all

3   options, because I would like to see her work result in

4   grades that she's satisfied with.

5       MRS. W.:  Correct.

6       MR. DOREY:  And it's hard sometimes for students to

7   achieve in Intensive.

8       MR. W.:  The thing to worry about is that this year,

9   she has been so far off of that --

10      MR. DOREY:  Mm-hm.

11      MR. W.:  -- and it is resulting in poor performance,

12  and she doesn't think she has had the opportunities.

13      MRS. W.:  And the supports.

14      MR. W.:  And the supports.  And it's very clear that

15  the school is not officially -- we have gone all the way up

16  to the superintendent, and he comes back with, "Her grades

17  don't look that bad to me."  This is not the supports she's

18  looking for to try to have fully accessed this horrible

19  year where she's been debilitated and behind the entire

20  year.

21      MR. DOREY:  And when she's caught up --

22      MRS. W.:  I liked what you said.

23      MR. DOREY:  (Indiscernible) --

24      MRS. W.:  Let me just say something.

25      MR. DOREY:  (Indiscernible) for semester one.  I want

1   to make sure that we consider the possibility that

2   Intensive is not the right choice for all students,

3   especially students like Wallis who are taking other hard

4   classes.  And I -- she absolutely can and should override

5   my decision, override my recommendation, and take the

6   course that she wants to take and feels is appropriate.

7   But it's important for me to -- I'm making a

8   recommendation, and you need to know why.

9           MRS. W.:  Yeah, I understand that.  And again --

10          MR. W.:  Mr. Dorey, we have -- we aren't to the point

11  yet where you're making the recommendation though.

12          MRS. W.:  We heard the tape.  We heard the tape, we

13  understand --

14          MR. DOREY:  (Indiscernible) that conversation.

15          MRS. W.:  We heard the tape, we understand what you're

16  going to do.  We understand what -- you know, we understand

17  your thinking on it.  We heard the tape.  We're not taking

18  any exception right now to that.  Our exception is how

19  Wallis was treated the entire year.

20          So when you go back to student feelings, I can tell

21  you right now, L-S has been completely uncaring and

22  unsupportive of her, unencouraging.  I can tell you that

23  when, you know, we wrote that Wallis had a head

24  injury/concusion, not one -- no one asked her how she was

25  feeling.  No one asked her, "Are you feeling okay, Wallis?"

1  She came in with -- she came in right after going to the
2  dentist with two root canals.  Whether you like it or not,
3  she went to class.  No one asked her how she was feeling.
4  You know, "Are you ready?"  You know, no one checked in
5  with her.
6      She had -- this is a kid that's a good student,
7  motivated, conscientious, willing to make sacrifices.  I've
8  heard Wallis say, "I'd rather get a B in Intensive than an
9  A in Level I."  She might change her mind on that.  I don't
10 know.  That's her choice.
11     But I can tell you that except for Ms. Kramer, Wallis
12 will tell you -- and sorry, she might put you in that
13 category -- that all of her teachers were unsupportive of
14 her.  That's why we had the November meeting.  So when she
15 was struggling, asking what to do, the best they could do
16 is say, "Go to my homework website."  That is not true help
17 for a kid.  And that's not even encouragement.  That's not
18 even kind words.
19     MR. W.:  And for us to hear this -- we had this
20 meeting in November, and this all went away whenever --
21     MRS. W.:  You guys all -- yeah, after --
22     MR. W.:  -- second semester started, it's absurd to
23 us.
24     MRS. W.:  -- after we --
25     MR. W.:  It's absolutely absurd.

1     MRS. W.:  You can disagree, but, I'm sorry, that is

2  not a kind, conscientious school.  We heard, we see in the

3  press, you guys tout yourself as being, you know, kid

4  centric, student centric.  We have gotten nothing from

5  Ms. Crawford other than stonewalling and obnoxious e-mails.

6  And I take great exception to that.

7     MR. DOREY:  Again (indiscernible) --

8     MRS. W.:  Obnoxious e-mail.

9     I'll say, JK -- we had a good conversation with JK.

10  I'm sorry.  I don't have any issues with the way JK was

11  talking to us.  He said, "Let's position Wallis for

12  success, let's figure out what she wants," all those lovely

13  words.  And then to get back a plan written in Crawford

14  language that was obnoxious is unacceptable.

15     And the fact that Crawford spoke to her the way she

16  did on that tape is outrageous.  And if you think that that

17  is an acceptable way to treat and encourage one of your

18  best students -- and I don't care whether you call her top

19  ten percent or top 20 percent or even 50 percent -- that is

20  just not nice, and it's not even academically good.  There

21  was no academic basis for letting a kid struggle the way

22  she had to struggle to catch up.  None.

23     MR. DOREY:  (Indiscernible).

24     MRS. W.:  And really shame on all of you teachers that

25  you could not come to her assistance.

1     MR. DOREY:  And I don't think we're going to get
2  anywhere disagreeing about what happened semester one.
3     MRS. W.:  That's not semester one.  It is until the --
4  it's until June -- what is today? -- June 7.  It's until
5  June 7.  Okay?
6     You guys say you have six days of school.  It's the
7  last hundred and -- there's 180 days.  It's the last 174
8  days of school that -- you know, shame on everybody that
9  you're now having this nice conversation with us to help
10  Wallis with only six days of school left.  And I'd say,
11  where was everybody the prior 150 days?  Nowhere.
12     MR. W.:  And to --
13     MR. DOREY:  (Indiscernible).
14     MR. W.:  And to receive --
15     MR. DOREY:  -- my -- when --
16     MR. W.:  And to receive the e-mail yesterday --
17     MR. DOREY:  (Indiscernible).
18     MR. W.:  -- from Mr. -- Ms. Crawford --
19     MRS. W.:  Crawford.
20     MR. DOREY:  I think at this point, we said what we
21  needed to say --
22     MR. W.:  Exactly.
23     MR. DOREY:  -- and you're talking through this.  But I
24  want to send you this e-mail with the availability.
25     MR. W.:  That would be good.

1       MR. DOREY:  I don't want to talk about what we

2   disagree on, just because I don't think we'll get anywhere.

3       MRS. W.:  Yep.

4       MR. W.:  Yep.

5       MRS. W.:  Okay.

6       MR. DOREY:  I want to talk about this plan.  I want to

7   talk about next year.  I'm happy -- when this exam is

8   taken, we can talk about the recommendation again --

9       MRS. W.:  Yeah.  But it's more the content of what she

10  missed.  We are not saying we want you to change your

11  recommendation.  We're saying that Wallis should be

12  adequately, appropriately prepared to do well --

13      MR. W.:  Assessed what --

14      MRS. W.:  -- next year.

15      MR. W.:  Assessed what she missed.

16      MRS. W.:  And that includes all the content matter

17  through third quarter -- you can argue with us through

18  second quarter -- that she missed and was not able to fully

19  learn.  She is entitled to learn that material.  She's

20  entitled to learn it in more than two sessions with you,

21  five days at the end of the year.

22      MR. W.:  She's --

23      MRS. W.:  So when we argue that point with Crawford

24  and beyond, it's way beyond you.

25      MR. W.:  And it falls on totally deaf ears.

1    MRS. W.:  And it falls on deaf ears.

2    MR. W.:  And we find that --

3    MRS. W.:  Unacceptable.

4    MR. W.:  -- very strange.  It is incredibly strange.

5    MR. DOREY:  Again, I --

6    MR. W.:  So --

7    MR. DOREY:  It's not worth arguing about why I don't

8    think we're --

9    MR. W.:  Yep.

10    MRS. W.:  Why isn't it important, though?

11    MR. DOREY:  And for next year --

12    MRS. W.:  Yeah.  I would say, Mr. Dorey --

13    MR. DOREY:  (Indiscernible) semester one is not going

14    to impact her semester two exam.  When the semester two

15    exam is over, we can discuss a plan.

16    MR. W.:  Absolutely.

17    MR. DOREY:  (Indiscernible) she's really prepared for

18    Advanced Math Intensive, if we feel that there's gaps from

19    semester one, and we can provide the material and the

20    support.

21    MR. W.:  So --

22    MR. DOREY:  Semester one is done.  This exam is not

23    based on semester one in any shape or form.

24    MR. W.:  We understand that.

25    MR. DOREY:  (Indiscernible).

1   MR. W.:  We understand.

2   MR. DOREY:  We'll make sure she gets all the materials

3  she needs to prepare for Advanced Math Intensive.

4   MRS. W.:  Thank you.  I like that.  I really

5  appreciate those words.  I really appreciate those words.

6  That's what we want to happen.

7   So, Mr. Dorey --

8   MR. DOREY:  (Indiscernible)--

9   MRS. W.:  -- make sure --

10   MR. DOREY:  -- (indiscernible) the one thing we can

11  agree on.  So we're not going to agree on the incomplete

12  versus not incomplete.

13   What -- so let's -- under the assumption Wallis is not

14  going to get an incomplete this year, we're going to work

15  hard in these few days.  She's going to take a couple tests

16  that she's been here for.  So I hope that they'll go well

17  for her, because I have seen her doing the work.  She's

18  going to take an exam where we need to remediate exponents

19  and logs.  And we'll -- we're going to try to get her to be

20  as successful as possible on that exam.

21   When that's all done, the work does not have to stop

22  there.  This is not -- the unwillingness to give her an

23  incomplete is for certain reasons.  There's not an

24  unwillingness to go back either, whenever, in the summer or

25  the beginning of next year -- it could be me or her new

math teacher -- to help her on any questions she has that
will let her succeed in Advanced Math Intensive.  I can
prepare materials that I know for a fact that I will be
teaching -- not Wallis, but I will be teaching that course.
I could give her materials and help her with materials.  I
don't think now is the time, because --

MR. W.:  That's correct.

MR. DOREY:  -- she should focus on her exams.

MR. W.:  Exactly.

MRS. W.:  We would like that.  We like --

MR. DOREY:  (Indiscernible) all her exams done --

MR. W.:  We like that.

MRS. W.:  That's exactly what we want to hear.

MR. W.:  We like that --

MRS. W.:  That's what we want to hear.

MR. W.:  -- and we could have been doing that
throughout this entire year.

MRS. W.:  But now it's better over the summer.

MR. W.:  It's too late now.  It's better off over the
summer.

MRS. W.:  We wanted the option over the summer,
because we agree, it's not fair to her to make up the
deficiencies partly on her part for her injury, partly on
the school's part and their inability to do whatever they
needed to do.

1    MR. W.:  So --

2    MRS. W.:  But the only thing we have is the summer,

3    and we'll work the summer.

4    MR. DOREY:  (Indiscernible) semester one, but we can

5    (indiscernible).

6    MR. W.:  Mr. Dorey.

7    MR. DOREY:  All that matters is that -- semester one

8    doesn't matter right now.

9    MR. W.:  We agree with that.  However --

10   MR. DOREY:  (Indiscernible) everything I possibly can

11   to make sure she has a successful Advanced Math Intensive,

12   or Advanced Math Level I, whatever math she ends up in for

13   all of next year, we will find a way to find the gaps --

14   MRS. W.:  Perfect.  That's all we want to hear.

15   MR. DOREY:  -- to address them, whether it's me making

16   a couple of videos or meeting with her in the house office

17   for an hour in the summer or meeting with her at the very

18   beginning of next year before Advanced Math starts.

19   MRS. W.:  Right.

20   MR. DOREY:  It's -- there's no issue of willingness to

21   put in time with her.

22   MRS. W.:  Thank you.

23   MR. DOREY:  So that's -- that part we agree on, and

24   that's --

25   MRS. W.:  Okay.

1    MR. DOREY:  -- going to be important for next year.

2    (Indiscernible)

3    MR. W.:  That is a significant thing.

4    MRS. W.:  That's all we asked for, and Ms. Crawford

5    refused it.  So that's where we are, Mr. Dorey.

6    MR. DOREY:  I don't think anyone would refuse getting

7    her the support.  The refusal is on the incomplete, and

8    that's what we're going to disagree on.

9    MR. W.:  Well, that's arbitrary, and that's a thing

10   that is still going to be discussed, but it doesn't need to

11   be --

12   MR. DOREY:  (Indiscernible).

13   MR. W.:  It doesn't need --

14   MR. DOREY:  I will give her my time.

15   MR. W.:  Yes.  Yes.  The incomplete --

16   MR. DOREY:  (Indiscernible) after exams.  If she wants

17   to come when exams are done and we can meet, I'm still

18   working for a few days.  We can meet in the house office

19   and do some semester one material when everything's slowed

20   down for her, or we can meet at the beginning of next year.

21   There's no unwillingness to -- and Ms. Crawford would not

22   feel this way either.  It's the issue with the incomplete

23   that you have with her, and that's fine, but --

24   MR. W.:  That's an open issue with her.

25   MR. DOREY:  -- for getting the prerequisites for

1    Advanced Math, and that's essential because this is the

2    only course that she's taking where prerequisites is going

3    to matter.

4         MRS. W.:  Yeah.

5         MR. DOREY:  (Indiscernible).

6         MRS. W.:  The other thing we have to address, though,

7    you know, is the poor grades.  This will be on her college

8    transcript.  We need to get them correctly noted that --

9    you know, that they were calculated --

10        MR. DOREY:  I think a letter -- under circumstances

11   like this, I think a letter from the counselor is usually

12   what occurs, which is that this year for Wallis -- and it's

13   going to be an easy story to tell, because Wallis will go

14   into next year, and she'll succeed when she starts fresh

15   and is hopefully healthy.  And I think you can have the

16   counselor write a letter and say, at the beginning of the

17   year, Wallis suffered a concussion, and she had a tough

18   year trying to catch up.  And when the colleges see her

19   grades for semester one, I think that's going to tell the

20   story, and her grades from -- she has two years.  So she

21   has two years to make sure that her transcript is

22   reflective.  We don't calculate a GPA.  They look at the

23   grades and the semesters, the colleges do, because we don't

24   provide a GPA.  And that is a letter from the counselor,

25   and that -- I'm sure JK will be happy to describe what

1  happened with the concussion early in the year.  And I'm

2  sure her grades will visually outweigh, you know, any --

3       MR. W.:  Yeah.

4       MRS. W.:  Our --

5       MR. DOREY:  -- performance.  So that's --

6       MR. W.:  Our expectations are that next year, once

7  she's feeling better about all of this past year behind

8  her, that her grades are going to bounce back, or she's

9  going to, you know, review where she is.  That's -- so

10 don't get that confused.

11      MR. DOREY:  Yeah.

12      MR. W.:  The thing I want to say is -- and I'm

13 forgetting what I wanted to say.

14      Oh.  So here's a helpful thing from listening to the

15 tape.  We have -- it was like Wallis has absolutely no

16 problem, like, taking a test again on -- like, the final of

17 semester one for -- and then for you to assess what her

18 weaknesses are there.  She'd welcomed that from you.

19      MR. DOREY:  Yep.

20      MR. W.:  That's what she wants.

21      MR. DOREY:  I think that's a great thing to do.

22      MR. W.:  But not now.  Yeah.

23      MR. DOREY:  She wants that immediately, I think --

24      MR. W.:  No.  She doesn't want that.

25      MR. DOREY:  (Indiscernible).

1    MR. W.:  No.  She never wanted that.

2    MRS. W.:  It's too much now.

3    MR. W.:  She doesn't want it immediately.  She thinks

4    she can't get all that done by the end of year, that's --

5    MRS. W.:  Nor should there be that expectation.

6    MR. DOREY:  That's why we're going to have to do that

7    after the year's over, because --

8    MR. W.:  But she wants all these things --

9    MR. DOREY:  -- (indiscernible) to try to assess gaps

10   from semester one when she needs to focus on her exams.

11   MRS. W.:  Correct.

12   MR. DOREY:  But I'm happy --

13   MR. W.:  That's what this --

14   MR. DOREY:  -- to (indiscernible) --

15   MR. W.:  That's what she means.

16   MR. DOREY:  -- (indiscernible) this information.

17   MR. W.:  That's what she says when she says, "I want

18   us to be talking about those other things, too."

19   MR. DOREY:  And that's why I left it open to her in

20   that conversation, that after the exam is done, we can

21   reopen this conversation about next year.  And I think -- I

22   stand by that.  When this exam is done, I'm happy to talk

23   with you and Wallis about the placement, about

24   prerequisites and what we need to do to ensure success.

25   That all should and will happen, and this -- now's not the

1   time for it, correct.

2       MRS. W.:  We agree.  We agree with what.  But what I

3   will say is what you're saying and what you're agreeing to

4   -- which is reasonable and we're reasonable -- is not what

5   Crawford is saying.

6       MR. DOREY:  I don't think we should --

7       MRS. W.:  And Crawford is not being reasonable.

8       MR. DOREY:  -- that Ms. Crawford had mentioned or

9   considered anything to do -- what we're talking about is

10  purely academic, and Ms. Crawford is dealing with the

11  administrative aspect of this, which is the incomplete or

12  not incomplete.

13      MRS. W.:  No.  It goes beyond that.

14      MR. DOREY:  And that's that conversation.  I don't

15  think she's considered the prospect of me meeting with

16  Wallis to help with her preparing for Advanced Math.

17  Because that's my job.  That's between Wallis and I --

18      MRS. W.:  Well --

19      MR. DOREY:  -- and you, the educational aspect of it.

20      But any student who felt like they weren't prepared

21  for the next course they're going to take, their classroom

22  teacher would be willing to provide them with resources and

23  maybe even in some cases, like this one, meet with them.

24      MRS. W.:  And that's what I'm saying.

25      MR. DOREY:  (Indiscernible).

1    MRS. W.:  We do understand that's what teachers say,

2  and, you know, that's the L-S persona.

3    Under normal circumstances, Wallis does not get extra

4  help from teachers before, after, during classes on a

5  typical basis.  That didn't even happen this year under

6  these unusual circumstances.  We like -- we greatly

7  appreciate your willingness to spend extra time to get her

8  to deal with that after the test.  That is all we asked of

9  Crawford.  And you know what?  She said no.  That is what

10  an administrator should have suggested to us.  Like, "Oh,

11  I'm so" --

12    MR. DOREY:  I would clarify that, because I didn't

13  interpret it that way, and if that was what you were

14  requesting is that after she is graded for the semester

15  that she get some supports for next year, I think that

16  would have been --

17    MRS. W.:  Well, and I --

18    MR. DOREY:  -- (indiscernible) --

19    MRS. W.:  I also take it --

20    MR. DOREY:  -- seems very sound to me, educationally

21  sound.  I think the disagreement, from my perspective, and

22  I (indiscernible) was about the incomplete --

23    MRS. W.:  Well that could well be, but even --

24    MR. DOREY:  -- (indiscernible) help her for next year

25  after this semester is done and we can focus on semester

1  one again.

2       MRS. W.:  Right.

3       But whether she gets the incomplete or not, I know

4  it's not your decision, just remember that that should not

5  make Ms. Crawford suggest the obnoxious, inconsiderate plan

6  and treat Wallis in the wording and the way she did,

7  including putting -- writing down words that were simply

8  not true.

9       MR. DOREY:  (Indiscernible) I understand.  This is

10  your issue with her, and I suggest --

11       MRS. W.:  Yeah.

12       MR. DOREY:  You know --

13       MRS. W.:  Well, I frankly --

14       MR. DOREY:  -- whatever it is that you feel, doesn't

15  matter if I agree or disagree.

16       MRS. W.:  Yeah.

17       MR. DOREY:  But this is between you and her --

18       MRS. W.:  Yeah.

19       MR. DOREY:  -- and what you and I should focus on is

20  --

21       MRS. W.:  Well, what I don't want to happen --

22       MR. DOREY:  I'm ready to -- I'm telling you right now,

23  I am ready -- when semester one ends, I am ready to meet

24  with her at the end, right at the beginning of the summer,

25  beginning of her summer.

1        MRS. W.:  Right.

2        MR. DOREY:  I'm ready to meet with her in the building

3    and assess her on semester one, give her materials, and go

4    over some of that material --

5        MRS. W.:  Perfect.

6        MR. DOREY:  -- so that she can succeed at some level

7    of Advanced Math next year.

8        MRS. W.:  Correct.

9        MR. DOREY:  And we can talk about the recommendation.

10   And then she can -- if she disagrees with the

11   recommendation -- which I don't know what that will be at

12   this point --

13       MRS. W.:  Right.

14       MR. DOREY:  -- it depends on what I see from working

15   with her and what I see from her tests.  We can talk about

16   that again.  But in so many ways, my recommendation is

17   irrelevant.  She's going to take Advanced Math at whatever

18   level you chose.  I want to make sure that --

19       MRS. W.:  Correct.

20       MR. DOREY:  -- she is prepared for that when the time

21   is right --

22       MRS. W.:  Right.

23       MR. DOREY:  -- which is after exams.  We should

24   implement this plan now for exams.  We should reconvene in

25   -- find the time for Wallis to come in if she's able to

1  with her summer schedule, do some semester one work or any

2  semester two work that -- any problems she got wrong on the

3  exam, we can address semester two and just make sure she's

4  ready to take Advanced Math and she can go into next year

5  fresh.  The grades will be what they are.  The counselor

6  will write a letter talking about the concussion, and

7  she'll go on and succeed in her courses next year --

8       MRS. W.:  Yeah.

9       MR. DOREY:  -- provided that it happens after exams.

10  That this remediation of her math skills --

11       MRS. W.:  Well, like you said, I think it's fair to

12  say at this point let's not prejudge what the tests are

13  going to be.  They might be good.  They might be bad.  You

14  know, Wallis' thinking now -- and you guys have her such a

15  neurotic, anxious mess that she is unsure whether she's

16  even going to do well.  Usually, she's very self-assured

17  and had been building self confidence and feeling good

18  about this stuff.  So I don't know how she's going to

19  perform, whether it's knowledge or anxiety at this point.

20       MR. DOREY:  Well, meeting with me (indiscernible).

21       MRS. W.:  We'll see what it is.

22       MR. DOREY:  (Indiscernible) as she picks up more and

23  more material, will the meeting will be sufficient --

24       MRS. W.:  We don't know.

25       MR. DOREY:  -- for her to succeed by her own

1   (indiscernible) on the exam?  I don't know.

2       MRS. W.:  Right.

3       MR. DOREY:  It depends on how she's been doing in

4   class with the homework, like I said, because --

5       MRS. W.:  She's been her usual diligent self.  Again,

6   I found it offensive that Crawford was thinking that this

7   kid is not looking at your videos.  She is.  That she's not

8   studying.  She is.  She's --

9       MR. DOREY:  I'll make no assumptions there under what

10  --

11       MRS. W.:  Yeah.

12       MR. DOREY:  I'll assume that she's watching the videos

13   and doing --

14       MRS. W.:  She is.

15       MR. DOREY:  You know -- yeah.

16       MRS. W.:  I know she is.

17       MR. DOREY:  That is always going to be my assumption

18   that a student is doing what they're supposed to do.  And I

19   have no reason to believe that Wallis is not keeping up

20   with quarter four, which is why I -- and Wallis seems to

21   feel this way, too -- which is why she'll take these tests

22   on time and --

23       MRS. W.:  Yeah.

24       MR. DOREY:  -- and with my help, she should be able to

25   perform to something close to her normal standard, because

1  (indiscernible) she's been there, and she's completed all

2  the homework.  So --

3       MRS. W.:  Correct.

4       MR. DOREY:  -- if we're able to arrange these meetings

5  --

6       MRS. W.:  Yep.

7       MR. DOREY:  -- which I think we will be able to do,

8  given our schedules -- these two tests should be okay.

9  Aside from -- you know, they're still intensive in that --

10      MRS. W.:  Yeah, I know.

11      MR. DOREY:  -- (indiscernible) and they're still hard,

12 and that's what it is.  I mean, any student could struggle

13 on any given test.  But we'll put her in the best position

14 possible for these tests she's been here for.  The exam

15 will require some more work, exponents and logs she

16 struggled with.

17      MRS. W.:  Yeah.

18      MR. DOREY:  But there's opportunity there, too.

19 There's a lot of after school time now where we can be

20 working --

21      MRS. W.:  Correct.

22      MR. DOREY:  I'm already opening up the classroom after

23 school twice for several -- for at least two hours before

24 exams.  One is next Friday after school.  The other is the

25 day before the exam.  And that's in addition to any

1  appointments Wallis or we make for Wallis to meet with me.

2  So we'll put to her in the best position possible.  She'll

3  get a grade for this semester, and then we should look at

4  her semester one, and that's --

5      MRS. W.:  Correct.

6      MR. DOREY:  -- what we will do here.

7      MRS. W.:  Yeah.  Like I said, let's see what happens.

8  I'm not sure -- I mean, I know -- let's see what happens.

9  I think I'll keep an open mind about what happens, about

10 what happens with grades or tests or whatever.

11     The other thing I have to ask you --

12     MR. DOREY:  Grading is always flexible in this course

13 for all students.  So we need to keep in mind, if Wallis

14 can succeed on this exam, that's going to -- and I know

15 that's going to take some work -- but that is going to

16 impact her overall semester grade.  The only grade that

17 actually is on the transcript is the semester grade, and

18 it's an average of the exam and the two quarters.  And I

19 grade flexibly when it comes to improvement on tests.  So

20 it would be great for us to put in all the work we have

21 time for to see Wallis do better.  That's really what we

22 need her to do here.

23     MRS. W.:  Correct.  And I was going to say --

24     MR. DOREY:  (Indiscernible) when I grade for the

25 semester, oh, (indiscernible) improvement.  So that

1   exponents and logs test was not consistent with this
2   probability test which is higher, the student is improving,
3   the exam grade is more like the later test grade, and it
4   lets me weigh certain grades differently to the student's
5   favor.
6        MRS. W.:  Right.
7        MR. DOREY:  Never against the student's favor.  But it
8   is --
9        MRS. W.:  Well, I mean I understand --
10       MR. DOREY:  Part of the grade is flexible if it tells
11  the correct story --
12       MRS. W.:  Correct.
13       MR. DOREY:  -- which is improvement.
14       MRS. W.:  I was going to say, I mean, we get sometimes
15  there's tests and class average is low, but it's general
16  low.  I mean, there's a lot of interpretation.
17       MR. W.:  Yes.
18       MRS. W.:  The issue is did she learn the material --
19       MR. W.:  Yeah.
20       MRS. W.:  -- regardless of whether the score is low or
21  not.  You know, it could be she was anxious but she really
22  felt like she knew it.  And sometimes that happens.  But
23  the issue is does this kid know the math, is the test a
24  good indicator of knowledge.  I know sometimes, you know,
25  you let kids self -- I don't know how you describe it --

1  self-correct and add points to tests or whatever.  Wallis

2  should be afforded that opportunity like any other kid.

3  MR. DOREY:  That doesn't happen.  That's not quite

4  right.  Anyway --

5  MRS. W.:  I'm just saying Wallis should be afforded

6  the same opportunities for improvement, scores -- you know,

7  test scores, to be interpreted correctly to move up or down

8  or however it's supposed to be.

9  MR. DOREY:  Wallis will be absolutely provided the

10  same opportunities.  And students who have struggled at any

11  point are usually provided more opportunities because we,

12  as a philosophy for intensive classes, by nature of the

13  problems we do, they're very -- the classes are very

14  difficult, and we like to make them accessible for

15  interested students, for students who are going to -- who

16  struggle to perform as well on tests as they would in Level

17  I but want to be there for the right reasons, want to be

18  there for the rigor and for the experience.  We are very

19  flexible on the low end of the grading scale, which --

20  that's going to be the case for Wallis, if anything, more

21  than any of her classmates because she had the low test

22  grades in quarter three.  So if her test grades improve,

23  she'll be given flexibility.  Whereas, she would get --

24  MRS. W.:  Right.

25  MR. DOREY:  -- less of that flexibility if her test

grades were consistent.  So Wallis is in a position to --

because her -- she's going in with low -- a low quarter

three grade, she's in a position to show me improvement.

And we just need to make sure that happens so I can justify

some flexible grading, which is always the case.  She'll be

provided every opportunity that her classmates will and

more because she had some low tests grades.  So the

students in that position are always given some

subjectivity in terms of if I see a higher grade, I will

weigh the lower grade less.

MR. W.:  Nothing --

MR. DOREY:  Never anything to hurt the student's

grade.  But for students who are in the C range, I will

create opportunities, as I recently have -- which Wallis

hasn't taken this test.  But I create lots of opportunities

for students in that position who are trying to make this

course work because they like math, even if they would --

there might be another course that's a better fit.  Not

saying whether that's true for Wallis or not.

So she will get flexibility there, which is why we

absolutely need to make sure she is -- she improves her

knowledge on this material and does as well as possible on

this test.

And we can look at -- we can discuss her grades that

she gets on these two tests and her exam grade and how

1   that's going to play into her semester grade, because it's

2   -- like I said, there's -- it can be just an average for

3   students who are fairly consistent, but when they're not,

4   that's when I start to look at the grades and start to play

5   with the weight of the grades in any way that can help the

6   student overall, because I want -- the grade is meant to be

7   reflective of what the student knows at the end of

8   semester, and sometimes what happens early in the semester

9   isn't always the best indicator of that.

10      MRS. W.:  And that's --

11      MR. DOREY:  This is all only going to work to her

12   favor if we can get some appointments and get her to

13   improve.  So that's my whole mindset right now.  And what's

14   fortunate is she's completed the assignments on the test

15   she's about to take.  So meeting with me should put her in

16   a better position.  And from her diagnosis, she's not in a

17   bad position in these topics.  I'm going the assess her and

18   create my own opinion about where she is at with

19   probability and sequences and series.

20      MR. W.:  That would --

21      MR. DOREY:  She doesn't --

22      MR. W.:  -- that would help.

23      MR. DOREY:  She seems to think that she's at least in

24   a position where she's not completely lost, or she would

25   have said --

1      MR. W.:  Right.

2      MR. DOREY:  -- "I need you to teach me the whole

3  topic."  So she's been doing work.  We'll address those

4  needs.

5      But let's -- I do have to go now.  But I'm going to

6  e-mail you the availability.

7      MRS. W.:  Thank you.

8      MR. DOREY:  Talk with Wallis and see what she can --

9  I'm hoping she prioritizes math a little bit more given

10 that it's her lowest grade -- because she's had some solid

11 grades in her other courses -- and try to get this one up a

12 little bit.

13     But I understand she has other courses.  So I hope she

14 can meet with me as much as possible.  But you'll to have

15 make decisions around that.  But I have plenty

16 availability, and I'll send you that right now.

17     MR. W.:  Mr. Dorey, we are -- believe it or not, we

18 are completed here and --

19     MRS. W.:  We appreciate that.

20     MR. W.:  -- that last thing -- bit there that you said

21 is the way to proceed.

22     MR. DOREY:  Okay.  That sounds great.  Well, thank you

23 for your time and taking off work today.  I appreciate that

24 so we can move forward right away.

25     MRS. W.:  Thank you.

1     MR. DOREY:  Okay.  Take care.  Bye.

2  (End of recording.)

1    We, Cambridge Transcriptions, an Approved Court

2 Transcriber, do hereby certify that the foregoing is a true

3 and accurate transcript from the audio recording in the

4 above-entitled matter provided to us by Mrs. W.

5

6    We, Cambridge Transcriptions, further certify that the

7 foregoing is in compliance with the Administrative Office

8 of the Trial Court Directive on Transcript Format.

9

10    We, Cambridge Transcriptions, further certify that we

11 neither are counsel for, related to, nor employed by any of

12 the parties to the action in which this hearing was taken,

13 and further that we are not financially nor otherwise

14 interested in the outcome of the action.

15

16    _____

17 Buchanan Ewing

18    _12/29/2016_____

19 Date

20

21    675 Massachusetts Avenue, Cambridge, MA 02139

22 617-547-5690

23 buck@ctran.com

24

25

# EXHIBIT
# K

Pages: 1-31

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
LINCOLN-SUDBURY REGIONAL SCHOOL \*
DISTRICT                         \*
v.                               \*
MR. AND MRS. W.                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
WALLIS AND MR. AND MRS. W.    \* Civil Action No.
v.                            \* 1:16-CV-10724-FDS
LINCOLN-SUDBURY REGIONAL SCHOOL \*
DISTRICT                         \*
AND                              \*
BUREAU OF SPECIAL EDUCATION    \*
APPEALS                          \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

                MEETING
APPEARANCES:
Wallis
Brandon Dorey
Sandy Crawford

June 5, 2013

Cambridge Transcriptions
Approved Court Transcriber

1  (Recording begins.)

2      WALLIS:  Okay, it's recording.

3      MS. CRAWFORD:  Okay.  So I went to find Mr. Dorey this

4  morning.

5      WALLIS:  Okay.

6      MS. CRAWFORD:  And I also went to talk to

7  Mr. Davidson-Weiss in the Academic Support Center.

8      WALLIS:  Okay.

9      MS. CRAWFORD:  And then I came to find you in the caf,

10  right?

11      WALLIS:  Okay.

12      MS. CRAWFORD:  Because I knew this was your long

13  lunch.

14      WALLIS:  Yeah.

15      MS. CRAWFORD:  So it's about 11:30 now.

16      So when I spoke to Mr. Dorey, I said, "What does

17  Wallis need to do?"  And he said what you need to do is to

18  take the test you missed on the day you didn't come to

19  school.

20      WALLIS:  Yeah.  I think my mom e-mailed him about

21  that.

22      MS. CRAWFORD:  Good.  So let's talk about a plan for

23  that.

24      WALLIS:  All right.

25      MS. CRAWFORD:  Because that's the most important thing

1  to do right now, talk about how can you get that test

2  taken.  And then you also have another test on June 11 and

3  a review day June 10 that you need to prepare for.  And

4  then there's the exam.  So the concerns are let's make a

5  plan to get the work done.

6      WALLIS:  Okay.  If we're making a plan, I think I want

7  to have my parents here.

8      MS. CRAWFORD:  Okay.  So let me lay out for you what

9  -- your parents asked us to get some supports for you.  So

10  I'm going to lay out what the supports are.

11      WALLIS:  I -- okay.

12      MS. CRAWFORD:  This is a time, block six, when

13  Mr. Dorey is free.

14      WALLIS:  Okay.

15      MS. CRAWFORD:  This is a time when Mr. Davidson-Weiss

16  has time in your long block six.

17      WALLIS:  Okay.

18      MS. CRAWFORD:  Mr. Dorey's free ACA today, and

19  Mr. Davidson-Weiss also has time ACA --

20      WALLIS:  All right.

21      MS. CRAWFORD:  -- to help you with math.  So right

22  now, we've got two hours --

23      WALLIS:  All right.

24      MS. CRAWFORD:  -- where you could -- you have two

25  adults available to you to help you with any questions you

1  have and to get you ready to take the test that you missed
2  --
3       WALLIS:  Okay.
4       MS. CRAWFORD:  -- on May 24 or whatever day that was
5  that you missed.  So I think that it would be a good thing
6  for you to use those resources --
7       WALLIS:  Okay.
8       MS. CRAWFORD:  -- to do that math and get ready to
9  take the test.
10      WALLIS:  Okay.  Last time I tried getting with my
11  parents, I think they said that the -- Mr. Weiss, is it?
12      What is his name?  David, the person you were talking
13  about?
14      MS. CRAWFORD:  Mm-hm.
15      WALLIS:  Wasn't appropriate for what I needed.  I
16  haven't checked in with them recently yet.  But if he's not
17  appropriate, then I don't think I'm going to utilize it,
18  because I don't think it would be effective for my time.
19  But I'm happy to meet with Mr. Dorey to address his
20  concerns that he has.
21      MS. CRAWFORD:  All right.  So I think his concerns are
22  that, like, how can we get you ready for this test and get
23  you ready to take it.
24      Is that right, Brandon?  Is that where you are?
25      MR. DOREY:  What are you referring to when you say "my

1    concerns"?

2       Our goal here to is get you to take the missing test

3    and get you the necessary help you need in order to prepare

4    for the test, because you -- you have not made up the test

5    up to this point.

6       WALLIS:  Yeah.  I'm planning on making up the test.  I

7    have full intention to take it.

8       MR. DOREY:  And do you need supports with regard to

9    that material?

10      WALLIS:  I mean, I have to look back on it.  It's been

11   awhile since I've seen the material.

12      But there were -- you said that you had other concerns

13   regarding, like, my work and other stuff when you made the

14   placement, and I wanted to address those concerns, too.

15      MS. CRAWFORD:  Wallis, I think that that's a good idea

16   to address that.  I'm concerned that right now the most

17   important thing is for you to do is the work now.  And the

18   recommendation for next year, we can look at at exam time

19   or beyond.  But right now, you're in a place where you

20   missed a test.

21      WALLIS:  Yeah.

22      MS. CRAWFORD:  And we need you to take that test.  We

23   need to make sure you're ready to take that test.

24   Mr. Dorey's here to give you help on that material.

25      WALLIS:  Yeah.

1    MS. CRAWFORD:  And so doing that first is the most

2    important thing.  Doing the test June 11 is the second most

3    important thing.

4    WALLIS:  Yeah.

5    MS. CRAWFORD:  Getting you ready for your exam is the

6    third most important thing.

7    WALLIS:  I mean, in order --

8    MS. CRAWFORD:  And then we'll look at next year.

9    WALLIS:  In order to be, like, ready for all of that,

10   I need to address the concerns that I had, like, earlier in

11   the year.  I think it's just as important to address those

12   concerns as it is to address these concerns.

13   MS. CRAWFORD:  Okay.

14   WALLIS:  So, I mean, math is a cumulative --

15   MS. CRAWFORD:  Mr. Dorey says this test isn't

16   cumulative, the one that you missed.  That is a totally

17   separate unit.  So it's really -- it's good and

18   appropriate, and in our educational assessment, and most

19   importantly Mr. Dorey's educational assessment as the math

20   teacher, that this is the right way forward.

21   MR. DOREY:  Sequences and series is not reliant on

22   knowledge of semester one material.  It's purely numerical.

23   So just an Algebra I foundation is enough to learn that

24   topic.  In fact, it could be in an Algebra I course.

25   Probability is the same.  It's not algebraic.  So it's not

reliant on semester one material.  And exponents and logs,

that unit, is probably the most reliant on semester one

material, but the basics of it.  So you can certainly

address that material with me if you can for help.

MS. CRAWFORD:  Exponents and logs will be June 11.

MR. DOREY:  No.  That's been taken.

MS. CRAWFORD:  Just probability.

MR. DOREY:  That's been taken.  So that will be on the

final exam.

The two remaining tests are sequences and series and

probability.  Neither require any semester one knowledge.

It requires Algebra I knowledge.  And probability doesn't

even require Algebra I.  It's just numerical.  So given

that you've been present for those units, you should be

taking both of the tests.

WALLIS:  Yeah, I am.

MR. DOREY:  And then we can address semester one gaps

before you take the final.

And those are my concerns in terms of moving forward.

So we need those tests to be taken.

MS. CRAWFORD:  And Mr. Dorey is here to help.  So

let's talk about -- do you have a plan for the next two

hours?

You have math help available with Mr. Davidson-Weiss.

And I know your parents don't think he's appropriate.  I

1  would like to say as an administrator in the building who

2  knows Mr. Davidson-Weiss and knows his math background I

3  think he's a hundred percent appropriate and capable to

4  support you in Intensive Algebra II.  I have no question in

5  my mind.

6      Brandon, do you have any questions, any --

7      MR. DOREY:  No.

8      MS. CRAWFORD:  -- worries about Mr. Davidson-Weiss?

9      MR. DOREY:  No.  He's -- yeah, he's credible for --

10     MS. CRAWFORD:  Yeah.

11     WALLIS:  What are his credentials --

12     MS. CRAWFORD:  Okay.

13     WALLIS:  -- just so I know?

14     MR. DOREY:  That would be similar to asking mine.

15 He's a math tutor in the building.

16     MS. CRAWFORD:  Yeah.  And we hired him.  We vetted

17 him.

18     WALLIS:  I mean, how familiar is he with, like, the

19 Algebra II?

20     MS. CRAWFORD:  Very.

21     MR. DOREY:  Very familiar.

22     WALLIS:  Very.

23     MS. CRAWFORD:  Very.  Very.

24     MR. DOREY:  Any teacher in this building here that has

25 been given a math position in any way --

1       MS. CRAWFORD:  Yeah.

2       MR. DOREY:  -- is familiar with Algebra II material.

3       MS. CRAWFORD:  Yeah.

4       So, but, again, I think he's appropriate.  You're

5   telling me that you don't think he's appropriate and your

6   parents don't think he's appropriate.

7       Mr. Dorey is here.  He has time to help you with any

8   questions that you have now through ACA.

9       MR. DOREY:  Any period six, any ACA block, any lunch

10  that meets during a five, six or seven.

11      WALLIS:  All right.

12      MR. DOREY:  Even after school by appointment.  So

13  priority should be getting you ready for the sequences and

14  series test.

15      WALLIS:  I think we should look into prioritizing the

16  other stuff, too.

17      MS. CRAWFORD:  Okay.  So I gave you a plan.  And it's

18  all about your time, Wallis.

19      WALLIS:  Yeah.

20      MS. CRAWFORD:  I think the other part is a priority,

21  but this is time sensitive.  The quarter closes.

22      WALLIS:  Yeah.

23      MS. CRAWFORD:  And you need to have your tests done by

24  the time the quarter closes, so that's why first things

25  first.  Okay?

1        WALLIS:  Okay.

2        MS. CRAWFORD:  Did that make sense that – does that

3    make sense to you?

4        WALLIS:  My -- are my parents aware of this, that

5    you've, like, approached me and that you have this plan set

6    up?

7        MR. DOREY:  Your parents have e-mailed saying we --

8        MS. CRAWFORD:  Asked us to make a plan.

9        MR. DOREY:  -- need to set up a plan to take this

10   test.

11       MS. CRAWFORD:  And remember, I've been saying, "Please

12   invite -- have Wallis come in or have Wallis check in"?

13   And when that didn't happen, I was noticing time's ticking

14   away --

15       WALLIS:  I think it was because they wanted them to

16   reach me and my parents through e-mail.

17       MS. CRAWFORD:  Okay.  So --

18       WALLIS:  So that we could set a plan electronically.

19       MS. CRAWFORD:  Okay.  So do you want me to e-mail them

20   and let them know we had this talk?

21       Just because time is ticking away, Wallis, and --

22       WALLIS:  Yeah.

23       MS. CRAWFORD:  -- I really want you to get this done.

24   I want you to --

25       WALLIS:  It will get done.

1       MS. CRAWFORD:  Okay.  But on time.  Like, you're

2   behind one test.

3       WALLIS:  Yeah.

4       MS. CRAWFORD:  And I know you know that.  So we need

5   to make it up --

6       WALLIS:  I --

7       MS. CRAWFORD:  And then -- or you need to make it up.

8   And then you need to do the June 11 test.

9       WALLIS:  I've had a lot of experience with making up

10  tests and doing work.  I have full confidence that I'll

11  take the test and I'll get it done by the end of year.

12      MS. CRAWFORD:  Okay.  So I would like you to take the

13  June 11 test on time.

14      WALLIS:  Yeah.

15      MS. CRAWFORD:  Okay.  And --

16      WALLIS:  That -- I've been planning to take that test

17  on time.

18      MS. CRAWFORD:  And this one is already -- it's been a

19  lot of days, right?  And I don't want to shame and blame

20  you, but there hasn't been -- like, you haven't moved on

21  getting it done.  So it seemed like your parents said that

22  you needed support.  They said, "Don't wait for Wallis.

23  Don't say that Wallis needs to take the initiative.  Why

24  doesn't Mr. Dorey take the initiative?  Why does -- why

25  don't you take the initiative?"  So I said, "Okay.  If

1  that's what Wallis needs in terms of support to get this

2  done, we can do that."  And so we're taking --

3       MR. DOREY:  They requested that --

4       MS. CRAWFORD:  -- the initiative --

5       MR. DOREY:  -- that we take initiative on --

6       MS. CRAWFORD:  -- to let you know that we want to meet

7  with you, and Mr. Dorey wants to meet with you, and we're

8  here to help you.  And here's the time when Mr. Dorey

9  had -- what Mr. Dorey has to help you.

10      WALLIS:  I mean, I want to know what Mr. Dorey thinks

11  I'm struggling with and what I need to work on.

12      MS. CRAWFORD:  The most important thing, Wallis, is

13  Mr. Dorey thinks you missed the --

14      Sequences and series?

15      MR. DOREY:  Mm-hm.

16      MS. CRAWFORD:  -- sequences and series test.  And in

17  his professional judgment, he thinks the most important

18  thing for you to do right now is to review that material,

19  ask questions, get help on what you need, and take the

20  test.

21      WALLIS:  Okay.

22      MS. CRAWFORD:  Okay?

23      WALLIS:  I've heard that loud and clear now.

24      MS. CRAWFORD:  Good.

25      Okay.  So that's the most important thing.  Early next

1   week is all about the probability test.  And then when we

2   get through those two hurdles, then Mr. Dorey can meet with

3   you.  And we can use Mr. Davidson-Weiss, too, to look at

4   the exponents and logs piece that will also be on the final

5   exam.  And that will get you ready for the final exam, and

6   that's step three.  So Mr. Davidson-Weiss can also meet ACA

7   next week, and you can also do lunches as well.  So -- and

8   we'll -- I can e-mail this plan to your parents so they see

9   it.

10      WALLIS:  I mean, what would you say in the e-mail,

11  just so I know that I agreed to it?

12      MS. CRAWFORD:  I'll put on -- I'll say that -- I'll

13  put you on it, and then if you don't agree to what I say,

14  then you can respond right there.  But I'm essentially

15  going to say, "Here's the plan."

16      WALLIS:  Okay.  What's your plan?  Just for me to take

17  the two tests and then take the final and stuff?

18      MS. CRAWFORD:  Okay.  The plan is -- and you can

19  listen.  I know you're taping.  So the plan is you need to

20  review the sequences and series material.

21      WALLIS:  Okay.

22      MS. CRAWFORD:  Right?

23      Right now, this very minute, you've got two hours

24  where you have a two -- your teacher is here if you have

25  questions.  There's a math -- a fully capable math tutor

1    downstairs if you have questions.  So you should start to

2    review, you should get ready to ask any questions, and you

3    should take -- schedule a time to take the test by the end

4    of the week.  So that gives you today to really work it in

5    and think about it.  Do you know when your free blocks are?

6        WALLIS:  My free blocks are blocks six and four.

7        MS. CRAWFORD:  Do you have another one towards the end

8    of the week where you could take the test?

9        WALLIS:  Not that I know of.  I'd have to look up on

10   iPass.

11       MS. CRAWFORD:  Okay.  So then the next part of the

12   plan is -- So the test this week.  And that you'll look up

13   a time to take it?

14       WALLIS:  Okay.

15       MS. CRAWFORD:  And you'll let Mr. Dorey know?

16       WALLIS:  Yeah.

17       MS. CRAWFORD:  Okay.  Because you'll see him tomorrow

18   in class, right?

19       WALLIS:  Yeah.

20       MS. CRAWFORD:  Beautiful.  Okay.  So that's step one.

21       Then step two, over the weekend -- so that's this

22   week -- you're going to review the probability material.

23       WALLIS:  Yep.  We haven't done all of the probability

24   packets in class yet, so.

25       MS. CRAWFORD:  Yeah.  But you'll be done by Friday,

1 right?

2      MR. DOREY:  Mm-hm.

3      WALLIS:  Is that -- Okay.

4      MS. CRAWFORD:  Because Monday will be the review day,

5 so you'll be able to go in and ask questions in class.

6      WALLIS:  Yeah.

7      MS. CRAWFORD:  If you have further questions in class

8 --

9      WALLIS:  How many days of the -- were -- of there --

10 for the probability packet was there?  Was it 11?

11      MR. DOREY:  Mm-hm.  Our review day is scheduled for

12 Monday.  We'll be through all the packets by Monday.

13      WALLIS:  By Monday.

14      MR. DOREY:  And the test will be Tuesday.

15      MS. CRAWFORD:  Okay.

16      WALLIS:  Okay.

17      MS. CRAWFORD:  So that you're ready.  So you're going

18 to do questions and in-class review, and if you had more

19 questions, lunchtime that day.  You have a morning class,

20 right?

21      Lunchtime that day.  Any third lunch would work,

22 right?

23      WALLIS:  For what?  Taking --

24      MS. CRAWFORD:  If you have further questions --

25      MR. DOREY:  No, for --

1    MS. CRAWFORD:  -- after you review the probability

2    material and you do the in-class review, if you felt like

3    you still had questions on that material --

4        WALLIS:  All right.

5        MS. CRAWFORD:  -- you could go see Mr. Dorey at lunch.

6        MR. DOREY:  Mm-hm.

7        MS. CRAWFORD:  And then the test is June 11, which is

8    just Tuesday.  Okay?  So that's the second part of the

9    plan.

10       The third part of the plan, you're asking about kind

11   of bigger gaps that you have, any -- the question about

12   bigger concerns, right?

13       WALLIS:  Yeah.

14       MS. CRAWFORD:  After you've taken the two tests --

15       What do you think is a good way to address that?  I

16   mean, you already said -- like, we're looking into kind of

17   exponents and logs, that Wallis needs extra review on

18   exponents and logs to do well on the test.

19       MR. DOREY:  So in terms of addressing gaps, we would

20   use something like the mid-term review and have you look at

21   that.

22       WALLIS:  Okay.

23       MR. DOREY:  And circle specific problems that you know

24   are gaps for yourself and address those with some extra

25   help.

1    WALLIS:  Okay.

2        MR. DOREY:  And that's -- so the mid-term review with

3    the solutions -- which we can resend through e-mail -- will

4    be a way for Wallis to self-assess.  And then come to me

5    with questions.  We can fill gaps in any of that material.

6        WALLIS:  Okay.

7        MR. DOREY:  And then Wallis' other concern is the

8    recommendation, and that conversation can begin again when

9    these two tests have been taken, because that will give

10   more information in terms of assisting my recommendation.

11       So as it stands, I have nothing else to say about it,

12   because I haven't had any information since.  But these two

13   tests will give me information about can a student -- any

14   student take a new unit and perform on a test, because

15   that, you know, happens frequently in an intensive class.

16   So these two tests will give me more information regarding

17   your ability to learn a new unit and perform.  And I'll

18   need that in order to continue our conversation.  But as it

19   stands, you know, I stand by my current recommendation.

20       And then the final exam will give me even more

21   information about what I recommend for next year.  And then

22   after the final exam, I'll make my final recommendation for

23   next year.  And then if you disagree, you and your parents

24   may override and take the course that you choose to take

25   regardless.  But that conversation, we can open again when

1    I have more assessments to look at to assess your ability

2    to perform in an intensive class.

3          WALLIS:  Okay.

4          MS. CRAWFORD:  Okay.  So putting some kind of dates on

5    the plan.  So this is for this week.

6          Then the weekend through Tuesday.

7          Then the issue of kind of bigger concerns, kind of the

8    exam and placement.

9          You're going to look at the mid-term review.  So --

10         Is the mid-term review still posted?

11         MR. DOREY:  I'm not sure the link's still active, but

12   I can -- that can be --

13         MS. CRAWFORD:  Do you want to check and see?

14         So --

15         WALLIS:  Is this the one that you assigned for

16   homework, the mid-term review?

17         MS. CRAWFORD:  No, this would be specifically for you

18   to -- since you want to address your gaps from first

19   semester.

20         WALLIS:  So it would be, like, in your packet?

21         MR. DOREY:  I would not recommend doing the whole

22   packet.  I'm going to give you the mid-term review from

23   first semester, which you have.  So I don't --

24         WALLIS:  Right.  I remember in the beginning of this

25   semester we did some type of review.  I don't know if we've

1  already --

2      MR. DOREY:  We did that as well.  But this will be --

3      WALLIS:  So this will be a -- will this be problems

4  that I have or have not seen before?

5      MR. DOREY:  Have.

6      WALLIS:  That I have?

7      MR. DOREY:  I'll give you a copy of it if you don't

8  have your mid-term review from first semester, and you can

9  look through.  You don't need to --

10     WALLIS:  Yeah.

11     MR. DOREY:  -- spend too much time doing those

12 problems.  It's kind of get in the way of your ability to

13 do semester two topics.  But at some point, when you find

14 time, we can look at any questions that you have about

15 semester one before this final exam.  You should be able to

16 tell as you go through the packet what you recognize or

17 what you're unfamiliar with.

18     WALLIS:  Okay.  I think I've already done that packet

19 then if we've -- if you assigned it for something.

20     MR. DOREY:  I'm referring to the semester one mid-term

21 review from last semester, not the -- not this semester's

22 review of the packet.  Review of semester one.

23     WALLIS:  Okay.

24     MR. DOREY:  So this would be something that you would

25 be doing individually to address your own concerns about

1  your gaps from semester one.

2      WALLIS:  Okay.  I'm --

3      MR. DOREY:  (Indiscernible).

4      WALLIS:  I wasn't really concerned about the semester

5  one.  But I -- I wasn't concerned about my knowledge of

6  semester one.  I think it was really you who had the

7  concerns for what I knew about semester one.  So I really

8  want to kind of individualize it to what you think I need

9  to work on and not what I think I need to work on, because,

10 while I probably do definitely need to review some of it, I

11 think in terms of me needing what you want me to do, it

12 would be more helpful if we do that.

13     MR. DOREY:  To get concrete specific, my assessment of

14 your semester one was based on grading your semester one

15 exam and your semester one -- we didn't take semester one

16 test.  So it was grading on your semester one exam, which

17 showed me that there were gaps.  Those exams have since

18 been shredded, because we don't keep them all year.  We

19 keep them for a certain grace period for students to come

20 look at them.  But that gave me concerns.  I don't remember

21 specifically which topics.

22     So for you to give me that information again would

23 require something very time-consuming, like doing an entire

24 semester one test, exam, or review, testing scenario, where

25 I could grade it and see where you lie with that material.

1    But at that time, there were concerns.  And that
2 information doesn't exist now, because we don't keep those
3 exams all year for security reasons.  So if you were
4 interested in me having a specific conversation with you
5 about certain gaps, I'd have to test you on semester one --
6 come up with some sort of assessment.
7    But if you feel that you have no semester one gaps, I
8 feel perfectly comfortable making my recommendation purely
9 off of semester two.  And my recommendation was based on
10 the exponents and logs test, which was a low grade.  So
11 that's why I said we can open up this conversation.  If you
12 prove yourself on the two upcoming tests, that may affect
13 my assessment of your ability to take an Intensive AM
14 class.  So I don't need semester one information at this
15 point.
16    MS. CRAWFORD:  Okay.  So it sounds like the plan is --
17    That was really helpful.
18    The plan is that after the June 11 test Wallis will
19 have a review.  It will include exponents and logs.  And
20 that was a topic that you didn't do well on the first test,
21 right?
22    So was that, like a C?  A C minus?  Lower?  Higher?
23 Where was she?
24    Where were you on your exponents and logs test?
25    WALLIS:  I don't know off the top of my head.

1    MS. CRAWFORD:  Okay.  All right.  So going back to

2    review that material --

3    MR. DOREY:  Mm-hm.  Before the final exam.

4    MS. CRAWFORD:  -- before the final ACA.  So that

5    should be sort of, I think, starting the Tuesday night

6    thing.  Like, we know that there's one more ACA, and

7    there'll be one more long block.  Do you always have long

8    block six lunches free?

9    WALLIS:  No.

10   MS. CRAWFORD:  Okay.  So when you look at your

11   schedule, Wallis, if you would also, not just look up a

12   time to take your test next week, but look up a time where,

13   in addition to ACA, you could get help on exponent and logs

14   so that you get what you need going into the exam.

15   WALLIS:  All right.

16   MS. CRAWFORD:  Because it sounds like what I heard

17   Mr. Dorey say was that he will base his semester -- he will

18   base his recommendation in large part on what happens in

19   semester two.

20   MR. DOREY:  Mm-hm.

21   MS. CRAWFORD:  So making sure you understand all the

22   semester two pieces.  That sound like a reasonable plan?

23   WALLIS:  I'd have to think about it.  I think --

24   before we implement this plan, I think that we should

25   consult it with my parents, because they should have a say

1  in this.  And it's, you know, very important.  It affects
2  my life and their life.
3       And in terms of if you really wanted me to start this
4  first part of the plan now, I think I can start reviewing
5  on my own.
6       MS. CRAWFORD:  Great.  Good.
7       WALLIS:  If you have any questions -- if I have any
8  questions, I can come and ask you, but --
9       MS. CRAWFORD:  Great.
10      WALLIS:  -- I don't have any right now.
11      MS. CRAWFORD:  Great.  That's good.
12      MR. DOREY:  Okay.
13      MS. CRAWFORD:  Excellent.  Excellent.
14      WALLIS:  But I think before I can accept this plan, I
15  need to make sure that everyone is on board with it, and
16  that includes my parents.
17      MS. CRAWFORD:  So I like that you're going to review
18  the math now.
19      WALLIS:  Yeah.
20      MS. CRAWFORD:  And you can ask any questions.
21      WALLIS:  And --
22      MS. CRAWFORD:  And you're going to let Mr. Dorey know
23  about the test date.  You're going to see Mr. Dorey in
24  class again tomorrow.  So if you have any questions, you
25  could arrange to see him in a third lunch -- just ask if

1  you could do that -- to make sure that you're ready for the
2  sequences and series test that you should take this week.
3      WALLIS:  Yeah.  I need to -- well, that is if I do
4  decide to accept this plan; which I have to think over.  I
5  don't think I can definitely accept it right now.
6      MS. CRAWFORD:  Okay.  So I want you to know that it's
7  really important that you take the tests to prepare for the
8  exams.
9      WALLIS:  And I will take the tests.
10     MS. CRAWFORD:  Okay.
11     WALLIS:  I'm not saying I won't take the tests.
12     MS. CRAWFORD:  Okay.  And we would like you to -- I'm
13  giving this to you as your administrator.  And I think that
14  Brandon will back me as a teacher.  I'm saying it's in your
15  educational best interests to do this test this week,
16  because otherwise it's going to pile up too far.
17     WALLIS:  Yeah.
18     MS. CRAWFORD:  Okay?
19  So you --
20     WALLIS:  Yeah.
21     MS. CRAWFORD:  So that's extremely important.  It's in
22  your educational interests to do that --
23     WALLIS:  Yeah.
24     MS. CRAWFORD:  -- right?
25     Because, otherwise, it's just going to be too much,

1  and you're going to head into an exam not having taken the

2  tests and not having done the back -- that's too much.

3  It's a set-up, Wallis.

4         WALLIS:  I'll --

5         MS. CRAWFORD:  So --

6         WALLIS:  I'll evaluate my educational interests and

7  I'll decide.  I mean, if anything, we can, you know, do

8  another plan that will be just as well.  But --

9         MS. CRAWFORD:  I don't know if I would support that,

10  just so you know.  Given the information that I have now --

11         WALLIS:  Right.  So since we have -- all right.  How

12  about since we haven't consulted all parties, we can wait

13  --

14         MS. CRAWFORD:  I'm happy to tell your parents.  So

15  right now -- I'll e-mail them right now.

16         WALLIS:  All right.

17         MS. CRAWFORD:  But what I want you to know is I want

18  you to review for the sequences and series test, get ready,

19  ask any questions, learn the material -- relearn it,

20  because it's been longer than --

21         WALLIS:  Okay.

22         MS. CRAWFORD:  -- it should have been.  So you need to

23  go back and you need to get it done.  Okay?

24         WALLIS:  Okay.

25         MS. CRAWFORD:  Great.  Fantastic.

1    WALLIS:  In general, I feel very uncomfortable being

2  approached like this and not knowing that I was going to

3  have a meeting like this.  So in the future, can you just

4  tell me that you are going to meet with me?

5    MS. CRAWFORD:  So, remember I put on the bottom of the

6  e-mail on Monday, you know, Wallis should come see JK or

7  me.  We need to talk about a plan."  I said, "You could

8  have Wallis e-mail me and set up a time" --

9    WALLIS:  And I think --

10    MS. CRAWFORD:  -- "if that's not okay" --

11    WALLIS:  -- my parents said --

12    MS. CRAWFORD:  -- she could -- "I could send Dave

13  Cole".  The issue with me is --

14    WALLIS:  My parents --

15    MS. CRAWFORD:  Hold on.  The issue is --

16    Let me finish.

17    WALLIS:  Okay.

18    MS. CRAWFORD:  The issue is that time is going by.

19  Mr. Dorey is here now.  Mr. Dorey is free now.  We have --

20  and I'm going to let you go, because I know you need to

21  work on your math and get extra support.

22  Mr. Davidson-Weiss is ready right now, and I didn't want

23  you to miss that opportunity, Wallis.

24    WALLIS:  My parents weren't okay with you doing that.

25  You said that Wallis should come to you.  And then my

1　parents replied saying, "Wallis will not come to you at the

2　moment.  Let's discuss these plans over e-mail before you

3　approach her, before she approaches you."

4　　　　MS. CRAWFORD:  I didn't --

5　　　　WALLIS:  I believe that's -- there is something along

6　those lines.

7　　　　MS. CRAWFORD:  I didn't exactly see that.

8　　　　But, again, I'm -- I feel like -- you realize I feel

9　stuck because I made a plan.  Time is going by.  The

10　quarter's going by and we need this --

11　　　　WALLIS:  That's probably because my parents didn't

12　accept that plan --

13　　　　MS. CRAWFORD:  Yeah.

14　　　　WALLIS:  -- for me.

15　　　　MS. CRAWFORD:  So they want us to get you extra help

16　at the -- and so we've arranged a set-up for extra help.

17　And here it is.

18　　　　So I'm going to stop now, because I think this is

19　important that you know that you have these resources

20　available to you for another hour and a half today, and

21　tomorrow's another day and you can meet with Mr. Dorey at

22　lunch.  So these --

23　　　　WALLIS:  Okay.

24　　　　MS. CRAWFORD:  -- resources are available.  And I just

25　-- it was a time issue.

1    WALLIS:  I'm --

2    MR. DOREY:  You can confirm with your parents that

3    they wanted us to initiate a plan to help you catch up with

4    the sequences and series unit.  That was their request,

5    that we make a plan to get you in for help and to get you

6    ready for that test.  So that was by their request.  You

7    can confirm that with them.

8    WALLIS:  They wanted you to make a plan, but they

9    wanted you to send the plan to my parents, and they wanted

10   to approve the plan before we start the plan.

11   MR. DOREY:  And we'll send the e-mail out.

12   MS. CRAWFORD:  So we'll stop the meeting now.

13   WALLIS:  But --

14   MS. CRAWFORD:  So --

15   WALLIS:  -- in general please --

16   MS. CRAWFORD:  We'll stop the meeting now.  I will

17   send that.

18   WALLIS:  In general, please schedule a meeting with

19   me.  I don't like being approached like this unexpectedly.

20   MS. CRAWFORD:  So --

21   WALLIS:  I feel very uncomfortable.

22   MS. CRAWFORD:  So let's -- so, Wallis, let's talk

23   about how we could do that, because I -- your parents don't

24   want me to e-mail you.

25   WALLIS:  You can do it through my parents' e-mail.

1          MS. CRAWFORD:  So I did already kind of ask, and they

2     -- I'm just put in this place where, like, we have to set

3     something up, because time iss going by.  Can you

4     understand, like, where I am on that?

5          I really wanted to get this plan --

6          Thanks, Brandon.

7          I really wanted to get this plan going for you,

8     because it feels like, gosh, your parents don't -- Wallis

9     needs help and resources.  So I set up all the help and

10    resources, but it doesn't help if in the limited time you

11    have free, like, you don't know you have them.  Like, so if

12    we waited all that time, like it's just another --

13         WALLIS:  I don't --

14         MS. CRAWFORD:  -- day going by.

15         WALLIS:  You could have just sent the plan that you

16    told me in person.  And they would have replied tonight.  I

17    don't think that that --

18         MS. CRAWFORD:  Wallis, when is your --

19         WALLIS:  -- would have taken any longer.

20         MS. CRAWFORD:  -- free block?

21         WALLIS:  My free block is block six and four.

22         MS. CRAWFORD:  Yeah.  So you have free now, and you

23    had ACA now.  And those are the times that your teacher was

24    here to help you.  So that's why tonight --

25         WALLIS:  Well --

1     MS. CRAWFORD:  -- you would have missed a whole other
2  Wednesday.  Right?
3     WALLIS:  You said before I just had to start
4  reviewing.  So I was going to start reviewing now, and then
5  I would have, like, utilized him later.  I don't think you
6  really needed to approach me in a way like this.
7     MS. CRAWFORD:  Okay.  I guess that's that's stuck
8  (phonetic).  I approached you in the way that I would have
9  approached any kid who was in this situation, because
10  that's just, like, my job, that's what I do.  I approach
11  kids all day long.
12     WALLIS:  Well --
13     MS. CRAWFORD:  And I ask people to come see me, and I
14  have (indiscernible) kids come see me.  It's just how we do
15  it here.
16     I want to introduce you to Mr. Davidson-Weiss.  If you
17  decide to use him, that's great.
18     WALLIS:  I've already decided that I'm not going to
19  use him now.  If I do decide to use him, I'd be happy for
20  you to introduce me to him another day.
21     MS. CRAWFORD:  Okay.
22     WALLIS:  Thank you.
23  (End of recording.)
24
25

1    We, Cambridge Transcriptions, an Approved Court

2    Transcriber, do hereby certify that the foregoing is a true

3    and accurate transcript from the audio recording in the

4    above-entitled matter provided to us by Mrs. W.

5

6    We, Cambridge Transcriptions, further certify that the

7    foregoing is in compliance with the Administrative Office

8    of the Trial Court Directive on Transcript Format.

9

10   We, Cambridge Transcriptions, further certify that we

11   neither are counsel for, related to, nor employed by any of

12   the parties to the action in which this hearing was taken,

13   and further that we are not financially nor otherwise

14   interested in the outcome of the action.

15

16   _____

17   Buchanan Ewing

18   _12/29/2016_____

19   Date

20

21   675 Massachusetts Avenue, Cambridge, MA 02139

22   617-547-5690

23   buck@ctran.com

24

25

# EXHIBIT
a

01/17/15

**Student Progress Report**
**January 17, 2015**
**Intensive Algebra II 316A-01**
**Q1**

Dorey
Lincoln-Sudbury Regional High School
Abs: 11
Tar: 1

S 10 Counselor: Fair

`1 Grade: 73.58%

| Categories | Grade |
|---|---|
| • Optional quizzes | 100.00 % (6 of 6) |
| • Tests | 72.00 % (72 of 100) |

| Date | Category | Assignment | Score | % Grade |
|---|---|---|---|---|
| 10/09 | Tests | Tests on P.1-P.5 and binary operations (20% partial back) | 72.00 of 100 | 72.00 % |
| 09/20 | Optional quizzes | optional quiz 9/20 | 2.00 of 2 | 100.00 % |
| 09/06 | Optional quizzes | optional quiz 9/6 | 2.00 of 2 | 100.00 % |
| 08/29 | Optional quizzes | Optional quiz 8/29 | 2.00 of 2 | 100.00 % |

## MISSING:

| Assigned Date | Due Date | Category | Assignment | Possible Points |
|---|---|---|---|---|
| 11/09 | 11/09 | Tests | Test through function notation | 100 |
| 11/06 | 11/06 | Homework | HW grade Q1 | 100 |
| 10/25 | 10/25 | Tests | Test through polynomial division | 100 |
| 10/22 | 10/22 | Quizzes | Word problem quiz | 30 (100) |