UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>MR. AND MRS. W.,<br><br>Defendants<br><br>WALLIS and<br>MR. and MRS. W.,<br><br>Plaintiffs-in-Counterclaim<br><br>v.<br><br>LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT and<br><br>BUREAU OF SPECIAL EDUCATION APPEALS,<br><br>Defendants-in-Counterclaim. | Civil Action<br>No. 1:16-CV-10724-FDS |

## AFFIDAVIT OF JEFFREY M. SANKEY

I, Jeffrey M. Sankey, upon oath, do depose and state as follows:

1.  I am graduate of Boston University School of Law and was admitted to the Massachusetts bar in 1987 and the Rhode Island bar in 1993. I am also a member of the bars of the United States District Courts in Massachusetts and Rhode Island and the United States Supreme Court.

2.  I am a principal in the law firm, Sankey Law Offices, P.C., with an office at 25 Braintree Hill Park, Suite 200 in Braintree, Massachusetts. A significant portion of my practice has been in the area of special education law, primarily representing students in disputes with

school districts since 2000. To a lesser extent, I have occasionally represented school districts in special education matters.

3. This affidavit is submitted in reference to the fee petition submitted on behalf of the school district by Attorney Doris MacKenzie Ehrens in the matter of <u>Lincoln Sudbury Regional School District v. Mr. and Mrs. W., United States District Court Civil Action No. 16-CV-10724FDS and In Re. Lincoln Sudbury Regional School District, 15-2427</u>.

5. I am familiar with Attorney Ehren's experience and reputation as an attorney in the area of special education law. I am also familiar with the hourly rates customarily charged by attorneys of Attorney Ehrens' experience in the community.

6. Based upon my knowledge of Attorney Ehrens' experience and reputation, and my knowledge of the customary hourly rates charged in this community, I believe that hourly rates of $225 to $300 per hour are within the range of fees customarily charged by attorneys practicing in the area of special education, and it is my opinion that her rate of $225.00 and the rate of the other attorneys in her firm who also participated to a lesser extent in the defense of these cases at between $225 and $245 per hour is fair and reasonable and is representative of the rates prevailing in the community.

Signed under the pains and penalties of perjury this 17th day of March 2017.

Jeffrey M. Sankey

981332v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June, 2017, I served a copy of the foregoing electronically through the CM/ECF system on all counsel of record for the parties.

/s/ Doris R. MacKenzie Ehrens
Doris R. MacKenzie Ehrens

981332v1