UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT, | )<br>)<br>) |
| Plaintiff and Counterclaim-Defendant, | )   Civil Action No.<br>)<br>)   16-10724-FDS |
| v. | ) |
| MR. and MRS. W., | ) |
| Defendants and Counterclaim-Plaintiffs, | ) |
| and | ) |
| WALLIS W., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| BUREAU OF SPECIAL EDUCATION APPEALS, | ) |
| Counterclaim-Defendant. | ) |

## ORDER ON BRIEFING SCHEDULE

**SAYLOR, J.**

On January 25, 2018, this Court issued a memorandum and order awarding plaintiffs reasonable attorneys' fees and costs associated with the administrative proceeding before the BSEA and this litigation. The amount of such fees and costs has not yet been determined. The Court hereby orders the following briefing schedule concerning the calculation of those fees and costs:

1. Plaintiffs shall file a memorandum and supporting affidavits and exhibits by February 27, 2018.

2. Any opposition to plaintiffs' memorandum shall be filed by March 13, 2018.

3. Any reply memoranda to oppositions shall be filed by March 20, 2018.

**So Ordered.**

Dated: February 12, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge