UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                        )
LINCOLN-SUDBURY REGIONAL                )
SCHOOL DISTRICT,                        )    Civil Action
                                        )    No. 1:16-CV-10724-FDS
                    Plaintiff,          )
v.                                      )
                                        )
MR. AND MRS. W,                         )
                                        )
                    Defendants          )
WALLLIS and                             )
MR. and MRS. W.,                        )
                                        )
           Plaintiffs-in-Counterclaim   )
v.                                      )
                                        )
LINCOLN-SUDBURY REGIONAL                )
SCHOOL DISTRICT and                     )
                                        )
BUREAU OF SPECIAL EDUCATION             )
APPEALS,                                )
           Defendants-in-Counterclaim.  )
_____ )
```

## LINCOLN-SUDBURY REGIONAL SCHOOL DISTRICT'S
## MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rules of Civil Procedure, Rule 54(d), the Plaintiff/Defendants-in-Counterclaim, Lincoln-Sudbury Regional School District ("Lincoln-Sudbury") moves this Honorable Court to award it reasonable attorney's fees in litigating this action. Lincoln-Sudbury requests a total of $202,791.50 in reasonable attorney's fees and $5,167.61 in costs.

This motion is based upon the pleadings and records previously filed, which are incorporated herein and is supported by the memorandum of law, and the affidavits of

Jeffrey M. Sankey, Esq., Michael J. Joyce, Esq., Mary Ellen Sowyrda, Esq., and Felicia S. Vasudevan, Esq., which are filed herewith.

As the prevailing party, pursuant to this Honorable Court's Memorandum and Order on Cross-Motions for Summary Judgment and Defendants' Motion to Reverse the Decision of the Bureau of Special Education Appeals, Lincoln-Sudbury requests that this motion be granted.

>MURPHY, HESSE, TOOMEY & LEHANE, LLP
>Attorneys for the Lincoln-Sudbury Regional School District,
>
>By_/s/ Felicia Vasudevan_____
>   Felicia Vasudevan, Esq.
>   BBO # 687463
>   Doris R. MacKenzie Ehrens, Attorney at Law
>   BBO #544252
>   300 Crown Colony Drive, Suite 410
>   Quincy, MA 02269-1923
>   (617) 479-5000

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel for Plaintiff/Defendants-in-Counterclaim hereby certifies that her counterpart, Attorney Ehrens, communicated with Attorney John Morrissey, counsel for the Plaintiff/Defendants-in-Counterclaim in a good faith attempt to resolve or narrow the issue. The parties were unable to resolve the matters presented.

>By_/s/ Felicia Vasudevan_____
>   Felicia Vasudevan, Esq.

## CERTIFICATE OF SERVICE

I, Felicia Vasudevan, hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel of record for the Defendant/Plaintiff-in-Counterclaim and to counsel of record for the Bureau of Special Education Appeals, on this 29th day of March, 2018.

/s/Felicia Vasudevan
Felicia Vasudevan

1062612v1