# EXHIBIT 1

| Date | Staff | Services for Unrelated Issues - Billings Include Time to Investigate State Court Case, OML and other Unrelated Matters<br><br>Non-Core Tasks (in red) | Single Task Hours | Hourly Rate | Single Task $ | Block Billing Hours | Block Billing $ | Notes |
|---|---|---|---|---|---|---|---|---|
| 11/13/14 | DME | Conference with V. concerning motion to dismiss and restating legal issues; Review more interrogatory answers; Work on drafting answers to interrogatories; Emails with Ramos with questions; Telephone conference with Attorney Tobin for Sudbury; Call in to Attorney Mercier | | $225 | $- | 2.5 | $563 | |
| 12/19/14 | DME | Emails with client reviewing OML complaint; Check AG OML law complaint provisions and respond to client; Finalize answers to first and second set of parents; interrogatories and response to second request for productions. Correspondence with hearing officer | | $225 | $- | 6.0 | $1,350 | OML |
| 1/5/15 | DME | Email communications with client concerning AG OML investigation | 0.1 | $225 | $22.50 | | $- | OML |
| 1/29/15 | DME | Review email from parents. Email client concerning same and witness list; Extensive email response to client concerning...OML...; Emails with client | | $225 | $- | 1.2 | $270 | OML |
| 2/2/15 | DME | Review email and attachments from parents...; Email communications with client reviewing School Committee's proposed letter to the Ws and press inquiry. Investigate school physician and issue concerning son at private school. Email parents concerning discovery...; Begin Dorey direct exam; Work on Mrs. W. cross | | $225 | $- | 4.2 | $945 | School Cmtee - OML Related |
| 2/3/15 | DME | Review mother's response to School Committee chair's email communications with client with client concerning alleged invasion of privacy issue; Review parents' letter to HO...; Telephone conference with Ramos; Begin work on opposition to parents' motion to compel..production | | $225 | $- | 6.2 | $1,395 | School Cmtee - OML Related |
| 2/23/15 | DME | Email communications with client concerning hearing dates and school committee documents...;Review e-mail from Landmark math tutor...;Emails with Dorey concerning same; Research math curriculum...;Continue drafting and supplementing witness questions... | | $225 | $- | 4.1 | $923 | School Cmtee - OML Related |
| 2/26/15 | DME | Review correspondence from parents (dated 2/25/15) concerning request for subpoenas...and draft response; Conference with Ciampoli concerning Ws and research parents. Email communications with Lynn Carlson (out-of-district coordinator) concerning Wallis' brother. Locate brother's BSEA hearing decision and review it (98 pages). | | $225 | $- | 6.6 | $1,485 | |

| Date | Atty | Description | Hours | Rate | Amount | Hours | Amount | Matter |
|---|---|---|---|---|---|---|---|---|
| 2/27/15 | DME | Review email communications and head policy forms and documents from Kramer, Jason and Gilman from client; Call into client; Email client concerning submission of concussion protocol; Email client and Ws | | $225 | $- | 0.4 | $90 | Head Injury Reg |
| 3/2/15 | DME | Email documents from teachers to parents with new head injury protocol documents | 1.0 | $225 | $225.00 | | $- | Head Injury Reg |
| 3/5/15 | DME | Email communications with client; Review parents' complaint about breach of confidentiality and email client concerning school committee letter; Review OML/public records requests…and correspondence to Ramos concerning same | | $225 | $- | 3.2 | $720 | School Cmtee - OML Related |
| 3/18/15 | DME | Telephone conference with Ramos concerning correspondence from public records division. Review correspondence…; Draft response. Email Ramos. | 1.6 | $225 | $360.00 | | $- | Public Records |
| 10/29/15 | DME | Telephone conference with Ramos. Brief review of state court complaint. Review 11/9/14 and 1/14/15 orders and ruling and email Ramos concerning issues to be addressed in BSEA proceeding and failure to exhaust administrative remedies | | $225 | $- | 0.5 | $113 | State case |
| 11/25/15 | DME | Review voice message from Attorney Davis, return call and leave message | 0.1 | $225 | $22.50 | | | State case |
| 12/2/15 | DME | Lengthy telephone conference with Attorney Davis concerning case and BSEA hearing; Review motion to dismiss and memo in support thereof | 1.1 | $225 | $247.50 | | $- | State case |
| 1/6/16 | DME | To LS for hearing; reading transcript; Emails and telephone conference with Attorney Dowling…; Cross-exam prep | | $225 | $- | 7.5 | $1,688 | State case |
| 1/7/16 | DME | To LS for hearing; Email communications with Attorney Dowling concerning hearing status; Email communications with client…; Continue reviewing transcript in prep for closing arguments | | $225 | $- | 7.6 | $1,710 | State case |
| 2/22/16 | DME | Work on supplementing draft closing argument; Email communications with Dowling…concerning hearing status and case | | $225 | $- | 4.3 | $968 | State case |
| 4/5/16 | DME | Emails with Dowling concerning fiing a complaint for attorneys' fees. Email communications with Attorney Dowling concerning decision and forwarding copy | 0.5 | $225 | $112.50 | | $- | State case |
| 4/28/16 | DME | Check online docket for status of damages case. Email communications with insurance defense counsel concerning status of parents' case; Review opposition in connection with proof of improper purpose; Calendar argument on motion to dismiss | | $225 | $- | 2.9 | $653 | State case |

| Date | Atty | Description | Hours | Rate | Fees | Hours | Fees | Category |
|---|---|---|---|---|---|---|---|---|
| 5/11/16 | DME | Review email from insurance defense counsel concerning hearing on…and email counsel copies of hearing transcript (six volumes); Follow-up with P. Rivera concerning lack of returned waivers… | | $225 | $- | 0.6 | $135 | State case |
| 5/13/16 | DME | Review email from Mrs. W. concerning service of process waivers and waivers from both…;Email communications with client (this involved a different case) | 0.2 | $225 | $45.00 | | $- | Different Case |
| 8/16/16 | DME | To and from Middlesex Superior Court in Woburnfor oral argument on LS motion to dismiss. Conference with Attorney Dowling; Email client concerning hearing | 4.6 | $225 | $1,035 | | $- | State case |
| 10/14/16 | DME | Review email from Attorney Dowling concerning dismissal of superior court action and respond; Review court order…; Email Ramos concerning same; Review email and voicemail from Ramos…concerning dismissal of superior court action seeking damages | 0.6 | $225 | $135.00 | | $- | State case |
| 11/17/16 | DME | Review email from Attorney Dowling…; Review motion for reconsideration and insurance defense attorney's opposition | 0.5 | $225 | $112.50 | | $- | State case |
| 11/28/16 | DME | Review Ws motion for reconsideration and insurance defense counsel's opposition; Email Dowling | 0.6 | $225 | $135.00 | | $- | State case |
| 12/13/16 | DME | Email communications with Attorney Dowling concerning Superior Court action... Email client concerning same | 0.3 | $225 | $67.50 | | $- | State case |
| 12/14/16 | DME | Emails with Ramos concerning Ws superior court case dismissal, reconsideration denied, and possible appeal | 0.1 | $225 | $22.50 | | $- | State case |
| 3/10/17 | DME | Email Dowling concerning appeals status | 0.1 | $225 | $22.50 | | $- | State case |
| 3/16/17 | DME | Search for BSEA decision concerning Wallis' brother; Email communications with client to confirm decision relates to Wallis' brother; Investigate W. representation pre-BSEA case…; Search DMS for examples of Ws vitriole | | $225 | $- | 5.1 | $1,148 | |
| | | *Subtotal Hours and Fees on Unrelated Issues* | **11.4** | | **$2,565** | **62.9** | **$14,153** | |
| | | **TOTAL HOURS AND FEES CONCERNING UNRELATED MATTERS** (Individual Tasks and Block Billings) | **74.3** | Total Hrs | **$16,718** | Total $ | | |

3