# EXHIBIT 2

| Date | Staff | Services for Creating Simple, Short Affidavits<br>Non-Core Tasks (in red) | SingleTask Hours | Hourly Rate | Single Task $ | Block Billing Hours | Block Billing $ | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/3/17 | DME | Email s with MES regarding affidavit to support motion for summary judgment concerning attorneys' fees | 0.1 | $225 | $22.50 | | $- | |
| 3/6/17 | DME | Leave voicemail for accounting...Work on affidavit in support of motion...for attorneys' fees and record references. | | $225 | $- | 2.5 | $563 | Includes billings work |
| 3/7/17 | DME | Call with Sankey regarding fees. Review his email. Work on Affidavit in Support of Motion | 2.7 | $225 | $607.50 | | $- | |
| 3/15/17 | DME | Call Joyce and leave message; Telephone conference with Joyce concerning affidavit for prevailing rates; Email paralegal concerning joint motion to extend time..; Emails with Spector concerning supplemental record...; Email reminder to Sankey concerning his affidavit...; Search DMS for examples of Ws vitriole | | $225 | $- | 7.4 | $1,665 | |
| 3/15/17 | MES | Consultation with Ehrens regarding affidavit concerning prevailing rates | 0.2 | $240 | $48.00 | | $- | |
| 3/17/17 | DME | Draft Sowyrda affidavit in support of...fees; Emails with MES concerning affidavit...and contact information for Joyce; Review e-notice from court granting motion for extension of time to file motion for summary judgment; Telephone conferences and emails with MES concerning her affidavit...for attorneys; fees; Revise/supplement draft motion for fees with list of affidavits...; Review/revise Sankey affidavit; Review Sankey's draft affidavit in support of...fees and email him concerning including applicable fees rates; Review e-notice from court granting extension of time for filing motion | | $225 | $- | 4.3 | $968 | |
| 3/17/17 | MES | Consultation with Ehrens regarding affidavit for fees | 0.2 | $240 | $48.00 | | $- | |
| 3/20/17 | MES | Review and revise affidavit regarding attorneys' fees and prevailing rate | 0.3 | $240 | $72.00 | | $- | |
| 3/20/17 | MES | Consultation with Ehrens regarding affidavit for hourly rate | 0.4 | $240 | $96.00 | | $- | |
| 3/20/17 | DME | Investigate parents 2013 representation; Telephone and emails with MES concerning her involvement with case in October 2013...; Conference with paralegal concerning redacting bills; Receive and review signed Sankey affidavit | | $225 | $- | 2 | $450 | Includes billings work |

| Date | Atty | Description | | Rate | | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 4/21/17 | DME | Email communications with Spector and Morrissey concerning documents for record supplementation; Work on affidavit in support of motion for fees; Email paralegal concerning schedule and work needed on billing exhibits | | $225 | $- | 1.2 | $270 | Includes billings work |
| 4/28/17 | DME | Telephone conference with Spector concerning motion schedule; Calendar dispositive motion deadlines; Prepare form of affidavit for Joyce; Email Joyce concerning schedule… | | $225 | $- | 0.5 | $113 | |
| 5/2/17 | DME | Review Joyce email concerning affidavit | 0.1 | $225 | $22.50 | | $- | |
| 5/9/17 | DME | Review research of 1st Circuit and Saylor's…cases; Draft items for concise statement of material facts and affidavit of counsel | | $225 | $- | 2.7 | $608 | |
| 5/10/17 | DME | Review edits to printed bill detail and conference with paralegal…; Edit affidavit in support of motion for summary judgment on fees | | $225 | $- | 0.7 | $158 | Includes billings work |
| 5/16/17 | DME | Review email and draft affidavit from Joyce; Revise affidavit and forward to Joyce; Email Wong conerning claim for attorneys' fees…;Telephone conference with paralegal concerning billing documentation | | $225 | $- | 1.0 | $225 | Includes billings work |
| 5/23/17 | DME | Follow-up email to Joyce concerning affidavit | 0.1 | $225 | $22.50 | | $- | |
| 5/24/17 | DME | Phone call with Joyce concerning affidavit; Revise Joyce affidavit and email revised version to Joyce…;. Receive and review scanned affidavit and print | 0.5 | $225 | $112.50 | | $- | |
| 5/27/17 | DME | Update Sowyrda affidavit and note to her; Evaluate all billing documents for missing data; Search DMS for missing statements; Email paralegal...about missing documents…; Total fees and costs related to BSEA, USDC case, and document requests and complaints against nurses and athletic trainer; Create Exhibit A to affidavit to summarize costs and fees incurred; Update affidavit; Begin supplemental memo in support of motion...for fees with record sites | | $225 | $- | 8.0 | $1,800 | Includes billings work and work related to nurses and athletic trainer cases |
| 5/31/17 | MES | Read and sign affidavit re extra fees | 0.2 | $240 | $48.00 | | $- | |
| 6/5/17 | DME | Revising memo in support of motion for summary judgment; Revise affidavit of counsel; Draft motion for summary judgment concerning fees; Finish drafting concise statement of material facts and supplement record citations | | $225 | $- | 8.2 | $1,845 | |
| 6/6/17 | DME | Revise affidavit of counsel; Edit affidavit of counsel | 1.3 | $225 | $292.50 | | $- | |

2

| Date | Atty | Description | Hours | Rate | Amount | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/14/18 | FSC | Emailed Sankey and Joyce about updated affidavits; Edited Joyce affidavit; Reviewed memo and motion of law for updating; Email Ehrens on finalizing motion and memo; Updated Sankey's affidavit | | $235 | $- | 0.8 | $188 | Versus prior, Joyce & Sankey affidavits not changed |
| 3/15/18 | FSC | Conference with Ehrens about the memo of law and affidavits | 0.4 | $235 | $94.00 | | $- | |
| | | ***Subtotal Hours and Fees to Create Affidavits to Concerning Billing Rates*** | ***6.5*** | | ***$1,486*** | ***39.3*** | ***$8,851*** | |
| | | **TOTAL HOURS AND FEES TO CREATE AFFIDAVITS TO ASSERT REASONABLE BILLING RATES (Individual Tasks and Block Billings)** | **45.8** | **Total Hrs** | **$10,337** | **Total $** | | |