# EXHIBIT A



**THOMSON REUTERS** THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000333096<br>MURPHY HESSE TOOMEY & LEHANE LLP<br>QUINCY, MA 02169-0904 | CLIENT/REFERENCE DETAIL<br>NOV 01, 2014 - NOV 30, 2014 | | INVOICE # 830855492<br>POSTING # 6097848040 | | PAGE<br>7 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| TOTAL ▬▬▬ CHARGES | :00S | 12S | :00S | 0S | 198.00S |
| ▬▬▬ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 1 | | | 99.00 |
|     DOCUMENT DISPLAYS | | 12 | | | 0.00 |
|     KEYCITE | | 2 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 15I | :00I | 0I | 99.00I |
| TOTAL ▬▬▬ CHARGES | :00S | 15S | :00S | 0S | 99.00S |
| ▬▬▬ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 2 | | | 198.00 |
|     DOCUMENT DISPLAYS | | 7 | | | 49.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 9I | :00I | 0I | 247.00I |
| TOTAL ▬▬▬ CHARGES | :00S | 9S | :00S | 0S | 247.00S |
| ▬▬▬ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 2 | | | 198.00 |
|     DOCUMENT DISPLAYS | | 10 | | | 196.00 |
|     KEYCITE | | 1 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 13I | :00I | 0I | 394.00I |
| TOTAL ▬▬▬ CHARGES | :00S | 13S | :00S | 0S | 394.00S |
| LINC04.00035 | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 10 | | | 990.00 |
|     DOCUMENT DISPLAYS | | 29 | | | 0.00 |
|     KEYCITE | | 1 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 40I | :00I | 0I | 990.00I |
| TOTAL LINC04.00035 CHARGES | :00S | 40S | :00S | 0S | 990.00S |
| ▬▬▬ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 4 | | | 297.00 |
|     DOCUMENT DISPLAYS | | 2 | | | 0.00 |

* INCLUDES APPLICABLE TAXES      1000333096      Z


| ACCT# 1000333096 MURPHY HESSE TOOMEY & LEHANE LLP QUINCY, MA 02169-0904 | CLIENT/REFERENCE DETAIL DEC 01, 2014 - DEC 31, 2014 | | INVOICE # 831045441 POSTING # 6098522894 | | PAGE 6 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 4I | :00I | 0I | 148.00I |
| TOTAL ▇▇▇▇ CHARGES | :00S | 4S | :00S | 0S | 148.00S |
| ▇▇▇▇ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 4 | | | 396.00 |
| DOCUMENT DISPLAYS | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 0I | 396.00I |
| TOTAL ▇▇▇▇ CHARGES | :00S | 5S | :00S | 0S | 396.00S |
| ▇▇▇▇ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 99.00 |
| DOCUMENT DISPLAYS | | 13 | | | 196.00 |
| KEYCITE | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 16I | :00I | 0I | 295.00I |
| TOTAL ▇▇▇▇ CHARGES | :00S | 16S | :00S | 0S | 295.00S |
| ▇▇▇▇ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 11 | | | 1,089.00 |
| DOCUMENT DISPLAYS | | 52 | | | 0.00 |
| KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 64I | :00I | 0I | 1,089.00I |
| TOTAL ▇▇▇▇ CHARGES | :00S | 64S | :00S | 0S | 1,089.00S |
| ▇▇▇▇ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 7 | | | 495.00 |
| DOCUMENT DISPLAYS | | 19 | | | 147.00 |
| KEYCITE | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 28I | :00I | 0I | 642.00I |
| TOTAL ▇▇▇▇ CHARGES | :00S | 28S | :00S | 0S | 642.00S |
| LINC04.00035 | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 17 | | | 1,584.00 |

* INCLUDES APPLICABLE TAXES                                          1000333096                Z


| ACCT# 1000333096 MURPHY HESSE TOOMEY & LEHANE LLP QUINCY, MA 02169-0904 | CLIENT/REFERENCE DETAIL DEC 01, 2014 - DEC 31, 2014 | | INVOICE # 831045441 POSTING # 6098522894 | | PAGE 6 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 4I | :00I | 0I | 148.00I |
| TOTAL ▮▮▮ CHARGES | :00S | 4S | :00S | 0S | 148.00S |
| ▮▮▮ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 4 | | | 396.00 |
|   DOCUMENT DISPLAYS | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 0I | 396.00I |
| TOTAL ▮▮▮ CHARGES | :00S | 5S | :00S | 0S | 396.00S |
| ▮▮▮ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 1 | | | 99.00 |
|   DOCUMENT DISPLAYS | | 13 | | | 196.00 |
|   KEYCITE | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 16I | :00I | 0I | 295.00I |
| TOTAL ▮▮▮ CHARGES | :00S | 16S | :00S | 0S | 295.00S |
| ▮▮▮ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 11 | | | 1,089.00 |
|   DOCUMENT DISPLAYS | | 52 | | | 0.00 |
|   KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 64I | :00I | 0I | 1,089.00I |
| TOTAL ▮▮▮ CHARGES | :00S | 64S | :00S | 0S | 1,089.00S |
| ▮▮▮ | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 7 | | | 495.00 |
|   DOCUMENT DISPLAYS | | 19 | | | 147.00 |
|   KEYCITE | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 28I | :00I | 0I | 642.00I |
| TOTAL ▮▮▮ CHARGES | :00S | 28S | :00S | 0S | 642.00S |
| LINC04.00035 | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 17 | | | 1,584.00 |



THOMSON REUTERS — THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000333096 MURPHY HESSE TOOMEY & LEHANE LLP QUINCY, MA 02169-0904 | CLIENT/REFERENCE DETAIL MAR 01, 2015 - MAR 31, 2015 | | INVOICE # 831594553 POSTING # 6100227559 | | PAGE 6 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| ▨▨▨ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 4 | | | 396.00 |
|     DOCUMENT DISPLAYS | | 19 | | | 441.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 23I | :00I | 0I | 837.00I |
| TOTAL ▨▨▨ CHARGES | :00S | 23S | :00S | 0S | 837.00S |
| LINC04.00035 | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 1 | | | 99.00 |
|     DOCUMENT DISPLAYS | | 3 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 4I | :00I | 0I | 99.00I |
| TOTAL LINC04.00035 CHARGES | :00S | 4S | :00S | 0S | 99.00S |
| ▨▨▨ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     DOCUMENT DISPLAYS | | 1 | | | 0.00 |
|     KEYCITE | | 1 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 2I | :00I | 0I | 0.00I |
| TOTAL ▨▨▨ CHARGES | :00S | 2S | :00S | 0S | 0.00S |
| ▨▨▨ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 8 | | | 693.00 |
|     DOCUMENT DISPLAYS | | 35 | | | 196.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 43I | :00I | 0I | 889.00I |
| TOTAL ▨▨▨ CHARGES | :00S | 43S | :00S | 0S | 889.00S |
| ▨▨▨ | | | | | |
|   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|     TRANSACTIONAL SEARCHES | | 4 | | | 396.00 |
|     DOCUMENT DISPLAYS | | 9 | | | 0.00 |
|     KEYCITE | | 1 | | | 0.00 |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 14I | :00I | 0I | 396.00I |
| TOTAL ▨▨▨ CHARGES | :00S | 14S | :00S | 0S | 396.00S |
| ▨▨▨ | | | | | |

| | |
|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | February 01, 2016 - February 29, 2016 |
| **Report Format:** | Summary-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1000333096** | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 02/04/2016 | | | | | | | | |
| Totals for Included | | 3 | | | 297.00 USD | 29.76 USD | 0.00 USD | 29.76 USD |
| Totals for Day 02/04/2016 | | 3 | | | 297.00 USD | 29.76 USD | 0.00 USD | 29.76 USD |
| Day 02/05/2016 | | | | | | | | |
| Totals for Included | | 5 | | | 297.00 USD | 29.76 USD | 0.00 USD | 29.76 USD |
| Totals for Day 02/05/2016 | | 5 | | | 297.00 USD | 29.76 USD | 0.00 USD | 29.76 USD |
| Day 02/08/2016 | | | | | | | | |
| Totals for Included | | 7 | | | 99.00 USD | 9.92 USD | 0.00 USD | 9.92 USD |
| Totals for Day 02/08/2016 | | 7 | | | 99.00 USD | 9.92 USD | 0.00 USD | 9.92 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 15 | | | 693.00 USD | 69.45 USD | 0.00 USD | 69.45 USD |
| Totals for Client LINC04.00035 | | 15 | | | 693.00 USD | 69.45 USD | 0.00 USD | 69.45 USD |
| Totals for Account: **1000333096** | | 15 | | | 693.00 USD | 69.45 USD | 0.00 USD | 69.45 USD |
| Report Totals - Included | | 15 | | | 693.00 USD | 69.45 USD | 0.00 USD | 69.45 USD |
| Report Totals | | 15 | | | 693.00 USD | 69.45 USD | 0.00 USD | 69.45 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | April 01, 2016 - April 30, 2016 |
| **Report Format:** | Summary-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: 1000333096 | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 04/07/2016 | | | | | | | | |
| Totals for Included | | 3 | | | 198.00 USD | 16.82 USD | 0.00 USD | 16.82 USD |
| Totals for Day 04/07/2016 | | 3 | | | 198.00 USD | 16.82 USD | 0.00 USD | 16.82 USD |
| Day 04/12/2016 | | | | | | | | |
| Totals for Included | | 8 | | | 594.00 USD | 50.46 USD | 0.00 USD | 50.46 USD |
| Totals for Day 04/12/2016 | | 8 | | | 594.00 USD | 50.46 USD | 0.00 USD | 50.46 USD |
| Day 04/13/2016 | | | | | | | | |
| Totals for Included | | 9 | | | 396.00 USD | 33.64 USD | 0.00 USD | 33.64 USD |
| Totals for Day 04/13/2016 | | 9 | | | 396.00 USD | 33.64 USD | 0.00 USD | 33.64 USD |
| Day 04/14/2016 | | | | | | | | |
| Totals for Included | | 9 | | | 594.00 USD | 50.46 USD | 0.00 USD | 50.46 USD |
| Totals for Day 04/14/2016 | | 9 | | | 594.00 USD | 50.46 USD | 0.00 USD | 50.46 USD |
| Day 04/15/2016 | | | | | | | | |
| Totals for Included | | 13 | | | 396.00 USD | 33.64 USD | 0.00 USD | 33.64 USD |
| Totals for Day 04/15/2016 | | 13 | | | 396.00 USD | 33.64 USD | 0.00 USD | 33.64 USD |
| Day 04/19/2016 | | | | | | | | |
| Totals for Included | | 9 | | | 99.00 USD | 8.41 USD | 0.00 USD | 8.41 USD |
| Totals for Day 04/19/2016 | | 9 | | | 99.00 USD | 8.41 USD | 0.00 USD | 8.41 USD |
| Day 04/21/2016 | | | | | | | | |
| Totals for Included | | 14 | | | 495.00 USD | 42.05 USD | 0.00 USD | 42.05 USD |
| Totals for Day 04/21/2016 | | 14 | | | 495.00 USD | 42.05 USD | 0.00 USD | 42.05 USD |
| Day 04/25/2016 | | | | | | | | |
| Totals for Included | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 04/25/2016 | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 66 | | | 2,772.00 USD | 235.49 USD | 0.00 USD | 235.49 USD |
| User Name VASUDEVAN,FELICIA S (13314712) | | | | | | | | |
| Day 04/21/2016 | | | | | | | | |
| Totals for Included | | 71 | | | 297.00 USD | 25.23 USD | 0.00 USD | 25.23 USD |
| Totals for Day 04/21/2016 | | 71 | | | 297.00 USD | 25.23 USD | 0.00 USD | 25.23 USD |
| Totals for User Name VASUDEVAN,FELICIA S (13314712) | | 71 | | | 297.00 USD | 25.23 USD | 0.00 USD | 25.23 USD |
| Totals for Client LINC04.00035 | | 137 | | | 3,069.00 USD | 260.72 USD | 0.00 USD | 260.72 USD |
| Totals for Account: 1000333096 | | 137 | | | 3,069.00 USD | 260.72 USD | 0.00 USD | 260.72 USD |
| Report Totals - Included | | 137 | | | 3,069.00 USD | 260.72 USD | 0.00 USD | 260.72 USD |
| Report Totals | | 137 | | | 3,069.00 USD | 260.72 USD | 0.00 USD | 260.72 USD |

| | |
|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | May 01, 2016 - May 31, 2016 |
| **Report Format:** | Summary-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1000333096** | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 05/13/2016 | | | | | | | | |
| Totals for Included | | 2 | | | 99.00 USD | 9.53 USD | 0.00 USD | 9.53 USD |
| Totals for Day 05/13/2016 | | 2 | | | 99.00 USD | 9.53 USD | 0.00 USD | 9.53 USD |
| Day 05/16/2016 | | | | | | | | |
| Totals for Included | | 1 | | | 99.00 USD | 9.53 USD | 0.00 USD | 9.53 USD |
| Totals for Day 05/16/2016 | | 1 | | | 99.00 USD | 9.53 USD | 0.00 USD | 9.53 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 3 | | | 198.00 USD | 19.07 USD | 0.00 USD | 19.07 USD |
| Totals for Client LINC04.00035 | | 3 | | | 198.00 USD | 19.07 USD | 0.00 USD | 19.07 USD |
| Totals for Account: **1000333096** | | 3 | | | 198.00 USD | 19.07 USD | 0.00 USD | 19.07 USD |
| Report Totals - Included | | 3 | | | 198.00 USD | 19.07 USD | 0.00 USD | 19.07 USD |
| Report Totals | | 3 | | | 198.00 USD | 19.07 USD | 0.00 USD | 19.07 USD |

**Account:** MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096)
**Date Range:** June 01, 2016 - June 30, 2016
**Report Format:** Summary-Account by Client by User by Day **(Targeted)**
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1000333096** | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 06/30/2016 | | | | | | | | |
| Totals for Included | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Totals for Day 06/30/2016 | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Totals for Client LINC04.00035 | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Totals for Account: **1000333096** | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Report Totals - Included | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |
| Report Totals | | 2 | | | 158.00 USD | 11.98 USD | 0.00 USD | 11.98 USD |

| | |
|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | November 01, 2016 - November 30, 2016 |
| **Report Format:** | Summary-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1000333096** | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 11/28/2016 | | | | | | | | |
| Totals for Included | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Totals for Day 11/28/2016 | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Totals for Client LINC04.00035 | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Totals for Account: **1000333096** | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Report Totals - Included | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |
| Report Totals | | 1 | | | 99.00 USD | 10.46 USD | 0.00 USD | 10.46 USD |

| | |
|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | January 01, 2017 - January 31, 2017 |
| **Report Format:** | Summary-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1000333096** | | | | | | | | |
| Client LINC04.00035 | | | | | | | | |
| User Name EHRENS,DORIS R M (7520131) | | | | | | | | |
| Day 01/09/2017 | | | | | | | | |
| Totals for Included | | 2 | | | 198.00 USD | 23.06 USD | 0.00 USD | 23.06 USD |
| Totals for Day 01/09/2017 | | 2 | | | 198.00 USD | 23.06 USD | 0.00 USD | 23.06 USD |
| Day 01/25/2017 | | | | | | | | |
| Totals for Included | | 2 | | | 99.00 USD | 11.53 USD | 0.00 USD | 11.53 USD |
| Totals for Day 01/25/2017 | | 2 | | | 99.00 USD | 11.53 USD | 0.00 USD | 11.53 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | | 4 | | | 297.00 USD | 34.59 USD | 0.00 USD | 34.59 USD |
| Totals for Client LINC04.00035 | | 4 | | | 297.00 USD | 34.59 USD | 0.00 USD | 34.59 USD |
| Totals for Account: 1000333096 | | 4 | | | 297.00 USD | 34.59 USD | 0.00 USD | 34.59 USD |
| Report Totals - Included | | 4 | | | 297.00 USD | 34.59 USD | 0.00 USD | 34.59 USD |
| Report Totals | | 4 | | | 297.00 USD | 34.59 USD | 0.00 USD | 34.59 USD |

| | |
|---|---|
| **Account:** | MURPHY HESSE TOOMEY & LEHANE LLP, QUINCY MA (1000333096) |
| **Date Range:** | April 01, 2017 - April 17, 2018 |
| **Report Format:** | Detail-Account by Client by User by Day **(Targeted)** |
| **Products:** | Westlaw, WestlawNext |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1000333096** | | | | | | | | |
| **Client LINC04.00035** | | | | | | | | |
| **User Name EHRENS,DORIS R M (7520131)** | | | | | | | | |
| Day 04/19/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 9 | | | 69.00 USD | 6.18 USD | 0.00 USD | 6.18 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 5 | | | 396.00 USD | 35.47 USD | 0.00 USD | 35.47 USD |
| Totals for Included | | 14 | | | 465.00 USD | 41.66 USD | 0.00 USD | 41.66 USD |
| Totals for Day 04/19/2017 | | 14 | | | 465.00 USD | 41.66 USD | 0.00 USD | 41.66 USD |
| Day 05/10/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 1 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Included | | 2 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Day 05/10/2017 | | 2 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Day 05/16/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 1 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| MULTI-SEARCH DOCKETS DETAIL | | 1 | | | 25.00 USD | 2.24 USD | 0.00 USD | 2.24 USD |
| Totals for Included | | 2 | | | 124.00 USD | 11.11 USD | 0.00 USD | 11.11 USD |
| Totals for Day 05/16/2017 | | 2 | | | 124.00 USD | 11.11 USD | 0.00 USD | 11.11 USD |
| Day 05/29/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 5 | | | 495.00 USD | 44.34 USD | 0.00 USD | 44.34 USD |
| Totals for Included | | 6 | | | 495.00 USD | 44.34 USD | 0.00 USD | 44.34 USD |
| Totals for Day 05/29/2017 | | 6 | | | 495.00 USD | 44.34 USD | 0.00 USD | 44.34 USD |
| Day 06/08/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 1 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Included | | 1 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Day 06/08/2017 | | 1 | | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Day 06/16/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH KEYCITE | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 4 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 9 | | | 891.00 USD | 79.82 USD | 0.00 USD | 79.82 USD |
| Totals for Included | | 14 | | | 891.00 USD | 79.82 USD | 0.00 USD | 79.82 USD |
| Totals for Day 06/16/2017 | | 14 | | | 891.00 USD | 79.82 USD | 0.00 USD | 79.82 USD |
| Day 06/17/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH KEYCITE | | 1 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 16 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | | 17 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 06/17/2017 | | 17 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 06/19/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 5 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 5 | | | 396.00 USD | 35.47 USD | 0.00 USD | 35.47 USD |
| Totals for Included | | 10 | | | 396.00 USD | 35.47 USD | 0.00 USD | 35.47 USD |
| Totals for Day 06/19/2017 | | 10 | | | 396.00 USD | 35.47 USD | 0.00 USD | 35.47 USD |
| Day 06/20/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 3 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | | 3 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 06/20/2017 | | 3 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 06/22/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 2 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | | 2 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 06/22/2017 | | 2 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 06/26/2017 | | | | | | | | |
| Included | | | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | | 8 | | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | | 3 | | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 11 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Totals for Day 06/26/2017 | 11 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Day 06/27/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 2 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Totals for Included | 4 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Totals for Day 06/27/2017 | 4 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Day 07/01/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 7 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 6 | | 594.00 USD | 53.21 USD | 0.00 USD | 53.21 USD |
| Totals for Included | 13 | | 594.00 USD | 53.21 USD | 0.00 USD | 53.21 USD |
| Totals for Day 07/01/2017 | 13 | | 594.00 USD | 53.21 USD | 0.00 USD | 53.21 USD |
| Day 07/02/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 1 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 3 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Totals for Included | 4 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Totals for Day 07/02/2017 | 4 | | 198.00 USD | 17.74 USD | 0.00 USD | 17.74 USD |
| Day 07/03/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 1 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | 1 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 07/03/2017 | 1 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 07/04/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 07/04/2017 | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 07/05/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 3 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Included | 4 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Day 07/05/2017 | 4 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Day 07/14/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 4 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Included | 5 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Day 07/14/2017 | 5 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Day 07/31/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Included | 3 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for Day 07/31/2017 | 3 | | 99.00 USD | 8.87 USD | 0.00 USD | 8.87 USD |
| Totals for User Name EHRENS,DORIS R M (7520131) | 118 | | 4,054.00 USD | 363.17 USD | 0.00 USD | 363.17 USD |
| User Name VASUDEVAN,FELICIA S (13314712) | | | | | | |
| Day 06/19/2017 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 5 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | 5 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 06/19/2017 | 5 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 03/23/2018 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 2 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Included | 3 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Day 03/23/2018 | 3 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Day 03/24/2018 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 7 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Included | 8 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Day 03/24/2018 | 8 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Day 03/25/2018 | | | | | | |
| Included | | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 15 | | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Included | 16 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Day 03/25/2018 | 16 | | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |

| | | | | | |
|---|---|---|---|---|---|
| Day 03/27/2018 | | | | | |
| Included | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 4 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Included | 4 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Totals for Day 03/27/2018 | 4 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| Day 04/14/2018 | | | | | |
| Included | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 10 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 1 | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Included | 11 | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Totals for Day 04/14/2018 | 11 | 119.00 USD | 10.66 USD | 0.00 USD | 10.66 USD |
| Day 04/15/2018 | | | | | |
| Included | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 54 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 5 | 595.00 USD | 53.30 USD | 0.00 USD | 53.30 USD |
| Totals for Included | 59 | 595.00 USD | 53.30 USD | 0.00 USD | 53.30 USD |
| Totals for Day 04/15/2018 | 59 | 595.00 USD | 53.30 USD | 0.00 USD | 53.30 USD |
| Day 04/16/2018 | | | | | |
| Included | | | | | |
| MULTI-SEARCH DOCUMENT DISPLAYS | 1 | 0.00 USD | 0.00 USD | 0.00 USD | 0.00 USD |
| MULTI-SEARCH TRANSACTIONAL SEARCHES | 2 | 238.00 USD | 21.32 USD | 0.00 USD | 21.32 USD |
| Totals for Included | 3 | 238.00 USD | 21.32 USD | 0.00 USD | 21.32 USD |
| Totals for Day 04/16/2018 | 3 | 238.00 USD | 21.32 USD | 0.00 USD | 21.32 USD |
| Totals for User Name VASUDEVAN,FELICIA S (13314712) | 109 | 1,309.00 USD | 117.26 USD | 0.00 USD | 117.26 USD |
| Totals for Client LINC04.00035 | 227 | 5,363.00 USD | 480.44 USD | 0.00 USD | 480.44 USD |
| Totals for Account: **1000333096** | 227 | 5,363.00 USD | 480.44 USD | 0.00 USD | 480.44 USD |
| Report Totals - Included | 227 | 5,363.00 USD | 480.44 USD | 0.00 USD | 480.44 USD |
| Report Totals | 227 | 5,363.00 USD | 480.44 USD | 0.00 USD | 480.44 USD |