# EXHIBIT B



**Shipped from:**
MURPHY, HESSE, TOOMEY & LEHANE
300 CROWN COLONY DR
QUINCY, MA 02169-0904

*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00008A503W145 |
| Shipper number | 8A503W |
| Control ID | **** |
| Page | 1 of 5 |

0736A00008A503W6

MURPHY, HESSE, TOOMEY & LEHANE
300 CROWN COLONY DR. STE 410
QUINCY, MA 02169-0904

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

### Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 109.38 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 166.41 |
| Amount Outstanding (prior invoices) | $ 374.58 |
| Total Amount Outstanding | $ 540.99 |

Please include the Return Portion of each outstanding invoice with your payment. See Account Status for details.

#### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 4 | UPS CampusShip | $ 166.41 |
| 5 | Service Charges | $ 0.00 |
| | Amount due this period | $ 166.41 |

UPS payment terms require payment of this invoice by April 15, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

 **Return Portion**

MURPHY, HESSE, TOOMEY & LEHANE
300 CROWN COLONY DR. STE 410
QUINCY, MA 02169-0904

Invoice Date April 4, 2015
Invoice Number 00008A503W145
Shipper Number 8A503W

| Amount due this period | $ 166.41 |
|---|---|
| Amount enclosed | |

☐ If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
P.O.BOX 7247-0244
PHILADELPHIA, PA 19170-0001

8A503W 6 040415 0736 1 00000166410 6



## Incentives
### Outbound

| Service / Incentive Level | Date | Count | Published Charges | Incentive Plan / Incentive Credit |
|---|---|---|---|---|
| **Next Day Air  Commercial Letter** | 03/28/2015 | | | KWHY584 |
| Electronic Processed Tier | | 1 | 21.15 | -8.46 |
| Tier incentive based on an average weekly revenue of $202.15 for W/E: 11/08/2014 - W/E: 03/21/2015. | | | | |
| **Fuel Surcharge** | 04/04/2015 | | | |
| | | | | -3.33 |
| **Next Day Air  Commercial Package** | 03/28/2015 | | | KWHY583 |
| Electronic Processed Tier | | 1 | 25.50 | -10.20 |
| Tier incentive based on an average weekly revenue of $202.15 for W/E: 11/08/2014 - W/E: 03/21/2015. | | | | |
| **Next Day Air  Commercial Package** | 04/04/2015 | | | KWHY583 |
| Electronic Processed Tier | | 3 | 93.10 | -37.24 |
| Tier incentive based on an average weekly revenue of $210.26 for W/E: 11/08/2014 - W/E: 03/28/2015. | | | | |
| **Next Day Air  Residential Letter** | 04/04/2015 | | | LXVS325 |
| Electronic Processed Tier | | 1 | 21.15 | -8.46 |
| Tier incentive based on an average weekly revenue of $210.26 for W/E: 11/08/2014 - W/E: 03/28/2015. | | | | |
| **Next Day Air  Residential Package** | 04/04/2015 | | | LXVS326 |
| Electronic Processed Tier | | 2 | 61.95 | -24.78 |
| Tier incentive based on an average weekly revenue of $210.26 for W/E: 11/08/2014 - W/E: 03/28/2015. | | | | |
| **2nd Day Air  Residential Package** | 04/04/2015 | | | LXVS330 |
| Electronic Processed Tier | | 1 | 18.70 | -5.61 |
| Tier incentive based on an average weekly revenue of $210.26 for W/E: 11/08/2014 - W/E: 03/28/2015. | | | | |
| **Total Outbound** | | | | **-98.08** |

## Incentives
### Service Charges

| Service / Incentive Level | Date | Count | Published Charges | Incentive Plan / Incentive Credit |
|---|---|---|---|---|
| **Weekly Service Charge** | 04/04/2015 | | | KWHY535 |
| Basic | | 1 | 11.30 | -11.30 |
| **Total Service Charges** | | | | **-11.30** |
| **Total Incentives** | | | | **-109.38** |



*Delivery Service Invoice*
Invoice date    **April 4, 2015**
Invoice number   00008A503W145
Shipper number   8A503W

Page 3 of 5

Account Status
Weekly Payment Plan

| Payments Applied | | |
|---|---|---|
| Invoice Number | Invoice Date | Amount Paid |
| 00008A503W115 | 03/14/2015 | $ 68.50 |

Account Status
Weekly Payment Plan

Amount Outstanding (prior invoices):

Please include the **Return Portion** of each outstanding invoice with your payment.

| Invoice Number | Invoice Date | Balance Due |
|---|---|---|
| 00008A503W125 | 03/21/2015 | $ 137.18 |
| 00008A503W135 | 03/28/2015 | $ 237.40 |
| Total | | $ 374.58 |

Outstanding balances reflect any payments received as of 04/03/2015. Please ignore this message if a recent payment has been made for any outstanding invoices.



**Delivery Service Invoice**
Invoice date **April 4, 2015**
Invoice number  00008A503W145
Shipper number  8A503W

## Outbound
### UPS CampusShip

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 04/02 | 1Z8A503W0197471099 | Next Day Air Commercial | 02210 | 102 | 4 | 31.00 | -12.40 | 18.60 |
|  |  | Customer Weight |  |  | 1 |  |  |  |
|  |  | Fuel Surcharge |  |  |  | 1.09 | -0.44 | 0.65 |
|  |  | Customer Entered Dimensions = 16 x 11 x 3 in |  |  |  |  |  |  |
|  |  | Total |  |  |  | 32.09 | -12.84 | 19.25 |
|  | 1st ref |  |  | UserID |  |  |  |  |
|  | Sender |  |  | Receiver |  |  |  |  |
|  |  | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 |  |  |  |  |  |  |
|  | Message Codes : r |  |  |  |  |  |  |  |
|  | **Total for UserID: aaa@mhtl** |  |  |  |  | 32.09 | -12.84 | 19.25 |
| 03/27 | 1Z8A503W0194962313 | Next Day Air Commercial | 01923 | 102 | 2 | 25.50 | -10.20 | 15.30 |
|  |  | Fuel Surcharge |  |  |  | 0.89 | -0.36 | 0.53 |
|  |  | Total |  |  |  | 26.39 | -10.56 | 15.83 |
|  | 1st ref |  |  | UserID |  |  |  |  |
|  | Sender |  |  | Receiver |  |  |  |  |
|  |  | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 |  |  |  |  |  |  |
| 03/31 | 1Z8A503W0192217328 | Next Day Air Residential | 01864 | 102 | Letter | 21.15 | -8.46 | 12.69 |
|  |  | Letter |  |  |  |  |  |  |
|  |  | Residential Surcharge |  |  |  | 3.50 |  | 3.50 |
|  |  | Fuel Surcharge |  |  |  | 0.86 | -0.30 | 0.56 |
|  |  | Total |  |  |  | 25.51 | -8.76 | 16.75 |
|  | 1st ref |  |  |  |  |  |  |  |
|  | Sender |  |  | Receiver: |  |  |  |  |
|  |  | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 |  |  |  |  |  |  |
|  | **Total for UserID: bna@mhtl** |  |  |  |  | 51.90 | -19.32 | 32.58 |
| 04/02 | 1Z8A503W0194466350 | Next Day Air Residential | 01701 | 102 | 1 | 25.35 | -10.14 | 15.21 |
|  |  | Letter |  |  |  |  |  |  |
|  |  | Residential Surcharge |  |  |  | 3.50 |  | 3.50 |
|  |  | Fuel Surcharge |  |  |  | 1.01 | -0.35 | 0.66 |
|  |  | Total |  |  |  | 29.86 | -10.49 | 19.37 |
|  | 1st ref |  |  |  |  |  |  |  |
|  | Sender |  |  | Receiver: |  |  |  |  |
|  |  | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 |  |  |  |  |  |  |
|  | **Total for UserID: dlp@mhtl** |  |  |  |  | 29.86 | -10.49 | 19.37 |
| 04/01 | 1Z8A503W0291486332 | 2nd Day Air Residential | 29414 | 205 | 2 | 18.70 | -5.61 | 13.09 |
|  |  | Customer Weight |  |  | 1.3 |  |  |  |
|  |  | Residential Surcharge |  |  |  | 3.50 |  | 3.50 |
|  |  | Fuel Surcharge |  |  |  | 0.78 | -0.20 | 0.58 |
|  |  | Total |  |  |  | 22.98 | -5.81 | 17.17 |
|  | 1st ref |  |  | 2nd ref |  |  |  |  |
|  | UserID |  |  |  |  |  |  |  |
|  | Sender |  |  | Receiver: |  |  |  |  |
|  |  | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 |  |  |  |  |  |  |
|  | **Total for UserID: ls@mhtl** |  |  |  |  | 22.98 | -5.81 | 17.17 |



**Delivery Service Invoice**
Invoice date **April 4, 2015**
Invoice number 00008A503W145
Shipper number 8A503W

## Outbound

**UPS CampusShip (continued)**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 03/27 | 1Z8A503W0190121309 | Next Day Air Commercial Letter | 02108 | 102 | Letter | 21.15 | -8.46 | 12.69 |
| | | Fuel Surcharge | | | | 0.74 | -0.30 | 0.44 |
| | | Total | | | | 21.89 | -8.76 | 13.13 |
| | Sender | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 | | | | | | |
| 03/30 | 1Z8A503WNT98953688 | Next Day Air Residential | 01776 | 102 | 8 | 36.60 | -14.64 | 21.96 |
| | | Residential Surcharge | | | | 3.50 | | 3.50 |
| | | Fuel Surcharge | | | | 1.40 | -0.51 | 0.89 |
| | | Total | | | | 41.50 | -15.15 | 26.35 |
| | 1st ref : LINC04.00035 Sender : Nadia Valme MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 | | UserID : nmv@mhtl Receiver: SUDBURY MA 01776 | | | | | Wallis' |
| | 1Z8A503W0198077675 | Next Day Air Commercial | 02114 | 102 | 8 | 36.60 | -14.64 | 21.96 |
| | | Fuel Surcharge | | | | 1.28 | -0.51 | 0.77 |
| | | Total | | | | 37.88 | -15.15 | 22.73 |
| | 1st ref : LINC04.00035 Sender : Nadia Valme MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 | | UserID : nmv@mhtl Receiver: Rosa I. Figueroa, He Bureau of Special Education Ap One Congress Street, 1 1th Floor BOSTON MA 02114 | | | | | | |
| 04/02 | 1Z8A503W0192369343 | Next Day Air Commercial | 02111 | 102 | 2 | 25.50 | -10.20 | 15.30 |
| | | Fuel Surcharge | | | | 0.89 | -0.36 | 0.53 |
| | | Total | | | | 26.39 | -10.56 | 15.83 |
| | Sender | MURPHY, HESSE, TOOMEY & LEHANE 300 CROWN COLONY DR. STE 410 QUINCY MA 02169 | | Receiver | | | | |
| **Total for UserID: nmv@mhtl** | | | | | | 127.66 | -49.62 | 78.04 |
| **Total UPS CampusShip** | | | | 9 Package(s) | | 264.49 | -98.08 | 166.41 |
| **Total Outbound** | | | | 9 Package(s) | | 264.49 | -98.08 | 166.41 |

## Service Charges

| Week Ending Date | Explanation | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|
| 04/04 | Weekly Service Charge | 11.30 | -11.30 | 0.00 |
| **Total Service Charges** | | 11.30 | -11.30 | 0.00 |

## Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |