# EXHIBIT C

# Felicia S. Vasudevan

| | |
|---|---|
| From: | nadia valme <nvalme@msn.com> |
| Sent: | Thursday, May 21, 2015 11:30 AM |
| To: | Nadia Valme |
| Subject: | FW: UPS Delivery Notification, Tracking Number 1Z8A503W0198077675 |

*Nadia Valmé*

From: nvalme@msn.com
To: nvalme@mhtl.com
Subject: FW: UPS Delivery Notification, Tracking Number 1Z8A503W0198077675
Date: Tue, 31 Mar 2015 10:15:25 -0400

*Nadia Valmé*

From: auto-notify@ups.com
To: nvalme@msn.com
Subject: UPS Delivery Notification, Tracking Number 1Z8A503W0198077675
Date: Tue, 31 Mar 2015 08:57:52 -0400

***Do not reply to this e-mail. UPS and MURPHY, HESSE, TOOMEY & LEHANE will not receive your reply. **At the request of MURPHY, HESSE, TOOMEY & LEHANE, this notice is to confirm that the following shipment has been delivered.**
**Important Delivery Information**

**Tracking Number:** 1Z8A503W0198077675
**Delivery Date / Time:** 31-March-2015 / 8:53 AM

1

**Delivery Location:** FRONT DESK
**Signed by:** BADOLATO

## Shipment Detail

**Ship To:**
Rosa I. Figueroa, Hearing Officer
Bureau of Special Education Appeals
1 CONGRESS ST
BOSTON
MA
02114
US

**Number of Packages:** 1
**UPS Service:**         NEXT DAY AIR
**Weight:**              8.0 LBS
**Reference Number 1:** LINC04.00035

© 2015 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice | Contact UPS**



# Felicia S. Vasudevan

**From:** UPS Quantum View <pkginfo@ups.com>
**Sent:** Tuesday, March 31, 2015 10:28 AM
**To:** Nadia Valme
**Subject:** UPS Delivery Notification, Tracking Number 1Z8A503WNT98953688



**Your package has been delivered.**

**Delivery Date:** Tuesday, 03/31/2015
**Delivery Time:** 10:22 AM
**Left At:** FRONT DOOR

Set Delivery Instructions  Track Package Status  View Delivery Planner

At the request of MURPHY, HESSE, TOOMEY & LEHANE, this notice is to confirm that following shipment has been delivered.

**Delivery Location:** FRONT DOOR

# Shipment Details

**Tracking Number:** 1Z8A503WNT98953688

walls'

**Delivery Location:** SUDBURY, MA 01776
US

**UPS Service:** NEXT DAY AIR
**Reference Number 1:** LINC04.00035

Get the UPS My Choice app for Facebook    Download the UPS mobile app

1

© 2015 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

UPS Privacy Notice | Contact UPS



XPRESSMAN TRUCKING & COURIER, INC.
52 York Ave
Randolph, MA 02368
Phone: (781)-300-2030
FAX: (781)-300-2037

| Customer Number |
|---|
| 129 |
| Invoice Number |
| 35584 |
| Invoice Date |
| 5/28/2017 |

## On Demand

| Date Ready<br>Order Type<br>Deliver Date | Order ID<br>Caller | Origin | Destination | References<br>Billing Group |
|---|---|---|---|---|
| 5/26/2017 1:00 PM<br>RU - Rush<br>5/26/2017 2:20 PM | 260696<br>Nadia | Attorney General<br>1 Ashburton Pl<br>Boston MA 02108 | Murphy Hesse Toomey & Lehan<br>300 Crown Colony Dr<br>Quincy MA 02169-0904<br>RU - Rush           $21.45<br>FS-Fuel Charges   1   $3.86 | LINC04-00035 |

POD:   Kelly Enos

Order Total:          $25.31

**On Demand Totals:**          $271.14

**Customer Total:**          $271.14